IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, and FOOD AUTOMATION SERVICE TECHNIQUES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that:

(1) Plaintiff Technology Licensing Corporation ("TLC") has no parent company and no publicly held company owns 10% or more of TLC's stock.

(2) Plaintiff Food Automation Service Techniques, Inc. ("FAST") has no parent company and no publicly held company owns 10% or more of FAST's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
   Attorneys for plaintiffs

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT 06492
(203) 678-6418

August 18, 2006
533183