AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

SUMMONS IN A CIVIL ACTION

Technology Licensing Corporation and )
Food Automation Service Techniques, Inc., )
)
      Plaintiff, )
) CASE NUMBER: 06-515
v. )
)
Rational Cooking Systems, Inc., )
)
      Defendant. )
)
)

TO:   Rational Cooking Systems, Inc.
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 18 2006

CLERK                                              DATE

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|

| NAME OF SERVER (PRINT) John Ryan Plocharz | TITLE (Messenger) |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service made upon defendant c/o The Corporation Trust Company at 10:52 A.M.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/2006                John Ryan Plocharz
             Date                     Signature of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure