IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, and FOOD AUTOMATION SERVICE TECHNIQUES, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-515-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time within which Defendant may move, answer or otherwise respond to the Complaint is extended through and including September 29, 2006.

| | |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Frederick L. Cottrell, III* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| Karen Jacobs Louden (#2881) | Gregory E. Stuhlman (#4765) |
| klouden@mnat.com | stuhlman@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| 302-351-9291 | 302-651-7700 |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3052027-1