IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC.,<br><br>Defendant. | C. A. No.: 06-515-JJF |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Edgar H. Haug, Porter F. Fleming and Jonathan Wise to represent Defendant Rational Cooking Systems, Inc. in this matter.

OF COUNSEL:
Edgar H. Haug
Porter F. Fleming
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500


Dated: October 3, 2006

Frederick L. Cottrell, III (# 2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Cottrell@rlf.com
Tel: (302) 651-7509
Fax: (302) 651-7701

*Attorneys for Defendant*
*Rational Cooking Systems, Inc.*

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____     _____
                                                                                    United States District Judge

RLF1-3065678-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Oct 2 '06

Edgar H. Haug

Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

RLF1-3065678-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Porter F. Fleming

Dated: Oct 2, 2006

Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Jonathan Wise

Dated: 10-02-2006

Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I hereby certify that on October 3, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

**FIRST CLASS MAIL**

Mario G. Ceste
The Law Offices of Mario G. Ceste, LLC
P. O. Box 82
Wallingford, CT  06492

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com