IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RATIONAL COOKING SYSTEMS, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : CIVIL ACTION NO.: 06-515-JJF <br> : <br> : <br> : <br> : <br> : <br> : |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Rational Cooking Systems, Inc. is a nongovernmental corporate party and a wholly-owned subsidiary of Rational Aktiengesellschaft, which is a publicly traded company on the Frankfurt Stock Exchange.

Of Counsel

Edgar H. Haug, Esq.
Porter F. Fleming, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Dated: October 5, 2006

_____
Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Gregory E. Stuhlman (# 4765)
Stuhlman@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7509
Fax: (302) 651-7701

Attorneys for Rational Cooking Systems, Inc.

RLF1-3067252-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I further certify that on October 5, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

**FIRST CLASS MAIL**

Mario G. Ceste
The Law Offices of Mario G. Ceste, LLC
P. O. Box 82
Wallingford, CT  06492

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-3067316-1