IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-515 (JJF) |
| v. | ) ) | |
| RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Technology Licensing Corporation's First Set Of Interrogatories To Rational Cooking Systems, Inc. and Technology Licensing Corporation's First Set Of Requests For Production Of Documents were caused to be served on December 5, 2006, upon the following counsel in the manner indicated:

**By Hand**

Frederick L. Cottrell, III
Gregory E. Stuhlman
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**By Federal Express**

Edgar H. Haug
Porter F. Fleming
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY  10151

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                     */s/ Karen Jacobs Louden*

                                                     _____
                                                     Jack B. Blumenfeld (#1014)
                                                     Karen Jacobs Louden (#2881)
                                                     klouden@mnat.com
                                                     1201 N. Market Street
                                                     P.O. Box 1347
                                                     Wilmington, DE  19801
                                                     (302) 658-9200
                                                       Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

December 5, 2006

548163

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on December 5, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on December 5, 2006 upon the following in the manner indicated:

### BY HAND

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Edgar H. Haug
Porter F. Fleming
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY   10151

*/s/ Karen Jacobs Louden*
klouden@mnat.com