IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC.,<br><br>    Defendant. | C. A. No.: 06-515-JJF |

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on December 22, 2006 Defendant Rational Cooking Systems, Inc.'s Initial Disclosures Under Rule 26(a)(1) were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

|  |  |
|---|---|
| | /s/ Frederick L. Cottrell, III |
| Of Counsel | Frederick L. Cottrell, III (# 2555) |
| | Cottrell@rlf.com |
| Edgar H. Haug, Esq. | Gregory E. Stuhlman (# 4756) |
| Porter F. Fleming, Esq. | Stuhlman@rlf.com |
| FROMMER LAWRENCE & HAUG LLP | RICHARDS, LAYTON & FINGER |
| 745 Fifth Avenue | One Rodney Square |
| New York, New York 10151 | P.O. Box 551 |
| Tel: (212) 588-0800 | Wilmington, DE 19899 |
| Fax: (212) 588-0500 | Tel: (302) 651-7509 |
| | Fax: (302) 651-7701 |

*Attorneys for Rational Cooking Systems, Inc.*

Dated: December 22, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I further certify that on December 22, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3067316-1