IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-515 (JJF) |
| v. | ) ) | |
| RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Rule 26(A)(1) Disclosures Of Technology Licensing Corporation were caused to be served on December 22, 2006, upon the following counsel in the manner indicated:

| **By Hand** | **By Federal Express** |
|---|---|
| Frederick L. Cottrell, III | Edgar H. Haug |
| Gregory E. Stuhlman | Porter F. Fleming |
| **Richards, Layton & Finger, P.A.** | **Frommer Lawrence & Haug LLP** |
| One Rodney Square | 745 Fifth Avenue |
| P.O. Box 551 | New York, NY  10151 |
| Wilmington, DE  19899 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
  Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

December 22, 2006

548163

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on December 5, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on December 5, 2006 upon the following in the manner indicated:

>**BY HAND**
>
>Frederick L. Cottrell, III
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899
>
>**BY FEDERAL EXPRESS**
>
>Edgar H. Haug
>Porter F. Fleming
>**Frommer Lawrence & Haug LLP**
>745 Fifth Avenue
>New York, NY   10151

>*/s Karen Jacobs Louden*
>klouden@mnat.com