IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TECHNOLOGY LICENSING CORP., :
:
      Plaintiff, :
:
  v. : Civil Action No. 06-515-JJF
:
RATIONAL COOKING SYSTEMS, :
INC., :
:
      Defendant. :

### ORDER

WHEREAS, on September 8, 2006, Plaintiff filed a Motion For An Expedited Schedule (D.I. 9);

WHEREAS, on December 29, 2006, the Court entered a Rule 16 Scheduling Order (D.I. 30) in accordance with the proposed schedule agreed to and submitted by the parties by letter dated December 20, 2006 (D.I. 24);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For An Expedited Schedule (D.I. 9) is **DENIED** as moot.

January 10, 2007

_____
UNITED STATES DISTRICT JUDGE