IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-515 (JJF) |
| v. | ) ) ) | |
| RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *TLC's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-11)* and *TLC's Objections and Responses to Defendant's First Set of Requests for the Production of Documents and Things (Nos. 1-132)* were caused to be served on January 16, 2007 upon the counsel of record as indicated below:

**By Hand**

Frederick L. Cottrell, III
Gregory E. Stuhlman
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**By Federal Express**

Edgar H. Haug
Porter F. Fleming
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY  10151

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Karen Jacobs Louden*
                                Jack B. Blumenfeld (#1014)
                                Karen Jacobs Louden (#2881)
                                klouden@mnat.com
                                1201 N. Market Street
                                P.O. Box 1347
                                Wilmington, DE  19801
                                (302) 658-9200
                                  Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

January 16, 2007
676717

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on January 16, 2007 upon the following in the manner indicated:

| **By Hand** | **By Federal Express** |
|---|---|
| Frederick L. Cottrell, III | Edgar H. Haug |
| Gregory E. Stuhlman | Porter F. Fleming |
| **Richards, Layton & Finger, P.A.** | **Frommer Lawrence & Haug LLP** |
| One Rodney Square | 745 Fifth Avenue |
| P.O. Box 551 | New York, NY  10151 |
| Wilmington, DE  19899 | |

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden
klouden@mnat.com