IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC.,<br><br>    Defendant. | C. A. No.: 06-515-JJF |

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on January 19, 2007 Defendant Rational Cooking Systems, Inc.'s Responses To Technology Licensing Corporation's First Set of Interrogatories and Rational Cooking Systems, Inc.'s Responses To Technology Licensing Corporation's First Set Of Requests For Production of Documents were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

|  |  |
|---|---|
| <u>Of Counsel</u> | /s/ Gregory E. Stuhlman |
|  | Frederick L. Cottrell, III (# 2555) |
|  | Cottrell@rlf.com |
| Edgar H. Haug, Esq. | Gregory E. Stuhlman (# 4756) |
| Porter F. Fleming, Esq. | Stuhlman@rlf.com |
| FROMMER LAWRENCE & HAUG LLP | RICHARDS, LAYTON & FINGER |
| 745 Fifth Avenue | One Rodney Square |
| New York, New York 10151 | P.O. Box 551 |
| Tel: (212) 588-0800 | Wilmington, DE 19899 |
| Fax: (212) 588-0500 | Tel: (302) 651-7509 |
|  | Fax: (302) 651-7701 |

*Attorneys for Rational Cooking Systems, Inc.*

Dated: January 19, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I further certify that on January 19, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com