IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-515 (JJF) |
| v. | ) ) | |
| RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) Non-Party Rory J. Radding's Response To The Document Subpoena Served By Rational Cooking Systems, Inc.; and (2) Non-Party Morrison & Foerster LLP's Response To The Document Subpoena Served By Rational Cooking Systems, Inc. were caused to be served on January 23, 2007 upon the counsel of record as indicated below:

| **By UPS Overnight Delivery** | **By Hand** |
|---|---|
| Frederick L. Cottrell, III | Edgar H. Haug |
| Gregory E. Stuhlman | Porter F. Fleming |
| **Richards, Layton & Finger, P.A.** | **Frommer Lawrence & Haug LLP** |
| One Rodney Square | 745 Fifth Avenue |
| P.O. Box 551 | New York, NY   10151 |
| Wilmington, DE  19899 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
  Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

January 24, 2007
676717

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on January 24, 2007 upon the following in the manner indicated:

| **By Hand** | **By Mail** |
| --- | --- |
| Frederick L. Cottrell, III | Edgar H. Haug |
| Gregory E. Stuhlman | Porter F. Fleming |
| **Richards, Layton & Finger, P.A.** | **Frommer Lawrence & Haug LLP** |
| One Rodney Square | 745 Fifth Avenue |
| P.O. Box 551 | New York, NY   10151 |
| Wilmington, DE  19899 | |

*/s/ Karen Jacobs Louden*

_____

Karen Jacobs Louden
klouden@mnat.com