IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation,<br><br>        Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-515 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff Technology Licensing Corporation requests that its Motion For Entry Of A Protective Order be heard on March 2, 2007 at 10:00 a.m.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ *Karen Jacobs Louden*

                              _____
                              Jack B. Blumenfeld (#1014)
                              Karen Jacobs Louden (#2881)
                              klouden@mnat.com
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19801
                              (302) 658-9200
                                Attorneys for plaintiff

February 6, 2007

729997.1

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that February 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on February 6, 2007 upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell, III
>**Richards, Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Edgar H. Haug
>Porter F. Fleming
>**Frommer Lawrence & Haug LLP**
>745 Fifth Avenue
>New York, NY 10151

>/s Karen Jacobs Louden
>klouden@mnat.com