IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, ) <br> a Florida corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> RATIONAL COOKING SYSTEMS, INC., ) <br> a Delaware corporation, ) <br> Defendant. ) | | C.A. No. 06-515(JJF) |

**DECLARATION OF MARIO G. CESTE IN SUPPORT OF TLC'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

I, Mario G. Ceste, hereby declare as follows:

1. I am counsel for plaintiff Technology Licensing Corporation ("TLC") in the above captioned matter. My admission *pro hac vice* has been granted by the Court. I submit this declaration in support of TLC's motion for entry of a protective order. If called to testify, I could and would attest to the matters set forth herein from my own personal knowledge.

2. I was employed by Food Automation – Service Techniques, Inc. ("FAST") from January 1979 to November 1988. I held various management positions at FAST during this period, including manager of quality control and head of the OEM division. At the time I left FAST, my title was Vice President of Operations and I was considered part of senior management.

3. In May 1996, I returned to employment at FAST as Director of Business Development. My duties included managing FAST's relationships with outside counsel.

4. In August 1996, I enrolled in Quinnipiac University School of Law. I was admitted to practice as a patent agent in 1999. I earned my J.D. in May 2000 and was admitted to the Connecticut bar in 2001.

ny-734184

5. After I was admitted to the bar, I functioned as FAST's in-house counsel and began practicing part-time as a solo practitioner.

6. From approximately 2002 until November 2004, I ran a separate business unit of FAST, SCK, Inc., a networking communications company that was also founded by Bernard Koether. During this time, I did not participate in management decisions relating to FAST.

7. In November 2004, I left FAST's employment. I had no business contact with FAST until April 2005, when I was retained by FAST as outside counsel to assist with *Technology Licensing Corp., et al. v. Turbochef Tech. Inc.*, No. 05-01245 (D. Conn. filed Aug. 8, 2005), litigation involving the '948 patent.

8. Beginning in the spring of 2005, I have primarily represented FAST in connection with litigation on the '948 patent. My representation also includes liaising with specialized counsel for FAST on patent, insurance, and product liability issues.

9. In April 2006, I was retained by TLC as outside counsel to assist with potential litigation involving the '948 patent.

10. Beginning in the spring of 2006, I have primarily represented TLC in connection with litigation on the '948 patent. I also advise TLC on license and non-disclosure agreements.

11. As outside counsel to FAST and TLC, I have no role in competitive decision making at FAST or TLC. I also have no role in product design or development, manufacturing, pricing, or marketing.

12. On January 9, 2007, Rational served me with the Subpoena In A Civil Case, dated December 13, 2006. (D.I. 31, Ex. 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of February, 2007 at Wallingford, Connecticut.

_____
Mario G. Ceste

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that February 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on February 6, 2007 upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell, III
>**Richards, Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Edgar H. Haug
>Porter F. Fleming
>**Frommer Lawrence & Haug LLP**
>745 Fifth Avenue
>New York, NY  10151

>>/s Karen Jacobs Louden
>>klouden@mnat.com