## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

---

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation, | : |
| | : |
| Plaintiff, | :   C.A. No. 06-515-JJF |
| | : |
| v. | : |
| | : |
| RATIONAL COOKING SYSTEMS, INC., a Delaware corporation, | : |
| | : |
| Defendant. | : |

---

## DECLARATION OF PORTER F. FLEMING, ESQ.
## IN SUPPORT OF DEFENDANT RATIONAL COOKING SYSTEMS, INC.'S
## ANSWERING BRIEF IN OPPOSITION TO TLC'S MOTION FOR
## ENTRY OF A PROTECTIVE ORDER

### VOLUME I

Of Counsel:
Edgar H. Haug
Porter F. Fleming
Jonathan R. Wise
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Gregory E. Stuhlman (# 4765)
Stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7509

*Attorneys for Defendant*
*Rational Cooking Systems, Inc.*

Dated: February 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------    :
                                            :
TECHNOLOGY LICENSING CORPORATION,           :
                                            :
          Plaintiff,                        :
                                            :     Civil Action No. 06-515-JJF
          V.                                :
                                            :
RATIONAL COOKING SYSTEMS, INC.,             :
                                            :
          Defendant.                        :
----------------------------------------    :
```

**DECLARATION OF PORTER F. FLEMING, ESQ.
IN SUPPORT OF DEFENDANT RATIONAL COOKING SYSTEMS, INC.'S
ANSWERING BRIEF IN OPPOSITION TO TLC'S
<u>MOTION FOR ENTRY OF A PROTECTIVE ORDER</u>**

I, Porter F. Fleming, declare pursuant to 28 U.S.C. § 1746 that:

1.     I am a partner with the law firm of Frommer Lawrence & Haug LLP located at 745 Fifth Avenue, New York, New York 10151 and am counsel to Rational Cooking Systems, Inc. ("RCSI") in this action.

2.     I make the following declaration in support of RCSI's Answering Brief in opposition to Technology Licensing Corporation's ("TLC") motion for entry of a protective order (D.I. 46).

3.     Exhibit A is a true and correct copy of a December 20, 2006 e-mail from Gregory E. Stuhlman, Esq. to the Court.

4.     Exhibit B is a true and correct copy of an Electronic Notice of the SO ORDERED Mario Ceste application for admission *pro hac vice*.

5.     Exhibit C is a true and correct copy of a January 4, 2007 letter from Frederick L. Cottrell, III to Jack B. Blumenfeld

6.    Exhibit D is a true and correct copy of a January 5, 2007 letter from Porter F. Fleming to Rory J. Radding.

7.    Exhibit E is a true and correct copy of a January 8, 2007 letter from Rory J. Radding to Porter F. Fleming.

8.    Exhibit F is a true and correct copy of U.S. Patent No. 6,869,633.

9.    Exhibit G is a true and correct copy of U.S. Patent App. No. 20050251450.

10.    Exhibit H is a true and correct copy of U.S. Patent App. No. 20050193898.

11.    Exhibit I is a true and correct copy of U.S. Patent App. No. 20050061160.

12    Exhibit J is a true and correct copy of U.S. Patent App. No. 20040020555.

13.    Exhibit K is a true and correct copy of U.S. Patent App. No. 20040011006.

14.    Exhibit L is a true and correct copy of U.S. Patent App. No. 20030207009.

15.    Exhibit M is a true and correct copy of U.S. Patent App. No. 20030205034.

16.    Exhibit N is a true and correct copy of U.S. Patent App. No. 20030205028.

17.    Exhibit O is a true and correct copy of U.S. Patent App. No. 20030205027.

18.    Exhibit P is a true and correct copy of Food Automation- Service Technique's ("FAST") Responses to the First Set of Interrogatories in *Food Automation-Service Techniques, Inc. v. United Electric Controls Co.*, No. 95-12663.

19.    Exhibit Q is a true and correct copy of TLC's Responses to the First Set of Interrogatories in *Technology Licensing Corp., et al. v. Turbochef Tech. Inc.*, No. 05-01245.

20.    Exhibit R is a true and correct copy of Mario Ceste's biography on FAST's website printed on February 21, 2007.

21.    Exhibit S is a true and correct copy of MINUTES of the public oral proceedings before the Technical Board of Appeal 3.2.4 of November 7, 1997.

22.    Exhibit T is a true and correct copy of the Decision of the Technical Board of Appeal 3.2.4 of November 7, 1997.

23.    Exhibit U is a true and correct copy of a November 12, 1997 FAST press release.

24.    Exhibit V is a true and correct copy of the Settlement Agreement in *Food Automation-Service Techniques, Inc. v. United Electric Controls Co.*, No. 95-12663.

262203

25.    Exhibit W is a true and correct copy of the "Contact Us" page of FAST's website printed February 21, 2007.

26.    Exhibit X is a true and correct copy of the "Contact Us" page of Smart Cooking Kitchen's[®] website printed on February 21, 2007.

27.    Exhibit Y is a true and correct copy of FAST's Initial Disclosures in *Food Automation-Service Techniques, Inc. v. United Electric Controls Co.*, No. 95-12663.

28.    Exhibit Z is a true and correct copy of TLC's Objections and Responses to RCSI's First Set of Interrogatories (Nos. 1-11).

29.    Exhibit AA is a true and correct copy of TLC's Objections and Responses to RCSI's First Set of Requests for the Production of Documents and Things (Nos. 1-132).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2007

Porter F. Fleming

262203

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I further certify that on February 21, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

_____
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com

# EXHIBIT A

| | |
|---|---|
| From: | Stuhlman, Gregory E |
| Sent: | Wednesday, December 20, 2006 2:46 PM |
| To: | 'jjf_civil@ded uscourts gov' |
| Cc: | 'ehaug@flhlaw com'; 'pfleming@flhlaw com'; 'jblumenfeld@mnat com'; 'klouden@mnat com'; Cottrell, Frederick |
| Subject: | Technology Licensing Corporation v Rational Cooking Systems, Inc , C A No 06-515-JJF - D I #23 |

Dear Judge Farnan.

This morning, counsel for Plaintiff Technology Licensing Corporation filed a motion (D I 23) for the *pro hac vice* admission of Mario Ceste (the "Motion") Defendant Rational Cooking Systems, Inc ("RCSI") plans to oppose Mr Ceste's *pro hac vice* admission in this case We respectfully request that Your Honor defer consideration of the Motion until RCSI is able to submit its opposition

Respectfully Submitted,
Gregory E Stuhlman
(#4765)

**Gregory E. Stuhlman**
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: 302 651 7578
Fax: 302 498 7578

# EXHIBIT B

**From:**    ded_nefreply@ded.uscourts.gov
**Sent:**    Wednesday, January 03, 2007 1:47 PM
**To:**      ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00515-JJF Technology Licensing Corporation et al v. Rational Cooking Systems Inc. SO ORDERED

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 1/3/2007 at 1:46 PM EST and filed on 1/3/2007
**Case Name:**        Technology Licensing Corporation et al v. Rational Cooking Systems Inc.
**Case Number:**      1:06-cv-515
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED, re [23] MOTION for Pro Hac Vice Appearance of Attorney William J. Kuhne and Mario G. Ceste filed by Technology Licensing Corporation. Signed by Judge Joseph J. Farnan, Jr. on 1/3/2007. (dab)


1:06-cv-515 Notice has been electronically mailed to:
Jack B. Blumenfeld jbbefiling@mnat.com
Frederick L. Cottrell, III cottrell@rlf.com
Karen Jacobs Louden kjlefiling@mnat.com
Edgar H. Haug ehaug@flhlaw.com
Gregory Erich Stuhlman stuhlman@rlf.com
Porter F. Fleming pfleming@flhlaw.com
Jonathan Wise jwise@flhlaw.com
Colette A. Reiner creiner@mofo.com
Rory J. Radding rradding@mofo.com

1:06-cv-515 Notice has been delivered by other means to:

# EXHIBIT C

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

January 4, 2007

**VIA HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

> Re:    *Technology Licensing Corporation v. Rational Cooking Systems, Inc.,*
>        C.A. 06-515-JJF

Dear Jack:

This letter concerns Mr. Mario Ceste and his involvement in this case. Yesterday, the Court "SO ORDERED" the *pro hac vice* admission of Mr. Ceste, notwithstanding an e-mail from us that we intended to file an opposition to that motion. We had planned to file the opposition this Friday, pursuant to the Local Rules.

As you know, Mr. Ceste has been the subject of various correspondence between our respective co-counsel. My client opposes Mr. Ceste's involvement in the case for numerous reasons. In this regard, we would object to any Rational Cooking confidential documents being shown to Mr. Ceste pursuant to Local Rule 26.2. Moreover, it is my understanding that we have been pursuing a subpoena on Mr. Ceste so that we could receive documents and have informed your co-counsel that we wish to take his testimony on the issues of concern to Rational Cooking. Once this is accomplished, Rational Cooking will be in a better position to determine what, if any, further action it must seek from the Court, including withdrawal of the *pro hac vice* order, a motion to disqualify, or similar relief.

As to the subpoena, our understanding is that the process server believes that Mr. Ceste may be subject to service, but is not accepting it. Would you agree to accept service of the subpoena on him, produce the documents, and arrange for his deposition so that we may move to a conclusion of any issues surrounding his involvement in this case? Similarly, our process server has been attempting since December 14, 2006 to serve subpoenas on FAST, Bernard Koether and George Koether. It is my understanding that certain FAST employees will not let the process server on the FAST premises. Again, we would like to move this along. Will you agree to accept service of these subpoenas as well? Copies are enclosed with a revised return date of January 22, 2007.

Jack B. Blumenfeld, Esquire
January 4, 2007
Page 2

      Thank you.

                    Very truly yours,

                    Frederick L. Cottrell, III

Enclosures

FLC,III/afg

cc:    Edgar H. Haug, Esquire (via e-mail)
       Porter F. Fleming, Esquire (via e-mail)
       Rory J. Radding, Esquire (via e-mail)
       Gregory E. Stuhlman, Esquire

# EXHIBIT D



**FLH** FROMMER LAWRENCE & HAUG LLP

New York                        www.flhlaw.com
745 Fifth Avenue
New York, NY 10151              Washington, DC
Telephone: (212) 588-0800       Tokyo
Fax: (212) 588-0500

Porter F. Fleming
PFleming@FLHlaw.com

January 5, 2007

**VIA FACSIMILE**

Rory J. Radding, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

Re:    Technology Licensing Corp. v. Rational Cooking Systems, Inc.
       Civil Action No.: 1:06-cv-00515-JJF

Dear Rory:

I have received your January 4th e-mail and am compelled to respond to certain inaccuracies and unnecessary and unfounded allegations.

As you are well aware, we had discussed the deposition of Mario Ceste in December, agreed to specific language in the Rule 16 Scheduling Order and I wrote to you on December 20th requesting that you provide Ceste deposition dates in early January. You did not respond to my letter. Instead, I received correspondence from Bill Kuhne in what appeared to be a clear attempt to back-track from our earlier discussions. Mr. Kuhne, who was not part of those discussions, sought to impose new obligations/burdens on RCSI to demonstrate that a deposition was necessary. This makes no sense. In addition to delaying the deposition, the correspondence makes clear that Mr. Ceste does have relevant information and that Mr. Kuhne's main concern appears to be making sure that Mr. Ceste will only be deposed once in the case.

Likewise, I was surprised that you and Mr. Kuhne would not agree to accept service of the Ceste subpoena. Despite your recent statements to the contrary, neither you nor Mr. Kuhne has accepted service. Instead, Mr. Kuhne insisted on conditions before accepting service. These conditions were meaningful as your proposed return date would deliberately prevent us from having access to any Ceste materials prior to the date on which our opposition to the *pro hac vice* motion would have been due.

In what appears to be further gamesmanship, you were certainly aware that RCSI had an issue with Mr. Ceste having access to confidential documents in this case. On December 12th, we provided you with a revised version of the draft protective order that clearly stated in paragraphs 14 and 20 that Mr. Ceste would not have access to Confidential and Highly Confidential documents. Likewise, paragraphs 13(a) and 17(a) provided that only an outside attorney from

00420797

Rory J. Radding, Esq.
Morrison & Foerster LLP
January 5, 2007
Page 2

specifically named law firms would have access. Mr. Ceste was intentionally not identified.
During discussions with you and Jack Blumenfeld on December 18th, we again discussed the
Ceste issues. You stated that our proposed paragraphs 14 and 20 were unacceptable. Similarly,
you also stated that the limitation to specific law firms as outside counsel in paragraphs 13(a) and
17(a) had to be deleted as well. Unable to reach agreement on the protective order, the very next
day, December 19th, Mr. Ceste signed his certificate to be admitted and on December 20th a
motion for *pro hac vice* was filed lends us to question the coincidental timing of your actions.
As you know, Delaware Local Rule 26.2 provides that if no protective order is in place, trial
counsel will have access to confidential documents. Clearly your plan was to have Mr. Ceste be
trial counsel and have access to confidential documents despite our objections.

We informed you and the Court that we intended to oppose Mr. Ceste's application. It now
appears that the motion has been "So Ordered" by the Court on January 3rd. As Mr. Ceste is now
an officer of the Delaware Court for purposes of this case, I do not understand why he continues
to refuse to accept service of the subpoena. Mr. Ceste has also on two occasions refused to
respond to letters sent to him dated December 22nd and January 3rd. We are unaware of any
reason why Mr. Ceste can not speak for himself. Further, neither you nor Mr. Kuhne has stated
that you are representing Mr. Ceste. If you are, please so advise.

As I am sure you can appreciate, we believe that many relevant documents in this case regarding
the patent are probably not in TLC's possession, as it did not even exist when any work was
done by the inventors nor was TLC involved in the patent prosecution process. We believe that
this clearly relevant and discoverable material is in the possession of FAST and/or the Koether's.
We have been attempting to serve the three subpoenas attached to yesterday's letter to Jack
Blumenfeld since mid-December. FAST employees have refused to accept service and most
recently denied the process server access to the FAST facility. Appreciating that you were (and
may still be) counsel to FAST when it was a co-plaintiff in the original complaint, we again
request that you accept service of these three subpoenas. Should you refuse, we will have no
choice but to continue to try to serve them and seek appropriate relief from the Court.

We continue to object to Mario Ceste's involvement in this case as an attorney for TLC with
access to RCSI's confidential documents. Delaware Lawyers' Rules of Professional Conduct
Rule 3.7 provides that "a lawyer shall not act as an advocate at trial in which the lawyer is likely
to be a necessary witness." This situation applies to Mr. Ceste as he is likely to be a necessary
witness. Further, combining the roles of advocate and witness will be prejudicial and a conflict
of interest. Not only does Mr. Ceste have factual information regarding FAST, prior art, and
prior dealings with Rational AG that will bear on the claims, counterclaims, and defenses in this
case, he also appears to still be involved in the oven/control business. Your e-mail was silent
regarding our request that Mr. Ceste not be shown any RCSI confidential information until this
issue is resolved by the Court. We will agree to a January 22, 2007 return date for the Ceste

Rory J. Radding, Esq.
Morrison & Foerster LLP
January 5, 2007
Page 3

subpoena and look forward to you providing proposed deposition dates appreciating that we
want to review the Ceste production prior to his deposition.

Finally, despite your request, the Federal Rules regarding subpoenas do not provide for *quid pro
quo* requirements. Your correspondence to date implies that discovery is a continuous
opportunity for *quid pro quo* demands. This is not how we intend to proceed. Unnecessary
delay, deliberate and self-serving conditions and further attempts to avoid service need to end.
We seek legitimate discovery and should not be forced to waste the Court's time and resources to
get it. As for your request regarding Rational AG, we have already discussed that with you. We
have yet to receive any focused discovery demands from you. Upon receipt, we will consider
your attempt to avoid The Hague Convention procedures.

Very truly yours,

Porter F. Fleming

PFF:bf

cc:    Frederick L. Cottrell, III, Esq.
       Jack B. Blumenfeld, Esq.
       Mario G. Ceste, Esq.

# EXHIBIT E

**MORRISON** | **FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 8, 2007

Writer's Direct Contact
212.468.8146
RRadding@mofo.com

Via E-Mail & U.S. Mail

Porter F. Fleming, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re:    Technology Licensing Corp. v. Rational Cooking Systems, Inc., Civ. No. 1:06-cv-00515-JJF

Dear Porter:

I refer to your January 5, 2007 letter.

First, we will accept service of the subpoena duces tecum on behalf of Mr. Ceste with a January 22, 2007 return date as proposed in your letter and subject to any objection that Mr. Ceste may have to the subpoena. We also agree not to provide to Mr. Ceste any confidential information produced by Rational or Rational A.G. until the parties or the Court resolve whether Mr. Ceste can receive such information. We would like to have this issue resolved as soon as possible so we propose that Mr. Ceste's deposition on the limited issue relating to confidentiality be taken on February 1 or 2. The issue of whether Mr. Ceste is a "necessary witness" is not appropriate at this time and can be deferred until after you can demonstrate that Mr. Ceste has unique knowledge not available through other means. Second, we will also accept service of the subpoenae duces tecum on FAST, Mr. Ben Koether and Mr. George Koether provided you agree to a return date of February 9, 2007 or later for these subpoenas.

I respectfully disagree with your characterization of the events in your January 5 letter concerning your discovery attempts. Your actions have lead to an unfortunate waste of time, effort and money in a letter writing campaign and needlessly harassed Messrs. Ceste, Koethers and FAST. The following sets the record straight.

**MORRISON** | **FOERSTER**

Porter F. Fleming, Esq.
January 8, 2007
Page Two

1.    <u>**Mario Ceste**</u>

    a.    <u>**Deposition**</u>

Mr. Ceste, as you know, is co-counsel in this case. It is correct that we had discussed the taking of his deposition during our conversations in December 2006 in connection with the Rule 16 Scheduling Order. As a result, the language we both drafted, accepted and which was entered by the Court in the Rule 16 Scheduling Order clearly states that Rational has the "right to seek" to take the deposition of Mr. Ceste before the end of initial discovery. There was no agreement that a deposition was either necessary or assured. Also, your December 20 correspondence appeared to change the reasons you seek to take Mr. Ceste's deposition from a concern that he would somehow use Rational confidential information on TLC's or FAST's behalf (outside of the litigation) to his supposed status as a "fact witness" apparently in view of his prior employment by FAST. These are two different issues. Mr. Kuhne properly requested clarification of the basis for your need to depose Mr. Ceste since deposing Mr. Ceste as a fact witness is not necessary nor appropriate at this stage of the case and prior to completion of initial discovery, and was not what we discussed in agreeing that you could seek to take his deposition prior to the completion of initial discovery. Also, whether Mr. Ceste has knowledge of facts does not make him a "necessary witness" as there are others at FAST, TLC or other third parties who likely would have knowledge of the same facts. Thus, we did not , and do not, see any need for his fact deposition as a purported fact witness at this time.

In your January 5, 2007 letter you expand on what facts you believe Mr. Ceste "is likely to be a necessary witness" for — "factual information regarding FAST, prior art, and prior dealings with Rational AG." Your letter ignores the fact that others at FAST, TLC, Rational AG and possibly other third parties would have the same, if not more knowledge of these fact issues. Clearly, Mr. Ceste is not "a necessary witness " under the law and rules when his knowledge of the relevant facts can be obtained from other sources. Moreover, I can represent to you that Mr. Ceste is not still "involved in the oven/control business" other than his capacity as outside counsel. He is involved in the oven/control business as much as you are.

Also, during the December 18, 2006 discussion you refer to, we believe the parties agreed that the filing of the motion to admit Mr. Ceste *pro hac vice* would be the best route to tee up the confidentiality issue for decision by the Court. In fact, during that conference call, I believe Ed Haug asked how are we going to resolve the confidentiality issue about Mr. Ceste and Jack Blumenfeld responded that the issue could be raised when we file our *pro hac* motion. No one disagreed. It should have not come as any surprise to you that we acted quickly to file the motion so we could get this issue resolved as soon as possible. You, however, surprised us by raising an issue not addressed in any of our December discussions,

**MORRISON** | **FOERSTER**

Porter F. Fleming, Esq.
January 8, 2007
Page Three

that is, you changed your position from concern about confidentiality to attempting to
disqualify Mr. Ceste as counsel due to his supposed status as a fact witness.

   **b.    Subpoena Duces Tecum**

There has been no attempt to delay, no deliberate, self-serving conditions and certainly no
attempt to avoid service concerning your subpoena for Mr. Ceste's documents.  As
previously explained in my e-mail dated January 4, 2007, Mr. Ceste never refused service
and believed, correctly, that we were (and are) representing him.  Thus, he had no need to
respond to you and correctly advised the process server that his lawyers were taking care of
service.  See January 4, 2007 e-mail and prior letters dated December 28, 2006 and
January 3, 2007.  On the other hand, you have wasted everyone's time, money and effort and
needlessly harassed a co-counsel.  We thought it was clear that we, and specifically
Mr. Kuhne, would be representing Mr. Ceste and, in view of the holiday period, we agreed to
accept service of the subpoena, if you agreed to extend the return date to provide reasonable
time for objection and response.  Only in your January 5, 2007 letter did you offer the
January 22, 2007 return date, which we accept.  Also, for the record, we were surprised to
learn that you previously had attempted service on Mr. Ceste in mid-December, 2006
without any prior notice to me or TLC's counsel in clear violation of Rule 45 of the Federal
Rules of Civil Procedure.

**2.    FAST and Koethers**

Concerning the subpoenas duces tecum on FAST and the Koethers, I was surprised to learn
that you had been attempting to serve FAST and the Koethers in mid-December (and had
served United Electric and TurboChef), again long before I received any prior notice from
you in clear contravention of Rule 45 F.R.Civ.P.  As explained in my e-mail dated January 4,
2007, to my knowledge FAST employees have never refused to accept service.  To the
contrary, I now have been informed that FAST employees said they would accept service,
but they were told by the process server that he had to serve the Koethers personally.  Also
the process server was told that in view of the holidays, the Koethers were not available until
after the new year.  As noted above, we will accept service on FAST and the Koethers'
behalf as long as the return date is February 9, 2007 or later.

**3.    Rational A.G.**

Concerning Rational AG, we will send you our discovery requests tomorrow.  We are not
attempting to avoid The Hague Convention but rather attempting to avoid an unnecessary,
time-consuming and costly discovery dispute.

Finally, it is ironic that in the same paragraph of your letter in which you pontificate that
discovery is not a series of *quid pro quos*, you state that you will only consider our request

**MORRISON** | **FOERSTER**

Porter F. Fleming, Esq.
January 8, 2007
Page Four

that you accept service of a subpoena on behalf of Rational AG if we negotiate the document requests to Rational AG with you. Suffice it to say, if you want our cooperation in this litigation, you will have to give some cooperation. Here, you have asked us to accept service voluntarily on behalf of FAST, Bernard Koether, and George Koether, and our request to you to accept service voluntarily on behalf of Rational AG is based on the reasonable view that if one party asks another to accept service voluntarily for an affiliated non-party the requesting party should be willing to act in a similar manner with respect to a similar request.

Yours truly,

Rory J. Radding

cc:    William Kuhne, Esq.
       Jack Blumenfeld, Esq.
       Frederick Cottrell, III, Esq.
       Mario Ceste, Esq.

# EXHIBIT F

US006869633B2

(12) **United States Patent**
Sus et al.

(10) Patent No.: **US 6,869,633 B2**
(45) Date of Patent: **Mar. 22, 2005**

(54) **AUTOMATED FOOD FRYING DEVICE AND METHOD**

(75) Inventors: **Gerald A. Sus**, Frankfort, IL (US); **Ron Dorsten**, Oak Brook, IL (US); **Henry T. Ewald**, Roselle, IL (US); **Jenny Hong**, Palatine, IL (US); **Glenn Schackmuth**, Montgomery, IL (US); **Mario G. Ceste**, Wallingford, CT (US); **Curtis Clarence Pinnow**, Libertyville, IL (US); **John M. Corliss**, Lynn, MA (US); **Joseph Gerstmann**, Framingham, MA (US); **James Lozouski**, Marlborough, MA (US); **William Day**, New Port Richey, FL (US); **Doug Jones**, New Port Richey, FL (US); **Roberto Nevarez**, Hudson, FL (US); **Jerry Sank**, Palm Harbor, FL (US); **Keith Stanger**, New Port Richey, FL (US)

(73) Assignee: **Restaurant Technology, Inc.**, Oakbrook, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 47 days

(21) Appl No.: 10/127,203

(22) Filed: **Apr. 22, 2002**

(65) **Prior Publication Data**

US 2003/0207009 A1 Nov. 6, 2003

(51) Int. Cl.⁷ .................. A23L 1/01; A47J 37/12
(52) U.S. Cl. ............... 426/438; 99/403; 99/407; 99/409; 426/439
(58) Field of Search ................. 426/438, 439; 99/330, 403, 407, 409

(56) **References Cited**

U.S. PATENT DOCUMENTS

535,847 A    3/1895  Mertz

1,755,699 A    4/1930  Loehr
1,927,318 A    9/1933  McEntee

(List continued on next page )

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 335 698 | 10/1989 |
| FR | 2 491 031 | 4/1982 |
| GB | 2 200 039 A | 7/1988 |
| JP | 52.2954 | 11/1977 |
| WO | WO 86/07648 | 12/1986 |

OTHER PUBLICATIONS

Patent Cooperation Treaty, International Searching Authority, International Search Report, Aug 28, 2003, PCT/US03/12169

*Primary Examiner*—George C Yeung
(74) *Attorney, Agent, or Firm*—Ryndak & Suri

(57) **ABSTRACT**

An automated food processing system and method is provided that allows food to be dispensed, fried and packaged in a suitable container, which may be an individual portion-sized container In one embodiment, the system includes separate automated modules for dispensing, frying and packaging the food

In one embodiment, an automated dispensing device dispenses a predetermined portion of food from a bulk storage container or food dispensing magazine Food is dispensed from the automated dispensing device to an automated fry device that can include at least one circular fry wheel having a plurality of food containing compartments After the food is fried it is dispensed from the fry device to an automated packaging device The automated packaging device dispenses food to a container that may be an individual portion-sized container that is retrieved, erected and held into position for filling by an automated container handling system After a food container is filled, a conveyor system transports the filled container to a suitable pick-up location

**14 Claims, 42 Drawing Sheets**



## US 6,869,633 B2
Page 2

### U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,466,386 A | 4/1949 | Curioni | 198/52 |
| 2,807,203 A | 9/1957 | Buechele et al | 99/404 |
| 2,906,850 A | 9/1959 | Meletio | 219/43 |
| 3,012,697 A | 12/1961 | Rouse, Jr et al | 222/181 |
| 3,183,856 A | 5/1965 | Jolly | 107/1 |
| 3,200,737 A | 8/1965 | Ferenc | 99/355 |
| 3,227,313 A | 1/1966 | Morena | 222/57 |
| 3,237,804 A | 3/1966 | Bardy et al | 221/81 |
| 3,347,152 A | 10/1967 | Congelli et al | 99/334 |
| 3,369,479 A | 2/1968 | Oppenheimer | 99/325 |
| 3,391,633 A | 7/1968 | Boosalis | 99/357 |
| 3,442,423 A | 5/1969 | Cozad | 222/70 |
| 3,448,677 A | 6/1969 | Dexters | 99/336 |
| 3,456,425 A | 7/1969 | Pezza | 53/236 |
| 3,474,891 A | 10/1969 | Kamila | 198/33 |
| 3,505,072 A | 4/1970 | Rullman | 99/1 |
| 3,525,299 A | 8/1970 | Gouwens | 99/336 |
| 3,558,086 A | 1/1971 | Kraly | 244/118 |
| 3,574,270 A | 4/1971 | Rosendahl | 53/281 |
| 3,591,045 A | 7/1971 | Sturrock | 221/175 |
| 3,611,984 A | 10/1971 | Angold | 118/19 |
| 3,633,245 A | 1/1972 | Partos | 17/32 |
| 3,641,263 A | 2/1972 | Rhoads et al | 178/6 |
| 3,645,196 A | 2/1972 | Johnston et al | 99/404 |
| 3,653,540 A | 4/1972 | Offutt | 221/75 |
| 3,653,541 A | 4/1972 | Crum | 221/150 |
| 3,685,432 A | 8/1972 | Hoeberigs | 99/357 |
| 3,690,247 A | 9/1972 | Van Cleven et al | 99/355 |
| 3,693,840 A | 9/1972 | Starr | 222/193 |
| 3,716,383 A | 2/1973 | Yamamura | 99/353 |
| 3,717,127 A | 2/1973 | Porterfield | 119/52 |
| 3,734,355 A | 5/1973 | Yamada | 222/167 |
| 3,797,710 A | 3/1974 | Soodalter | 222/219 |
| 3,828,971 A | 8/1974 | Offutt et al | 221/75 |
| 3,830,264 A | 8/1974 | Billett et al | 141/1 |
| 3,861,561 A | 1/1975 | Wittern et al | 221/75 |
| 3,883,039 A | 5/1975 | Wittern et al | 221/75 |
| 3,896,715 A | 7/1975 | Mascret | 99/356 |
| 3,908,531 A | 9/1975 | Morley | 99/336 |
| 3,935,966 A | 2/1976 | Pitel et al | 221/75 |
| 3,946,702 A | 3/1976 | Mazzini | 119/51 13 |
| 3,952,915 A | 4/1976 | Pitel et al | 221/75 |
| 3,972,419 A | 8/1976 | Short | 211/78 |
| 4,001,451 A * | 1/1977 | Veeneman et al | 426/438 |
| 4,028,024 A | 6/1977 | Moreland | 425/133.1 |
| 4,038,433 A | 7/1977 | Manser et al | 426/615 |
| 4,061,245 A | 12/1977 | Lotspeich | 221/75 |
| 4,089,299 A | 5/1978 | Suchowski | 119/51 |
| 4,095,723 A | 6/1978 | Lerner | 222/56 |
| 4,104,958 A | 8/1978 | Manser et al | 99/355 |
| 4,109,835 A | 8/1978 | Castro | 222/449 |
| 4,148,412 A | 4/1979 | Lotspeich | 221/75 |
| 4,149,653 A | 4/1979 | Lennartson | 221/75 |
| 4,165,823 A | 8/1979 | Olsson | 222/252 |
| 4,171,067 A | 10/1979 | Faulkner et al. | 222/1 |
| 4,228,730 A | 10/1980 | Schindler et al | 99/329 |
| 4,240,563 A | 12/1980 | Lennartson | 221/75 |
| 4,247,019 A | 1/1981 | Lerner | 222/56 |
| 4,258,860 A | 3/1981 | Boettcher | 221/75 |
| 4,266,691 A | 5/1981 | Wolwowicz | 222/77 |
| 4,270,669 A | 6/1981 | Luke | 221/13 |
| 4,312,460 A | 1/1982 | Boettcher | 221/75 |
| 4,359,014 A | 11/1982 | Molaug et al | 119/51 |
| 4,369,896 A | 1/1983 | Boettcher | 221/75 |
| 4,382,527 A | 5/1983 | Lerner | 222/56 |
| 4,385,713 A | 5/1983 | Boettcher | 221/75 |
| 4,436,194 A | 3/1984 | Hanley | 194/63 |
| 4,438,683 A | 3/1984 | Bartfield | 99/330 |
| 4,446,775 A | 5/1984 | Reed | 99/353 |
| 4,478,140 A | 10/1984 | Bullock | 99/404 |
| 4,489,647 A | 12/1984 | Stamps et al | 99/336 |
| 4,499,818 A | 2/1985 | Strong | 99/483 |
| 4,502,372 A | 3/1985 | Mariotti | 99/330 |
| 4,505,193 A | 3/1985 | Mariotti | 99/330 |
| 4,506,802 A | 3/1985 | Lotspeich | 221/75 |
| 4,529,107 A | 7/1985 | Morine et al | 222/314 |
| 4,553,222 A | 11/1985 | Kurland et al | 364/900 |
| 4,554,955 A | 11/1985 | von Lersner et al | 141/1 |
| 4,558,804 A | 12/1985 | Keck | 222/130 |
| 4,560,088 A | 12/1985 | Tan | 221/75 |
| 4,561,453 A | 12/1985 | Rothchild | 131/304 |
| 4,574,558 A | 3/1986 | Utsumi | 53/128 |
| 4,580,698 A | 4/1986 | Ladt et al | 222/55 |
| 4,582,023 A | 4/1986 | Zumbahlen et al | 119/53.5 |
| 4,589,571 A | 5/1986 | Sykes | 221/75 |
| 4,627,785 A | 12/1986 | Monforte | 414/730 |
| 4,646,627 A | 3/1987 | Bartfield et al | 99/330 |
| 4,665,862 A | 5/1987 | Pitchford, Jr | 119/51.11 |
| 4,694,742 A | 9/1987 | Dover | 99/404 |
| 4,700,617 A | 10/1987 | Lee et al | 99/327 |
| 4,712,272 A | 12/1987 | Soodalter | 17/32 |
| 4,719,850 A | 1/1988 | Sowell | 99/404 |
| 4,722,267 A | 2/1988 | Galockin et al | 99/357 |
| 4,742,455 A | 5/1988 | Schreyer | 364/400 |
| 4,748,902 A | 6/1988 | Maurantonio | 99/326 |
| 4,757,915 A | 7/1988 | Albright et al | 221/75 |
| 4,809,881 A | 3/1989 | Becker | 221/224 |
| 4,852,471 A | 8/1989 | Lansing | 99/330 |
| 4,874,049 A | 10/1989 | Kee et al | 177/59 |
| 4,883,508 A | 11/1989 | Lansing | 55/322 |
| 4,889,077 A | 12/1989 | Possis | 119/51 11 |
| 4,911,068 A | 3/1990 | Koether et al | 99/325 |
| 4,922,435 A | 5/1990 | Cahlander et al | 364/513 |
| 4,930,663 A | 6/1990 | Ficken | 221/75 |
| 4,973,492 A | 11/1990 | Gibson | 426/461 |
| 4,976,376 A | 12/1990 | Williams | 221/24 |
| 4,979,864 A | 12/1990 | Cahlander et al | 414/421 |
| RE33,580 E | 4/1991 | Fraioli | 426/242 |
| 5,052,288 A | 10/1991 | Marquez et al | 99/407 |
| 5,085,138 A | 2/1992 | Fehr et al | 99/450 |
| 5,104,002 A | 4/1992 | Cahlander et al | 222/1 |
| 5,106,239 A | 4/1992 | Krebsbach | 406/63 |
| 5,132,914 A | 7/1992 | Cahlander et al | 364/478 |
| 5,134,927 A | 8/1992 | McCarthy, III et al | 99/427 |
| 5,142,968 A | 9/1992 | Caron et al | 99/404 |
| 5,148,737 A | 9/1992 | Poulson | 99/327 |
| 5,160,068 A | 11/1992 | Fishman et al | 222/55 |
| 5,172,328 A | 12/1992 | Cahlander et al | 364/478 |
| 5,186,355 A | 2/1993 | VonDelinde et al | 221/75 |
| 5,189,944 A | 3/1993 | Rasmussen et al | 99/334 |
| 5,191,918 A | 3/1993 | Cahlander et al | 141/1 |
| 5,197,376 A | 3/1993 | Bird et al | 99/330 |
| 5,199,381 A | 4/1993 | Masopust | 119/51.04 |
| 5,224,415 A | 7/1993 | McFadden et al | 99/357 |
| 5,230,279 A | 7/1993 | McFadden et al | 99/334 |
| 5,241,899 A | 9/1993 | Kuhlman | 99/355 |
| 5,246,118 A | 9/1993 | Mosher | 209/592 |
| 5,247,810 A | 9/1993 | Fenty | |
| 5,263,437 A | 11/1993 | Murphrey | 119/53 5 |
| 5,272,961 A | 12/1993 | Campbell et al | 99/353 |
| 5,275,092 A * | 1/1994 | Fauteux | 99/407 |
| 5,275,093 A | 1/1994 | Chiu | 99/408 |
| 5,282,498 A | 2/1994 | Cahlander et al | 141/129 |
| 5,305,615 A | 4/1994 | McFadden et al | |
| 5,314,954 A | 5/1994 | Ohishi et al | 525/132 |
| 5,319,939 A | 6/1994 | McFadden et al | 62/63 |
| 5,322,283 A | 6/1994 | Ritchie et al | 273/177 |
| 5,353,847 A | 10/1994 | Cahlander et al | |
| 5,353,959 A | 10/1994 | Center et al | 222/66 |
| 5,365,831 A | 11/1994 | Kuhlman | 99/355 |
| 5,367,949 A | 11/1994 | Nitschke et al | |

US 6,869,633 B2

Page 3

| | | | |
|---|---|---|---|
| 5,380,957 A | 1/1995 | Giles | 177/16 |
| 5,400,838 A | 3/1995 | Schjerven et al | |
| 5,405,059 A | 4/1995 | Wadell | 222/306 |
| 5,466,894 A | 11/1995 | Naef | 177/59 |
| 5,469,988 A | 11/1995 | Huang | 222/1 |
| 5,473,866 A | 12/1995 | Maglecic et al | 53/511 |
| 5,553,736 A | 9/1996 | Healis | 221/62 |
| 5,554,221 A | 9/1996 | Center et al. | 118/19 |
| 5,580,598 A | 12/1996 | Benson et al | 426/438 |
| 5,586,486 A | 12/1996 | Nitschke et al | 99/330 |
| 5,588,394 A | 12/1996 | Balistreri | 119/51 11 |
| 5,605,091 A | 2/1997 | Garber | 99/330 |
| 5,607,712 A | 3/1997 | Bourne | 426/321 |
| 5,639,995 A | 6/1997 | Mosher | 177/64 |
| 5,690,018 A | 11/1997 | Hansen | 99/330 |
| 5,706,976 A | 1/1998 | Purkey | 221/6 |
| 5,721,000 A | 2/1998 | Center et al | 426/289 |
| 5,735,192 A | 4/1998 | Paez | 99/342 |
| 5,767,455 A | 6/1998 | Mosher | 177/64 |
| 5,769,281 A | 6/1998 | Bates | 222/196 |
| 5,778,767 A | 7/1998 | Rudesill | |
| 5,780,780 A | 7/1998 | Ahmed | |
| 5,794,816 A | 8/1998 | Pliler et al | 221/203 |
| 5,799,822 A | 9/1998 | Rudewicz et al | 221/150 |
| 5,875,824 A | 3/1999 | Atwell et al | 141/67 |
| 5,899,169 A | 5/1999 | Jenson | 119/51 13 |
| RE36,241 E | 6/1999 | Phelps et al | 53/247 |
| 5,908,007 A | 6/1999 | Duin | 119/51 11 |
| 5,915,589 A | 6/1999 | Lim | 221/3 |
| 5,934,516 A | 8/1999 | Strycharske et al | 222/158 |
| 5,960,990 A | 10/1999 | Radosevich | 222/1 |
| 5,996,838 A | 12/1999 | Bayer et al | 221/75 |
| 6,058,373 A | 5/2000 | Blinn et al | 705/26 |
| 6,067,899 A | 5/2000 | Caridis et al | 99/404 |
| 6,070,539 A | 6/2000 | Flamme et al | 111/177 |
| 6,101,483 A | 8/2000 | Petrovich et al | 705/26 |
| 6,121,566 A | 9/2000 | Biquez et al | 218/7 |
| 6,125,894 A | 10/2000 | Fritze et al | 141/83 |
| 6,131,622 A | 10/2000 | Fritze et al | |
| 6,131,766 A | 10/2000 | King et al | 222/1 |
| 6,135,120 A | 10/2000 | Lofman et al. | 131/112 |
| 6,138,552 A | 10/2000 | Baillieul et al | 99/331 |
| 6,145,699 A | 11/2000 | Pollock | 221/75 |
| 6,145,708 A | 11/2000 | Schmidt | 222/196 |
| 6,158,332 A | 12/2000 | Nothum, Sr et al | 99/494 |
| 6,165,525 A | 12/2000 | Rolle et al | 426/238 |
| 6,170,229 B1 | 1/2001 | Kim | 53/155 |
| 6,179,206 B1 | 1/2001 | Matsumori | 235/383 |
| 6,192,654 B1 | 2/2001 | Georgitsis et al | 53/234 |
| 6,202,888 B1 | 3/2001 | Pollock et al | 221/1 |
| 6,210,727 B1 | 4/2001 | Miller et al | 426/231 |
| 6,216,418 B1 | 4/2001 | Kim | 53/131 5 |
| 6,250,207 B1 | 6/2001 | Hansen | 99/286 |
| 6,256,963 B1 | 7/2001 | Kim | 53/155 |
| 6,276,517 B1 | 8/2001 | Peterson et al | 198/716 |
| 6,305,573 B1 | 10/2001 | Fritze et al. | 222/58 |
| 6,321,802 B1 | 11/2001 | Weeks et al | 141/362 |

* cited by examiner

# FIG. 1



## FIG. 2



FIG. 3





FIG. 4

FIG. 4A

**FIG. 5**



FIG. 6



U.S. Patent    Mar. 22, 2005    Sheet 7 of 42    US 6,869,633 B2



FIG. 7

FIG. 8



FIG. 9

FIG. 10

FIG. 11



FIG. 12





FIG. 13

## FIG. 14



## FIG. 15



## FIG. 16





FIG. 17

510b

438

508a

508b

510

510a

18

516a
516b
516c
516d
516e
516f

18

FIG. 18

508a

510a    510

512

FIG. 19

510b

510

514

510a

512

510

502'

502



FIG. 20

FIG. 21

FIG. 22



## FIG. 25



## FIG. 26



## FIG. 27



Case 1:06-cv-00515-JJF    Document 47-3    Filed 02/21/2007    Page 22 of 30



**FIG. 28**



FIG. 29

**FIG. 30**



**FIG. 31**



Case 1:06-cv-00515-JJF    Document 47-3    Filed 02/21/2007    Page 25 of 30



FIG. 32

FIG. 33



FIG. 34

FIG. 35





FIG. 38



FIG. 39

## FIG. 40



## FIG. 41



## FIG. 42





## FIG. 45







FIG. 51

FIG. 52

FIG. 53

FIG. 54

FIG. 55

FIG. 56



FIG. 57

FIG. 58

FIG. 59

FIG. 60



FIG. 61

FIG. 62

FIG. 63

FIG. 64



## FIG. 65



**FIG. 66**



## FIG. 67



### FIG. 68



## FIG. 69



## FIG. 70



FIG. 71



FIG. 72



## FIG. 73



US 6,869,633 B2

**1**

## AUTOMATED FOOD FRYING DEVICE AND METHOD

### FIELD OF THE INVENTION

The invention relates to automated food processing. More particularly, the invention relates to automated food dispensing, frying and packaging into individual portion-sized containers such as at a quick-service type restaurant

### BACKGROUND OF THE INVENTION

In restaurants, especially quick service (fast food) restaurants, fast, consistent, efficient and safe food preparation is essential for a successful operation The quality of the prepared food depends in large part on the consistency of food preparation The food must be cooked under correct conditions for the proper time

Consistency in food preparation can vary as a result of many factors For example, people engaged in food preparation often must perform multiple tasks at frequencies that vary with time because of constantly varying customer demand throughout the day For example, lunchtime and dinnertime may be extremely busy while other periods may be relatively slow The product mix can vary from hour to hour and day to day As a result, the consistency and quality of food may vary Difficulties in proper scheduling of food production during peak and non-peak periods can cause customer delays and/or stale, wasted or unusable food

Food preparation can be labor intensive, and thus, the labor cost can be a large portion of the total cost of the prepared food An additional problem is that in sparsely populated and other areas where quick service restaurants are located, such as along interstate highways, for example, recruiting sufficient numbers of suitable employees is difficult

Quick service restaurants must be able to effectively meet a variable customer demand that is time dependent and not subject to precise prediction As a result, stores relying totally on human operators will at times be overstaffed and at other times be under-staffed Also, problems and potential problems can exist in restaurants where people directly prepare food. Health and safety concerns can also be present where food is prepared directly by people By reducing or minimizing human contact with food and food cooking equipment, health and safety concerns can also be reduced or minimized For example, in the frying of foods, some type of hot fluid, such as cooking oil or shortening must be utilized The cooking temperatures required can present a concern for health and safety

Although quick service restaurants have existed for many years and now number in the tens of thousands, such establishments utilize manual labor to prepare and process food While there have been various improvements in commercial equipment used for cooking food in quick service restaurants, such restaurants are believed to be substantially all manually operated and relatively labor intensive

Accordingly, a need exists for an automated, commercially suitable food dispensing, cooking and packaging device, system and method for fried foods that can be operated with a minimum of human intervention, control and maintenance More particularly, a need exists for an automated device, system and method that is capable of, without human labor, frying various food products in desired quantities, such as French fries, seasoning the cooked food and packaging the cooked food in individual portion-sized containers

**2**

### SUMMARY OF THE INVENTION

In accordance with the present invention, an automated food processing system and method is provided The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator

In accordance with one aspect of the present invention, an automated module system for dispensing, frying and packaging food into individual portion-sized containers is provided In one embodiment, any suitable automated dispensing device can be used In another embodiment, the system includes an automated dispensing module capable of dispensing a desired quantity of food to be fried, an automated fry module adjacent the dispensing module to receive and fry the quantity of food dispensed from the dispensing module and to produce and dispense a quantity of fried food and an automated packaging module adjacent the fry module into an individual portion-sized container

Advantageously, in one embodiment, the three modules are independent from each other and can be operated independently Plus, in one embodiment, any one of the modules can be deactivated and a human operator can manually perform the function of the deactivated module with manually operated equipment

In accordance with another aspect of the invention, optionally an automated seasoning device is present to apply seasoning to the food

Typically, the automated dispensing module in accordance with the invention in one embodiment is capable of dispensing one or more of uncooked or unheated French fries, chicken nuggets, hash browns, chicken patties and fish filets or similar types of food items to be cooked and/or heated

In accordance with another aspect of the invention, the automated dispensing module includes a freezer, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, with the structure for dispensing and the secondary or dump container being located in the freezer, and structure for dispensing the quantity of food from the secondary or dump container to a location outside of the freezer

In accordance with another aspect of the present invention, the fry module of the automated modular system includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter in a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel, which radial axis is disposed above the normal operating level of the frying oil or the cooking oil in the fry vat A drive mechanism is provided for rotating the fry wheel In one aspect of the invention, any suitable type of automated fry device can be utilized

In accordance with another aspect of the present invention, a control system is provided for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation (such as about 2–10°, for example) to simulate shaking of a fry basket Such control can be accomplished electronically by devices known to those skilled in the art

US 6,869,633 B2

3

In another embodiment, food is delivered from the fry module to a cooked food holding device, which can comprise a heated holding bin or bins

In accordance with still another aspect of the present invention, the automated packaging module includes a rotatable food dispensing member having an inlet location to receive a quantity of cooked food at a discharge location to discharge cooked food, the packaging module also including a food dispensing chute position to receive cooked food from the discharge location of the rotatable food dispenser, the food dispensing chute having a discharge location

In accordance with another embodiment of the invention, the automated modular system further includes a carton holding device for holding the individual portion-sized carton or container in position to receive food from the discharge location of the dispensing chute The packaging module may further include a rotatable food collecting member disposed to collect food from the discharge location of a dispensing chute that is not deposited into the individual portion-sized food container The so collected food may be subsequently deposited into the food dispensing chute for delivery to a container or alternatively to the rotatable food dispensing member or to a waste receptacle or chute

In accordance with another aspect of the invention, the automated packaging device includes a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled food container holding area, for subsequent pick-up by a human operator, for example In one embodiment, any suitable automated packaging device can be utilized

In accordance with another aspect of the present invention, an automated food carton-retrieving device is provided for retrieving and grasping individual portion-sized food containers The automated retrieving device comprises a moveable member for selectively grasping and releasing the food container In one embodiment, the retrieving device is capable of grasping and releasing an unerected food container on one side and the device further includes a second device for selectively grasping the unerected food container on the other side with structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container to erect or partially erect the container

In another embodiment, an automated urging structure is provided for urging the container bottom upwardly relative to the sides of the container when the sides of the container are moved relatively apart

In accordance with another aspect of the invention, the automated modular system includes an electronic control system that receives current customer order information and the electronic control system causes the selection of a container from a plurality of different container sizes and further causes filling of food with the size of food container in response to a customer order In one aspect, the electronic control system can receive customer order information and controls the dispensing rate of food dispensed from the food dispensing module to the fry module which dispensing automatically determines the amount of food being fried without further intervention by the electronic control In one aspect, the control system can include a separate control system for each of the dispensing, fry and packaging systems or modules, each of which interface with a central control system, which in turn optionally interfaces with a POS (point-of-sale) system

In accordance with another aspect of the invention, the automated modular system is suitable for dispensing, frying and packaging French fries into individual portion-sized containers

4

In accordance with another aspect of the present invention, an automated method of dispensing, frying and packaging food into individual portion-sized containers is provided that includes dispensing a desired quantity portion of food to be fried from an automated dispensing module to an automated fry module and thereafter frying the portion of food dispensed from the dispensing module in the automated fry module adjacent the dispensing module to produce a quantity of fried food Thereafter, the quantity of fried food is dispensed from the fry module to a packaging module where the fried food dispensed from the fry module is packaged into individual portion-sized containers with an automated packaging module

In another aspect of the invention, the automated method further comprises seasoning the quantity of fried food with a seasoning device

In accordance with another aspect of the invention, the dispensing includes dispensing a predetermined quantity of food from the storage container into a secondary container located in a freezer and dispensing the quantity of food from the secondary container to a location outside of the freezer

In accordance with another aspect of the method of the present invention, the frying comprises a rotating fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the food being contained in at least one of the compartments during the frying, the fry wheel being mounted for rotational movement relative to the radial axis of the fry wheel in a fry vat with the radial axis being disposed above a normal operating level of the cooking oil in the fry vat In accordance with this aspect of the invention, the automated method further includes containing a drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation to simulate shaking of a fry basket during frying

In accordance with another aspect of the invention, the packaging includes rotating a rotatable food dispensing member having an inlet location to receive a quantity of cooked food in a discharge location to discharge cooked food, the food dispensing member being rotated to dispense food into a food dispensing chute position to receive cooked food from the discharge location of the rotatable food dispenser and thereafter dispensing said food from the dispensing chute to a container to be filled

In accordance with another aspect of the invention, the method further includes holding an individual portion-sized carton or container positioned to receive food from the dispensing chute with an automated carton holding device

In accordance with still another aspect of the invention, the method further includes collecting food dispensed from the discharge location of the dispensing chute that is not deposited into the individual portion-sized food container with a rotatable food collecting member disposed to collect such not deposited food

In accordance with another aspect of the method, the method includes electronically coordinating the operation of the three modules or devices within an electronic control system In one embodiment, the method further includes electronically receiving current customer order information by the electronic control system which causes selection of a container from a plurality of different sized containers and filling the container with food of the ordered size of food container in response to a customer order by the packaging module In accordance with another aspect of the method, customer order information is electronically received and the dispensing rate of food dispensed from the food dis-

US 6,869,633 B2

**5**

pensing module to the fry module is controlled, which dispensing automatically determines the amount food being fried without further intervention by the electronic control system

In accordance with another aspect of the present invention, an automated dispensing device for dispensing a quantity of food to be subsequently cooked is provided In one embodiment, the automated dispensing device includes a freezer or refrigerated compartment, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, the structure for dispensing the predetermined quantity of food being located in the freezer, and structure is provided for dispensing the quantity of food from the secondary or dump container in the freezer to a location outside of the freezer

In one embodiment, the structure for dispensing a predetermined quantity of food includes a vibratory conveyor typically located in the freezer below the storage container The structure for dispensing may further include a device for determining or sensing the quantity of food that has been deposited in the secondary container and structure is provided for terminating the operation of the structure for dispensing when a predetermined quantity of food is sensed in the secondary container

In accordance with another aspect of the present invention, the automated dispensing device includes structure for dispensing a predetermined quantity of food that comprises a food magazine capable of dispensing individual pieces of food on a piece by piece basis. In accordance with a more specific aspect of this embodiment, the magazine comprises dual rotatable spiral flights with the spiral flights having a spacing therebetween to allow placement of a food item, such as a chicken patty, for example, to be supported by both spiral flights

In accordance with another aspect of the invention, the magazine dispenser is suspended from a slide mechanism permitting removal of the magazine from the freezer or refrigerated compartment A plurality of the magazines can be located on a single slide mechanism An array of the magazines may be located in the freezer, such as a 3x5 array or a 3x4 array, for example

In one embodiment, a separate drive motor is associated with each food dispensing magazine for selectively rotating spiral flights of a magazine dispenser for dispensing a desired number of the food items The drive motor may also be located in the freezer

In accordance with another aspect of the invention, an automated method of dispensing a quantity of food to be cooked is provided The method includes storing food items in a storage container located in the freezer, dispensing food items from the storage container to a conveyor, conveying the food items on the conveyor to a secondary or dump container located in the freezer, monitoring the amount of food items delivered to the secondary container, terminating delivery of the food items to the secondary container when a desired amount of food items are determined to be present in the secondary container as determined by the monitoring, and dispensing the food items from the secondary container and out of the freezer by at least partially inverting the secondary container In accordance with another aspect of this embodiment, a freezer or refrigerated compartment is not utilized

In accordance with another aspect of the present invention, a device for the automated frying of foods is

**6**

provided The device in one embodiment includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments with each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel which radial axis is disposed above the normal operating level of the frying oil in the fry vat A drive mechanism is provided for rotating the fry wheel and a control system is included for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of rotation (such as about 2–10°, for example) to simulate shaking of a fry basket Such control can be accomplished electronically by devices known to those skilled in the art

In accordance with another aspect of the present invention, the small amount of rotation is in the range of from about 2° to about 20° The back and forth rotation in one direction may be of a larger angle or amount of rotation than of the rotation in the other direction

In one embodiment, a control system is provided that causes periodic incremental rotation of the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the compartments out of the cooking oil for subsequent discharge of the food from the compartment In one embodiment, the periodic incremental rotation is based on 360° divided by the number of compartments in the fry wheel

In accordance with another aspect of the present invention, a control system is provided for operating the drive mechanism to rotate the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment, wherein the control system adjusts the speed of rotation based on the level of cooking oil in the fry vat In one embodiment, the control system causes incremental periodic rotation of the fry wheel and the control system adjusts the period of time between incremental rotations based on the level of cooking oil sensed in the fry vat The period of time between incremental rotations can also be based on the temperature of the cooking oil in the fry vat

In accordance with another aspect of the invention, a curved baffle is provided that is disposed in the fry vat adjacent the axial periphery of the portion of the fry wheel that is disposed in the cooking oil for preventing food contained in one or more of the fry wheel compartments from falling out of the compartments

In accordance with another aspect of the present invention, an automated method of frying food in a fry vat having a heated cooking oil contained therein is provided The method includes placing food in a fry wheel compartment, each of the compartments having an opening towards the perimeter of the fry wheel, rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil and periodically rotating the fry wheel back and forth in a relatively small amount of rotation to simulate shaking of the fry basket while the food is submerged in the cooking oil In accordance with another aspect of the method of the present invention, the method comprises rotating the fry wheel in one direction to cause the food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the food out of the cooking oil

US 6,869,633 B2

7

for subsequent discharge of the food from the compartment, wherein the speed of said rotating is related to the level of cooking oil in the fry vat. In accordance with this aspect of the present invention, the rotating may comprise incremental periodic rotation with the period of time between incremental periodic rotations being based on the level of cooking oil sensed in the fry vat. The period of time between incremental periodic rotations may also be based on the temperature of the cooking oil in the fry vat.

In accordance with another aspect of the present invention, an automated method of packaging cooked food, which may be food such as French fries, chicken nuggets and other types of food, in an individual portion-sized container is provided. The method includes delivering a quantity of a cooked food to a rotatable dispensing member, rotating the dispensing member to cause the food items to fall from one or more compartments of the dispensing member into a food dispensing chute and thereafter dispensing the food from the chute and depositing the food into the individual portion-sized food container.

In accordance with one aspect, the method may further include weighing the food in the chute before dispensing the food to the container.

In accordance with another aspect of the invention, the method includes applying seasoning to the food and may further include applying the seasoning by using gravity to cause the seasoning to travel through a nozzle and onto the food.

In accordance with another aspect of the invention, the method further includes shaking the individual portion-sized food container after the dispensing. The shaking may be automated and can include back and forth movement of the container through an arc as desired, and may be in a generally vertical axis. The arc may be a generally circular arc and the rotating back and forth may encompass an arc in the range of from about 3° to about 20°. In addition, the container may be raised and lowered before, during or after the rotating to further simulate shaking or in connection with further container handling.

In accordance with another aspect of the invention, when dispensing food from the chute to the individual portion-sized container, some of the dispensed food is not deposited into the individual portion-sized container and the method further includes collecting the not deposited food. Typically, the not deposited food will be collected in a collection device that returns the not deposited food to the chute for subsequent dispensing. In one embodiment, the collection member is rotatable and can be rotated to deposit the collected food to the chute. This helps to ensure that the not deposited food is subsequently deposited into a container on a first-in, first-out or a generally first-in, first-out basis.

In accordance with another aspect of the present invention, an automated method of packaging food, including food such as French fries, in an individual portion-sized container is provided that includes delivering a quantity of food to a food dispensing chute, selecting and holding with an automated device an individual portion-sized container of a desired size from a plurality of different sizes of individual portion-sized containers that can be selected and held by the automated device. The selected individual portion-sized container is moved by the automated device to a location for receiving food from the dispensing chute and food is dispensed from the chute and into the container. The method may further include depositing the filled food container onto a conveyor by operation of the automated device and transporting the deposited container by the conveyor to a human operator food pickup location.

8

In accordance with another aspect of the foregoing method, the individual portion-sized food container is unerected and the method further includes after the selecting, erecting the selected individual portion-sized food container by the automated device. In one embodiment, the automated device includes a partial vacuum suction device for holding the individual portion-sized food container and the holding includes applying a partial vacuum through a suction device to the food container. The food container can be released by reducing or eliminating the vacuum applied by the suction device to the food container sufficiently to cause the food container to be disengaged from the automated device.

In accordance with another embodiment of the method, the filled food container is placed in an upright position on a transportable member or container-receiving receptacle which in one embodiment contains a single food container and is maintained in an upright position on the transportable member by cooperation of the recessed volume of the transportable member and the food container.

In accordance with another aspect of the invention, the transporting is performed by a magnetic conveyor.

In accordance with still another aspect of the invention, an automated device for packaging cooked food into a desired container, which may be an individual portion-sized food container is provided. The device includes a rotatable food dispensing member having an inlet location to receive a quantity of the cooked food and a discharge location to discharge the cooked food. A food dispensing chute is positioned to receive the cooked food from the discharge location of the rotatable food dispenser and the dispensing chute has a discharge location. In one embodiment, the dispensing chute has a food holding area for holding a quantity of the cooked food deposited therein. A suitable weighing device can be associated with the dispensing chute to weigh the food that is contained in the chute or in the holding area of the chute. In one embodiment, the weighing device is a load cell.

In accordance with another aspect of the invention, the automated device includes a food carton or container holding device for holding the food carton in position to receive food from the discharge location of the dispensing chute. The carton holding device can include an axially rotatable generally vertically extending elongated first member and a second member that extends from the elongated member, the second member having a gripping member for gripping a food container, which may be an individual portion-sized food container. In one embodiment, the gripping member comprises a suction cup. A vacuum source may be supplied to the suction cup to create at least a partial vacuum, allowing the container to be held. In one embodiment, the carton holding device is capable of moving the food container through an arc of about or of at least about 180° and in which the carton holding device is capable of moving the food container up and down.

In accordance with another aspect of the present invention, the automated device comprises a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled container holding area. The conveyor system may comprise in one embodiment a continuous loop raceway and a plurality of discrete moveable food container receptacles that are moveable along the raceway. The conveyor system may include a continuous moveable loop having at least one magnetic element capable of magnetically attracting one of the moveable receptacles at a time for causing movement of

US 6,869,633 B2

9

10

the receptacle corresponding to movement of the magnetic element A plurality of the magnetic elements may be spaced apart along the moveable loop

In one embodiment, structure is provided for preventing movement of the discrete receptacles when the structure for moving the discrete receptacles along the raceway is activated The structure for preventing movement can be a barrier that is disposed across the raceway In one embodiment, the barrier is selectively moveable and in another embodiment the barrier is fixed In one embodiment, the barrier prevents movement of the receptacles only for a receptacle that has a food carton or container disposed thereon. In this embodiment, the barrier may be located at a height that is above the top of the receptacles located on the conveyor system adjacent the barrier

In accordance with another aspect of the invention, an automated device is provided to retrieve and grasp a food container, which may be an individual portion-sized food or French fry container or carton The automated retrieving device includes a member for selectively grasping and releasing the food container and for moving the moveable member horizontally and linearly

In accordance with another aspect of the invention, a magazine is provided for holding a plurality of food containers in an unerected state

In accordance with another aspect of the invention, the automated device includes a retrieving device that is capable of grasping and releasing an unerected food container on one side and further includes a second device for selectively grasping the unerected food container on the other side A structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container is provided The automated device may further include an automated urging means for urging the container bottom upwardly relative to the sides of the container when the retrieving device and the second device are moved relatively apart when grasping the container

In accordance with another aspect of the invention, the food dispensing member is a rotatable wheel having an open central area and an outer at least generally circular rim The rotatable wheel has a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and open interiorly of the circular rim A baffle may be provided to prevent food contained in the one or more of the open compartments from falling out of the compartments when the wheel is rotated until the compartment is in position over the food dispensing chute The baffle may be curved to follow the curvature of the inner part of the wheel and may also be perforated The automated device may further include a rotatable food collecting member that is disposed to collect food dispensed from the discharge location of the dispensing chute which food is not deposited into a container held in position at the discharge location Typically, the collection member will have a discharge location to discharge collected food In one embodiment, the discharge location is the food dispensing chute The collecting member may be a rotatable food collecting wheel having an open central area and an outer circular rim having a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and that are open towards the rim interior The rotatable food dispensing member and the rotatable food collecting member can be rotatable in one direction to discharge food at a discharge location and into a food dispensing chute and can be rotatable in an opposite direction to discharge the food at a second discharge location which may be to a waste chute

The discharge to the waste chute feature can be activated, for example, when the food is held in the dispensing device for too long a period of time

The packaging device may also include an automated seasoning device for depositing a predetermined quantity of seasoning to food contained in the packaging device

In accordance with another aspect of the invention, the device for applying seasoning includes a seasoning delivery tube having an inlet and a discharge location A seasoning delivery head is positioned to deliver seasoning to the food to be seasoned with the head in communication with the outlet of the delivery tube and located below the inlet of the delivery tube Structure is provided for depositing a predetermined quantity of seasoning into the inlet of the delivery tube so that the quantity of seasoning falls by gravity through the delivery tube and into and through the seasoning head and onto the food to be seasoned Typically, the structure for depositing the predetermined quantity of seasoning will receive seasoning from a bulk hopper by gravity feed The quantity of seasoning to be dispensed can be determined volumetrically, for example

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an automated food processing system in accordance with the invention;

FIG. 2 is a perspective view of an alternate embodiment of a food processing system in accordance with the present invention;

FIG. 3 is a schematic view, partly in section, of the food processing system of FIG. 1;

FIG. 4 is a side elevation view of a portion of a bulk food dispensing device in accordance with the present invention;

FIG. 4A is a side elevation view, partly in section, of an alternative embodiment for a portion of the dispensing device illustrated in FIG. 4;

FIG. 5 is a top plan view of a portion of the bulk food dispensing device in accordance with the present invention;

FIG. 6 is a side elevation view, partly in section, of a bulk food dispensing device in accordance with the present invention and also illustrating a portion of a device for frying food in accordance with the present invention;

FIG. 7 is a perspective view of a magazine-type dispenser that can form part of the food dispensing device of the present invention;

FIG. 8 is a partial side elevation view of the magazine dispenser of FIG. 7;

FIG. 9 is a perspective view of a magazine-type dispenser array that can be utilized in the dispenser of the present invention;

FIG. 10 is a fragmentary view of the device of FIG. 9;

FIG. 11 is a top plan view of a food frying device in accordance with the present invention;

FIG. 12 is a front elevation view of the food frying device of FIG. 11;

FIG. 13 is a partial fragment sectional view along line 13—13 of FIG. 11;

FIG. 14 is a fragmentary sectional view of a portion of the food frying device of FIG. 11;

FIG. 15 is a sectional view along line 15—15 of FIG. 14;

FIG. 16 is a perspective view of a drive mechanism for the food frying device of FIG. 11;

FIG. 17 is a fry basket for use in the frying device of FIG. 11;

US 6,869,633 B2

11

12

FIG. 18 is a fragmentary sectional view along line 18—18 of FIG. 17;

FIG. 19 is an enlarged, fragmentary elevation sectional view of a portion of FIG. 13;

FIG. 20 is an alternate view along line 13—13 of FIG. 11;

FIG. 21 is a sectional view along line 21—21 of FIG. 20;

FIG. 22 is an enlarged fragmentary view of a portion of FIG. 21;

FIG. 23 is an alternate embodiment of a fry wheel in accordance with the present invention;

FIG. 24 is another alternate embodiment fry wheel in accordance with the present invention;

FIG. 25 is a front perspective view of a packaging device in accordance with the invention;

FIG. 26 is a rear perspective view of the device of FIG. 25;

FIG. 27 is a top plan view of the device of FIG. 25;

FIG. 28 is a side elevation view, partially in section and partially broken away of the packaging device of FIG. 25;

FIG. 29 is a front elevation view of the device of FIG. 25;

FIG. 30 is a front perspective view of a portion of an automated container handling system in accordance with the invention;

FIG. 31 is a top plan view of the container handling system of FIG. 30;

FIG. 32 is a side elevation view, partially broken away of the automated container handling system of FIG. 30;

FIG. 33 is a rear elevation view of the container handling system of FIG. 30;

FIG. 34 is a front perspective view of the container handling system of FIG. 30 shown in another operative position;

FIG. 35 is a top plan view of the container handling system of FIG. 34;

FIG. 36 is a side elevation view, partially broken away of the container handling system of FIG. 34;

FIG. 37 is a rear elevation view of the container handling system of FIG. 34;

FIG. 38 is a front elevation view of a portion of a container handling apparatus in accordance with the invention;

FIG. 39 is a front elevation view of another portion of the container handling apparatus of FIG. 34;

FIGS. 40–42 illustrate a front diagrammatic elevation view illustrating a portion of the container handling apparatus in accordance with the invention;

FIGS. 43–44 illustrate a side elevation view, partly in section, of a portion of the food packaging apparatus in accordance with the invention;

FIG. 45 is a top plan view of a food packaging device in accordance with the invention;

FIG. 46 is a perspective view of a container-receiving receptacle in accordance with the invention;

FIG. 47 is a top plan view of the device of FIG. 47;

FIG. 48 is a sectional view along line 48—48 of FIG. 47;

FIG. 49 is a cross-sectional view along line 49—49 of FIG. 47 and further including a portion of a conveyor system in accordance with the present invention;

FIG. 50 is a sectional view along line 50—50 of FIG. 49;

FIG. 51 is a front elevation view of a carton useful in accordance with the present invention;

FIG. 52 is a rear elevation view of a carton useful in accordance with the present invention;

FIG. 53 is a sectional view along line 53—53 of FIG. 52;

FIG. 54 is a bottom plan view of the container of FIG. 51;

FIG. 55 is a sectional view along line 55—55 of FIG. 57;

FIG. 56 is a perspective view showing use of the food container of FIG. 51;

FIG. 57 is a perspective view of a food container useful in accordance with the present invention;

FIG. 58 is an alternate embodiment perspective view of a container useful in accordance with the invention;

FIG. 59 is a development view of the carton of FIG. 51;

FIG. 60 is a side elevation view of the carton of FIG. 51;

FIG. 61 is a sectional view of a portion of the food packaging device of FIG. 25;

FIG. 62 is a sectional view of a portion of a food storage device in accordance with the present invention;

FIG. 63 is a sectional view of the food storage device of FIG. 62;

FIG. 64 is a side elevation view, partly in section, a hood system in accordance with the present invention;

FIG. 65 is a perspective view of an automated seasoning device in accordance with one aspect of the invention;

FIG. 66 is a side elevation view of the seasoning device of FIG. 65;

FIG. 67 is a front elevation view of the seasoning device of FIG. 65;

FIG. 68 is a top plan view of the seasoning device of FIG. 65;

FIG. 69 is a diagrammatic view of a control system in accordance with the present invention;

FIG. 70 is a diagrammatic view of a control system in accordance with the present invention;

FIG. 71 is a diagrammatic view of a frying cycle in accordance with the present invention;

FIG. 72 is a schematic illustration of a sample touch screen monitor useful in accordance with the invention; and

FIG. 73 depicts another touch screen layout in accordance with the present invention

## DETAILED DESCRIPTION OF THE INVENTION

### General

In accordance with the present invention, an automated food processing system and method is provided. The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator

Referring to the Figures generally and in particular to FIGS. 1 and 3, there is illustrated an automated food processing system 100 in accordance with the invention. Automated food processing system 100 includes a food dispensing device 200, a fry device 400 and a food packaging device 600. In accordance with one embodiment of the present invention, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be constructed and are sometimes illustrated in "modular" construction or form. By "modular" construction or form it is meant that dispensing, fry and packaging devices 200, 400 and 600, respectively, can exist and be contained in separate cabinets, for example, and also operate independently of the other

US 6,869,633 B2

13

devices Thus, if one of dispensing, fry and packaging devices 200, 400 and 600, respectively, are inoperative or are otherwise deactivated, the function of the deactivated or inoperative device can be performed manually For example, food to be fried could be manually dispensed in place of dispensing device 200 Alternatively, food to be fried could be fried in a conventional fry vat after being dispensed from dispensing device 200 in place of using fry device 400 and food that is dispensed and fried in dispensing and fry devices 200 and 400, respectively, could, in turn, be packaged manually, for example

To facilitate such modular construction and use, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be contained in a separate wheeled cabinet, 202, 402 and 602, respectively, as illustrated in FIG. 1 Alternatively, dispensing, fry and packaging devices 200, 400 and 600, respectively, could be mounted as a single unit or in a single cabinet or in "non-modular form," as desired, or more than one of such devices 200, 400 and 600 could be so mounted or combined.

A suitable control system for the dispensing, fry and packaging devices is also provided As will be described more completely hereafter, in one embodiment, the control system includes a central control system 110 that can interface with a point-of-sale system 112 The central control system will communicate with separate subcontrol systems 114, 116 and 118, one for each of the dispensing, fry and packaging devices 200, 400 and 600, respectively Alternatively, a single central control system (not shown) could be utilized in place of individual control systems for each of devices 200, 400 and 600 Similarly, as another alternative, a single central control system could be utilized to control the overall operation of automated food processing system 100 as well as controlling the individual functions and aspects of dispensing, fry and packaging devices 200, 400 and 600

The basic operations of dispensing device 200, fry device 400 and food packaging device 600 will now be briefly discussed and discussed in detail hereafter

Briefly, dispensing device 200 functions to dispense a quantity of food to be fried to fry device 400 In one aspect of the invention, any suitable food dispensing device can be utilized Dispensing device 200 can include a cabinet 202 to house the components of dispensing device 200 In one embodiment, cabinet 202 will be refrigerated, preferably below 32° F so that the food contents therein will remain frozen This allows the food stored in dispensing device 200 to remain therein for a long period of time, much longer than if the contents were merely refrigerated (above freezing) or merely at room temperature

In the illustrated embodiment, dispensing device 200 includes an uncooked bulk food dispensing container 204 Uncooked bulk food dispensing container 204 may be utilized for food such as French fries or chicken nuggets, for example Other types of food may also be contained in a dispenser such as uncooked bulk food dispensing container 204 Typically, those types of food would be in the form of relatively small pieces compared to relatively large food pieces such as chicken patties, for example.

For relatively large food pieces, a large food dispensing container is utilized In one embodiment, the large food dispensing container is in the form of a magazine food dispenser 206

Food dispensed from a dispenser of dispensing device 200 is deposited on a conveyor 208 that, in turn, directs the deposited food to a secondary or dump container 210 for subsequent discharge from dispensing device 200

14

In the illustrated embodiment, uncooked bulk food dispensing container 204, magazine food dispenser 206, conveyor 208 and secondary container 210 are contained in cabinet 202, which is a refrigerated environment, preferably maintained below freezing (32° F or lower)

While any suitable conveyor can be utilized in one aspect, conveyor 208 is preferably a vibratory conveyor, vibrated by a suitable vibratory mechanism that vibrates a conveyor body 214 Conveyor body 214 may take the form of a suitably shaped tray, for example

By containing the foregoing components in a refrigerated and preferably frozen environment, consistency in food preparation and dispensing is achieved, thereby contributing to the overall efficient, effective and uniform performance of automated food processing system 100

Secondary container 210 can be of a form as desired and includes suitable weighing mechanism 216 to permit a determination of the quantity of food contained in secondary container 210 Weighing mechanism 216 can be any suitable device to weigh the contents or otherwise determine the amount of food in secondary container 210 Weighing mechanism 216 may comprise a load cell or a mechanism for determining the volume of food deposited into secondary container 210, for example In this manner, the amount of food that is charged to fry device 400 at a particular time can be determined In addition, weighing mechanism 216 can be operated during operation of conveyor 208 and the operation of conveyor 208 continued until a desired amount of food is deposited in secondary container 210 In this manner, a precise amount of food can be delivered to secondary container 210 thereby permitting consistency and uniformity in the portion of food that is delivered to fry device 400. This is also important to ensure that a sufficient quantity of food is being cooked by automated food processing system 100

Prior to activation of dumping mechanism 218, discharge door 220 of cabinet 202 is opened by operation of a door opening device which can be any suitable device as desired and in the illustrated embodiment is a cylinder 222 attached to discharge door 220 and moveable up and down in the direction of arrow B. Cabinet 202 is preferably insulated with a suitable insulating material 224 that is also provided in discharge door 220 The provision of a suitable insulating material is important, particularly since dispensing device 200 will typically be located proximate or adjacent fry device 400 that operates at a substantially elevated temperature, thereby typically generating substantial heat

In the illustrated embodiment, dispensing device 200 includes four dispensing lanes from which food is discharged from dispensing device 200 and to a suitable location such as fry device 400 After dispensing through discharge door 220, cylinder 222 is activated to close discharge door 220 Similarly, dumping mechanism 218 of secondary container 210 is activated to return secondary container 210 to its upright position to receive more food

Fry device 400 includes a fry wheel 404, a fry vat 406 for containing and heating a suitable cooking oil and a drive mechanism 408 for suitably rotating fry wheel 404 It is to be understood that in accordance with one aspect of the invention any suitable frying device can be utilized

In the illustrated embodiment of FIGS 3 and 11–16, fry device 400 includes a plurality, in this case four, of separate fry wheels 404, 410, 412 and 414, as well as four separate fry vats 416, 406, 420 and 418 and a separate drive mechanism 408 for each fry wheel, each dedicated to a particular one of fry wheels 404, 410, 412 and 414

In one embodiment, a separate drive mechanism is provided for each of fry wheels 404, 410, 412 and 414 and can

US 6,869,633 B2

15

be suitably located in cabinet 402, preferably in a location that is above the level of cooking oil present in the associated one of fry vats 416, 406, 420 and 418, respectively

The suitable rotation of each of fry wheels 404, 410, 412 and 414 can be as desired to direct food articles loaded therein down and through the fry vat until reaching the other side of the fry vat whereupon the food articles are discharged The rotation can be either continuous or a periodic incremental rotation For example, a suitable drive mechanism can be provided to periodically rotate fry wheel 410 in a desired rotational increment, which may be based on the number of compartments contained in fry wheel 410 In the illustrated embodiment of FIG 13, for example, fry wheel 410 comprises eight food compartments 422, 424, 426, 428, 430, 432, 434, and 436 Each of food compartments 422–436 is a perimeter food compartment and open to the perimeter or exterior of fry wheel 410 Each of fry wheels 404, 412 and 414 can be similarly configured

As described in more detail hereafter, each of compartments 422–436 is formed from a perforated curved compartment forming member 510

In the rotation of fry wheel 410, a periodic incremental rotation can be based upon 360° divided by the number of compartments Thus, for example, in the illustrated embodiment of FIG 13, each periodic rotation would consist of a rotation of 360° divided by eight compartments or a periodic rotation increment of 45° Thus, as illustrated in FIG 13, the food contained, in this case French fries, in compartments 424–430 would remain in cooking oil 454 contained in fry vat 406 for all or part of four incremental rotations, after which the food would be discharged from fry wheel 410 in the next incremental rotation thereof. For example, as illustrated in FIG 13, compartment 422 is ready to receive a charge of food to be fried, compartment 424 has a charge of food that has been just immersed in cooking oil 454 Cooking oil 454 is at a level H as illustrated in FIG 13, which is dependent upon the amount of food contained in compartments 422–436 that are submerged in cooking oil 454

Similarly, compartment 426 has food contained therein that has gone through two incremental 45° rotations of fry wheel 410, compartment 428 has food contained therein that has undergone three incremental rotations and food compartment 430 has food contained therein that has undergone four incremental rotations of fry wheel 410 and compartment 432, which is now empty, has discharged the food contained therein upon the last incremental rotation of fry wheel 410 Thus, upon the next incremental rotation of fry wheel 410, which is in the clockwise direction as shown by arrow B of FIG 13, the food contained in food compartment 430, which in this case is a quantity of French fries 455, will be discharged from compartment 430 to the food packaging device which is hereafter briefly described

Upon discharge of food, which in this case is a quantity of French fries from one of compartments 422–436 of a fry wheel, such as fry wheel 410 as illustrated in FIG 3, the food is deposited onto an inlet chute 604 of food packaging device 600.

From inlet chute 604, the food from inlet chute 604 received from fry wheel 410 is deposited into rotatable food dispensing member 606 Typically, rotatable food dispensing member 606 will be compartmented into a plurality of compartments that are arrayed along the periphery of rotatable food dispensing member 606

Rotatable food dispensing member 606 has a discharge location to discharge the food deposited therein The discharge location is generally located towards an upper por-

16

tion of rotatable food dispensing member 606 A food dispensing chute mechanism 608 is positioned to receive cooked food from the discharge location of rotatable food dispensing member 606 In a preferred embodiment, food dispensing chute mechanism 608 incorporates a device for weighing or otherwise determining the quantity of food that has been deposited into food dispensing chute mechanism 608 This ensures that when food is dispensed from food dispensing chute mechanism 608 a minimum quantity of food will be dispensed, thereby ensuring that a container 611 or other package that is to receive the food from mechanism 608 will receive a desired charge

Food packaging device 600 preferably also includes a suitable automated container handling system 610 Automated container handling system 610 is capable of, in a preferred embodiment, selecting container 611 of a desired size, retrieving and grasping container 611, erecting unerected container 611 into an erected form and holding the erected container 611 in position to receive food dispensed from food dispensing chute mechanism 608.

After food container 611 receives food from food dispensing chute mechanism 608, automated container handling system 610 is capable of moving container 611 having food deposited therein to a container receiving receptacle 612 which receptacle 612 can be transported via a conveyor system 614 to a desired location for subsequent pickup of container 611 having food contained therein by a human operator, for example

Preferably, a food overflow collection member is provided to collect any food dispensed by food dispensing chute mechanism 608 that is not deposited into container 611 In one embodiment, the overflow food collection device is a rotatable food collection member 613 Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in container 611 and to recycle food collected by overflow food collection member 613 into food dispensing chute mechanism 608 for subsequent dispensing to a container in a first-in, first-out manner so that overflow food is promptly recycled to dispensing chute 608 for dispensing to a container

Preferably, food packaging device 600 is configured to include a provision by which food contained in dispensing device 600 is routed to waste where it is not desired to dispense such food into a food container Such a condition could arise, for example, if food is held for too long a period in food packaging device 600 This function may be accomplished, for example, by providing a waste discharge location which can be in the form of a waste chute 615 to which food from rotatable food dispensing member 606 and overflow food collection member 613 can be directed In one embodiment, chute mechanism 608 is lowered and member 606 is rotated to dispense food to chute mechanism 608, which in turn dispenses into member 613 Member 613 is rotated counterclockwise to deliver food to waste chute 615 This process can be continued until all of the food in device 600 is so emptied, if desired

Preferably, a suitable structure for applying a desired quantity of seasoning to food contained in food packaging device 600 is provided In the embodiment illustrated in FIG 3, a food seasoning device 616 is provided Food seasoning device 616 can be any suitable seasoning device as desired In one embodiment, food seasoning device 616 dispenses a desired quantity of seasoning from a bulk storage container through a delivery tube and onto food located in rotatable food dispensing member 606

Preferably, and in the embodiment illustrated in FIG 3, a food seasoning device 616 is provided that directs a desired

US 6,869,633 B2

17

quantity of seasoning onto food that is contained in a bottom portion of rotatable food dispensing member 606 and inlet chute 604 via a seasoning dispensing head 618

Preferably, conveyor system 614 is composed of a raceway 620 that is an endless loop around the periphery of the top surface of cabinet 602 of food packaging device 600, which in one embodiment can be a modular, wheeled cabinet Conveyor system 614 causes food container receiving receptacle 612 to travel around raceway 620 to a food container pickup location 622 where a human operator can pickup food containers having food therein Preferably, conveyor system 614 includes structure for stopping movement of a container/receiving receptacle 612 at a predetermined location when carrying a food container, such as at food container pick up location 622 Such structure in one embodiment may comprise a gate structure 928 or 928' of FIG 45 and FIGS 25–27, respectively, that extends across at least a portion of raceway 620 in the vicinity of the predetermined location Any suitable type of barrier structure can be utilized to prevent the desired movement Most preferably, gate structure 928 or 928' will be located at a height that is above the top of the receptacle when located on conveyor system 614 so that movement of container/receiving receptacle 612 is prevented or stopped only for a receptacle 612 that has a food container 611 disposed thereon Note that the pickup location can be configured as desired and slightly different configurations 622 and 622' are shown in FIG 45 and FIGS 25–27, respectively

Referring to FIG 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing device 200, previously briefly described, where like reference numerals represent like elements. Food dispensing device 201 includes fewer uncooked bulk food dispensing containers 204 and additional magazine food dispensers that are similar to magazine food dispenser 206, previously referred to Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

Automated food processing system 101 also includes fry device 400, which has been described

One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600 In place of food packaging device 600, a food storage device 635 is provided Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual processing As configured in FIG 2, food storage device 635 includes separate heated product receiving receptacles 637, 639, 641 and 643 Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively In addition, each receptacle 637–643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

As illustrated in FIG 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641 Food item F can be stored therein for a period of time until it is ready for subsequent processing

Food Dispensing Device

Referring to the Figures generally and in particular to FIGS 1–10, there is illustrated various embodiments of food dispensing devices and portions thereof in accordance with the invention

18

In one embodiment, food dispensing device 200 is illustrated or partially illustrated in FIGS 1 and 3–8 Food dispensing device 200 includes a cabinet 202, bulk uncooked food dispensing containers 204, 205 and 207, magazine food dispenser 206, 209, 211 and 213, and a suitable conveyor system for each lane 234, 236, 238 and 240 of food dispensing device 200 Any suitable number of magazine dispensers can be used for a particular lane, such as one, two, three, four, five or more, and the illustrated embodiment of four is merely an example As configured in FIG 1, for example, lane 234 receives material from bulk hopper 204, lane 236 receives food material from bulk hopper 205, lane 238 receives food material from bulk hopper 207 and lane 240 receives dispensed food from magazine food dispensers 206, 209, 211 and 213 as will be described hereinafter in greater detail, particularly with respect to food dispensing device 201 of FIG 2, for example.

Each lane 234, 236, 238 and 240 dispenses food that is subsequently directed to fry wheels 410, 412, 414 and 404, respectively

The components of lane 238 will now be described in detail and it is to be understood that the components of lanes 234 and 236 are similar Lane 238 includes uncooked bulk food dispensing container 207 and a food handling system 242 which in this embodiment is identical for each lane 234, 236, 238 and 240 as well as for each lane of food dispensing device 201 It should be noted that food handling system 242, as for example, illustrated in FIGS. 3–6 is depicted with respect to lane 240 and that food handling system 242 is the same for each lane 234, 236, 238 and 240

Food handling system 242 includes conveyor system 208, secondary container 210, weighing mechanism 216 and dumping mechanism 218 Conveyor system 208 includes vibratory mechanism 212 and conveyor body 214

Uncooked bulk food dispensing container 204 can be of a shape and dimension generally as desired. Preferably, uncooked bulk food dispensing container 204 has an upper opening to permit a supply of food to be placed in uncooked bulk food dispensing container 204 Upper opening 244 as illustrated is located in an upper rear portion of uncooked bulk food dispensing container 204 and can be conveniently accessed via a rear door 246 of cabinet 202 Rear door 246 preferably is insulated with suitable insulation material 224

Uncooked bulk food dispensing container 204 is composed of a pair of opposed upper sidewalls 248, a pair of generally opposed front and rear sidewalls 250 and front and rear walls 252 and 254, respectively, which connect together upper sidewalls 248 and 250 to provide uncooked bulk food dispensing container 204 Front sidewall 252 includes a lower portion 252' that extends inwardly from top to bottom to further facilitate discharge of food contained in uncooked bulk food dispensing container 204 Preferably, lower generally opposed sidewalls 250 are slightly indented from top to bottom to facilitate the discharge of food that may be contained therein

Uncooked bulk food dispensing container 204 includes a bottom opening 256 that permits the discharge of food contained therein Bottom opening 256 can be configured as desired and in the illustrated embodiment the entire bottom of uncooked bulk food dispensing container 204 is open In the illustrated embodiment, uncooked bulk food dispensing container 204 is particularly suited for use with food such as French fries and chicken nuggets as well as other types of food of relatively small size

Uncooked bulk food dispensing container 204 is suitably mounted within cabinet 202 While a suitable mounting

US 6,869,633 B2

19

structure can be utilized, it is preferred to utilize a structure that will minimize heat transfer from the exterior and through cabinet 202 to uncooked bulk food dispensing container 204, particularly where cabinet 202 is refrigerated, especially where temperatures below freezing are utilized In that regard, front mounting bracket 258 and rear mounting bracket 260 each are configured to minimize heat transfer from cabinet 202 to uncooked bulk food dispensing container 204 In that regard, front mounting bracket 258 and rear mounting bracket 260 include openings, 258' and 260', respectively, to minimize such heat transfer and to maximize airflow around the containers 204, 205, 207 and dispensers 206, 209, 211 and 213 Similarly, materials of low thermal conductivity can also be utilized, if desired, for brackets 258 and 260 Generally, to minimize heat transfer and to maximize airflow, the surface area contact and cross-sectional area of mounting brackets 258 and 260 should be minimized to reduce heat transfer and "hot spots" on uncooked bulk food dispensing container 204

As illustrated in FIGS. 3 and 4, for example, food contained in uncooked bulk food dispensing container 204 passes through bottom opening 256 and onto conveyor body 214 which in the illustrated embodiment is a suitably dimensioned pan Conveyor body 214 is suitably mounted to vibratory mechanism 212 to effect vibration of conveyor body 214 as well as food contained therein and food contained in uncooked bulk food dispensing container 204, and in particular the lower portion of container 204 This vibration facilitates the discharge of food from uncooked bulk food dispensing container 204 and causes food contained in conveyor body 214 to travel in the direction of arrow G Any suitable conveyor system can be used in accordance with one aspect of the invention

A preferred type of vibratory mechanism is available from FMC Technologies, Inc of Chicago, Ill marketed under the model F-010-B and DF-010-B Vibratory mechanism 212 is preferably an electromagnetic vibrating mechanism Vibratory mechanism 212 in one embodiment produces a vibrating stroke at the surface of conveyor body 214 The stroke results from the action of an electromagnet that pulls conveyor body 214 sharply down and backward and then allows it to spring up and forward Typical vibratory mechanisms of this type run at about 3,600 vibrations/minute at 60 Hz power The power of the vibrating stroke can be controlled by a suitable drive module as is known in the art In one embodiment, vibratory mechanism 212 can be operated at about 85% of full power during filling of secondary container 210 with food For the first part of a fill cycle of secondary container 210, vibratory mechanism 212 can be run continuously, then pulsed by turning its power on and off periodically so that vibratory mechanism 212 operates about 50% of the time to finish filling secondary container 210 with a desired quantity of food, thereby providing better control on the last part of the food charged to secondary container 210

Food dispensing device 200 preferably includes a suitable mechanism to determine the weight or volume of a charge of food delivered by conveyor system 208 to secondary container 210 The amount may be determined either by weight or volume, for example In the illustrated embodiment, weighing mechanism 216 is operatively interfaced with secondary container 210 to provide an indication of the weight of food contained in secondary container 210 The weight sensed in secondary container 210 by weighing mechanism 216 is communicated with control system 114 of food dispensing device 200 Control system 114 monitors and controls the operative functions of food dispensing device 200 as hereinafter described in greater detail

20

Optionally, a level sensor can be employed in uncooked bulk food dispensing container 204 to provide an indication of the amount of food stored therein that is available for dispensing Any suitable level indicator known in the art can be utilized in accordance with the invention such as photoelectric, weight, turning fork and others, for example

Secondary container 210 can be considered as a dump container and as associated therewith, dumping mechanism 218 for rotating secondary container 210 through an arc as indicated by arrow B sufficiently to dump the contents of secondary container 210 Any suitable dumping mechanism can be utilized Illustrated dumping mechanism 218 includes a dump cylinder 264 that is secured to a base 266 Dump cylinder 264 can selectively rotate a drive gear or wheel 268 that, in turn, is operatively associated with a follower gear or wheel 270 to cause rotation of follower gear or wheel 270 Secondary container 210 is rigidly secured to follower gear or wheel 270 so that when follower gear or wheel 270 is rotated by drive gear or wheel 268 secondary container 210 is rotated through an arc that causes secondary container 210 to rotate forward to a dumping position as illustrated in phantom lines in FIG 3 indicated by reference numeral 210' Such movement is caused by extension of dump cylinder 264 Similarly, retraction of dump cylinder 264 moves secondary container 210 from the dump position indicated by reference numeral 210' to the upright position indicated by reference numeral 210 in FIG 3 where secondary container 210 is ready to receive a charge of food from conveyor system 208, which in the illustrated embodiment the food is French fries FF

An alternative embodiment for secondary container 210 is illustrated in FIG 4A Secondary container 210' is composed of a pair of opposed spaced apart sidewalls 211 (only one sidewall 211 is illustrated and is depicted in a half-moon configuration) and a pair of sidewalls 213a and 213b, oriented in a V-shaped relationship when container 210' is configured to receive food from conveyor body 214 Sidewall 213a is mounted for pivotal movement about an apex identified by sidewalls 213a and 213b Such movement is accomplished by a drive mechanism similar to cylinder 264, drive gear 268 and driven gear 270, which in this embodiment are cylinder 264', drive gear 268' and driven gear 270', which gear 270' is attached to sidewall 213a When cylinder 264' is extended, sidewall 213a is caused to pivot downwardly as indicated by arrow AA to the position of sidewall 213a shown in phantom, thereby causing the contents (French fries FF) of container 210' to be dumped Sidewalls 211 act as sidewall guides for sidewalls 213a and 213b when sidewall 213a is in a lowered position, in which case sidewalls 213a and 213b act as a chute or slide

Control system 262 coordinates the operation of the various functions of food dispensing device 200 For example, when food dispensing device 200 is ready to dump a charge of food from secondary container 210 out of food dispensing device 200, control system 262 activates cylinder 222 to open discharge door 220 thereby permitting the food charge in secondary container 210 to be dumped by dumping mechanism 218 through open discharge door 220 After dumping of the food charge is completed, control system 114 causes dump cylinder 264 to be retracted thereby returning secondary container 210 to a position ready to accept a further charge of food from conveyor system 208 Cylinder 222 has one end rigidly secured to cabinet 202 or some other suitable location and the other end of cylinder 222 is attached to discharge door 220 Typically, discharge door 220 will have a suitable guide mechanism, which may be tracks, slots or other suitable apparatus to guide discharge

US 6,869,633 B2

21

door 220 to its open and closed positions Cylinder 222 is operable to move door 220 up and down as indicated by arrow B in FIG 6 to thereby open and close discharge door 220 as desired In the illustrated embodiment, discharge door 220 extends across all four dispensing lanes 226, 228, 230 and 232 If desired, a separate discharge door could be provided for each of dispensing lanes 226, 228, 230 and 232 In addition, control system 262 causes activation of cylinder 222 to close discharge door 220 to prevent heat from entering into cavity 272 of food dispensing device 200 in which the food and various dispensing mechanisms are contained as illustrated in FIGS 3 and 6, for example

Food dispensing device 200 can contain suitable refrigeration components 274 such as within a lower portion of cabinet 202 as shown schematically in FIG. 1 In accordance with the preferred embodiment of food dispensing device 200, refrigeration components 274 provide sufficient cooling to provide a below freezing temperature environment in cavity 272 Alternatively, suitable refrigeration components can be provided exteriorly of cabinet 202 and even at a remote location as desired In addition, a storage compartment 276 and a storage compartment door 278 may also be provided in cabinet 202 An upper side access door may also be provided to permit operator access to the interior of cavity 272 where uncooked bulk food dispensing containers 204 and/or magazine food dispensers 206 and/or 209, 211 and 213 are located.

Referring to FIGS 2 and 7–10, there is illustrated another embodiment of food dispensing device 201 in accordance with the present invention

Food dispensing device 201 has many similarities to food dispensing device 200 previously described where like reference numerals represent like elements Thus, food dispensing device 201 includes cabinet 202, four product dispensing lanes 226, 228, 230 and 232 with each such lane incorporating conveyor system 208, secondary container 210, vibratory mechanism 212, conveyor body 214, weighing mechanism 216, dumping mechanism 218, discharge door 220, cylinder 222, insulating material 224, food handling system 242, upper opening 244, rear door 246, uncooked bulk food dispensing container 204 which is associated with product dispensing lane 234, a dump cylinder 264 for each product dispensing lane, cavity 272, refrigeration components 274, storage compartment 276 and a storage compartment door 278 Product dispensing lanes 228, 230 and 232 each have associated therewith a plurality of magazine food dispensers 280–308 arrayed to provide in the embodiment illustrated in FIG. 9 five magazine food dispensers per product dispensing lane in which there are three product dispensing lanes serviced by the foregoing magazine food dispensers. Consequently, magazine food dispensers are configured in a three-by-five array and are suspended from a magazine food dispenser support 310 as shown in FIG 9 Each row of three magazine food dispensers depends from magazine food dispenser support 310 via a slide assembly 312 Slide assembly 312 is similar to a drawer slide including a pair of first and second elongated telescoping left and right slides 314 and 316, respectively Suitable upper rollers 318 are mounted to magazine food dispenser support 310 and lower rollers 320 depend from magazine food dispensers 280–308 for traversing left and right elongated telescoping slides 314 and 316

Suitable mounting brackets 322 are provided which depend upwardly from magazine food dispenser support 310 for mounting to cabinet 202

In addition, suitable mounting brackets 324 are provided which depend downwardly from magazine food dispenser

22

support 310 for mounting slide assembly 312 thereto allowing magazine food dispensers 280–308 to depend therefrom

Magazine food dispenser support 310 has a series of holes 326 and 328 therein Holes 326 can be provided to allow increased airflow and cooling. Holes 328 can also be provided to provide increased airflow and cooling for magazine food dispensers 280–308

Each of magazine food dispensers 280–308 and 206, 209, 211 and 213 briefly discussed with respect to food dispensing device 200 are similar in construction Magazine food dispenser 206 will be discussed with respect to FIGS 7 and 8 and it is to be understood that the other magazine food dispensers are of similar construction.

Magazine food dispenser 206 includes a body or housing 330 that includes sidewalls 332 and 334, front walls 336 and 338 and corresponding rear walls (not shown) and can be attached in a removable manner if desired, including in a snap-on arrangement to facilitate cleaning Magazine food dispenser 206 also includes a top member or cover 340 having mounted thereover a drive mechanism 342. Drive mechanism 342 includes a drive gear or wheel 344 and a driven wheel or gear 346 Depending from each of drive wheel or gear 344 and driven wheel or gear 346 is a spiral flight that is vertically or generally vertically oriented relative to the longitudinal axis of spiral flights 348 and 350 If desired, a single spiral flight dispenser (not shown) could also be utilized

Body 330 of magazine food dispenser 206 can include substantial open portions such as front open portion 352 and a corresponding rear open portion (not shown) Such open portions may have a cover or access door thereover (not shown) Such open portions can be desirable to permit airflow through magazine food dispenser 206 since generally such dispenser will be contained in a refrigerated environment and such openings help ensure that food contained therein remains frozen or chilled as desired A vertical divider (not shown) can be provided between spiral flights 348 and 350 if desired

A plurality of generally vertically disposed and spaced apart rods 354, 356 and 358 may be provided at the front of magazine food dispenser 206 adjacent spiral flights 348 and 350 and similar rods can be provided at the back of magazine food dispenser 206 Rods 354, 356 and 358 prevent food pieces from falling out of spiral flights 348 and 350 and to maintain spiral flights 348 and 350 in a vertical orientation

Magazine food dispenser 206 has an open bottom 360 through which food pieces can be dispensed during operation

During operation, drive wheel 344 can be driven by a suitable electric motor, such as an electric motor 362, 364 and 366 shown with respect to magazine food dispensers 280, 282 and 284 in FIG 9 Alternatively, other drive devices could be used, including, for example, a rotary air or hydraulic cylinder Rotation of drive wheel 344 in a clockwise direction causes driven wheel 346 to rotate in a counterclockwise direction by virtue of the intermeshing or contact between drive wheel or gear 344 and driven wheel or gear 346 Such rotation causes corresponding rotation of spiral flights 348 and 350, respectively Food contained by spiral flights 348 and/or 350 is moved downwardly by virtue of such rotation When such food reaches the bottom of spiral flights 348 and/or 350, respectively, such food is discharged from magazine food dispenser 206 through open bottom 360 and onto conveyor system 208 for handling as previously described A single motor could be used to drive a plurality of dispensers 280, 282 and 284, etc through a suitable drive mechanism (not shown)

US 6,869,633 B2

23

As shown in FIG. 8, pieces of food can be contained by magazine food dispenser 206 in two different ways. For example, individual pieces of food may each be contained by a single elongated spiral flight 348 or 350 as shown with respect to food pieces F1 and F2, respectively. Food pieces F1 and F2 can be any type of desired food and may be a food item such as a hash brown, an individual portion pie, rectangular food patty, or other type of food as desired. Chicken nuggets and other food can also be dispensed with the bulk dispenser previously described. Larger items of food can span across portions of both elongated spiral flights 348 and 350 as illustrated with respect to food item F3, which may be a larger food item, such as a chicken patty, or other type of food article as desired. Spiral flights 348 and 350 can be of a desired radial diameter so that the food piece or pieces that are to be contained and dispensed in magazine food dispenser 206 can be accommodated as illustrated in FIG. 8. Each spiral can contain a food piece so that as illustrated in FIG. 7, the illustrated spirals of spiral flights 348 and 350 could each accommodate twelve food pieces such as food pieces F1 or F2 for a total of twenty-four food pieces or twelve food pieces such as food piece F3 of FIG. 8. As will be appreciated, spiral flights having a greater or lesser number of flights can be used if desired to hold a greater or lesser number of food pieces, respectively.

A suitable home position sensor 362' can be utilized to indicate a home or start position of each of spiral flights 348 and 350. As illustrated in FIG. 7, a pair of position indicating sensors 362' and 364' are utilized and mounted on drive wheel 344 180° apart for more precise locating of the position of spiral flights 348 and 350. Sensors 362' and 364' can be proximity sensors that align with corresponding sensor pickups on the respective drive gear or motor for magazine food dispenser 206 (not shown).

Preferably, spiral flights 348 and 350 are offset by one rotation so that a single food item such as food item F1 or F2 in FIG. 8 will be dispensed from one of either spiral flight 348 or 350 for each one-half rotation of spiral flights 348 and 350.

Preferably, food dispensing device 200 and food dispensing device 201 are constructed in modular form, an example of which is illustrated in FIGS. 1 and 2, respectively. Wheels 368 are provided to permit cabinets 202, 402 and 602 to be suitably transported across a relatively flat surface, such as a restaurant work area floor.

Food Frying Device

Referring to the Figures generally, and in particular to FIGS. 1–2 and 11–24, there is illustrated fry device 400 and various components and alternative components thereof in accordance with the invention.

In one embodiment, fry device 400 includes cabinet 402, four fry wheels 404, 410, 412 and 414, four fry vats 406, 416, 418 and 420, four drive mechanisms 408, one for each of fry wheels 404, 410, 412 and 414. Each fry vat 406, 416, 418 and 420 is dimensioned to contain a desired volume of a suitable cooking oil. Each fry vat 406, 416, 418 and 420 is dedicated to one of fry wheels 404, 410, 412 and 414, respectively.

In operation in the preferred embodiment, fry device 400 is positioned to receive the food dispensed from a food dispensing device, such as food dispensing device 200 and food dispensing device 201. Consequently, it is advantageous to position fry device 400 adjacent food dispensing device 200 or 201 as illustrated in FIGS. 1 and 2, respectively. A suitable control panel 456 can be provided and located in a suitable location, such as on the side of cabinet 402. In the illustrated embodiment, control panel 456 con-

24

tains a separate display for each of fry wheels 404, 410, 412 and 414 referred to by reference numerals 456a–d, respectively. Control panels and displays 456a–d can include information such as set cycle time, oil temperature, oil level as well as controls to adjust cycle time and oil temperature, for example.

Referring to FIG. 13, there is illustrated fry wheel 410. Fry wheel 410 includes two opposed circular spaced apart circular disks 458a and 458b. Disks 458a and 458b can include a plurality of apertures 460 as desired to reduce wheel weight and to provide circulation of cooking oil and to permit passage of water vapor therethrough, such as during frying food products, for example. A fry wheel axle 462 is provided to which disks 458a and 458b are mounted. Axle 462 is suitably mounted, typically and preferably for rotation with respect to fry vat 406 at a location above the normal level of cooking oil or range of levels of cooking oil that will be encountered in fry vat 406 during operation.

In one embodiment, outer peripheral edge 464 of each of disks 458a and 458b include a plurality of teeth 466.

Teeth 466 can be utilized to drive fry wheel 410 in a manner as hereinafter described. Referring to FIGS. 14–16, there is illustrated in sectional view of disk 458a of fry wheel 410, a portion of which is located within fry vat 406. A drive wheel 468 is associated in operative position relative to teeth 466 located on outer peripheral edge 464 of disk 458a. Drive wheel 468 can be formed from a disk of material of a suitable thickness having a circumferential groove 470 therein. Circumferential groove 470 is typically at least or slightly greater than the thickness of disk 458a in the area where drive wheel 468 and disk 458a are juxtaposed as illustrated in FIGS. 14 and 15. A series of spaced apart pins 472 extend across circumferential groove 470 and are radially arrayed and spaced from the center of drive wheel 468. Drive wheel 468 includes a central aperture 474 through which a drive axle 476 can be mounted. In operation, drive wheel 468 is rotated by drive axle 476 with drive wheel 468 being positioned a fixed distance from disk 458a so that pins 472 mesh with teeth 466 when rotated as illustrated in FIG. 14 thereby causing rotation of disk 458a and consequently fry wheel 410 in a direction of rotation opposite to the rotation of drive wheel 468, as indicated by arrows K and L of FIG. 14.

It is to be understood that any suitable drive wheel and drive arrangement can be utilized. For example, in place of drive wheel 468 with pins 472, a drive arrangement could be utilized in which a drive gear is utilized to mesh with a corresponding gear located around the periphery of disk 458a and/or 458b, for example. Alternatively, a friction drive system could be utilized in which a friction drive wheel would contact the edge of one or both of circular disks 458 which could be of a design having no teeth therealong, such as illustrated in alternative embodiment wheels 479 and 481 described hereafter. Since the wheel will have cooking oil thereon, the coefficient of friction between the drive wheel and fry wheel will be decreased. Care should be taken to assure that when using a friction drive, sufficient pressure is maintained between the driving wheel and the fry wheel.

Referring to FIG. 16, there is illustrated a drive mechanism for driving drive wheel 468. The drive mechanism includes an electric motor 478, a gear reduction drive 480, an output shaft 482, a drive pulley wheel 484, a driven pulley wheel 486 and a drive belt 488 extending around drive pulley wheel 484 and driven pulley wheel 486 to drive axle 476 which thereby drives drive wheel 468 since the end 476a of axle 476 is fixed in aperture 474 with respect to drive wheel 468. A shear pin 490 can be located in a shear

US 6,869,633 B2

25

pin aperture 492 of drive wheel 468 to retain axle 476 in a fixed position relative to drive wheel 468 Axle 476 is suitably contained within an axle journal 494 which, in turn, is mounted to frame 496 to permit movement of axle 476 relative to axle journal 494 and frame 496 Similarly, motor 478 and gear reduction drive 480 are suitably mounted to frame 496 If desired, motor 478 may be a stepper motor

Typically, it is important that the fry wheel is rotated in periodic increments for a compartment to be aligned with a respective discharge slide 498 of fry device 400 or other slide, ramp or discharge location after a periodic rotation Typically, the leading edge 500 of a compartment bottom, such as compartment bottom 432' of compartment 432 as shown in FIG 13 is aligned with the upper edge of fry vat 406 or the top edge of discharge chute 498 associated therewith to allow the contents of compartment 432 to be discharged therefrom As illustrated in FIG 13, the contents of compartment 432 have already been discharged from fry wheel 410 This is particularly important where incremental rotation of fry wheel 410 is utilized as opposed to a continuously moving fry wheel Thus, for incremental rotation it is desirable for bottom edge 500 of compartment 432 to be aligned with discharge 498 or the upper edge 406' of fry vat 406 In order to accomplish this, a stepper motor can be utilized to drive fry wheel 410 Alternatively, or in addition, the position of the baskets can be sensed and their position adjusted accordingly to assure that all baskets are in the correct position for loading and discharge during operation Also, utilizing location sensors allows use of a simple DC or AC motor, as opposed to a stepper or servo motor Any suitable sensor can be utilized in conjunction with a control system to control operation of the fry wheel drive motor Suitable sensors include proximity, magnetic reed, Hall Effect, photoelectric and capacitive sensors Such sensors are well known in the art and consequently a detailed description of those sensors is not included herein

In accordance with another aspect of the invention, it should be understood that the height of cooking oil in one of fry vats 406, 416, 418 and 420, such as the level of cooking oil indicated by reference letter H in FIG 13 in fry vat 406 will increase or decrease depending upon the amount of food that is submerged underneath the surface of cooking oil contained in fry vat 406 Thus, as illustrated in FIG 13, compartments 424, 426, 428 and 430 each have a charge of food, in this case French fries 455 contained therein Each compartment contains approximately one pound of French fries 455 Consequently, there are about four pounds of French fries that are beneath the surface level H of cooking oil contained in fry vat 406 This quantity of submerged food raises the level H of cooking oil in fry vat 406 This increase in the level of cooking oil can cause the food to be submerged and therefore cooked for a longer of period of time in the cooking oil For example, contrast the level of cooking oil depicted in FIG 13 with the level of cooking oil depicted in FIG 20 in which a charge of French fries 455 is contained only within compartment 426 This results in a substantially reduced level of cooking oil H' as indicated in FIG 20 Thus, the control system for fry device 400 can be adjusted to take into account for different levels of cooking oil which can be sensed by a suitable sensor as is known by those skilled in the art (not shown) Where rotation of fry wheel 410 is done incrementally after a period of time elapses, the period between incremental rotations can be increased or decreased as desired based on the level of cooking oil present in fry vat 406 For example, in the situation illustrated in FIG 13, the duration between incremental rotation of fry wheel 410 could be decreased com-

26

pared to the situation depicted in FIG 20 where the level H' of cooking oil is significantly lower than the level H of cooking oil in FIG 13 This assumes that the temperature of cooking oil in each of the situations depicted in FIGS 13 and 20 is substantially the same Similarly, if a constant rotation fry wheel operation is utilized, such as where fry wheel 410 would rotate constantly, the rotational speed could be increased to handle the situation depicted in FIG 13 compared to the speed of the wheel that would be utilized for the situation in FIG 20, where the level H' of cooking oil in FIG 20 is significantly less than the level H of cooking oil in FIG 13

Referring to FIGS 13 and 20, frying device 400 can also include a fry wheel follower "or fry wheel liner" 502 which is supported by a fry wheel follower support 504 Fry wheel follower 502 is a curved perforated circular segment having a width approximately equal to the width of fry wheel 410 Fry wheel follower 502 is supported by a pair of fry wheel follower supports 504 that are spaced apart and connected by lateral supports 506 Fry wheel follower 502 prevents food pieces that are larger than the perforations in fry wheel follower 502 from falling from fry wheel compartments 422–436 during operation Preferably, the perforations in fry wheel follower 502 are composed of circular holes having a diameter of about 0 187 inches that are in staggered rows having a center-to-center hole distance of about 0 312 inches Fry vat 406 includes a suitable heating element 505, illustrated in FIGS 13, 20 and 21

Referring to FIGS 17–19 there is illustrated a curved compartment forming member 438 which is composed of two opposed sidewalls 508a and 508b that are interconnected by a curved J-shaped member 510 that forms compartment bottom 510a and compartment top 510b Preferably, a wiper 512 is suitably mounted to compartment member 510

A plurality of compartment forming members 438 are mounted together in fry wheel 410 to provide a plurality of adjacent peripheral food compartments 422–436 as illustrated in FIG 13 As illustrated in FIG 13, the top of one J-shaped member 510 abuts the bottom of adjacent J-shaped member 510 Thus, advantageously, a fastening member 514, which can be a rivet, for example, that secures wiper 512 to compartment bottom 510a of one curved J-shaped member 510 will also pass through the compartment top 510b of the adjacent curved J-shaped member 510 Preferably, wiper 512 has a plurality of transversely extending grooves 516a–f that permit drainage of cooking oil therethrough as wiper 512 exits the cooking oil in fry vat 406, for example

Referring to FIG 17, opposed sidewalls 508a,b and curved J-shaped member 510 are perforated to permit the flow of cooking oil therethrough thereby promoting good heat transfer between the cooking oil contained in fry vat 406 and food contained in one of compartments 422–436 when immersed in cooking oil A suitable hole size is about 0 156 inches spaced center-to-center about 0 250 inches Wiper 512 also ensures that close contact is maintained between the interface of fry wheel follower 502 and the top and bottom ends of each food compartment 422–436 which in each case will be bounded by one of wipers 512 Any suitable material can be used for wiper 512 such as rubber or Teflon, for example

As an alternative construction, compartments 422–436 could be constructed from curved J-shaped members 510 without opposed sidewalls 508a and 508b, in which case the compartment sidewalls could be formed from opposed circular disks 458a and 458b In addition, it should be appre-

US 6,869,633 B2

27

28

ciated by one skilled in the art that any desired compartment shape can be utilized in accordance with the invention as long as the food can be loaded into the compartment, kept within the compartment during immersion in the cooking oil and which compartment shape discharges the food from the fry wheel

Referring to FIGS 21 and 22, there are illustrated further aspects of fry device 400 FIG 21 is a sectional view along line 21—21 of FIG 20 FIG 21 illustrates the elements previously described and in addition shows the interface of adjacent fry vats 406 and 420 and in enlarged form in FIG 22 Disposed between fry vats 406 and 420 is a banking strip 518 that bridges the gap between fry vats 406 and 420 Banking strip 518 can be in a shape as desired and in the illustrated embodiment is a generally inverted V-shaped strip that spans the gap between fry vats 406 and 420 Banking strip 518 prevents any material that is discharged between fry wheels 410 and 412 from falling between fry vats 406 and 420 and causing such material to fall into one of fry vats 406 and 420

Referring to FIGS 23 and 24, there are illustrated alternate embodiments of a fry wheel for use in accordance with the invention It is to be understood that the fry wheel is capable of numerous changes and rearrangements, and the fry wheel, as well as other components and embodiments of the present invention, is not intended to be limited to the specific embodiments described herein

Referring to FIGS 23 and 24, there are illustrated wire form wheels 479 and 481 Each of wheels 479 and 481 has a rim 520 and 522, respectively, constructed of tubing, which can be smooth tubing Such a wheel could be driven by a friction wheel, if desired In each of wheels 479 and 481 a plurality of individual tubular spokes 524 extend from each rim to a corresponding hub assembly 526 An axle 528 connects hubs 526 together in each of wheels 479 and 481 Wheel 479 includes a slotted member 530 that bridges each pair of spokes 524 Each slotted member 530 includes a centrally disposed slot 532 and a pair of tabs 534 on either side of slot 532 A plurality of fry baskets 536, one for each slotted member 530 or pair of spokes 524 is mounted in a snap-lock relationship to each slotted member 530 Fry baskets 536 have perforated sides and a perforated bottom and top and can be of a similar configuration as previously described with respect to fry wheel 410 Each basket 536 can have a spring tab member 538 that interlocks with slotted member 530 to secure fry basket 536 to fry wheel 479 resulting in a finished fry wheel 481 as shown in FIG 24 It is to be understood that the embodiment illustrated in FIGS 23 and 24 is not limited to the wheel arrangement depicted in FIG 23 with or without slotted members 530 For example, baskets could be welded or otherwise affixed to rim 520 and spokes 524 Each of fry baskets 536 includes perforations 540 on the sides, top and bottom thereof, such as previously described with respect to compartment forming member 438.

Referring to FIG 24, there is illustrated an alternative drive mechanism 535 to rotate fry wheel 481 Drive mechanism 535 includes a motor 537, a shaft 539 and drive rollers 541 and structure for supplying a force in the direction of arrow FW Drive rollers 541 are mounted on shaft 539 which can be rotated by motor 537 to cause rollers 541, each aligned with one of rims 522, to rotate, thereby rotating fry wheel 481 A force FW is supplied in the direction of arrow FW to ensure that rollers 541 impart a sufficient tractive force to cause rotation of fry wheel 481. Force FW can be supplied by any suitable structure, including a spring, a

weight or an electromagnet, for example. For example, motor 537, shaft 539 and rollers 541 could be mounted on a platform (not shown) that is moveable in the direction of arrow FW and a force could be applied to urge platform in the direction of arrow FW to ensure proper traction of rollers 541 Rollers 541 may be constructed of any suitable material, including rubber, for example Motor 537 can be controlled by fry control 116, for example

Fry wheel 410 can be rotated as desired so that food deposited in one of compartments 422–436 travels through and out of the cooking oil 454 until that compartment reaches a discharge location Thus, in the embodiment illustrated in FIGS 13 and 20, the rotation is in a clockwise direction as indicated by arrow K in FIG 13 and arrow K in FIG 20 The rotation of fry wheel 410 can be either continuous or periodic In a periodic rotation, the rotation will typically be incremental, that is, the wheel is rotated to some degree and then stops Thereafter, after a set period of time, the wheel undergoes another periodic rotation This process continues as each fry basket is rotated through and out of the cooking oil vat and to the discharge location. Preferably, each periodic rotation consists of a rotation of 360° divided by the number of compartments present in the fry wheel or some fraction of that periodic rotation increment so that the position of the wheel can be known without the use of sensors However, the use of a sensor or sensors to be able to monitor wheel position can also be used either as the primary way of controlling wheel position or as a backup Also, use of a sensor to determine wheel position allows use of a standard AC or DC motor Suitable control of wheel 410 can be accomplished by fry control 116, for example

In accordance with the present invention, a basket shaking simulation can be achieved Basket shaking simulation can be performed by a relatively slight back and forth rotation of the fry wheel, such as fry wheel 410 Thus, the drive mechanism is activated to rotate the fry wheel clockwise and counterclockwise through a relatively small degree of angular rotation to simulate shaking of a fry basket during frying The back and forth rotation can occur relatively rapidly and typically the degree of angular rotation will be in the range of from about 2 to about 20 degrees In addition, the periodic rotation in one direction may be of a larger angle of rotation than the rotation in the other direction

Preferably, the degree of rotation during simulated basket shaking will be monitored, particularly where the rotation in one direction is greater than the rotation in the other direction so that the position of each basket relative to the discharge location can be monitored by the control system to ensure proper discharge of food from food compartments

Referring to FIG 64, there is illustrated in partially schematic view fry device 400 along with portions of food dispensing device 200 and food packaging device 600 As illustrated in FIG 64 a hood system 546 is provided. Hood system 546 includes a hood structure 548, a filter 542 and a drip pan 544.

A suitable air blower (not shown) can be provided to cause air flow to move within hood system 538 generally in the direction of arrows A1, A2 and A3 Filter 542 thus filters particulate matter in air flow A1 that passes through filter 542 Drip pan 544 catches any matter that drips from filter 542 that is located above drip pan 544 Preferably, hood system 546 substantially completely encloses the area above fry device 400 to reduce waste discharge into the operating environment of automated food processing system 100 Food Packaging Device

Referring to the Figures generally, and in particular to FIGS 1 and 25–50, there is illustrated various embodiments

US 6,869,633 B2

29

of food packaging devices and elements thereof in accordance with the invention

In one embodiment, food packaging device 600 is illustrated or partially illustrated and elements useful in connection with food packaging device 600 are illustrated in FIGS 1 and 25–50 Food packaging device 600 includes a cabinet 602 having a countertop surface 636 Food packaging device 600 can be advantageously constructed in modular form so that it can be operated together with previously described food dispensing device 200 and fry device 400 and alternatively operated separately from both or either of those devices

Food packaging device 600 in the illustrated embodiment includes a food inlet chute 604, rotatable food dispensing member 606, food dispensing chute mechanism 608, automated container handling system 610, container-receiving receptacle 612, overflow food collection member 613, conveyor system 614, waste chute 615, food seasoning system 616 and raceway 620

In the illustrated embodiment, food packaging device 600 includes a container storage device for containing cartons or containers of various sizes During operation of packaging device 600, the device selects a container of a desired size from container storage magazine 638, erects the container into an erected form that is unerected while contained in storage magazine 638 and then positions the erected container to receive food dispensed from food dispensing chute mechanism 608 After receiving food from food dispensing chute mechanism 608, automated container handling device 610 is capable of moving the filled or partially filled container to container receiving receptacle 612 which is transported via conveyor system 614 to a desired location for subsequent pickup of the container by a human operator, for example

In the embodiment illustrated in FIGS 25–29, food packaging device 600 includes food overflow collection member 613 to collect food dispensed by food dispensing chute mechanism 608 that is not deposited into a container In the illustrated embodiment, overflow food collection device 613 is a rotatable wheel as hereinafter described in detail Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in a container and to recycle that food into food dispensing chute mechanism 608 for subsequent dispensing to a container This permits food dispensed by food dispensing chute mechanism 608 but not deposited in a container to be promptly recycled to the dispensing chute in a first-in, first-out manner, so that overflow food is promptly recycled and dispensed to a container

Referring to FIGS 26–28, there is illustrated food packaging device 600 in which inlet chute 604 is positioned to receive food, in this case French fries, from food dispensing lanes 234, 236 and 238 of dispensing device 200, which food has been subsequently fried after dispensing in fry wheels 410, 412 and 414 of fry device 400 After frying in any of wheels 410, 412 and 414 of fry device 400, food dispensed therefrom enters inlet chute 604, as illustrated in FIGS 3 and 28, for example In inlet chute 604 the food travels downwardly along chute 604 and into rotatable food dispensing member 606 in the direction of arrow M of FIG 28 and arrow E of FIG 3 Inlet chute 604 can be configured as desired and may be configured to accept the product from any one or all of fry wheels 404, 410, 412 and 414 In FIGS. 25–27, a holding area 607 receives product from fry wheel 404 for manual packaging A manual or automated diverter bar 605 can optionally be provided as shown in FIG 27 to divert French fries from device 600 to permit filling unsalted

30

fry orders Bar 605 can be moved between open and closed positions as indicated by arrow Z, such as by a cylinder (not shown)

Rotatable food dispensing member 606 in the illustrated embodiment is a dispensing wheel that is mounted for rotation in dispensing device 600 Dispensing member 606 has a plurality of food containing compartments 640 that are arrayed around the periphery of rotatable food dispensing member 606 Each of compartments 640 is divided from another compartment by a compartment wall 642 Preferably, each compartment wall 642 is not normal to peripheral edge 644 of rotatable food dispensing member 606 but at a slight angle such as, for example, as illustrated in FIG 29 and FIG. 61

Wheel 606 includes a pair of opposed rim portions 646a and 646b and a circular ring portion 648 that interconnects opposed rims 646a and 646b Circular ring 648 is disposed close to the peripheral edges of rims 646a and 646b and defines peripheral edge 644 Preferably, circular ring 648 is constructed of a perforated metal material so that circular rims 646a and 646b have perforations 650 therethrough as illustrated in FIG 28, for example

In accordance with the illustrated embodiment, rotatable dispensing member 606 is configured as a rotatable wheel although other embodiments are within the scope of the invention For example, a rotatable dispensing member in accordance with the invention could be a portion of a wheel, such as a semicircular or other configuration

In the illustrated embodiment, rotatable food dispensing member 606 is rotated by a drive mechanism 652 Drive mechanism 652 consists of a motor 654 that drives a drive wheel 656 Drive mechanism 652 is controlled by a suitable control mechanism to cause rotation of drive wheel 656 and hence rotatable food dispensing member 606 in a desired direction and at a desired rate of speed Drive wheel 656 can be a pressure roller or alternatively can be a drive wheel like or similar to drive wheel 468 previously described with respect to FIG 14 Rotatable food dispensing member 606 can be driven via one or both of opposed rims 646a and 646b Alternatively, and as illustrated in FIG 28, rotatable food dispensing member 606 is driven through a drive rim 658 Each of rotatable food dispensing members 606 and overflow food collection member 613 rest on spaced apart rollers 660 and 662 Each of rollers 660 and 662 are constructed to bear the weight of rotatable food dispensing member 606 and overflow food collection member 613 and have a length that spans both Alternatively, separate rollers or some other supporting structure could be used to support rotatable food dispensing member 606 and overflow food collection member 613 An inner curved fender or baffle member 664 as illustrated in FIG 29 is provided to ensure that food contained in compartment 640 of rotatable food dispensing member 606 does not prematurely discharge Preferably, fender 664 follows the inner curvature of rotatable food dispensing member 606 and has perforations 666, which can be similar to perforations 650 of circular ring 648 Fender 664 is suitably mounted so that it is stationary relative to rotatable food dispensing member 606 A similar fender could also be provided for overflow food collection member 613, if desired (not shown)

Referring to FIG 61, there is illustrated an elevation view of a portion of rotatable food dispensing member 606 which is typically rotated in the direction of arrow Y when viewed from the front of food packaging device 600 Fender 664 prevents food, in this case French fries FF, from falling from compartments 640 prematurely

Overflow food collection member 613 is configured to collect food deposited from food dispensing chute mecha-

31

nism 608 that is intended to be received into container 611 when held in position to receive food from food dispensing chute mechanism 608 which food does not stay in container 611 This can occur since oftentimes it is desirable to overfill container 611 so that food is mounded up above the top surface of container 611 Also, for food such as French fries, such food material fills container 611 somewhat randomly and it is typical for French fries to dangle over the sides of container 611 In the illustrated embodiment, overflow food collection member 613 is configured in a manner similar to rotatable food dispensing member 606 previously described Thus, food collection member 613 includes opposed rims 668a and 668b and circular ring 670 having perforations 672 Circular ring 670 connects opposed rims 668a and 668b in a manner as previously described with respect to member 606 In addition, food collection member 613 has a plurality of inner compartments that are similar in construction to compartment 640 previously described with respect to member 606 Member 613 also has a drive rim 674 and is driven by a drive mechanism 676 that is similar to drive mechanism 652 previously described including a drive wheel 676' and a motor 678 Drive mechanism 676 is configured to rotate food collection member 613 in either a clockwise or counterclockwise direction as hereinafter described in more detail

Food collection member 613 also includes a plurality of compartment walls 680 that are similar to compartment walls 642 previously described with respect to rotatable food dispensing member 606, providing a plurality of food containing compartments 682

Each of food dispensing member 606 and food collection member 613 has bottom portions that are disposed through an opening 684 in countertop surface 636 of cabinet 602 The construction of the illustrated embodiment permits food dispensing member 606 and overflow food collection member 613 to be readily removed from food packaging device 600 such as for cleaning and/or repair

A heating system as described can be incorporated into food packaging device 600 to supply heat to food contained therein. For example, a heating system 681 can be provided, which is illustrated in FIG. 29 Heating system 681 includes a heating device 683 having a heating element 685, located above dispenser 606 as desired Heating devices 687 and 689 may also be included within dispenser 606 and/or 613 as desired The heating devices may comprise radiant heaters and can be ceramic heaters, for example Any suitable type of heating device or system can be used in accordance with the invention Heating system 681 can be controlled by packaging control 118, for example In addition, a heating device can be provided to direct heat to food container pick up location 622, if desired to keep food contained thereat warm

Referring to FIGS 1, 3, 25–26, 28–29 and 43–44, various aspects of the configuration and operation of food dispensing chute mechanism 608 are illustrated and will be described Food dispensing chute mechanism 608 includes an upper chute 686, a lower chute 688, a chute support member 690, a connecting link 692, a stop member 694, a rotatable link 696 connecting stop member 694 to chute support member 690, a rotatable link 698 connecting upper chute 686 to support member 690, a cylinder 700 for operating food dispensing chute mechanism 608, a load cell 702 for weighing the contents of food contained in food dispensing chute mechanism 608 and a rotatable link 704 connecting cylinder rod 706 to upper chute 686

Upper chute 686 preferably and as illustrated in the referenced figures, forms part of food dispensing chute

32

mechanism 608, and has an inlet location 708 for receiving food dispensed from rotatable food dispensing member 606 and a discharge location 710 for dispensing food contained in food dispensing chute mechanism 608 and into a container, such as container 611 as illustrated in FIG. 43, for example

Upper chute 686 of food dispensing chute mechanism 608 is positioned to receive pieces of food from a discharge location 712 of rotatable food dispensing member 606 Upper chute 686 has a food holding area 714 for holding food received from rotatable food dispensing member 606 A weighing device is associated with food dispensing chute mechanism 608 so that the amount of food contained therein, such as in food holding area 714, can be determined Any suitable device can be utilized to determine the amount of food contained in food dispensing chute mechanism 608 In the illustrated embodiment, a load cell 702 is provided to determine the weight of food contained in food dispensing chute mechanism 608 and is illustrated schematically in FIGS. 43 and 44, for example

FIG. 44 illustrates food dispensing chute mechanism 608 in the upper position ready to receive food from rotatable food dispensing member 606 In that configuration, cylinder 700 is retracted and upper chute 686 is generally horizontal This configuration allows a quantity of food to be dispensed into upper chute 686 and into food holding area 714 without being dispensed therefrom When a sufficient quantity of food is deposited in upper chute 686, such as French fries FF, as determined by load cell 702 which communicates with the control system of food packaging device 600, the food contained therein is ready to be dispensed Typically, the amount of food contained in chute 686 will be sufficient to adequately fill container 611 Since container 611 is of a known size, rotatable food dispensing member 606 can be operated to supply food to chute 686 until a desired quantity is contained therein for dispensing to container 611

To dispense food from food dispensing chute mechanism 608, cylinder 700 is activated to extend cylinder rod 706 upwardly thereby causing upper chute 686 to drop. Since lower chute 688 is connected to upper chute 686 via connecting link 692, lower chute 688 also drops to the discharge position as illustrated in FIG. 43 which movement is indicated by arrow S Stop 694 which is connected to lower chute 688 and pivotally mounted via rotatable link 696 to chute support member 690, engages chute support member 690 as illustrated in FIG. 43 and prevents further downward movement of upper chute 686 and lower chute 688 In addition, stop member 694 engaging chute support member 690 defines the lowermost position of upper chute 686 and lower chute 688 which is also the dispensing position of food dispensing chute mechanism 608, as illustrated in FIG. 43 This position also provides discharge location 710 of dispensing chute mechanism 608

Referring to FIGS 25–28, there is illustrated container storage magazine 638, which can form part of food packaging device 600 Container storage magazine 638 is configured to store a plurality of different sized food containers in an unerected form Typically, container storage magazine 638 will be configured to hold a variety of different sized containers In the illustrated embodiment, container storage magazine 638 can contain four different sizes of French fry containers or cartons Container storage magazine 638 includes a base 716 that is suitably mounted with mounting structure 718 to cabinet 602 Preferably, mounting structure 718 permits container storage magazine 638 to be readily removed to permit access to rotatable food dispensing member 606 and overflow food collection member 613

US 6,869,633 B2

33

Base 716 typically can be in the form of a base plate and includes four apertures 720, 722, 724 and 726, each of said apertures corresponding to the profile of a different size collapsed carton. Apertures 720, 722, 724 and 726 are dimensioned to be able to retain a stack of cartons in a collapsed or unerected condition as illustrated in FIG. 25 in which a plurality of unerected cartons 728 are stacked therein

Each aperture 720, 722, 724 and base 716 has associated therewith a plurality of guide members 730-760 In the illustrated embodiment, guides 730-760 are in the form of post or tubular-type members Each set of four guide members is associated with a specific one of apertures 720, 722, 724 and 726 to define and permit stacking of a plurality of unerected French fry cartons or containers that generally correspond in size to the size of apertures 720, 722, 724 and 726, respectively It is to be understood that other arrangements to define a container stack can be utilized in accordance with the invention For example, in place of guides 730-760 other structure could be utilized, such as upstanding walls or partial walls or other types of guides

Container storage magazine 638 may also include a suitable removable cover (not shown) to enclose base 716 and the volume defined over apertures 720-726 by guides 730-760

Container storage magazine 638 is preferably positioned to permit ready access to the bottom of each container stack through the bottom of each of apertures 720-726 by automated container handling system 610, which is hereinafter described in detail

Food packaging device 600 includes automated container handling system 610 Automated container handling system 610 is capable of retrieving an unerected container through any of apertures 720, 722, 724 and 726 of unerected container storage magazine 638, erecting the unerected carton, holding the erected carton in position at discharge location 710 of food dispensing chute mechanism 608 and depositing the filled container onto conveyor system 614, which conveyor system 614 subsequently transports the filled container to a desired location.

Referring to FIGS. 1, 25, 27-28 and 30-44, there is illustrated automated container handling system 610 and elements and features thereof Automated container handling system 610 includes a container retrieving and grasping device 762, a container grasping device 764 and a container bottom urging device 766

Automated container handling system 610 is controlled by a suitable control system for food packaging device 600

Container retrieving and grasping device 762 and portions thereof are best illustrated in FIGS 30-39 Container retrieving and grasping device 762 includes a mast 768, which is mounted to a carriage system 770, a moveable rack member 772, a pinion 774, a frame 776, a container grasping member 778 and a linkage assembly 780

Mast 768 is carried by carriage system 770 which carriage system 770 allows for lateral translation of mast 768 and its components associated therewith, including moveable rack member 772, pinion 774, frame 776, container grasping member 778 and linkage assembly 780 Carriage system 770 includes a guide member 782, a worm gear 784, a drive mechanism 786 and a carriage follower 788 Carriage follower 788 supports a vertical translation mechanism 790 that, in turn, carries mast 768

Carriage guide 782 is an elongated guide that defines the lateral translation movement direction of carriage follower 788 and is secured within cabinet 602. Worm gear 784 is disposed parallel to carriage guide 782 and when rotated moves carriage follower 788 along carriage guide 782

34

Worm gear 784 is driven by drive mechanism 786 which can include a drive motor 792, a drive gear or pulley 794 and a driven gear or pulley 796. Where drive and driven pulleys are used, typically a belt 798 will impart rotation from one pulley to another

Drive motor 792 causes worm gear 784 which is mounted for rotation and which is rotated by rotation of driven pulley or gear 796 in either direction Drive motor 792 can be an AC or DC motor or a stepper or servo motor as desired Suitable sensors can be employed (not shown) to determine the position of carriage follower 788 which determines the lateral position of container grasping member 778

Carriage follower 788 is composed of a frame 800 having a guide aperture or slot 802 in which carriage guide 782 is disposed and a threaded aperture or slot 804 in which elongated worm gear 784 is disposed to impart lateral motion to carriage follower 788 by rotation of worm gear 784. Thus, carriage system 770 provides lateral movement in the direction of arrows Q as shown in FIG 39 In this manner, carriage follower and thus mast 768 can be laterally translated as desired

A suitable opening 806 is located in countertop surface 636 of cabinet 602 to permit mast 768 to extend therethrough

Mast 768 can be raised and lowered in a vertical direction as indicated by arrow V in FIG 39

Mast 768 can be vertically raised and lowered in the directions indicated by arrow V in FIG 39 by operation of a drive mechanism 810 that forms part of vertical translation mechanism 790 Vertical translation mechanism 790 is a vertically extending carriage system similar to that described with respect to carriage system 770 and includes a drive mechanism 810 which is composed of a motor 812 which is carried by carriage follower 788, a vertically disposed carriage guide 814, a vertically disposed worm gear 816 which is driven in a suitable manner by motor 812 such as previously described with respect to drive mechanism 786 of carriage system 770, which can be controlled in a similar manner Vertical translation mechanism 790 also includes a vertical carriage follower 818 having a threaded aperture or slot and a guide aperture or slot (not shown) which vertical carriage follower 818 is secured to mast 768

Mast 768 has mounted thereto frame 776, typically at an upper end thereof 1 linkage assembly 780 is secured to frame 776 as well as pinion 774 and moveable rack member 772

Moveable rack member 772 includes a frame 820 having a guide slot 822 vertically disposed therein and a rack 824 which meshes with pinion 774 Moveable rack member 772 may also include extra mass in the form of a weight block 826 to help urge moveable rack member downwardly when not restrained

A pair of guides 828 and 830 are rigidly secured to frame 776 and are disposed within slot 822 of moveable rack 772. A spring 832 can be connected between an upper end of moveable rack member 772 and guide 828 or 830 to urge moveable rack member 772 to a lower position as illustrated in FIG 30 compared with the upper position as illustrated in FIGS 34-37

In a preferred embodiment, moveable rack member 772 includes a stop 834 which stop can be vertically adjustable While stop 834 is located at the bottom of moveable rack member 772 it is to be understood that a stop could be provided at another location provided that a suitable engaging surface at a proper location is provided

Mounted to frame 776 is an axle 836 that is mounted for rotation relative to frame 776 Axle 836 has pinion gear 774 rigidly secured thereto as well as one end 838 of linkage 780

US 6,869,633 B2

35

The other end 840' of linkage 780 is securely mounted to frame 776 as illustrated in FIGS 30–37, for example

Linkage 780 which carries container grasping member 778 is composed of a plurality of links so that container grasping member 778 is moveable from a horizontal position as illustrated in FIGS 30–32 to a vertical position as illustrated in FIGS 34–37 When container grasping member 778 is in the horizontal position it is utilized to grasp and retrieve a desired size of container from one of the apertures 720, 722, 724 and 726 from container storage magazine 638 For this purpose, container grasping member 778 includes a suction cup device 842 which includes at least one suction cup 842 and in the illustrated embodiment two suction cups 842 and 844 arrayed in substantially the same plane for grasping a container having a surface to be grasped by both suction cups 842 and 844 in the same plane Suction cup device 842 also includes a vacuum source 846, a release valve 848 and a suitable vacuum line 850 which connects suction cups 842 and 844 to vacuum source 846, as illustrated in FIG 30, for example In operation, when suction cups 842 and/or 844 engage a container or other member to be grasped, vacuum source 846 is activated to supply vacuum to suction cups 842 and 844, such as to grasp and retain a container from one of apertures 720, 722, 724 and 726 of container storage magazine 638

Linkage assembly 780 includes, in the illustrated embodiment, a first link 852, a second link 854 and third link 856

First line 852 is rigidly secured to axle 836 and pinion 774 First link 852 is configured in an L-shape with the end of first link 852 opposite the portion connected to axle 836 pivotally connected to second link 854 having one end being pivotally connected to first link 852 via pivot connection 858

Second link 854 is connected to third link 856 via a universal joint connection 860 a location spaced apart from pivot connection 858 as illustrated in, for example, FIGS 30–37 Section cups 842 and 844 are mounted to second link 854 An offset member 862 which depends from second link 854 provides a desired offset for universal joint connection 860 which connects second link 854 to third link 856

Third link 856 is, in turn, connected to frame 776 via a universal joint connection 864 which is at a distance removed from universal joint connection 860 which connects third link 856 to second link 854 An offset member assembly 866 is rigidly secured to frame 776 and includes an angled block 868 and an offset extension 870 to provide the desired angled and clearance for universal joint 864 and third link 856

In operation, when moveable rack member 772 is moved relative to mast 768, such as when stop 834 contacts a surface, such as in the illustrated embodiment, countertop surface 636 as illustrated in FIG 36, continued downward vertical movement of mast 768 causes rack member 772 to move upwardly relative to mast 768. This causes rotation of pinion 774 which meshes with rack 824 mounted to rack member 772 Rotation of pinion 774 in a counterclockwise direction in FIG 30 causes rotation of first link 852 Such rotation causes downward movement of that portion of first link 852 that is pivotally connected to second link 854 via pivot connection 858 Such movement, in turn, causes second link 854 to pivot upwardly about pivot connection 858 in a clockwise direction as viewed in FIG 30 to cause suction cups 842 and 844 to move to a vertically oriented position as depicted in FIGS 34–37 from the horizontally oriented position depicted in FIGS 30–33 In addition, such movement of first link 852 causes movement in rotation of

36

third link 856 and universal joint connection 860 and 864 to the position indicated in FIGS 34–37 When container grasping member 778 is in the position indicated in FIGS 34–37, an unerected container held by suction cups 842 and/or 844 will be vertically oriented when suction cups 842 and/or 844 are attached to the container sidewall, as illustrated in FIG 40, for example

In a typical operation, container retrieving and grasping device 762 will be operated to position suction cups 842 and 844 below a container to be selected from container storage magazine 638 Mast 768 will be raised by operation of vertical translation mechanism 790 to a desired height so that suction cups 842 and 844 engage a container contained at the bottom of container storage magazine 638 Vacuum source 846 is activated and mast 768 can be lowered to remove a container from a desired one of apertures 720, 722, 724 and 726 of container storage magazine 638 Carriage system 770 can be activated to move container retrieving and grasping device 762 laterally to a desired location Such lateral movement can be controlled by properly positioned sensors 872, 874, 876, 878 and 880, for example For example, sensor 872 can define the position to retrieve a container from aperture 720, sensor 876 to retrieve a container from aperture 722, sensor 878 to retrieve a container from aperture 724 and sensor 880 to retrieve from aperture 726 Sensor 874 can be positioned to define the proper location of container grasping member 778 to erect the container that has been retrieved from one of apertures 720, 722, 724 or 726 of container storage magazine 638, as hereafter described After erecting the container, the vacuum applied to suction cups 842 and 844 is released by operation of release valve 848 which permits suction cups 842 and 844 to disengage and release the container that had been grasped Mast 768 can then be raised causing stop 834 to be removed from countertop surface 636 and by action of weight 826 and operationally spring 832, causing rack member 772 to move downwardly relative to mast 768 thereby rotating pinion gear 774 clockwise relative to the position shown in FIG 34, thereby moving linkage assembly 780 to cause movement of container grasping member 778 from the position illustrated in FIGS 34–37 to the position indicated in FIGS 30–33, where container grasping member 778 is in position to retrieve a desired carton from container storage magazine 638 in a manner previously described, which includes lateral translation of container grasping member 778 by carriage system 770

It is to be understood that any suitable automated device or system for retrieving, grasping and moving a container to a desired location as desired herein can be utilized in accordance with various aspects of the present invention Thus, various aspects of the present invention are not limited by the particular embodiment of container retrieving and grasping device 762 and components thereof described herein For example, an automated or robotic arm could be utilized to select, grasp and retrieve erected or unerected containers from a source as desired and then erect the carton or container in a suitable manner, followed by holding the erected container at dispensing location 710 and after filling placing the filled container, such as container 611 on to a suitable conveyor to move the filled container to a desired location

Container grasping device 764 of container retrieving and grasping device 762 will now be described, and in particular with reference to FIGS 38 and 40–44

Container grasping device 764 includes a rotatable and vertically translatable mast 884. Mast 884 can be rotated as illustrated by arrow P in FIG 38 and vertically translated up

US 6,869,633 B2

37

and down as indicated by arrow O also in FIG 38 Mast 884 is connected to a shaft 886 via a slot and key arrangement between mast 884 and shaft 886 permitting mast 884 to be rotated by shaft 886 which, in turn, can be rotated by a step or motor 890 or other suitable motor or device to rotate shaft 886 a desired degree. Motor 890 drives a drive pulley or gear 892 which, in turn, drives a driven pulley or gear 894 In the case where pulleys are utilized, a belt 896 is used to transmit rotation from pulley 892 to pulley or gear 894 Motor 890 can be a stepper router or a servo motor as desired. Alternatively, an AC or DC motor can be utilized provided that a suitable control is provided so that the orientation of mast 884 can be determined. A carriage system 898 is utilized to provide the desired vertical movement of mast 884 in up and down directions Carriage system 898 is similar to carriage system 770 previously described and includes a carriage guide 900, a carriage 902, a carriage follower 904, a drive mechanism 906 which includes a motor 908 (which can be a servo motor or an AC or DC motor) suitably controlled to drive or gear 902. Carriage follower 904 includes a threaded aperture or slot 910 which communicates with worm gear 902 and a threaded aperture or slot 912 in which guide 900 is disposed A carriage follower interface 914 connects carriage follower 904 to mast 884 and permits shaft 886 to rotate with respect to carriage follower interface 914 Thus, in operation, rotation of motor 908 rotates worm gear 902 thereby translating carriage follower 904 up or down depending on the direction of rotation A suitable sensor (not shown) can be employed to determine the height of mast 884 for control by control system 118 for packaging device 600

Suitable mounting structure 916 is provided to mount container grasping device 764 to a desired location, such as within cabinet 602 A slot and key arrangement between shaft 886 and mast 884 permits 884 mast to be vertically translated either up or down while shaft 886 is rotated

Mounted on the upper end of mast 884 is a suction device 918 which includes a suction cup 920, a source of vacuum (not shown) for suction cup 920 and a release valve (not shown) for releasing the vacuum to suction cup 920 Vacuum can be supplied from within mast 884 to suction cup 920 by a suitable connection as is known in the art

Container bottom urging device 766 consists of a mast 922 that is vertically translatable up and down by suitable apparatus (not shown) Such apparatus can be similar to vertical translation mechanism 790 previously described with respect to container retrieving and grasping device 762 Preferably, mast 922 has a blunt end 924

In operation, container retrieving and grasping device 762 selects an appropriately sized container from container storage magazine 638 as directed by the control system for food packaging device 600 After retrieving the container, which in this case is container 611, container retrieving and grasping device 762 moves container 611 to a position as indicated in FIG 40 against suction cup 920 so that opposed sidewalls of container 611 are grasped by suction cups 840 and 842 of container grasping member 778

Next, as shown in FIG 41, container grasping member 778 is moved laterally away from suction cup 920 while maintaining suction on suction cups 842 and 844 Container 611 is partially erected as shown in FIG 41 with bottom 611b depending downwardly slightly Container bottom urging device 766 is then activated as illustrated in FIG 42 to urge bottom 611b of container 611 upwardly into the fully erected position Container grasping member 778 is released and retracted from container 611 and returned to a horizontal up position to select another unerected container for erection

38

Next, mast 884 is rotated approximately 90° by motor 890 to place container 611 in discharge position 710 of food dispensing chute mechanism 608 Food dispensing chute mechanism 608 is then lowered to discharge French fries FF therefrom and into container 611 Any French fries that are not received into container 611 are collected by overflow food collection member 613 which is then rotated clockwise in the direction of arrow X as shown in FIG 41 to recycle such French fries to upper chute 686 for subsequent delivery to another container After the French fries are dispensed from food dispensing chute mechanism 608, cylinder 700 is retracted placing food dispensing chute mechanism 608 in the upper position as shown in FIG 44 Mast 884 can then be rotated back and forth slightly (e g , such as 2° to 20°, for example) to simulate shaking to dislodge any loose French fries or dangling French fries in container 611 and any dislodged French fries will then fall into overflow food collection member 613 for subsequent recycling. Mast 884 can also be raised and lowered slightly and relatively quickly either before, during or after the angular rotation to further simulate shaking Thereafter, mast 884 is rotated approximately 180° until container 611 is directly over container-receiving receptacle 612 as indicated by T in FIG 44 Mast 884 is then lowered by operation of carriage system 898 until the bottom of container 611 rests in container-receiving receptacle 612 Then, the vacuum supplied to suction cup 920 is released and suction cup 920 releases from container 611 Mast 884 can then be rotated 90° so that it is in position to receive another container to be erected

Container-receiving receptacle 612 is then transported via conveyor system 614 which will now be described in detail

Conveyor system 614 and portions or elements thereof are illustrated in various figures including FIGS 1, 25–29 and 45–50

Conveyor 614 includes, in the illustrated embodiment, raceway 620 which can be formed along the surface of countertop 636 or on some other surface as desired Raceway 620 is preferably in the form of a continuous loop raceway and is defined by spaced apart guides 620a and 620b mounted to countertop 636 to guide receptacles 612 Conveyor system 614 includes one or more and typically a plurality of container-receiving receptacles 612 which are illustrated in detail in FIGS 46–50 Gate structure 634 of conveyor system 614 includes a first gate 926 and second gate 928 First gate 926 is moveable and typically second gate 928 can be stationary as hereinafter described

Conveyor system 614 also includes structure for causing movement of container-receiving receptacle 612 In the illustrated embodiment, container-receiving receptacles 612 are moved via an endless loop 930 that can be located beneath countertop 636 Endless loop 930 carries a plurality of magnets 932 as illustrated in FIGS 45 and 49, for example Magnets 932 are spaced along endless loop 930 Endless loop 930 may comprise a chain or other suitable structure that can be driven by a drive system that includes sprockets 934, 936, 938 and 940 One of sprockets 934, 936, 938 and 940 can be a driven sprocket

Any suitable endless loop 930 can be utilized such as a belt or a chain Pulleys could be used in place of sprockets 934–940 The route of endless loop 930 follows the route of raceway 620

Container-receiving receptacle 612 typically includes a base 942 and a container-receiving well 944 located over base 942 Base 942 includes an enclosed compartment 946 which can be conveniently accessed by a base plate 948 located along the bottom of base 942 that is fastened to base 942 by suitable fasteners 950 Contained within enclosed compartment 946 is a magnet 952

US 6,869,633 B2

**39**

Container-receiving receptacle 612 follows the movement of magnet 932 due to magnetic attraction between magnets 932 and 952 thereby causing movement of container-receiving receptacle 612 along raceway 620

Enclosed compartment 946 is dimensioned to permit magnet 952 to be free to rotate therein allowing container-receiving receptacle 612 to be readily guided by rails 954 and 956 that are raised above countertop 636

Movable gate 926 prevents movement of container-receiving receptacle 612 located thereat as illustrated in FIG 45 This ensures that container-receiving receptacle 612 is in position to receive a loaded container of French fries, such as container 611 from container grasping device 764 After a filled container is placed on container-receiving receptacle 612 adjacent moveable gate 926, gate 926 is automatically removed by a suitable mechanism (not shown) to permit container-receiving receptacle 612 thereat to be moved by conveyor system 614 until French fry container 611 contained therein contacts gate 928 or receptacle 612 contacts another receptacle that is located at pick up area 622 as shown in FIG 45 Once container 611 is moved from receptacle 612b, receptacle 612b is then free to move along raceway 620 and passes underneath second gate 928, which can be a stationary gate Alternatively, second gate 928 could be a moveable gate and could be located at a level that directly prevents movement of receptacle 612b After receptacle 612b passes underneath second gate 928, receptacle 612a is moved into the position formerly occupied by receptacle 612b provided that receptacle 612a has a French fry container thereon which would then cause receptacle 612a to be stopped at gate 928 Similarly, when that container is removed from receptacle 612a, receptacle 612a would then be free to pass underneath gate 928 and around that portion of raceway 620 until encountering gate 926 or another receptacle that is stopped by gate 926

Referring to FIGS 51–60, there is illustrated various views of French fry cartons that are useful in accordance with the present invention The French fry cartons depicted in FIGS 51–60 are particularly suitable for use in conjunction with the present invention since the cartons readily stand upright without assistance and can be erected by automated container handling system 610, previously described

FIG 51 illustrates a front elevation view of a carton 1012 that is particularly suitable for containing French fries, for example Carton 1012 is illustrated in FIG 51 in an erected or opened position and includes a pair of opposed curved sidewalls 1014 and 1016 and a bottom panel 1018

Carton 1012 can be stacked in a collapsed configuration and stored in a suitable magazine, such as container storage magazine 638 as previously described When in a collapsed position, carton 1012 is particularly suited to being opened or erected by pulling sidewalls 1014 and 1016 apart and urging bottom panel 1018 upwardly, as described with respect to the erection or opening of container 611 by automated container handling system 610 Container or carton 611 is of a design that is similar to carton 1012

Carton 1012 also includes two supporting legs 1020, 1022 that extend downwardly from the lower portions of the overlapping edge portions of sidewall 1014 indicated by reference numerals 1014a and 1014b in FIG 59 and FIG 53

Carton 1012 is capable of standing on its own because of legs 1020 and 1022 that extend below bottom panel 1018 when carton 1012 is open or erected

Carton 1012 can be constructed from a single blank of paperboard which is illustrated in FIG 59 When

**40**

constructed, sidewall edge portions 1014a and 1014b form flaps that are glued to the edges of sidewall 1016 as indicated in FIG 54, for example

Bottom panel 1018 is specially configured to facilitate opening or erection of carton 1012 by an automated carton handling device such as automated container handling system 610, previously described in detail Bottom panel 1018 includes intersecting lines 1024 and 1026 Intersecting lines 1024 and 1026 intersect at a generally central location of bottom panel 1014, which panel is generally oval even though it may incorporate straight edges 1028 and 1030, for example Intersecting lines 1024 and 1026 may be fold lines, lines of weakening, score lines or even perforations All such structures are referred to herein with respect to intersecting lines 1024 and 1026 of bottom panel 1018 only as "fold lines" Typically, the intersection of fold lines 1024 and 1026 form an angle in the range of from about 60° and about 120° In one embodiment, the intersecting bottom panel fold lines are oriented such that one of said lines (fold line 1024 in FIG 59) is normal or at least generally normal to curved sidewalls 1014 and 1016 In such embodiment, the other of the intersecting fold lines (in this case fold line 1026) is at least generally parallel to curved sidewalls 1014 and 1016

Preferably, fold line 1024 extends from sidewall 1014 to sidewall 1016

As previously mentioned, carton 1012 is foldable to a collapsed position with sidewalls 1014 and 1016 being planar and in contacting overlying relation to each other with bottom panel 1018 being divided into two overlying panels 1018a and 1018b by intersecting fold line 1026

Preferably, bottom panel 1018 includes two additional fold lines 1032 and 1034 on either side of fold line 1024 that extends from one carton sidewall to the other, in this case from sidewall 1014 to sidewall 1016 Secondary fold lines 1032 and 1034 further facilitate the opening or erection of container 1012 with an automated device such as automated container handling system 610

FIG 58 illustrates a carton 1036 that is similar in construction to carton 1012 previously described except that carton 1036 is of a different size Preferably, carton 1012 is configured such that the width of the base is relatively narrow and the sidewalls 1014 and 1016 flare outwardly so that container 1012 is substantially wider at the top (from about 1.6 to 2 or more times the base width) This allows relatively large and tall containers to be placed in an automobile cup holder CH as depicted in FIG 56

Referring to FIG 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing 200, previously briefly described, where like reference numerals represent like elements Food dispensing device 201 includes fewer uncooked bulk food dispensers that are similar to magazine food dispenser 206, previously referred to Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

Automated food processing system 101 also includes fry device 400 which has been described

One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600 In place of food packaging device 600, a food storage device 635 is provided Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual

US 6,869,633 B2

41

42

processing As configured in FIG 2, food storage device 635 includes separate product receiving receptacles 637, 639, 641 and 643 Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively In addition, each receptacle 637-643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

As illustrated in FIG 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641 Food item F can be stored therein for a period of time until it is ready for subsequent processing

Referring to FIGS 62 and 63, there is illustrated heated receptacle 643 in a cross-sectional view and FIG 63 is a cross-sectional view taken along line 63—63 of FIG 62 showing the entire width of receptacle 643

As illustrated in FIGS 62 and 63, heated receptacle 643 is a heated well having a heating element that heats sidewalls 962, 964, 966 and 968 as well as bottom 970 of heated receptacle 643 Heating element 960 is in close proximity to walls 962, 964, 966 and 968 as well as bottom 970 Heating element 960 may be composed of a single heating element or multiple heating elements as desired Suitable controls may be provided to adjust the temperature of walls 962–968 as well as bottom 970 of heated receptacle 643 In addition, suitable insulation 972 can be contained within the cavity that is defined by cabinet 974 of food storage device 635, which is partially shown in FIGS 62 and 63

Preferably, handled trays 645–651, such as handled tray 651 depicted in FIGS 62 and 63 are dimensioned such that they are in close proximity to walls 962–968 and bottom 970 when placed in heated receptacle 643

Food packaging device 600 may optionally include food seasoning device 616, which is illustrated in detail in FIGS 65–68 Food seasoning device 616 includes a hopper 972, a metering wheel 974, a wheel drive system 976, a dispensing tube 978 and a dispersion head 618

Hopper 972 is configured to hold a desired bulk quantity of a seasoning material, such as salt S Bulk hopper 972 includes a lid 982 that can be removed to replenish the supply of salt S contained therein Hopper 972 can have a bottom with inwardly extending sidewalls 984 to facilitate the dispensing of material from bottom 986 of hopper 972 which may include a dispensing tube 988

Metering wheel 974 is located beneath bottom 986 and dispensing tube 988 to receive a charge of salt or other seasoning therefrom Metering wheel 974 includes a cavity 990 for receiving a charge of salt from dispensing tube 988 Metering wheel 974 is rotatably mounted in a housing 992 and can be rotated about the longitudinal axis of metering wheel 974 to cause cavity 990 to be directed downwardly which thereby causes the seasoning or salt contained in cavity 990 to fall by gravity therefrom

Metering wheel 974 is suitably rotated by wheel drive system 976 Wheel drive system 976 can be controlled by a suitable electronic control system that can form part of the food packaging device 600 Typically, in operation, when French fries FF are dispensed from one or more of fry wheels 404, 410, 412 and 414 onto chute 604, a suitable sensing device (not shown) senses the presence of French fries and activates wheel drive system 976 of automated food seasoning device 616 to discharge a predetermined quantity of seasoning, such as salt, onto the French fries that traverse chute 604

Dispensing head 618 can be located in a desired position to apply seasoning to the food traversing chute 604 As illustrated in FIG. 3, for example, dispensing head 618 can be located towards a bottom portion of inlet chute 604 and may extend over a portion of rotatable food dispensing member 606

Wheel drive system 976 as illustrated in FIGS 65–68 includes a solenoid plunger 994 for driving a linkage 996 that is connected to metering wheel 974 to impart rotation to metering wheel 974 Linkage 996 includes a crank arm 998, one end of which is connected to a central portion of metering wheel 974 and the other end is connected to a lever arm 1000 which, in turn, is connected to solenoid plunger 994 Lever arm 1000 can be driven by solenoid plunger 994 which, in turn, causes crank arm 998 to be driven, thereby rotating metering wheel 974 sufficiently to cause cavity 990 to be directed downwardly, thereby permitting any seasoning or salt contained therein to be dispensed therefrom

A collection funnel 1002 is disposed at the discharge end of housing 992 and connects to dispensing tube 978 Dispensing tube 978 is, in turn, connected to dispensing head 618

Dispensing head 618 can include a plurality of vanes 1004 for facilitating dispersion of seasoning dispensed therefrom As illustrated, there are four vanes 1004 spaced 90° from each other

Dispensing tube 978 has a lower end portion 1006 that terminates some distance above dispensing cone 1008 of dispensing head 618 In one embodiment, lower end portion 1006 of dispensing tube 978 may terminate approximately 0 25 inches from the tip of dispersion cone 1008

Dispersion cone 1008 includes a plurality of holes 1010 that are arrayed through dispersion cone 1008 to facilitate the distribution of seasoning or salt In operation, as salt or seasoning is dispensed through lower end portion 1006 of dispensing tube 978, the seasoning strikes the top portion of dispersion cone 1008 and is directed into four quadrants via vanes 1004 As the seasoning traverses the surface of dispersion cone 1008, some of the seasoning falls through holes 1010 in dispersion cone 1008 Note that not all of holes 1010 are labeled, for purposes of clarity in the Figures Other salt or seasoning particles do not fall through holes 1010 but fall off the lower end of dispersion cone 1008 Still other seasoning particles bounce or are otherwise deflected off the top surface of dispersion cone 1008 and fall a lateral distance removed from dispersion cone 1008 In this manner, a good distribution of seasoning is achieved over a relatively large area

The Control System and Method

In one embodiment, the System Master Controller of a Server (PC), a router/hub, and a touch-screen monitor (user interface) The Master can utilize existing technology to integrate, to manage, to control, and to coordinate information flow of and through the various subsystems for overall system operation The network technology is fully compliant with the latest version of the industry's NAFEM Protocol

Control System Features

Referring to FIGS 69–73, the primary functions of the Control System are to receive order information from the POS and to connect and coordinate all operating subsystem controllers with the Master Controller so that operational commands and functional information can be communicated and displayed The result is that all the dispensing, fry and packaging modules function as one integrated fried foods production system

In one embodiment, the Control System is event and demand driven That is, nothing happens unless a functional component or subsystem receives a command signal to

43
44

initiate the action  In a normal operation mode, the POS will provide virtually all of the system order demands  These can take the form of a string of two-bit Order Events  Typically this will be a quantity and an item (for example, 2 each regular size fries)  The product description can consist of both the food item and its portion size, treated as one bit of information

The Control System information can be categorized into Order Events, Inbound Events, and Outbound Events  The Order Events come from primarily the POS system, the historical kitchen management system (KMS) data, or the touch-screen Monitor if a manager wants to override the automatic ordering  KMS is a database of information of, for example, the sales rate of various products versus day and time  The Order Events dictate and demand the operation and performance of the automation control system for production  The Inbound Events information includes messages generated by subsystem controllers other than the POS or KMS  The Outbound Events include typical command messages issued by the Master Controller specifying functions to be performed by individual subsystem controllers

In one embodiment, the Master Controller is configured to monitor periodically or continuously the network for events to occur  Once an event takes place and a signal is sent on the network, the Master Controller identifies the source of the signal, then compares it to the programmed schedule of events within its memory, and reacts appropriately, either sending out a new command, showing a display, storing information in memory, or all of the above

An important source of data for the Control System can be the Kitchen Management System (KMS)  The KMS is a historical database of operational information  This information can be used to set the workstation configuration, process settings, inventory levels, and set a level of production in advance of actual customer demand orders  This interface can be a two-way connection, so that all operational data from the Fried Foods Workstation can be received and stored in the KMS and/or the Control System, or evaluated, adjusted, and re-entered to "fine-tune" the process on a continuing basis

Generally, the Control System can comprise two loops, shown in FIG 70  The primary loop is the "Order-to-Package" loop, whereby the Master Control takes an Order Event input from the POS and directs the appropriate Packaging Module subsystem to package and deliver an appropriate portion of product  A secondary loop is the "Buffer Replacement" loop, where the Master Controller receives an Inbound Event signal from the Packaging Module that its buffer inventory of ready-to-package fried product is low and additional product must be dispensed and fried  As currently specified, all products other than salted French fries typically can have a default buffer inventory of zero, meaning that an order for that (other) product will immediately initiate a full dispense-fry-package (if packaged by the System) production routine

In accordance with one aspect of this embodiment of the Control System, the Fryer Module vat operation is not directly controlled by the production demand cycle  Each fry vat of the fry module will operate continuously and on a pre-set uniform operating cycle  Frozen product is dropped into the fry module when additional inventory is called for  The product is fried according to the pre-set cooking cycle and then is dumped into the Packaging (or Protein) Module receiving apron  None of the cooking cycle is affected by order demands, or inventory conditions. In one embodiment, the Control System can vary the time between incremental rotation and speed of rotation of fry wheel 410 to accom-

modate for varying conditions, such as the level of cooking oil in the fry vat. The level of cooking oil can vary as a result of the amount of product that is being fried in a particular fry vat, since product present in the fry vat displaces cooking oil, thereby raising the level of cooking oil in the fry vat particularly since the product is held below the cooking oil surface during a cooking cycle  Preferably, to ensure the workstation reliability and system uptime, extensive control redundancy can be provided. As a result, the control subsystems for each Fryer Module vat and each Dispensing Module chute are designed and constructed as individual units that operate even if one or more subsystem fails

Additionally, the control of the Dispensing Module freezer environment and operation can be an independent subsystem

Preferably, the Control System includes the capability to operate all modules individually  This allows the operator to disconnect and remove a module from the network and operate the remaining modules in a semi-automatic method, manually performing some of the operations  Preferably, there are controls on each module that permit an operator to operate that module's functions locally

Orders for product are preferably processed sequentially as they are received, although the specific products within a customer order may be arranged in a logical manner as desired  The Monitor will display all products being processed by the workstation from the time the order is received until it is removed from the workstation  The status of each product that is ordered can be tracked in its various stages including, for example, on order, packaged and ready to pick up, ready to manually package, and held too long

Preferably, products in the process of being fried can also be tracked, and cooking times for each basket in each wheel will count down to when product is ready to package  Master Controller

In one embodiment, the Master Controller 110 hardware may suitably comprise, or equivalent:

Intel Pentium III (or higher) with 1 0 GHz (or higher) CPU
Ethernet network interface and hub
256 MB (or more) system RAM
20 GB (or more) hard disk drive
Touch-Screen Monitor Interface
Plug and Play Touch-Screen Monitor
SCK Gateway (Ethernet)
Interconnect cabling (as needed)
Optional Keyboard and pointing device (mouse) for installation and maintenance purposes

Typical operating system software requirements are:
Windows 2000 professional (or server) SP4 or higher
A suitable Database Server, such as Fast SCK Version 3 0 (or higher) from Fast, Inc of Stratford, Conn
Fast SCK Version 3.0 (or higher) Utility Applications (SCK Editor, SCK Engine, SCK Events, and SCK Site Editor) from Fast, Inc

The Subsystem Interface Modules provide the functionality to communicate specific control events (information) conditions, and/or commands to and from the Master Controller  These modules typically can be incorporated into the circuitry of controller boards  In cases where the network needs to interface with a control subsystem (such as PLCs, for example), appropriate imbedded memory interface (input-output) circuit cards known in the art can be utilized  All of the foregoing hardware and software or equivalent is readily available or can be produced by those skilled in the art

Fryer Controller

The frying of the frozen product is controlled by a combination of cooking oil temperature and the time the

US 6,869,633 B2

45

frozen product is immersed in the cooking oil Frying is accomplished by moving the frozen product through the heated cooking oil by a rotating fry wheel As previously described, a programmable stepper or other motor can provide the desired precisely controlled movement of the fry wheel

The following Table I lists typical control parameters and several optional parameters that can be used, if desired

TABLE I

Fryer Module Control Signals
(One set for each of 4 Product Lanes)

| Description | Input | Output | Op Adj |
|---|---|---|---|
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| "Ready" Band Width | | X | |
| Temperature Offset | X | | |
| C or F | X | | X |
| Probe #1 | X | | |
| Heater Relay #1 | | X | |
| Total Cook Time | X | | X |
| Jog Speed | X | | |
| Jiggle Time | X | | |
| Cleaner Level | | X | |
| Oil Fill | | X | |
| Cleaner Fill | | X | |
| Probe #2 | X | | |
| Heater Relay #2 | | X | |
| Flex Time | X | | |

FIG 71 depicts a typical motor/fry wheel/basket cycle Virtually every parameter can be fixed or adjustable as desired For example, during one typical cycle, which may be for a preset period of time that is one-quarter of the cooking time for food contained in a compartment, fry wheel 410 is rotated clockwise 45° in the direction of arrow K of FIG 13 After some period of time after the 45° incremental rotation, a basket shaking simulation of back and forth rotation occurs over a period of about two seconds After a 0 to 10 second delay, another basket simulation shaking occurs Thereafter, a period of time ("Basket Load Window") is available for loading another compartment, such as compartment 436 with a charge of French fries or other food to be fried Thereafter, a "no load zone" or relatively short period of time towards the end of the cycle is set aside just prior to another 45° fry wheel 410 rotation in the direction of arrow K, which commences another cycle During each cycle, three "home routines" can be employed, one after each rotation of fry wheel 410 to accurately locate fry wheel 410 so that it is properly positioned with the upper end of compartment bottom 508 of one of fry wheel 410 compartments adjacent discharge 498 and another of the compartments properly aligned to receive a charge of French fries or other food to be fried, such as from food dispensing device 200

To ensure proper operation of the basket/fry wheel, including positioning the unit precisely for smooth loading and complete unloading, the basket/fry wheel position must be constantly synchronized To do this, a "homing" sensor circuit can be utilized that resets the home position after every move of the wheel This sensor preferably is electromagnetic and is impervious to dirt and grease build up and has no moving parts although any suitable sensor can be used

Dispensing Controller

The Dispensing Module control system 114 separates functions by the product delivery lane they support In one embodiment, where there are four delivery lanes, there are

46

four control subsystems Each subsystem controls a vibrating product conveyor, a portioning load cell, and a dump actuator Additionally, there are optional module configurations that affect the controls design If lanes 1, 2, and/or 3 are configured with bulk food hoppers, a product level sensor can be provided to alert operators to reload frozen product before the hopper is empty If each of lanes 2, 3 and/or 4 are configured with an array of coil magazines for food items, the controls must sequentially switch power to each of the motors in the lane to maintain a constant flow of frozen product

Table II lists defined control signal parameters for each of the Dispensing Module Lane controllers:

TABLE II

Dispensing Control Signals
(One set for each of 4 Product Lanes)

| Description | Input | Output |
|---|---|---|
| Load - Small Qty | X | |
| Load - Large Qty | X | |
| Load Coil A | X | |
| Load Coil B | X | |
| Load Coil C | X | |
| Load Coil D | X | |
| Load Coil E | X | |
| Ready to Dump | | X |
| Vibrator Frequency | X | |
| Bulk Fill Level | | X |
| Time Out | | X |
| Overweight | | X |
| Clean Out | X | |

Freezer Controller

In addition to properly dispensing products into the Fryer Module, the dispensing device 200 control 114 must also maintain a proper frozen environment for all products To accomplish this, another controller subsystem can be provided Table III lists the applicable control signal parameters for the freezer subsystem A safety circuit interrupts all dispensing activity when the aisle door is opened

TABLE III

Freezer Control Signals

| Description | Input | Output | Op Adj |
|---|---|---|---|
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| Aisle Door Open | | X | |

The separation of the Dispensing Module controls into these five subsystems when there are five makes for a convenient mechanical arrangement in the base of the module, and allows for the required flexibility given the configuration options

In one embodiment, for manual operation, four "dispense" buttons are provided, one for each lane One button would cause the release of a pre-set portion of the frozen product for that lane The controls preferably should be located so the operator could by visual observation determine the appropriate Fryer basket to make sure the product dispenses into the proper basket

Packaging Controller

Packaging Controller 118 for the Packaging Module incorporates several event signal generators for the control system to sense or read The main Packaging Module or device 600 elements are depicted in FIGS 25-29 In one embodiment, the Packaging Module or device control sys-

US 6,869,633 B2

47

tem includes two subsystems within the Packaging Module, the packaging subsystem and the heated food storage device 635 that can be used in place of packaging device 600

The Packaging Subsystem

The packaging control subsystem initially interfaces with the Packaging Module PLC and sends packaging device 600 a signal to start the sequential operation of packaging one of an appropriately-sized portion of French fries. The actions and reactions of all the electromechanical devices (e.g., container handling system 610, dispensing member 606, overflow member 613, load cell 702 and chute mechanism 608) can be, if desired, sequenced and controlled by the local on-board controller (i.e., PLC) and not Master Controller 110

Once the automated arm 764 sets the filled package of fries on conveyor 614 and the receptacle load gate 926 opens to allow receptacle 612 to move to the pick up area, a signal will be sent back to Master Controller 110 indicating that the particular order of fries is ready for pick up Until that receptacle 612 moves to the return gate 928 (located at the operator right front of the Packaging Module) and the gate permits receptacle 612 to move therepast after receptacle 612 is empty, Master Controller 110 will believe (and display) that the order of fries is waiting to be picked up Preferably, the crew member will pick up fries from right to left to ensure that the order sequence is followed and that the oldest fries are served first

Because the number of receptacles 612 that can fit between gate 926 and return gate 928 typically is limited, Master Controller 110 intelligence preferably keeps track of how many orders of fries are in the pick up cue This allows audible/visual alerts to be triggered on the Monitor to remind the crew that orders have been waiting Also, even if orders are picked out of sequence, the Master Controller will remember what was on an empty receptacle 612 and clear it when it passes return gate 928

Preferably, the Master Controller is configured to remember the hold time of each packaged fry order If the order has not been picked up in time, the Monitor will alert the operator by audible/visual signal to "waste" that order

The Secondary Loop

The remainder of the Packaging Module or device 600 control 118 functions address the secondary loop, "buffer inventory replacement" Preferably, there are two typical system requirements for the buffer inventory: (1) there must be a minimum amount of fries in member 606 or chute mechanism 608 to completely fill the next packaging order (that is, one portion of a given size); and (2) the buffer inventory is low and needs to be replenished

For the first requirement, if there is insufficient buffer inventory to fill the package, chute mechanism 608 is disabled and an error message alarm is sent This condition should not happen, but the control intelligence prevents packaging device 600 from under filling an order

During normal operations, the level of fries in the buffer inventory will drop to a level where an inventory replenishment order will be initiated In that event, Master Controller 110 can signal dispensing device 200 to start its fill sequence This process should typically start soon enough that the replacement product can be fried, salted, and added to the dispensing member 606 before the "out-of-product" condition is reached. The KMS data can be integrated into the Master Control intelligence to help insure that there is replacement product in process before the actual need arises This capability minimizes order delivery delays while also preventing the dispensing member 606 inventory growing beyond actual need

48

The dispensing member 606 inventory can be managed in a number of ways, as desired For example, any of the following can be utilized and implemented by one of ordinary skill in the art: (a) direct sensors; (b) a load cell that constantly weighs the buffer inventory; and (c) a dynamic empirical calculation

The dynamic empirical calculation embodiment uses the Master Controller to constantly calculate how much product has been added to dispensing member 606, and subtract out the portion packaged, any bonus amount, waste, and a safety factor This empirical total will then be compared to pre-set "reload" levels The formula may also include how much product is in process In all cases, the buffer inventory level can be adjusted during the day to reflect actual sales levels

The controls system design for all other (i.e., non-salted French fries) products is that the same control process would be used, but that the "buffer inventory" for those products would be defaulted to zero That is, an order for hash browns would immediately signal an "out-of-inventory" condition and launch an "inventory replacement" command to the dispensing device 200 Later, if the need arises, controller intelligence would allow the operator to utilize some buffer inventory for these products

Optionally, a provision can be made for unsalted French fries Unsalted French fries would be handled like the non-French fries products. When an order for unsalted French fries is received, Master Controller 110 will signal the Packaging Module to move diverter bar 605 The next load of French fries coming from the Fryer Module will then be diverted to a portion of chute 604 of packaging device 600 for manual packaging The extra unsalted fries can be manually returned to chute 604

An important feature of the automated system is to maintain product integrity One facet of that is to dispose of product that has exceeded its authorized holding time Master Controller 110 will remember when each load of French fries came out of fry device 400 The mechanical design of packaging device 600 assures a substantially "first in—first out" product movement How long the "oldest" fries have been in dispensing member 606 is tracked by Master Controller 110 or packaging device controller 118, as desired. Whenever the allowable holding time has been reached, Master Controller 110 will signal the Packaging Module subsystem Controller 118 to start the buffer waste cycle (or the packaging device Controller 118 can directly control this function) It is possible that some French fries in the buffer will not have reached their limit, but through control parameter refinement, this can be minimized Table IV lists the control signals for one embodiment of the packaging control subsystem:

TABLE IV

| Packaging Control Signals | | | |
|---|---|---|---|
| Description | Input | Output | Op Adj |
| Package #1 | X | | |
| Package #2 | X | | |
| Package #3 | X | | |
| Package #4 | X | | |
| Divert Fries | X | | |
| Produce #5 | X | | |
| Produce #6 | X | | |
| Produce #7 | X | | |
| Produce #8 | X | | |
| Produce #9 | X | | |
| Dump Buffer | X | | |
| Buffer Low | | X | |

49

50

TABLE IV-continued

| Packaging Control Signals | | | |
| --- | --- | --- | --- |
| Description | Input | Output | Op. Adj |
| Buffer Full | | X | |
| Receptacle Loaded | | X | |
| Receptacle Empty | | X | |
| Time out - System 610 | | X | |
| Product #5 - 9 Picked | | X | |

Holding Controller

The other control subsystem is that dedicated to holding product at proper temperatures  Generally, a standard temperature controller with timer channels to manage all holding functions can be utilized, as is known in the art.

Table V lists the various control parameters for the holding control subsystem for food holding device 635:

TABLE V

| Holding Control Signals | | | |
| --- | --- | --- | --- |
| Description | Input | Output | Op. Adj |
| Buffer Temp Set | X | | X |
| Buffer Temp Act | | X | |
| Pick Up Temp Set | X | | X |
| Pick Up Temp Act | | X | |
| Apron Temp Set | X | | X |
| Apron Temp Act | | X | |
| Holding Temp Set | X | | X |
| Holding Temp Act | | X | |
| Holding Time #1 Start | X | | |
| Holding Time #1 End | X | | |
| Holding Time #2 Start | X | | |
| Holding Time #1 End | X | | |

Touch-Screen Monitor

The Touch-Screen Monitor is the primary system user interface and can be considered part of the Master Controller configuration  The Monitor has four main functions: (1) display the status of fried foods orders; (2) allow the operator to manually control the system; (3) alert the operator to any needed manual intervention; and (4) allow the operator to reconfigure the workstation and/or change the individual operating parameters

The Monitor display can be configured as desired. Preferably, the main display menu is simple, uncluttered and only presents the basic information needed to track ongoing order status  A sample Monitor display layout is shown in FIG 72

In the illustrated embodiment, products on order would appear as horizontal rows of the appropriate product (type and portion size) icon, reading from the left edge of the screen  All products from a single POS customer order would appear on a single line. As additional POS orders are entered, the screen would refresh, moving the older orders down a line  Products on order, and not yet ready for pick up would appear as gold icons

Across the bottom of the screen would appear the same number of locations as there are packaging device 600 receptacles 612 in the pick up zone  As packages of fries are placed on receptacles 612 and the receptacles 612 travel within the pick up zone, the appropriate icon will disappear from the "on order" line and reappear as a green icon in the spot where its receptacle is  When a package is removed from a receptacle and that receptacle passes return gate 928, the display icon will disappear from the screen

In one embodiment, should the "hold timer" for a packaged product expire before it is picked up, its green icon will change color (i e, to red) and/or flash  In another embodiment, an audible alarm can be provided as well, indicating clearly that this product should be wasted

Across the top of the screen is a line of control "buttons " There can be one for each product (again, type and portion size)  The system is programmed so that touching the button on the screen will enter an order for one each of that product There is also a screen button at the upper right corner of the screen that enables the operator to change the screen display to the "Settings" screen

The "Settings" screen layout is depicted in FIG 73  From this screen, the operator may now configure all the operating settings for the product to be run in each product lane. The individual settings may include dispensing load size(s), fry vat temperature, cooking cycle time, buffer inventory level, packaging device Module heater setting, and other settings as desired  In this embodiment, all settings for a particular product are linked to that product  The operator can merely scroll in each product lane and signify the product that will be run in it  Master Controller 110 will then set all operating parameters for that product  If it is necessary to check or adjust an individual control setting (such as cook time), the operator can scroll through the items in the "settings" box for that lane and product  Then, using the "up" and "down" keys, readjust the setting and press the "enter" key to reset

If required, a secure "manager only screen" can be configured to allow someone to adjust and/or reset selected operating parameters  Access to this screen and these settings would require some type of password to prevent any non-authorized store employee from changing basic system parameters

Operator alert messages or alarms (e.g , bulk product low—refill now: "bridging/time out"—clear lane 2; etc ) will appear as an "error message box" in the center of the screen, along with some type of audible alarm.

While the invention has been described with respect to certain preferred embodiments, as will be appreciated by those skilled in the art, it is to be understood that the invention is capable of numerous changes, modifications and rearrangements and such changes, modifications and rearrangements are intended to be covered by the following claims

What is claimed is:

1 A device for the automated frying of foods comprising:

(a) a fry vat for containing and heating cooking oil;

(b) at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments each having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the wheel which radial axis is disposed above a normal operating level of the cooking oil in the fry vat;

(c) a drive mechanism for rotating the fry wheel;

(d) a control system for causing the drive mechanism to periodically rotate the fry wheel back and forth through a degree of angular rotation to simulate shaking of a fry basket

2 The device of claim 1 wherein said degree of angular rotation is in the range of from about 2 to about 20 degrees

3 The device of claim 1 wherein the back and forth rotation in one direction is of a larger angle of rotation than the rotation in the other direction

4. The device of claim 1 wherein the control system further causes the drive mechanism to rotate the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment.

5 The device of claim 1 wherein the fry wheel comprises a hub, a circular rim, a plurality of spokes connecting the hub to the rim and a plurality of fry baskets secured to spokes

US 6,869,633 B2

51

6. The device of claim 4 wherein the control system causes periodic incremental rotation of the fry wheel.

7. The device of claim 6 wherein the periodic incremental rotation is based on 360 degrees divided by the number of compartments.

8. The device of claim 1 wherein the fry wheel comprises a rim and the drive mechanism comprises a roller and means for urging the roller against the rim.

9. An automated method of frying food comprising:

(a) placing food in a fry wheel compartment of a fry wheel having at least a generally circular perimeter and a plurality of compartments each having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the wheel which radial axis is disposed above a normal operating level of the cooking oil in a fry vat having heated cooking oil therein;

(b) rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil; and

(c) periodically rotating the fry wheel back and forth through a degree of angular rotation to simulate shaking of a fry basket while the food is submerged in the cooking oil.

52

10. The method of claim 9 wherein said degree of angular rotation is in the range of from about 2 to about 20 degrees.

11. The method of claim 9 wherein the periodic rotation in one direction is of a larger angle of rotation than the rotation in the other direction.

12. The method of claim 9 wherein said rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil comprises rotating the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment.

13. The method of claim 12 wherein the said rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil further comprises periodic incremental rotation of the fry wheel.

14. The method of claim 13 wherein the degree of periodic incremental rotation is based on 360 degrees divided by the number of compartments.

* * * * *

EXHIBIT G

US 20050251450A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2005/0251450 A1

Koether et al.                                                    (43) Pub. Date:     **Nov. 10, 2005**

(54) DIAGNOSTIC DATA INTERCHANGE

(76) Inventors: **Bernard G. Koether**, Tequesta, FL
(US); **Mario G. Ceste**, Wallingford, CT
(US)

Correspondence Address:
EDWARDS & ANGELL, LLP
P.O. BOX 55874
BOSTON, MA 02205 (US)

(21) Appl. No.: 11/156,862

(22) Filed: Jun. 20, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/946,461, filed on
Sep. 4, 2001, which is a continuation-in-part of appli-
cation No. 09/587,797, filed on Jun. 6, 2000, now
abandoned, which is a continuation of application No.
09/083,671, filed on May 22, 1998, now abandoned,
which is a continuation of application No. 08/643,
207, filed on May 2, 1996, now Pat. No. 5,875,430

**Publication Classification**

(51) Int. Cl.[7] ............ G06F 17/60; A23L 1/00;
A47J 27/00
(52) U.S. Cl. .......................................... 705/15

(57)                    **ABSTRACT**

The present invention provides a bi-directional communi-
cation network which provides monitoring, data collection,
and control of food service industry operations. The system
includes a computer and control logic implemented by the
computer which may be configured to perform various tasks.
A communication network may be provided linking the
computer with equipment and appliances having a micro-
processor based controller capable of communicating with
the system. In one embodiment, the system automatically
verifies the performance of equipment-related manual tasks
in food preparation. In another embodiment, the system
schedules the maintenance of a plurality of kitchen appli-
ances. In another embodiment, the system provides a hold
timer for tracking the hold time of cooked food products and
determines when the hold time elapses. In yet another
embodiment, the system manages the inventory of cooked
food products in a food preparation establishment.





*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*

Patent Application Publication   Nov. 10, 2005   Sheet 5 of 14      US 2005/0251450 A1



*Fig. 5*



*Fig. 6*



*Fig. 7A*



*Fig. 7B*



*Fig. 8*

Case 1:06-cv-00515-JJF    Document 47-5    Filed 02/21/2007    Page 12 of 17



*Fig. 9A*



*Fig. 9B*

Patent Application Publication  Nov. 10, 2005  Sheet 11 of 14    US 2005/0251450 A1



*Fig. 9C*



Fig. 10A

Case 1:06-cv-00515-JJF    Document 47-5    Filed 02/21/2007    Page 15 of 17



*Fig. 10B*

Patent Application Publication   Nov. 10, 2005   Sheet 14 of 14      US 2005/0251450 A1



*Fig. 11*

US 2005/0251450 A1

Nov. 10, 2005

1

## DIAGNOSTIC DATA INTERCHANGE

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]  This is a continuation-in-part of U S patent application Ser No 09/587,797 filed Jun 6, 2000, Pat No XXX1 entitled "Smart Commercial Kitchen Network", which was a continuation of U S patent application Ser No 09/083,671 filed May 22, 1998, Pat No XXX2 entitled "Smart Commercial Kitchen Network", which was a continuation of U S patent application Ser No 08/643,207 filed May 2, 1996, Pat No 5,875,430 entitled "Smart Commercial Kitchen Network", which are incorporated herein by reference Also, the present application is related to commonly assigned U S Pat No 4,812,963 entitled "Plural Cooking Computer Communication System," and U S patent application Ser No 08/501,211 filed Jul 11, 1995, Pat No 5,723,846 entitled "Multiprobe Intelligent Diagnostic System For Food-processing Apparatus," which are incorporated herein by reference

### TECHNICAL FIELD

[0002]  The present invention relates to a communication network and, more particularly, to a communication network, such as a cooking computer communication system, for monitoring and controlling the activities of commercial kitchen or restaurant appliances, and for providing bi-directional communication between such appliances and a control center Such kitchen or restaurant appliances, for example, includes deep vat flyers and various types of ovens, and cooling systems, such as refrigerators and HVAC systems, as well as other related food processing systems found in today's restaurants and fast food chains

### BACKGROUND OF THE INVENTION

[0003]  In recent years, as cooking and restaurant appliances in large hotels or institutional kitchens have become more complex, there has been an increased need for the utilization of systems for diagnosing malfunctions Today, cooking appliances are maintained and serviced, however, by a food service industry—that with exceptions—is too poorly equipped and untrained to do so The domestic food service industry is composed of some three hundred independent service agencies, ranging in size from one up to hundreds of employees Most, however, consist of just a few employees which are unfortunately burdened with the responsibility for preparing invoices, repairs, inventories, warranties, credits, returns, and the like For example, these service agencies not only have to generate invoices, but also have to collect payment, which for obvious reasons is time consuming With such other duties, service agencies have little time to keep up with the technology of today's complex kitchen or cooking appliances With the existing food service industry so fragmented and ill-suited to handle administrative tasks as well as appliance repairs, it is estimated that their efficiency may be as low as 20%

[0004]  Accordingly, there is a need in the art to provide a cost-effective system which enhances the work force utilization of today's food service industry, allowing the proper work allocation of administrative and repair skills among those best suited to perform the tasks

[0005]  The food service industry is also faced with the problem of a difficult labor market There is stiff competition for good employees and not enough workers to fill open positions Supervision is difficult as well, especially for an owner/operator of multiple commercial units spread over many miles Workers may be inadequately trained, careless or may take shortcuts in completing their tasks properly Any of these problems can adversely affect food quality, level of service to the consumer, and compliance with various health and safety standards (for example, the Hazard Analysis Critical Control Point (HACCP) regulations created by the Food Safety and Inspection Service of the United States Department of Agriculture to minimize bacteria-related illnesses which can result from improper food handling, preparation, and holding) These problems plague even computerized kitchen systems, because those systems can neither independently verify that the ascribed tasks have been properly completed, nor identify employees who are cheating the system Moreover, to be competitive in today's global economy, the food service industry must gain tighter control over every process in the kitchen to combat escalating labor costs, achieve more accurate product forecasting, and realize faster and more efficient food preparation to better manage both facilities and human resources

[0006]  Appliance Status/Monitoring

[0007]  There is a need in today's food service industry for a system that is capable of generating computerized task lists on a real time basis instructing employees to perform needed tasks, and then guiding the employees through the required tasks These task lists could be transmitted and displayed on CRT's in the area of the restaurant where the task will be performed by the employee for easy reference The task lists may also be accompanied by audible instructions in addition to, or instead of by visual means alone Such task lists could, for example, provide timely communication between the point of sale (POS) and kitchen for placing orders Computerized task lists could also provide important training for employees (especially new trainees), which due to high employee turnover rates in the food service industry, has become especially problematic for restaurant managers who have precious little time to spare for training in the first instance Accordingly, computer generated lists could step employees through the cooking process for preparing various food items, various maintenance and cleaning procedures related to cooking appliances and other equipment, and any other required general duties

[0008]  Known systems use labor management tools to generate and printout a static list of tasks to be done, for example, at the beginning of each day However, such lists do not have any real-time feedback and thus are not dynamic, and do not adapt to actual and ever changing operating conditions and requirements in a restaurant Accordingly, there is also need for a system which can update and modify task list based on sensed or measured operating conditions

[0009]  Current fast-food systems typically use in-store CRTs to display tasks When a task is complete, the employee typically hits a "bump bar" below the screen to notify the system that the task is done The system then updates the CRT to indicate that task is done But this assumes that there is no "cheating" (i e , hitting the bump bar without properly completing the task) by the employee This situation has been problematic for supervisors who in the fast-paced food service industry cannot possibly watch all

their employees constantly to ensure that tasks are actually being properly performed Furthermore, cheating by employees can have a detrimental financial impact on the fast-food and other restaurants For example, pulling food prepared in a deep vat fryer out before it is done can adversely affect food quality (e.g , taste, texture, appearance, etc ) and shelf life Likewise, for example, bakers who pull products out of ovens before they are finished baking adversely affect food quality Improperly prepared food causes customer dissatisfaction and loss of repeat business which translates into financial losses for food service providers Another example where cheating adversely affects the food service industry is in the area of maintenance Employees who are lazy or busy may often seek shortcuts by simply skipping maintenance tasks, or performing them inadequately, but still hit the bump bar Known systems cannot detect and provide a sufficient check on this type of cheating Accordingly, there is a need for a system which can provide automatic verification that a required task has been properly completed by sensing various operating parameters, rather than relying only on the honesty employees alone

[0010]    Virtual Hold Timer

[0011]    The amount of time a food item can be held and served after it has been cooked is governed by both franchise standards and government regulations For example, the Hazard Analysis Critical Control Point (HACCP) standards established by the Food Safety and Inspection Service (FSIS) of the United States Department of Agriculture (USDA) dictates the amount of time food can be held at various temperatures after it has been cooked before it must be discarded These standards are intended to prevent illnesses caused by ingesting food products contaminated with microbial pathogens which may be passed on to consumers by improper food handling practices Therefore, accurate measurement and tracking of food "hold times" is of critical importance to the food preparation industry Once this "hold time" expires, the food must be thrown out

[0012]    Current systems often use small plastic tags, for example, saying "00", "15", "30", "45", etc to represent minutes past the hour when the food expires—the tag travels with the food It is also possible to include a small mechanical or electronic timer that travels with the food Another known system uses electric or mechanical timers at each successive location; however, it is complicated to set each successive timer based on the amount of time left on the timer at the previous location These known systems have not worked well, and much food is often sold beyond its proper hold time, thereby subjecting food service operators to liability for violating HACCP standards and potentially exposing consumers to food-borne related illnesses

[0013]    Accordingly, there is a need for a system that can establish an automatic "virtual" hold timer associated with each batch of food that is prepared Such a system could track the movement of each batch of food through the restaurant or kitchen, and figuratively "travel" with the food from the cooking appliance to various holding areas and the point of sale (POS) Such a system could also provide a single, continuous hold timer for each batch of food, thereby eliminating the need for kitchen or restaurant employees to set new times manually taking into account elapsed hold time from a previous cooking or hold station This mini-

mizes the risk associated with food handlers having to physically handle timers and either misplacing them or making errors in setting successive timers Moreover, such a system could assist in controlling inventory of cooked food items by sensing that a particular batch of food being held is about to expire and then sending a signal instructing food preparers that another batch of the same product Such a system could further be linked to the POS system and historical sales data maintained by the system to determine how much of a particular food product should be cooked to meet the anticipated demand and replace the food whose hold time is about to expire

[0014]    Shortening Management/Fryer Maintenance Management

[0015]    The proper maintenance of deep-fat fryers is also of great concern to the operator of a commercial or institutional cooking establishment Such fryers typically use food-grade oil or shortening as the cooking medium However, the cooking medium degrades with each cooking cycle In order to ensure consistent food quality, periodic filtering and/or changing of the cooking medium is required Fryer controllers are often hardwired to demand cleaning at a fixed time each day; thus making it impossible to adapt fryer maintenance to actual operating data (such as sales conditions, number of cooking cycles, etc) Other prior art systems such as that described in U S Pat No 5,331,575 to Koether et al are directed to a stand-alone "smart fryer" in which a cooking computer is physically connected to an individual flyers Such prior art systems offer some improvement over the fixed-time fryer controllers in that they attempt to ensure that changing or filtering of the cooking medium is conducted timely and properly, based on tracking actual flyer usage and other relevant parameters such as cooking temperatures However, an individual fryer cooking computer only determines when cooking medium maintenance is required for the particular flyer with which it is physically associated, without regard for any other fryers This is problematic for restaurant management because it is not desirable to have too many fryers unavailable due to maintenance when the restaurant is busy and demand for food is highest Ideally, fryer maintenance should coincide with off-peak demand periods, or at the very least, multiple fryers should not be unavailable for service at the same time Accordingly, there is a need for a networked control system that could monitor and control maintenance of all fryers at a given restaurant location Furthermore, there is a need for a networked control system that can balance individual fryer usage and time the maintenance of all fryers at a given restaurant location to ensure that a maximum number of flyers are available for service during periods of peak food demand

SUMMARY OF THE INVENTION

[0016]    The present invention provides a bi-directional communication network which provides real-time computer-aided diagnostics, asset history, accounting records, maintenance records and energy management Advantageously, such a network integrates the various work aspects of today's food service industry to insure the proper work allocation of administrative and repair tasks

[0017]    The system includes a control center linked to a point of sale (POS) or automated teller machine (ATM)

US 2005/0251450 A1

system, a plurality of kitchen base stations, and a plurality of kitchen or restaurant appliances located within a site or cell(s) Maintenance and repair, once initialized, are monitored, for example, through the control center having a database with the necessary software diagnostics, accounting records, inventory records, and maintenance records for the particular appliance under service so as to integrate the various aspects of accounting, billing, repair and energy management

[0018]    In a preferred embodiment, each cell is allocated at least one communication channel, preferably wireless, to effect bidirectional communication with the base stations, which in turns are interconnected to the control center over high speed data links In particular, the system monitors and tracks the maintenance and repair of kitchen appliances by means of information transmitted to and received from those appliances over the data network Such information may include cooking parameters, billing information, appliance identification, diagnostic information, and maintenance instructions, among others Direct billing is facilitated by transferring financial information among POS or ATM systems operated by various merchants and clearing house network centers

[0019]    Each kitchen base station may interrogate the appliance or the appliance may request to transmit diagnostic information relating to the operating conditions thereof, which diagnostic information may be immediately communicated to the control center The control center may take action as appropriate, including, among others, downloading updated, operating and/or diagnostic software to the appliance, dispatching a service vehicle, or updating accounting and inventory information Most of the functions are automatically controlled by the control center, but may be also performed manually by a control center operator Alternatively, some of these functions may be distributed to the base stations, such, as in a distributed architecture network

[0020]    In the preferred embodiment, on site repair is enhanced through the use of a portable hand held terminal linked to the appliance through, for example, a wireless RS-232 interface, such as by infrared communication The hand held terminal interrogates the appliance to diagnose abnormal operating conditions Upon effecting repair, the control center preferably prepares and transmits an appropriate invoice and effects billing through the POS or ATM system During repairs, should the hand held terminal require updated diagnostic software for the particular appliance under service, such a request is transmitted to the control center The appropriate software is then transmitted to the terminal through the communication data network In this manner, as new diagnostic tools become available for specific kitchen or restaurant appliances, they are readily accessible for use by the food service industry

[0021]    Similarly, the database contains maintenance instructions for each type of kitchen or restaurant appliance If the service personnel is unfamiliar with the appliance, a request may be initialized for the control center to download the necessary repair and maintenance instructions for the appliance under service

[0022]    Importantly, the control center includes a database containing customer information, accounting history, appliance data, such as previous repairs and faults, updated diagnostic software and billing data Advantageously, this allows service personnel as well as control center operators to update credits, warranties, or returns for a particular subscriber in real time Also, service personnel may request the control center to generate and transmit various accounting, billing or repair records for a specific subscriber or appliance Such capabilities enhance quality control as well as minimize the amount of work performed by service personnel on administrative tasks

[0023]    The control center may, if desired, control in real-time the normal operation for some or all of the kitchen or restaurant appliances For example, to effect a change in a recipe for a particular food product, new cooking parameters may be communicated to the controllers of each desired kitchen or restaurant appliance In this manner, retail food service chains may readily update the cooking profiles of their food products on a global basis

[0024]    In another aspect of the invention, the control center may control when the kitchen or restaurant appliances are turned on and off. In this manner, a minimum peak power can be achieved by limiting the number of appliances turned on at any instance in time Moreover, the appliances can be prioritized so that desired appliances can be serviced first, depending on the type of appliance and its relative importance to the location

[0025]    Appliance Status/Monitoring

[0026]    In accordance with one embodiment, the system may be used to automatically verify the performance of equipment-related manual tasks for equipment used in food preparation The system includes at least one piece of equipment having a microprocessor capable of communicating with the system At least one sensor capable of sensing a parameter related to the performance of at least one equipment-related manual task is provided In one embodiment, the parameter provides an indication of whether the at least one equipment-related manual task was completed In another embodiment, the parameter is indicative of whether the at least one equipment-related manual task was properly performed

[0027]    The system further includes a control computer which implements control logic that is operative to automatically monitor the performance of the at least one equipment-related manual task A communication network that is provided allows communication between the computer and one or both of the at least one piece of equipment and sensor The control computer may be resident in a kitchen base station or in a control center The equipment may be a kitchen appliance which in one embodiment may be a fryer

[0028]    In one embodiment, the communication network effectuates communications over the Internet In another embodiment, the communication network effectuates communications between the computer and the at least one piece of equipment by wireless data transmission The wireless data transmission may be performed over the Internet

[0029]    In another embodiment, the computer generates at least one message pertaining to the at least one equipment-related manual task The at least one message may be displayed on a visual display monitor where, for example, it can be observed by personnel in a food service establishment The message may also be simultaneously delivered by the system to a location remote from the food service

4

establishment (e.g., a control center) via the communication network to inform the food establishment operator or management. The message may be accessible to the operator or management over the Internet through a Web interface.

[0030]  The system may further comprise a database containing stored historical information related to the performance of the at least one equipment-related manual task. In one embodiment, the stored historical information comprised information related to one or more of the set of: the type of the at least one equipment-related manual task; when the task was performed; and the identity of the person performing the task.

[0031]  A method for automatically monitoring the performance of equipment-related manual tasks is also provided which may comprise the steps of:

[0032]  providing at least one piece of equipment used in food preparation, said piece of equipment having a microprocessor-based controller;

[0033]  providing at least one sensor capable of sensing a parameter related to the performance of at least one equipment-related manual task;

[0034]  providing a control computer implementing control logic operative to automatically monitor the performance of the at least one equipment-related manual task;

[0035]  providing a communication network allowing communication between the control computer and one or both of the at least one piece of equipment and the sensor;

[0036]  monitoring the at least one piece of equipment;

[0037]  performing the at least one manual task involving the at least one piece of equipment; and

[0038]  sensing the performance of the at least one equipment-related manual task.

[0039]  In one embodiment, the method further comprises the communication network effectuating communications at least in part over the Internet. In another embodiment, the method further comprises effectuating the communication between the control computer and one or both of the at least one piece of equipment and the sensor being at least in part by wireless data transmission. The method may further comprise performing the wireless data transmission at least in part over the Internet.

[0040]  The method may further comprise the step of generating at least one message pertaining to the at least one equipment-related manual task. In one embodiment, the method further comprises the step of displaying the at least one message on a visual display monitor.

[0041]  Shortening Management System

[0042]  In accordance with another embodiment, the system may be used to schedule the maintenance for a plurality of kitchen appliances in a food preparation establishment. In one embodiment, the appliances may be fryers. The system comprises a plurality of kitchen appliances, a computer capable of communicating with the plurality of kitchen appliances, and a communication network linking the computer with the plurality of kitchen appliances. The kitchen

appliances have microprocessor based controllers that are capable of communicating with the system. Control logic is provided which is implemented by the computer and is operative to schedule the maintenance of the plurality of kitchen appliances. The control logic may be resident in a kitchen base station or a control center.

[0043]  In one embodiment, the control logic may be operative to determine the daily consumer demand for at least one cooked food product. The system may further comprise the control logic being operative to maximize the number of kitchen appliances available for service at selective time periods during the day, which in one embodiment are peak demand periods for food products. The control logic may also be operative to balance the utilization of the plurality of kitchen appliances.

[0044]  In another embodiment, the system further comprises the maintenance being scheduled so that a maximum number of kitchen appliances available for service at any given time period during the day to coincide with at least one peak demand time period for at least one food product.

[0045]  In one embodiment, the communication network effectuates communications over the Internet. In another embodiment, the communication network effectuates communications between the computer and the at least one piece of equipment by wireless data transmission. The wireless data transmission may be performed over the Internet.

[0046]  A method for scheduling maintenance of a plurality of kitchen appliances in a food preparation establishment is also provided which comprises the steps of:

[0047]  providing a plurality of kitchen appliances; providing a computer capable of communicating with the plurality of kitchen appliances;

[0048]  providing a communication network linking the computer with the plurality of kitchen appliances;

[0049]  providing control logic implemented by the computer;

[0050]  monitoring actual operating data of the plurality of kitchen appliances;

[0051]  predicting food product demand; and

[0052]  scheduling the maintenance of the plurality of kitchen appliances.

[0053]  In one embodiment, the method involves scheduling maintenance for fryers, which in another embodiment is changing or filtering of cooking medium used in the fryers. The method may further comprise scheduling the maintenance of the plurality of kitchen appliances to maximize the number of appliances available at selective time periods during the day. In one aspect of the invention, the selective time periods of the method coincide with at least one peak demand time for at least one food product.

[0054]  Virtual Hold Timer

[0055]  In accordance with one embodiment, a system for tracking the hold time of cooked food products is provided comprising: at least one cooked food product having a predetermined hold time; a plurality of food holding areas to hold the at least one cooked food product; a control computer; and control logic implemented by the computer. The

5

control logic is operative to determine when the hold time for the at least one cooked food product elapses

[0056]   In one embodiment of the invention, the control logic is also operative to determine if the at least one cooked food product has been moved from a first food holding area to a second food holding area The control logic may further be operative to record the movement of the at least one cooked food product to the at least second food holding area

[0057]   The control logic may also be operative to generate an expiration signal when the hold time for the at least one cooked food product has elapsed An audiovisual indicator which, responsive to the expiration signal, may also be provided which indicates that the hold time has elapsed An audiovisual indicator as used herein is defined to mean either an audio warning or a visual message display

[0058]   In accordance with one embodiment, the control logic of the system may be operative to assign a batch identification number to at least one cooked product The system may further comprise data entry means to permitting a batch identification number to be manually input into the system to identify in which food holding area the food has been placed In one embodiment, the batch identification number is input in the system at least in part by wireless data transmission The data entry means may be a keypad associated with a food holding area

[0059]   The system may further comprise a sensor to measure some parameter related to at least one cooked food product, the sensor providing, to the control computer, a signal relating to the parameter In one embodiment, the parameter relates to the presence or absence of the at least one food product in a specific holding area In another embodiment, the parameter relates to the temperature of the at least one cooked food product

[0060]   In accordance with another embodiment, the system may be used to manage the inventory of cooked food products in a food preparation establishment This system comprises: at least one cooked food product having a predetermined hold time; a plurality of food holding areas to hold the at least one cooked food product; a control computer; and control logic implemented by the computer The control logic is operative to determine when the hold time for the at least one food product will elapse in the future and to provide advance notification of when the hold time will elapse The system may further comprise advance notification times corresponding to different types of the at least one cooked food product being stored in a database accessible to the control logic

[0061]   The control logic may also be configured to generate an advance notification message signal indicative of when the hold time will elapse in the future In response to this signal in one embodiment, an audiovisual indicator provides an advance indication of when the hold time will elapse in the future The system may further comprise an audiovisual indicator to provide an indication to cook more of the at least one food product before the hold time elapses for the food product In one embodiment, the system may further comprise the control logic being operative to determine if more of the at least one cooked food product whose hold time will elapse in the future is available or being cooked in another location in the food preparation establishment

[0062]   A method for tracking the hold time of cooked food products is also provided comprising the steps of:

[0063]   providing at least one cooked food product having a predetermined hold time;

[0064]   providing a plurality of food holding areas for holding the at least one cooked food product;

[0065]   providing a control computer;

[0066]   providing control logic implemented by the computer, the control logic being operative to determine when the hold time for the at least one cooked food product elapses; and

[0067]   determining when the hold time for the at least one cooked food product elapses

[0068]   The method may further comprise providing a data entry means to manually input a batch identification number of the at least one cooked food product into the control computer In one embodiment, the method further includes the step of determining if the at least one cooked food product has been moved from a first food holding area to at least a second food holding area The method may further include displaying a message that the hold time has expired for the at least one cooked food product In another embodiment, the method comprises assigning a batch identification number to the at least one cooked food product

[0069]   A method is also provided for managing the inventory of cooked food products in a food preparation establishment comprising the steps of:

[0070]   providing at least one cooked food product having a predetermined hold time;

[0071]   providing a plurality of food holding areas for holding the at least one cooked food product;

[0072]   providing a control computer;

[0073]   providing control logic implemented by the control computer, the control logic being operative to determine when the hold time for the at least one food product will elapse in the future and to provide advance notification of when the hold time will elapse

[0074]   determining when the hold time for the at least one food product will elapse in the future; and

[0075]   providing advance notification of when the hold time for the at least one food product will elapse in the future

[0076]   In one embodiment, the method may further comprise notifying food preparation establishment personnel to cook more of the at least one cooked food product before the hold time elapses for the at least one cooked food product The method may also comprise determining if more of the at least one cooked food product whose hold time will elapse in the future is available or being cooked in another location in the food preparation establishment

BRIEF DESCRIPTION OF THE DRAWINGS

[0077]   The features and advantages of the present invention will become more readily apparent from the following detailed description of the invention in which like elements are labeled similarly and in which:

[0078] FIG. 1 is a pictorial representation of the present smart commercial kitchen network including a control center, a plurality of kitchen base stations, and a plurality of kitchen or restaurant appliances;

[0079] FIG. 2 is a more detailed block diagram of the appliances and the kitchen base stations of FIG. 1;

[0080] FIG. 3 is a more detailed block diagram of the control center of FIG. 1;

[0081] FIG. 4 is an exemplary illustration of a coverage map as it might be displayed to a control center operator;

[0082] FIG. 5 is a block diagram of the transmitter and receiver of a kitchen or restaurant appliance used in accordance with the present invention;

[0083] FIG. 6 is a flow chart illustrating the operation of the kitchen base station of FIG. 1;

[0084] FIGS. 7A and 7B are flow charts illustrating the operation of the control center of FIG. 1;

[0085] FIG. 8 is a pictorial representation of the repair process used in accordance with the present invention;

[0086] FIG. 9A is a schematic diagram representing a flyer and food hold arrangement for a commercial kitchen including a plurality of fryers and food holding areas;

[0087] FIG. 9B is a schematic diagram representing a deep vat fryer and various appurtenances;

[0088] FIG. 9C is a flow chart showing exemplary control logic of the system for automatically verifying the completion of cooking appliance related tasks that are performed manually;

[0089] FIG. 10A is a flow chart showing exemplary control logic of the system for a virtual hold timer used to track the movement of batches of food through a commercial kitchen and determining when the food hold time has expired;

[0090] FIG. 10B is a flow chart showing exemplary control logic of the system for assisting commercial kitchen management with inventory control of cooked food products; and

[0091] FIG. 11 is a flow chart showing exemplary control logic of the system for providing networked cooking medium maintenance for a plurality of flyers

## DETAILED DESCRIPTION

[0092] The inventive Smart Commercial Kitchen (SCK) network has the ability, among other things, in real-time to monitor and control the maintenance, repair and energy management of kitchen or restaurant appliances located over a wide geographical area Maintenance and repair, once initialized, are monitored through a control center which contains the necessary software diagnostics, accounting records, inventory records, and maintenance records for the particular appliance under service The capability to integrate these various accounting and repair services affords a highly efficient means for providing timely service to system subscribers The SCK network may be customized to the particular needs of the subscribers, and due to the preferred

use of wireless communication, such as cellular radio communication, may be installed and used virtually anywhere in the world

[0093] It is contemplated that the present SCK network may be realized, in part, by wireless communication It is to be understood, however, that the network described below is for the purpose of illustration only and not for the purpose of limitation Other suitable communication, whether optical or wired, may be used with the present invention

[0094] Also, in the embodiment below, integrated repair and accounting services are provided and coordinated preferably through a centralized control center It should, however, be clearly understood that some of these services may be distributed or off loaded to base stations which may be programmed to effect these latter services The choice is dependent on whether the network is structured as a highly centralized or distributed architecture

[0095] Referring to FIG. 1, there is shown—in schematic block diagram—a communication system 100 in accordance with the principles of the invention In FIG. 1, an arbitrary geographic area may be divided into a plurality of radio coverage areas or cells 105 ($C_1$-$C_6$) It should be clearly understood that these cells may be located within the same or different buildings. While the system in FIG. 1 is shown to include only six (6) cells, it should be clearly understood that the number of cells may be much larger

[0096] Associated with and located within each of cells 105 ($C_1$-$C_6$) is one or more kitchen or restaurant appliances 110 ($A_1$-$A_{11}$) under subscription to the services of the system Each kitchen appliance 110 ($A_1$-$A_{11}$) is preferably provided with a RF transmitter 120, RF receiver 130 and microprocessor based controller 140, as illustrated in FIG. 2. Alternatively, each kitchen appliance may effect communications through wire data links Restaurants, bakeries or hotels, for example, can have anywhere from one to forty (40) kitchen appliances at a single site or cell Such kitchen or restaurant appliances include, for example, deep fryers, refractory ovens, baking ovens, combination ovens, infrared ovens, rotisseries, refrigerators, I-WAC systems, and the like

[0097] Microprocessor based controllers have been developed, for example, by Food Automation—Service Techniques, Inc (FAST)® of Connecticut in recent years to assist in the preparation of properly cooked foods These controllers, sold under the trade name FASTRON®, among other things, regulate the temperature within the kitchen appliance to insure that the food is cooked or baked to the proper degree of doneness More particularly, under program control, the controller regulates the various operations of the kitchen appliance, such as the cooking time and temperature, for either a single food product or a plurality of food products That is, the kitchen appliance is programmed to operate with cooking parameters tailored for a specific food product See, for example, U S Pat No 4,920,948, which is incorporated herein by reference

[0098] Moreover, the controller regulates the percentage of time power is applied to the heating (or cooling) element in accordance with the cooking parameters selected by the user For example, the heating element or heating elements may be pulsed with either a fixed or variable duty cycle (proportional control heating), may be fully turned on, or

operated in an off/on manner similar to a thermostat, depending on the heating mode of the kitchen appliance

[0099] Moreover, such controllers may include built-in intelligent sensing and diagnostic equipment, which coupled through an interface board, detect and identify various types of failures Such failures include faulty heaters, sensors, fans, and the like See, for example, U S Pat No. 5,043,860 and applicants' copending applications: U S Ser No 08/501,211 and U S application entitled "Diagnostic System For A Cooking Appliance" filed Oct 26, 1995, Ser No 08/549,098, which all are commonly assigned and incorporated herein by reference

[0100] With continuing reference to FIG. 1, kitchen base stations 150 (B₁-B₆) may be found within respective cells 105 (C₁-C₆) Preferably, each kitchen base station 150 (B₁-B₆) is capable of communicating through wireless means, such as through cellular radio or other wireless means, with corresponding kitchen appliances 110 (A₁-A₁₁) If desired, manual changes in the menus or the cooking profiles may be made through an appropriate terminal 155 attached to the base station As such, each kitchen base station 150 (B₁-B₆) includes a RF transmitter 160 and RF receiver 165, as illustrated in FIG. 2 Wire interconnections are not desirable, due primarily to the likelihood of such wires being inadvertently cut by culinary instruments It should, however, be understood that wire interconnections may be used Of course, satellite, microwave or infrared communication may also be used in accordance with principles known to those skilled in the art

[0101] Preferably, each of cells 105 (C₁-C₆) is allocated at least one cellular radio channel used to effect bidirectional communication so as to monitor and track the maintenance, repair and energy management of kitchen appliances 110 (A₁-A₁₁) by means of information transmitted to and received from those appliances Such information may include cooking parameters, billing information, appliance identification, diagnostic information, and maintenance instructions, as discussed herein below Those skilled in the art will readily note that the channels may operate either in an analog or a digital mode or a combination thereof In the digital mode, analog signals are converted to digital representations prior to transmission over the RF channel Purely data messages, such as those generated by microprocessor based controller 140 may be formatted and transmitted directly over a digital channel

[0102] Communication is provided between kitchen base stations 150 (B₁-B₆) and a control center 170 through communication links 175 of a data network 180 Control center 170 may be attended by one or more trained operators through terminals 185 Digital links operating at 56 Kb/sec or higher may be used as communication links 175 The data network 180 may be an integrated system digital network (ISDN) facility In this latter instance, the X 25 protocol, may be used for facilitating the sending of message data between kitchen base stations 150 (B₁-B₆) and control center 170 The X 25 protocol is well known to those of ordinary skill in the art and will not be discussed herein for the sake of clarity

[0103] It should be understood that control center 170 includes a repair and accounting database 190 that permits the exchange of information relating to repair, accounting and billing In addition, each kitchen base station 150 may contain internally resident databases necessary or useful in the customer billing or accounting process Control center 170 may be, for example, located within the same physical location as the cells For extended coverage around the world, however, a plurality of control centers linked to each other may be employed

[0104] Each kitchen base station 150 (B₁-B₆) may interrogate a corresponding controller 140 or controller 140 may request to transmit diagnostic information relating to the operating conditions of kitchen appliances 110 (A₁-A₁₁), which diagnostic information may be immediately communicated to control center 170 It is contemplated that this diagnostic information may also be stored in internally resident databases of the kitchen base stations Control center 170 may take action as appropriate, including, among other things, downloading updated diagnostic software to controller 140, dispatching a service vehicle 195 through a mobile kitchen center 200, or updating accounting and inventory information, which is discussed in more detail herein below Most of the functions are automatically controlled by control center 170, but may be also performed manually by the control center operator If desired, some of these functions may be distributed to the base stations

[0105] Service vehicle 195 is provided, maintained and operated independently by the service agency subscribers to the system Although FIG. 1 only shows one service vehicle, it should be clearly understood that in practice a fleet of service vehicles would be used

[0106] Communication network 100 also is preferably linked to a generic point of sale (POS) or an automated teller machine (ATM) system 205 which is linked to each of kitchen base stations 150 through data communication network 180 Further ATM/POS system 205 includes a POS/ATM data communication network 210. Plurality of independently operated ATM/POS systems all intercommunicate simultaneously in order to provide billing service to subscribers of the inventive communication network A clearing house data communication network also interconnects the plurality of ATM/POS systems to clearing house network centers By transferring information among the different ATM/POS systems operated by various merchants, the clearing housing data communication network and the clearing house network centers allow direct inter-institution transactions, such as between ATM/POS system 205 and the particular ATM/POS system operated by the subscriber's financial institution

[0107] Referring to the illustration of FIG. 3, control center 170 may include a communication controller 215, and a display controller 220, there being a suitable conventional interface 225 therebetween As stated above, control center 170 includes database 190 containing, for example, the locations of the kitchen appliances, diagnostic software, associated accounting and billing information, and energy management data, as discussed herein below Interface 225 may be a local area network (LAN) interface, having one or more terminals 185, allowing control center operators to enter information Terminals 185 are understood to include any of a variety of input devices such as a keyboard, mouse, trackball, or other user interface

[0108] Communication controller 215, among other things, serves as a processor and buffer between kitchen base stations 150, and display controller 220 and database 190

8

Data transmitted through communication controller 215 may be displayed on a communication display 230 Display controller 220 is provided with a map display which displays information regarding the kitchen appliances in a graphical manner, such as on pre-existing digitized maps of arbitrarily large geographical areas, such as a city or state Such a coverage display is illustrated in FIG. 4 For example, appliances may be noted by dots, with those requiring service indicated in red Other suitable legends may be displayed, for example, indicating the type of appliance, last service day, parts availability, among other things

[0109] Referring next to FIG. 5, there is shown therein a simplified schematic block diagram of the equipment for kitchen appliances 105 used to transmit and receive data from kitchen base stations 150 in accordance with the present invention In particular, the equipment illustrated in FIG. 5, may be used for communication to kitchen base stations 150 over digital channels Data destined for transmission to the kitchen base station is divided into data packets of messages in accordance, for example, with the time division multiple access (TDMA) technique of digital communications. Those skilled in the art will readily note that other techniques may be used, such as CDMA Data packets along with supervisory messages generated by a so-called fast associated control channel (FACCH) generator 515 are time division multiplexed by multiplexer 510 The output of multiplexer 510 is provided as an input to a burst interleaver 520 that divides the data into n consecutive time slots, each occupied by a byte consisting of m bits of control information This interleaved data forms the input to a burst generator 525 that produces "messages burst" of data, each consisting of a time slot identifier, digital verification code, control or supervisory information and the data to be transmitted

[0110] The message burst produced by burst generator 525 is provided as an input to a RF modulator 530 RF modulator 530 is used for modulating a carrier frequency according to, for example, the π/4 DQPSK technique that is well known those in the art of cellular radio communication The use of this technique implies that the information transmitted by each appliance transmitter is differentially encoded, that is two bit symbols are transmitted as four possible changes in phase: + or −π/4 and + or −3π/4 The carrier frequency for the selected transmitted channel is supplied to the RF modulator by a transmitting frequency synthesizer 535 The burst modulated carrier signal output of RF modulator 530 is amplified by a power amplifier 540 and then transmitted to the base station through an antenna 545

[0111] Each appliance 110 receives burst modulated signals from kitchen base stations 150 through an antenna 550 connected to a receiver 555 A receiver carrier frequency for the selected receiving channel is generated by a receiving frequency synthesizer 560 and supplied to a RF demodulator 565 RF demodulator 565 is used to demodulate the received carrier signal into an intermediate frequency (IF) signal The intermediate frequency signal is then demodulated further by an IF demodulator 570 which recovers the original digital information as it existed prior to π/4 DQPSK modulation The digital information is then passed to symbol detector 575 which converts the two bit symbol format of the digital data provided to a single bit data stream For a more detailed description on the use of cellular radio communication, see,

for example, Cellular Radio: Principles and Design, Raymond C V Macario, McGraw-Hill, Inc 1993

[0112] Those skilled in the art will readily note that much of the equipment used by appliances 110 to effect cellular communication may also be used by kitchen base stations 150 and mobile kitchen center 200 Accordingly, for the sake of simplicity, that equipment will not be discussed herein There is, however, one important difference Kitchen base stations 150, unlike appliances 110, are preferably connected to control center 170 through high speed communication links of data network 180 Also, kitchen base stations 150 each includes a microprocessor 167 that controls the activities of the base station and communication among the appliances and the kitchen base stations Decisions are made by the microprocessor in accordance with data received from control center 170 The microprocessor is also provided with terminal keyboard and display unit 155 that allows a user to exchange information with appliances 110 as well as with control center 170

[0113] FIG. 6 is a simplified flow chart illustrating the operation of the kitchen base station Briefly, the flow chart includes a sequence of generally repetitive instructions arranged in a loop in which the station polls or is interrupted by special events and branches to an appropriate communication mode

[0114] On power up at block 600, control passes to block 605 which determines whether data has been received from the kitchen appliances Essentially decision block 605 determines whether the kitchen appliance (s) are communicating to the control center If such communication is requested, control passes to block 610 to effect communication Otherwise, block 615 determines whether the control center is attempting to communicate with the kitchen appliance(s) If so, at block 620 the received data is forwarded to the appropriate appliance Control then passes to block 625 which determines if an operator has entered any message data, either to an appliance or the control center Any such data is then transmitted at block 630

[0115] In general, an application-oriented protocol is used to coordinate the activities between the appliances and the control center to ensure common syntax semantics for the transmitted application data. For example, the application-oriental protocol may specify a particular type of encoding for appliance identification data as well as the origination of such information with a message The application-oriented protocol formats the messages and transmits either to the kitchen appliance or the control center Control center 170 may transmit, for example, updated diagnostic software for the appliance, updated cooking profiles, and in general, data associated with the operations of the kitchen appliances On the other hand, data transmitted from the kitchen appliance may include identified failures or malfunctions in the cooking appliance, including kitchen appliance identification information

[0116] Normally, monitoring and tracking control passes to the control center after a malfunction or fault has been reported by the microprocessor based controller However, the control center may effect preventive maintenance even when there is no malfunction reported Scheduled preventive maintenances are stored in database 190 Alternatively, each base station may request preventive maintenance for its associated kitchen appliance(s) At the appropriate time, control center 170 dispatches a service vehicle

[0117] Referring now to FIGS. 7A and 7B, the operation of the control center is illustrated  FIGS. 7A and 7B show the manner in which the control center in the present embodiment tracks and monitors repair and maintenance  In most instances, it is understood that the control center initializes service only to effect repair or preventive maintenance  Integrated with this function is the system's capability to effect billing and accounting

[0118] Normally, message data from the appliances consists of four different types: repair, billing, diagnostic or reports  At decision blocks 705, 710, 715 and 720, control center 170 determines which type of message data it is  Block 705 checks for repair message data  If, in decision block 725, a repair request has been received from the appliance, control then passes to block 755 which, once identifying the location of the appliance and the nearest service agency, dispatches a service vehicle

[0119] Those skilled in the art will readily note that the network system of the present invention allows the control center to monitor kitchen appliances located over wide geographical areas for early warning of failure or degradation in performance  If the degradation, however, is gross, the control center may communicate and display on the console of the kitchen appliance a message warning that the kitchen appliance is unacceptable for cooking purposes  If desired, the control center may be programmed in the latter instance to disable the kitchen appliance to eliminate any possible health risks  Alternatively, the cooking parameters of the kitchen appliance may be changed to compensate for the malfunctioning appliance until repairs can be effected

[0120] Once a service vehicle has been dispatched, any graphical display of the appliances as well as database 190 is updated to indicate the current status of the appliance under service, as noted at block 760

[0121] It is contemplated that the control center responds to diagnostics information transmitted periodically by the appliance  At block 730, such diagnostic information is stored in database 190  This diagnostic information may include, but is not limited to the information indicated below:

Appliance Location
Appliance Type
Controller Type
Diagnostic Software Version
Last Repair Date
Next Maintenance Date
Time Stamp
Date Stamp
Type of Malfunction
    Heaters
    Fans
    Power supplies
    Sensors
    Electronics
    Software
Statistical Cooking Data
    Hours of Operation
    Deviations From Operating Temperature
    Deviations From Normal Operating Temperature
Gradients
    Cooking Profiles
        Time
        Temperature

-continued

Fan setting
Humidity setting
Rotation Setting (for rotisserie)
Belt Speed
Damper Position
Microwave Energy Setting
Refrigeration Time and Temperature

[0122] According to the preferred embodiment, control center 170 analyzes at block 735 such diagnostic information so as to determine whether to disable the appliance at block 740 or at block 745 to modify the cooking profiles stored in the appliance  Such analysis may use the techniques disclosed, for example, in U S  Pat  No  5,043,860, U S  Ser  No  08/501,211 and U S  Patent application entitled "Diagnostic System For A Cooking Appliance," (Ser  No 08/549,098), filed Oct  26, 1995  The generation of other such diagnostic-specific software may be realized by those programmers of ordinary skill in the art of cooking  For example, it is contemplated that such diagnostic software may use artificial intelligence or so-called "fuzzy-logic " Such diagnostic information stored in database 190 may also be later retrieved and used for quality control to determine the frequency and type of failures for specific types of kitchen appliances

[0123] By way of reiteration, based on information transmitted to control center 170, a repair person may be dispatched to the site of the kitchen appliance requiring service or preventive maintenance  This dispatch can be effected through radio communication (e g , mobile kitchen station 200) or through the use of an ordinary telephone to the appropriate service center nearest to the location of the kitchen appliance

[0124] Referring to FIG. 8, on site repair is enhanced through the use of a portable hand held terminal 810 having, for example, a Palm/Laptop computer linked to microprocessor based controller 140 by a suitable interface, such as, for example, a wireless RS-232 interface using infrared communication  Of course, wireline or optical interfaces may also be used  Such hand held pocket computers are readily available from Texas Instruments, Hewlett Packard and Casio, among others  Hand held terminal 810 interrogates the controller so as to ascertain the model and model number of the appliance under service, and then diagnoses abnormal operating conditions  Of course, should infrared communication be used, controller 140 is equipped with an infrared transmitter/receiver 820  The low-level software is readily capable of implementation by those skilled in the art  For example, conventional database management software may be employed in the hand held terminal along with suitable diagnostic software  It is contemplated that such software and the like, for example, may be stored in standardized memory cards conforming to both the JEIDA and PCMIA standards  Both standards are substantially identical for use in 68 pin interchangeable memory cards.

[0125] Hand held terminal 810 also has a local RF receiver and transceiver provided with an antenna by which it communicates to control center 170 via kitchen base station 150  Cellular communication to the kitchen base station may

be effected as discussed above herein To preserve the data contents of the hand held terminal, a memory back-up battery is preferable

[0126]   Prior to effecting repairs, terminal 810, however, may request from control center 170 the associated accounting and service information associated with the appliance under service. This is illustrated in block 710 of FIG. 7A Such accounting and service information includes, but is not limited to:

[0127]   Customer Name

[0128]   Customer Location

[0129]   ID

[0130]   Service Area

[0131]   Account Number

[0132]   Bank

[0133]   Service Warranties

[0134]   Credits

[0135]   Upon effecting repair, control center 170 prepares and transmits at block 770 an appropriate invoice The subscriber or an authorized person thereof then enters a security password or code, such as a personal identification number (PIN) authorizing funds to be transferred from the subscriber's institution to the service agency that performed the repair or maintenance Alternatively, an unauthorized signature may be digitalized and captured Upon approval, control center 170 at block 775 initiates a transfer of funds from the customer's or subscriber's financial institution to the account of the service agency Once completed, the invoice is transmitted at block 780 to terminal 810 which then prints a hard copy of the invoice

[0136]   Those skilled in the art will readily recognize the advantages of this integrated billing and accounting services inasmuch as this eliminates the need for any accounting back at the office of the service agency

[0137]   Alternatively, inasmuch as hand held terminal 810 contains the billing records for the appliance under service, the invoice may be prepared by hand held terminal 810 In this latter case, hand held terminal 810 is embedded in memory with the standard billing and invoicing format Once prepared, the billing records may be transmitted to control center 170 In this manner, some of the accounting functions may be distributed or off loaded to the hand held terminals Of course, those skilled in the art will readily realize that kitchen base stations 150 may also be programmed to prepare the invoice These latter choices are dependent on whether the network is structured as a highly centralized or distributed architecture

[0138]   Once repairs have been made, control center 170 then updates the accounting, billing and maintenance records within the database Also, control center 170 may update inventory, taking into account any parts used in making the repairs In this manner, service personnel may later readily ascertain the availability of parts for a particular appliance, such as through hand held terminal 810

[0139]   During repairs, should terminal 810 require updated diagnostic software for the particular appliance under service, such a request is transmitted to the control

center Such a request is responded to at block 715, with the appropriate software then transmitted to terminal 810 via the communication network, as indicated at block 785 In this manner, as new diagnostic tools become available for specific kitchen appliances, they are now readily accessible for use by the food service industry

[0140]   Similarly, database 190 may contain maintenance instructions for each type of kitchen appliance If the service personnel is unfamiliar with the appliance, a request may be initialized for control center 170 to download the necessary repair and maintenance instructions for the appliance under service

[0141]   Importantly, control center 170 includes database 190 containing customer information, accounting history, appliance data, such as previous repairs and faults, updated diagnostic software and billing data Advantageously, this allows service personnel as well as control center operators to update credits, warranties, or returns for a particular subscriber in real time Also, service personnel may request at block 720 for center 170 to generate and transmit various records for a specific subscriber or appliance as indicated below;

[0142]   Payment History

[0143]   Maintenance History

[0144]   Appliance Part Inventory

[0145]   Customer Data

[0146]   Prior Repairs or Malfunctions

[0147]   Warranty Records

[0148]   Such capabilities enhance quality control as well as minimize the amount of work performed by service personnel on administrative tasks Database management software running under UNIX may be employed in control center 170, which is readily capable of implementation by those skilled in the art

[0149]   Also, it is contemplated that the control center may, if desired, control in real-time the normal operation for some or all of the kitchen appliances For example, to effect a change in a recipe for a particular food product, new cooking parameters may be communicated to the controllers of each desired kitchen appliance. In this manner, retail food service chains, such as McDonald's® or Burger King®, may readily update the cooking profiles of their food products on a global basis

[0150]   Those skilled in the art will readily understand that during normal operation, the controller of each kitchen appliance regulates the percentage of time power is applied to the heating means in accordance with the stored cooking profiles of the food products For example, the heating means may be pulsed with either a fixed or variable duty cycle, may be fully turned on, or operated in an on/off manner similar to a thermostat The specific control algorithm is based on the particular type of kitchen appliance being controlled, for example, fryer, oven, air conditioner or the like

[0151]   In accordance with principles of the invention, it is further contemplated that the control center may, if desired, alternatively control in real time the peak power demand of the kitchen appliances, for example, in accordance with the

US 2005/0251450 A1

11

Nov. 10, 2005

relative priorities thereof Of course, each base station may control the peak power demand, if desired That is, the control center controls the amount of power utilized by the kitchen appliances within each cell or cells by controlling when various heating (or cooling) means of the kitchen appliances are turned "on" This is especially important inasmuch as one of the key parameters in determining electrical rates charged by a utility company is determined by the peak power load within a specific period of time Normally, the utility company charges a customer a higher rate to deliver a higher peak power

[0152] Advantageously, a minimum peak power can be achieved by limiting the number of kitchen appliances that are turned on at any one time Moreover, the kitchen appliances can be prioritized so that desired appliances can be serviced first with respect to energy management, depending on the nature of the appliance and its relative priority or importance to the user

[0153] Included in the diagnostic information periodically transmitted to control center 170 may be the actual power demand of the kitchen appliances During normal operation, control center 170 determines the limit for the maximum power demand within each cell or desired number of cells Preferably, the maximum power demand for each cell is user programmable and is stored, for example, in database 190. The actual power demand is dependent on the type and number of the kitchen appliances in each cell or cells If the actual power demand exceeds the maximum power demand limit, control center 170 may reduce the duty cycle of at least one of the kitchen appliance as discussed in more detail herein below That is, the "OFF" period of the duty cycle of one or more appliances is lengthen It should be understood that the duty cycle herein refers to the amount of time the electrical load, e g , the heating or cooling element, within the kitchen appliance is powered "ON" and "OFF "

[0154] In other words, the system determines whether the maximum demand will be exceeded by comparing the calculated load to the maximum system load value The maximum system load value is user programmable The calculated load is determined by factoring the power requirements of the appliances currently operating within the cell or cells It is contemplated that the user has the capability to change the system configuration, by entering the power requirements of each appliance, the priority of the appliance and other parameters such as the control algorithm used in regulating the temperature

[0155] Preferably, each kitchen appliance is preprogrammed with a minimum power On/Off duty cycle to ensure that the appliances operate acceptably For example, during idle, the duty cycle may be varied greatly Also, for those appliances having mechanical relays which deteriorate when exercised frequently, it is desirable to limit the frequency that the relays are closed or opened This is achieved by preprogramming and following minimum On/Off times For example, the minimum "ON" time might be 4 seconds and the minimum "OFF" time might be 2 seconds

[0156] When control center 170 determines that the maximum demand in a cell or desired number of cells will be exceeded, selected kitchen appliances with the lowest priority and powered "on" for the minimum time are placed into a power cycle "off' state by control center 170 Inasmuch as controller 140 and thus control center 170 knows

whether the appliance is in an idle or cook mode, the appliance can judiciously be turned off without affecting the operation of the appliance Alternatively, base station 105 may place the appropriate kitchen appliance in the power cycle "off' state and inform control center 170 of its actions Additionally, other kitchen appliances, which may not be currently operating, may have their "off' time extended by control center 170, which is effected through communication to and from the corresponding microprocessor controller 140 For example, when the maximum demand level is exceeded, lowest priority appliances on for the minimum "ON" time are turned "OFF" Then, low priority appliances will have their "OFF' times lengthen by, for example, one second After an evaluation delay time, power demand of appliances within the cell or cells are evaluated again and appropriate action taken, including, if necessary, shortening the "OFF" times on a priority basis

[0157] In the above manner, control center 170 preforms a so-called "load leveling" algorithm to bring the power demand level within each cell or cells within a "safety" band" Such a "loading leveling" algorithm may be required when additional kitchen appliances within each cell or cells wish to go online

[0158] It should be understood that the above safety band is a range below the maximum allowed demand which allows the kitchen appliances to operate in a cycled manner, e g , variable duty cycle or pulsed When the power demand is below the safety band there is power capability to handle more appliances for operation When the demand is within the safety band, the appliances within the corresponding cell are said to operating harmoniously When the power demand is below the safety band the control center adjusts the allowable "OFF" times of the kitchen appliances by shortening the "Off' time of prioritized appliances

[0159] The maximum safety band is programmable and may, for example, be set to 5% of the maximum demand The result is that all appliances under control within a cell will be controlled without interruption up to the maximum demand level When the maximum demand level is exceeded, the power cycling of the lowest priority operating kitchen appliance is modified by reducing the duty cycle The portion of the maximum cell load allocated to each appliance is programmed into the control center Allocation of the maximum cell load is performed by determining the total maximum cell load requirement and the desired maximum cell load Such information may then be used to calculate the percentage of load each appliances contributes to the total power load For example, a appliance rated at 2 Kw within a cell with 40 Kw of appliances contributes to 5% of the load With a desired maximum system load of 20 Kw, the appliance uses 1 Kw of the maximum load

[0160] Preferably, the present network accumulates the on/off state of each kitchen appliance at one second intervals or less for a 15 minute time period This latter data is used to determine the current peak power demand. Those skilled in the art will readily recognize that the appliance priorities vary as to the time of day For example, fryers would have a lower priority in the breakfast menu time than a lunchtime when they are heavily used Accordingly, it is contemplated that the appliance priority may be user programmed to vary with expected demand

[0161] Another uniqueness of the present SCK network is that company assets may be readily audited without the need

of sending auditors into the field Indeed, the control center would not only have a database of the locations of the appliances, but what their statistical failure rates were, which service agency had the parts and inventory for a specific appliance, among other things. Compared with the prior art philosophy of reacting to malfunctions, the present system actively monitors the performance of the appliance, providing not only a quality control function, but minimizing in the long, run repair cost

[0162]  It should be emphasized that the above described flow charts are merely examples of the how the system may be programmed in order to effect the tracking and monitoring of activities directed to billing, repair and maintenance Other application-specific software may readily be realized by those skilled in the art and who have been equipped with the understanding of the operation of the present invention as set forth in the above description

[0163]  Accordingly, it should be understood that the embodiment herein is merely illustrative of the principles of the invention Various modifications may be made by those skilled in the art which will embody the principles of the invention and fall within the spirit and the scope thereof For example, hardwired, fiber, infrared or microwave communication channels may be used to link the kitchen or cooking appliances to the control center Furthermore, the some of the repair and accounting services may be distributed or off loaded to the base stations

[0164]  Appliance Status/Monitoring

[0165]  Referring now to FIGS. 9A, 9B, and 9C, the system of the present invention may be used to automatically determine whether and when various kitchen appliance-related cooking or maintenance tasks have been completed and/or properly performed by an employee The system can accomplish this by detecting or sensing various operating parameters associated with a particular appliance This eliminates the need to rely on the employee to manually activate a "bump bar" (typically associated with a CRT display) to notify the system that a cooking or maintenance task has been completed The determination of task completion based on sensed parameters rather than by an indication by an employee reduces the possibility that an employee will take shortcuts or cheat in performing a required task and reporting its completion to the system via the bump bar In fact, the present invention eliminates the need for a bump bar as a means for the employee to communicate with the system

[0166]  In one embodiment, for example, the system may be used to verify the proper cooking of a food product prepared by batch cooking in a deep vat fryer Referring to FIG. 9A, a typical restaurant or other food preparation establishment kitchen 900 may contain several deep vat fryers 901 ($F_1$-$F_3$) having microprocessor based controllers, several food holding areas 902 (FHB$_1$-FHB$_3$) located in the back of the kitchen in a staging area, for example, and several food holding areas 915 (FHPOS$_1$-FHPOS$_3$) located at the point of sale (POS) for delivery to the consumer Food holding areas are well known in the art and are used to hold or keep food after it has been cooked until it is ultimately sold to the consumer Although food holding areas may be unheated, they often may have a heat source to keep the cooked food at a selected temperature to extend the shelf life of the cooked food product before it must be discarded when

its holding time expires Such heat sources may include, but are not limited to infrared radiation, heat bulbs, electric heaters, steam heat, gas heat, hot air blowers, etc Alphanumeric data entry keypads 916 may also be provided with the food holding areas 902 and 915 whose purpose will become apparent in the discussion below on FIG. 10A Once food is finished cooking in any of the fryers 901, it may placed and held in any of the food holding bins 902, or alternatively may be placed directly and held in any of the food holding bins 915 at the POS if consumer demand is immediate The restaurant management and employees may decide into which holding bins 902 or 915 the food is placed, or alternatively, the selection may be dictated automatically by the system as described below with the discussion on FIG. 10A

[0167]  Referring now to FIG. 9B, the physical cooking hardware associated with each deep vat fryer 901 may consist of a deep vat 903 into which is inserted a cooking basket 904 that holds the food product 905 while it is cooking A placement sensor 906 is located inside vat 903 which provides verification that cooking basket 904 has been inserted (placed) into or removed from the fryer The placement sensor 906 may be a toggle-type electrical switch, proximity sensor, or any other type switch or sensor as will be readily known to those skilled in the art that is capable of providing a means for detecting that the cooking basket has been inserted into or removed from the fryer. Cooking medium 907, typically oil or shortening, is provided along with at least one heating element 908 which increases and maintains the temperature of the medium T$_{medium}$ at the proper cooking temperature T$_{cook}$ A temperature sensor 909 is also provided with the deep vat 903 to measure the temperature T$_{medium}$ of the cooking medium 907 A CRT monitor 910 is provided to serve at least one fryer 901 and is used to display information communicated to the food preparer(s) from the system of the present invention However, a single CRT monitor 910 may provide service to more than one fryer 901 and/or food holding bin 902

[0168]  Exemplary control logic that may be used with the system of the present invention for controlling the proper cooking of food product 906 in the deep fryer 901 described above is shown in FIG. 9C This control logic may reside and be implemented in a kitchen base station or the control center, at the system user's discretion The kitchen base station and control center data processors may be, but are not limited to, a conventional stand-alone computer unit or several interconnected and networked units capable of executing the necessary arithmetic and logic operations, and carrying out the required communication and networked functions of the invention Indeed, any type or combination of microprocessors or processors capable of executing the operations required by the system described herein are suitable for use in the invention and will be readily apparent to those skilled in the art The computer unit or networked computers may be provided with all necessary peripheral devices (e g , modems, printers, scanners, CRT displays, etc ) whose selection will be readily apparent to those skilled in the art The type of peripherals selected is a matter of design choice and dependent upon the specific intended application of the system

[0169]  Logic process 920 begins the cooking and control process in step 930 In step 940, the system receives a cooking command signal to start preparing a batch of food

product **906** The decision to cook another batch of food product **906** may be determined manually by, for example, a food preparer In this case, the food preparer may simply push a button located on the appliance to initiate sending the cooking command signal to the system, which signal is received in step **940** Alternatively, the cooking command signal may be input into the system electronically by any number of system input interface methods (e g , via a keyboard, voice command, wireless device, etc ) The employee may also designate and input the type of food product **906** to be cooked (e g , fried chicken, fried fish, french fries, etc ) into the system

[0170] The cooking command signal may also be automatically generated by the system of the present invention based on input received from the POS (point of service) system or other system-based determinations For example, the POS system may recognize a demand for fried chicken which exceeds the current inventory, based on a comparison of the number of customer orders received with available supplies of fried chicken on hand in the food holding bins **902** and **915** The system then generates the command signal to cook more fried chicken to ensure an adequate supply is available to meet the anticipated demand

[0171] Still referring to FIG. 9C, the control logic is pre-programmed in step **931** with the proper cooking time $T_{cook}$ for the particular food product **906** to be prepared Cooking time $T_{cook}$ represents the total cooking time required to properly cook the food as a function of the cooking medium temperature $T_{medium}$ This information may be electronically stored in a lookup table or database accessible to the system Where deep vat fryers **901** ($F_1$-$F_3$) are used to cook different types of food products **906**, the proper cooking time for each type may be stored in the lookup table or data base, and then be automatically determined by the system from the cooking command signal which identifies the variety of food product to be cooked The system may be used to assist in determining the cooking time $T_{cook}$ by sensing and reading the temperature of the cooking medium $T_{medium}$ via temperature probe **909** in fryer vat **903** The system then accesses the lookup table or database into which has been input various cooking times $T_{cook}$ versus cooking medium temperatures $T_{medium}$ for any number of types of food products **906**

[0172] Responsive to the signal generated in step **940**, the system may provide an audiovisual indicator, which may be either an audio warning or a visual message displayed on a CRT as shown in step **950**, instructing the food preparer to cook food product **906** The food product may be identified by name in the message (e g , fried chicken, fried fish, french fries, etc ) which has been programmed into the system and input into the cooking time $t_{cook}$ lookup table or database This message may be displayed on CRT monitor **910** as shown in FIG. 9B The system next performs a test in step **960** to determine if the placement sensor **906** has been activated, thereby providing an objective, positive indication that the food preparer has inserted the food basket **904** with food product **906** into the fryer vat **903** If the placement sensor **906** has not been activated, control returns to step **960** to repeat the test The logic can also be configured to deliver a second, renewed instruction if the desired action contained in the initial message has not occurred and been sensed by the system within a predetermined first response time (which may be programmed into the system) from when the initial

message was delivered to the food preparer This second instruction may be presented with greater urgency to the food preparer via the monitor and accompanied by an appropriate audible alert If the food preparer still does not respond in a timely manner to the second instruction within a predetermined second response time (as indicated by the failure of the system to sense the required action), the logic can further be configured to deliver an additional extremely urgent message to the food preparer and/or send a management alert message to another location (e g , on-site or off-site manager's computer)

[0173] If the test in step **960** indicates that the placement sensor has been activated, step **970** is executed in which the cooking timer is initialized Next, the system starts the cooking process in step **980**

[0174] In step **985**, a test is performed to determine if the required total cooking time took has elapsed, thereby indicating that food product **906** is finished cooking If the total cooking time $T_{cook}$ has not elapsed, control passes to step **986** which performs a test to determine if the placement sensor has been deactivated If the sensor has been deactivated, this indicates that the food preparer has prematurely withdrawn the cooking basket **904** from the fryer **900** before the food product **906** has finished cooking This is a common problem when restaurants are very busy and food preparers are anxious to provide food products to the customers However, such premature withdrawal can result in inadequately cooked food being served to consumers In response to finding that the sensor has been deactivated, an audiovisual indicator, which may be either an audio warning or a visual message displayed on a CRT as shown in step **987**, may be provided indicating that the cooking is incomplete This indicator may be provided to alert the food preparer and/or management Step **988** is then executed in which the system identifies the food preparer making the error, and logs the date, time, and other pertinent monitored details of the event (e g , food preparer removed 5 minutes early from fryer) The food preparer responsible for operating the fryer will have previously been identified to the system by data input from either the restaurant management (e g , shift charts) or the food preparer (e g , at the start of the shift) It should be noted that the restaurant management can decide precisely what parameters and information it wishes to track, and then program the system to record that information accordingly In step **989**, the system stores the event-related information in a database which can later be recalled and displayed by the supervisor or management to determine the employee involved and appropriate action Optionally, the system can provide real-time notification of this information to a remote location by using the capabilities of the system to transmit the data by cellular, digital, Internet, or other wireless communication means; conventional telecommunication means via modem access, or over conventional Internet connections This will particularly advantageous where management oversees the operation of one or more restaurants from a remote location

[0175] Returning to step **985**, if the total cooking time $t_{cook}$ has elapsed, an audiovisual indicator, which may be either an audio warning or a visual message displayed on a CRT as shown in step **990**, may be provided instructing the food preparer to remove the cooking basket **904** from the fryer **900** because the food product **906** is finished cooking This may be accompanied by an audible alert initiated by the

14

system  Control is then returned to step **940** to await receipt of another cooking instruction

[0176]  It should be recognized that the system is not limited to verification of manual tasks associated with cooking food, but may be used to verify the completion of any equipment-related manual tasks such as maintenance and other procedures e g , changing or filtering of shortening or oil used in deep vat fryers  To verify that proper shortening or oil maintenance has been performed, the system control logic may be programmed to record various parameters such as the actual time it took for an employee to drain, clean, and refill the fryer with new shortening or oil  The system can then compare this information to preprogrammed baseline time durations normally associated with completing these tasks properly If the comparison indicates these tasks were completed in less time than the baseline values, the maintenance operations could not have been properly performed The system may also be programmed to monitor the temperature of the cooking medium (i e , oil or shortening), for example, by a temperature probe located in the vat which is normally immersed while the fryer is in an operable condition  If the fryer is fully drained (as it should be) during maintenance, the temperature probe should become exposed to air and the system should see temperatures approaching ambient conditions  If the fryer vat has only been partially drained by an employee, the probe will not be exposed to air and higher than ambient temperatures will be sensed by the system, thereby indicating that the maintenance was not properly performed

[0177]  It should be recognized that the system is not limited to the use of any particular type of sensors **906** to verify the completion of manual equipment related tasks  Depending on the specific manual task to be verified which is a matter of design choice, the system may be provided with and rely on any suitable sensor whose selection and application will be well known to those skilled in the art (e g , temperature sensors, flow detectors, etc )  Moreover, it is not necessary that the system be provided with any discrete sensor at all and may in fact measure various equipment operating parameters, for example, such as current (amps) draw, to obtain the information necessary to verify that a manual task has been performed involving the equipment

[0178]  Virtual Hold Timer

[0179]  The system of the present invention may also be used to establish a "virtual timer" to track the hold times for food after it has been cooked  In one embodiment, for example, the system may be used to track hold times for fried chicken that is prepared in a deep vat fryer  This embodiment may be understood by reference to **FIG. 9A** described above and **FIG. 10A** which depicts exemplary control logic that may be used to create a virtual timer  This control logic may reside and be implemented in a kitchen base station or the control center, at the system user's discretion

[0180]  Referring now to **FIG. 10A**, logic process **1000** begin with step **1005**  In step **1010**, the system receives a signal that a batch of food, for example fried chicken, has finished cooking ("cooking complete" signal)  This signal may be triggered in the system by a food preparer manually depressing a button on the fryer controller affirming that the chicken has been removed from the fryer after the cooking cycle is completed  Alternatively, the system may automati-

cally detect the removal of the fryer basket by deactivation of a placement sensor **906** (as shown in **FIG. 9B**) whose function is described above with reference to another embodiment of the invention shown in **FIG. 9C**

[0181]  Once the Cooking Complete signal is received, the system automatically assigns a Batch Identification Number (BID) to that batch of food, which has been prepared in one of the fryers **901** (reference **FIG. 9A**) in step **1015**  The BID will be used to track the batch of food in its movement through the restaurant's various holding areas **902** and **915** (**FIG. 9A**) until it is either sold and delivered to the consumer or discarded (if the batch hold time has expired)  The system generates a signal in step **1016** representing the BID and displays the BID in step **1017** on a local CRT display located near the fryers **901**  The employee will use the assigned BID for entry into the system upon subsequently moving the food product throughout the restaurant  Of course, the BID may optionally be manually assigned by the employee

[0182]  The restaurant employee next places the batch of cooked food in one of the food holding areas **902** or **915** (**FIG. 9A**)  Upon placing the food in a food holding area, the employee reads the BID (e g , FCHK3 representing the third batch of fried chicken prepared on a given day) off of the CRT display associated with the cooking/preparation appliance and enters this information into the system via an alphanumeric keypad **916** (**FIG. 9A**) that may be provided with the holding areas **902** or **915**  Preferably, the keypad **916** is capable of wireless communications with the system and need not be physically a part of the food holding areas **902** or **915**  Alternatively, the employee may enter the BID into the system via any available data entry means which may be provided with the system such as an alphanumeric keyboard, voice recognition system, hand-held wireless data entry devices that are in communication with the system (e g , similar to those used for inventory control or completing mobile POS purchase transactions), or any other suitable device  The type of data entry means used is a matter of design choice

[0183]  The holding area keypad **916** may be linked to and communicate with the system by either a wireless or conventional hard-wired data communication link  The use of wireless communication links between a keypad and a main system are well known not only in the food preparation industry, but also in the wireless premise intrusion alarm system art  Such keypad devices may operate off standard 120 volt AC hard wired power supplies or off of battery power  It should be recognized that the employee may select the holding area in which to place the food, or alternatively, the control logic of the system may be programmed to automatically select a holding area and then deliver an instruction to the employee to place the food in the area selected by the system, displaying the BID on the CRT associated with the holding area where its supposed to be placed  In this instance, a variation of the logic of **FIG. 9C** can be used to verify that the appropriate batch of food has been put there  It will be apparent that the cooked food may be placed in any available (unoccupied) holding area **902** or **915**  Each holding area is assigned it own unique designation code (e g , FHB₁, FHPOS₃, etc ) by the restaurant management as illustrated in **FIG. 9A**  These holding area designation codes are pre-programmed into, and are recognized by, the system  The keypad **916** may be provided with a

US 2005/0251450 A1

Nov. 10, 2005

15

visual display or readout which identifies the BID of the food product which has been placed in that respective food holding area Alternatively, this information may be shown on a system CRT display that may show several food holding area designation codes and the BID of food products that reside therein

[0184]   With continuing reference to FIG. 10A, in step **1020**, the control logic next creates a link and associates the holding area designation code with the BID by virtue of the employee entering the BID into the system via the holding area keypad (or the system assigning the hold area to be used and instructing the employee to place the cooked food there) as described immediately above For example, the employee may place fried chicken BID FCHK3 in holding area $FHB_1$, and enters the BID into the keypad at holding area $FHB_1$ It should be recognized that the keypad may be an integral part of and physically attached to the holding area device during its manufacture, or the keypad may be a separate, stand alone unit that is added later to the holding area setup

[0185]   In logic step **1025**, the system next determines the proper hold time at a particular holding temperature for the type of food product that has been prepared (here, for example, fried chicken) To make this determination, the control logic accesses a database into which hold times as a function of holding temperature have been entered by restaurant management for all the various types of food products that a given restaurant might prepare This database may reside within the local base stations or at the control center For example, the control logic may read a database entry that indicates the maximum hold time for fried chicken held at a temperature of 110 degrees Fahrenheit is 60 minutes It should be recognized that hold times may be stored in tabular form in the database with discrete entries of temperature and hold times Alternatively, hold time information may be stored in the system database as a set of curves in the form of hold times versus temperature The stored hold time information may include an "offset" such that any warning generated in connection with the expiration of the hold time will sufficiently precede the actual hold time expiration to allow appropriate steps to be taken (i e , an "advance notification" time) This aspect of the invention will be further described below in conjunction with FIG. 10B

[0186]   Once the proper hold time has been determined in step **1025**, the control logic next starts a hold timer in step **1030** which begins counting down the remaining hold time for the particular batch of food in question This "virtual" hold timer will continue to monitor the elapsed time for the food product with its associated BID as the food is physically moved through the restaurant by the employees as described below

[0187]   In logic step **1035**, a test is performed to determine if the hold time has elapsed for the batch of food being tracked If the hold time has not elapsed, step **,036** executes a test to determine if the food product batch has changed holding area locations For example, if batch of fried chicken BID FCHK3 is moved from its initial back kitchen holding area ($FHB_1$) to point of sale holding area $FHPOS_2$, the employee enters BID FCHK3 into the holding area keypad associated with $FHPOS_2$ The system would therefore receive information that BID FCHK3 is now in holding area $FHPOS_2$ instead of $FHB_1$ Thus, using this example, the

control logic performing the test in step **1036** would return a positive answer that the hold area location has changed for BID FCHK3 In this case, control is returned to step **1020** which records in the system the new, changed holding area location associated with batch of fried chicken BID FCHK3 Since hold times may differ according to such factors as the holding temperature, for example, the remaining hold time for the new location is recalculated in step **1025** factoring into the calculation any time already expended in the previous holding area location The logic process then continues with steps **1030** and **1035** as described above

[0188]   If in step **1036** a negative response is initially returned to the test indicating that the food holding area location has not been changed, control is returned to step **1035**

[0189]   If in step **1035**, however, the hold time is found to have elapsed, step **1040** is executed, generating a signal indicating that the hold time has expired for the batch of food (BID FCHK3 using the above example) Responsive to the signal generated in step **1040**, an audiovisual indicator, which may be either an audio warning or a visual message displayed on a CRT as shown in step **1041**, may be provided indicating that the hold time has expired and that the batch of food should be discarded Control is then returned to step **1010** ready to begin the logic process again

[0190]   FIG. 10B depicts an additional embodiment logic process **1050** (which is a variation of logic process **1000**) that is directed to assisting a restaurant in controlling inventory of its cooked food products The system can perform this function by sensing that the hold time for a batch of food will soon expire, and then sending advance instructions to cook more of that particular food This allows restaurant management and employees enough advance warning to prepare additional batches of food which will be ready in time to replace the soon-to-expire batch of food, thereby ensuring that consumers' demand for that particular food item can be met without undue delay and consumer dissatisfaction

[0191]   Referring to FIG. 10B, after the test in step **1035** is performed (FIG. 10A) and a negative response is returned, control passes in step **1049** to step **1055** which is performed in parallel with step **1036** (FIG. 10A) In step **1055**, the system selects the proper advance notification time $t_{notif}$ that has been previously input into a database accessible to and residing in the system by the restaurant management This database may reside in the base stations or the control center Since $t_{notif}$, generally represents the amount of lead time required to both prepare and cook a replacement batch of any particular food product, and may be empirically determined For example, the advance notification time $t_{notif}$ to prepare and cook fried chicken may be twenty minutes

[0192]   In step **1060**, the remaining hold time $t_{rem}$ is calculated by reference to the batch hold timer which is initiated in step **1030** (FIG. 10A) In step **1065**, a test is performed to determine if an advance notification message should be delivered to start preparation of another batch of food to replace the food whose hold time will soon expire This is accomplished by comparing the advance notification time $t_{notif}$ with the remaining hold time $t_{rem}$ If in step **1065** $t_{rem}$ is greater than $t_{notif}$, step **1042** is executed which transfers control back to step **1035** in logic process **1000** (FIG. 10A) If in step **1065** $t_{rem}$ is equal to or less than $t_{notif}$,

step **1070** is executed which generates a signal instructing employees to cook more food. Responsive to the signal generated in step **1070**, an audiovisual indicator, which may be either an audio warning or a visual message displayed on a CRT as shown in step **1075**, may be provided instructing employees that another batch of food should be prepared and cooked to replace the food whose hold time is about to expire. Optionally, as shown in step **1066**, the system and control logic may be configured such that an advance notification message signal is also generated and accompanied by an audiovisual indicator advising employees of the time when the food hold time will expire. A visual message may be displayed showing the number of minutes in the future when the hold time expires (e.g., 20 minutes), the real time of day (e.g., 2p m), or both.

[0193]    It will be appreciated by one skilled in the art that with the networking capability of the invention, logic process **1050** could be modified and customized in a number of different ways to assist a restaurant in managing and controlling its inventory of cooked food products. For example, optional logic process **1080** in FIG. **1013** is a variation of logic process **1050** which is directed to checking available cooked food product inventories in a restaurant before instructing employees to cook additional batches of food. Logic process **1080** begins with the results of the test performed in step **1065** of logic process **1050**. Based on obtaining a negative result for the test in step **1065**, step **1085** is executed which is a test to determine if a replacement batch of food product (for the batch whose hold time will soon expire) is already available either in the process of being cooked or in another hold area. Since the system is capable of communicating with cooking appliances connected to communication network of the system, the system can readily determine what food products are in the process of being cooked and their expected cooking completion times. If in step **1085** the system finds another batch of the food product available, control passes to step **190** which stops logic process **1080**. This prevents the possibility that a replacement batch of food will be unnecessarily cooked resulting in an inventory of that particular food product in excess of consumer demand. This undesirable situation would mean that the excess food would eventually be discarded after its hold time expires and increase operating costs for the restaurant. If in the test of step **1085** a replacement batch of cooked food product is not found in the restaurant, steps **1086** and **1087** are executed which are identical to steps **1070** and **1075**, respectively, which generates a signal and audiovisual indicator advising employees and/or management that an additional batch of food should be cooked.

[0194]    Shortening Management/Fryer Maintenance Management

[0195]    The system of the present invention may also be used to provide networked and integrated management, including maintenance (e.g., changing and filtering of oil or shortening), of a plurality of fryers at a given restaurant location. In one embodiment of the invention, the system may be used to balance multiple fryer usage and to schedule the maintenance of the various fryers to ensure that a maximum number of fryers are available for service during peak demand periods for food. Exemplary control logic which may be programmed into the system of the invention to balance fryer utilization and maintenance is shown in

the flowchart of FIG. **11**. This control logic may reside and be implemented in a kitchen base station or the control center, at the system user's discretion.

[0196]    Referring to FIG. **11**, logic process **1100** begins with step **1110**. In step **1111**, the control logic is pre-programmed with baseline fryer maintenance data that is used to determine the maximum number of fryer cooking cycles desirable for each fryer before changing or filtering of the cooking medium is required. This baseline data may include, but is not limited to: the type of food products cooked, time durations for both active cooking and idle time, cooking temperatures, types of cooking medium that may be used (e.g., shortening, vegetable oil, canola oil, etc.), and other parameters which are at the restaurant management's discretion to be used for determining when fryer cooking medium maintenance is required. The baseline data may be readily determined by empirical methods and from experience in the restaurant industry. In step **1112**, the control logic is also preprogrammed with the time durations necessary to complete a maintenance cycle such as changing or filtering the cooking medium (i.e., maintenance downtime). This data will be dependent on the specific brand or type of fryers used and their design characteristics (e.g., volumetric capacity of the fryer vat, cooking medium pump flowrate, etc.).

[0197]    It should be noted that the baseline data discussed above in steps **1111** and **1112** may be preferably stored in a database accessible to the system and may reside either in the local kitchen base stations or the remotely located control center.

[0198]    Continuing with the logic process in step **1120**, the system next reads historical sales data maintained by the system to determine the demand for various types of food products (i.e., fried chicken, french fries, fried fish, onion rings, etc.) served at a specific restaurant location for a given day of the week and time of day. This data may be stored and updated in a database residing in the system either in a local kitchen base station or at a remotely located control center. This information is preferably collected by the POS (point of sale) system for a specific restaurant since demand for various types of food will differ by the geographic location of the restaurant and preferences of the consumers it serves.

[0199]    In step **1130**, the system monitors and determines the actual usage of individual fryers at a particular restaurant location or cell as shown in FIG. **1**. In this step, relevant data on actual operating conditions is collected and read by the system for each fryer. This data will be used by the system to determine when the cooking medium for each fryer will require maintenance and the type of maintenance operation required (i.e., cooking medium changing or filtering). This may include, but is not limited to, the number of cooking cycles actually completed since the last cooking medium filtration or changing, elapsed time of fryer usage, fryer idle time and temperature of cooking medium while idle, cooking cycle temperatures, type of food cooked, and other data which will be used by the system to determine when the cooking medium requires changing or filtering. The actual usage information on each fryer may be tracked and stored by each individual appliance microprocessor controller, a local kitchen base station, a remotely located control center, or any combination of the foregoing. It should also be noted that if a fryer is broken and unavailable for service, the system would identify the fryer's unavailability during step

1130 as well. Therefore, the broken fryer or fryers would not be factored into the subsequent logic step determinations described below.

[0200]  In step 1140, the predicted time when each fryer will require maintenance and the expected duration of the maintenance is determined for each fryer at a given restaurant location by using the baseline data pre-programmed into the system in steps 1111 and 1112, and the actual operating data obtained by the system for each fryer in step 1130.

[0201]  Step 1150 continues the control logic with the system utilizing the historical sales data read in step 1120 to forecast or predict the expected demand for each type of food product served at a specific restaurant location at any given time of day for any given day of the week. The system thus generates demand profiles for each type of food product consisting of the quantity sold versus the time of day for a given day of the week. For example, therefore, the system may know that consumer demand for fried fish may peak at noon on Fridays, while the demand for fried chicken is maximum at six o'clock in the evening on the same day. The demand profiles generated by the system are preferably updated on a continuing basis using the historical sales data from the POS system, to ensure the most accurate food product demand forecasts can be made. It should be recognized that there will typically be more than one period during any given day when food product demand in general will peak for any given product, typically there are two peaks (lunchtime and dinnertime). Optionally, the system may also read in historical food product demand data from past years to reflect seasonal changes in food product ordering habits of consumers where it is known by restaurant management that such seasonal variations exist. Thus, it is apparent the system is extremely flexible and the type of data used by the system in generating food product demand profiles is controlled by and at the discretion of restaurant management.

[0202]  Proceeding to logic step 1160, the predicted maintenance timing (time of day), duration, and type of operation required (i.e., filtering or changing of the cooking medium) for each fryer as calculated by the system in step 1130 is compared with the demand forecast for each type of food product served at the restaurant on a given day of the week as determined in step 1150. This allows the system to determine if a sufficient number of fryers will be available to meet the upcoming peak demands for the various types of food products being served.

[0203]  Still referring to FIG. 11, the logic process is continued in step 1170 wherein the system schedules the timing of all fryer maintenance operations at the specific restaurant location based on their maintenance requirements determined in the preceding logic steps. Preferably, the maintenance cycles are planned to ensure that a sufficient number of fryers are available for service to meet peak demand periods for the various type of food products being served. Accordingly, the maintenance operations are preferably scheduled to coincide with off-peak periods of food product demand to the extent possible. When it is time to run a maintenance procedure on a specific fryer, the system next generates and delivers a signal in step 1180 containing that information. In restaurants which have fully automated fryer maintenance operations, the signal generated is a control signal which automatically initiates the required mainte-

nance operation. Where fryer maintenance operations are initiated manually by restaurant employees, the signal generated is an information signal which provides notification via a message display to the employees to initiate a maintenance cycle. This informational signal would identify the specific fryer and type of maintenance operation required (e.g., "change cooking medium" or "filter cooking medium"). The information can be displayed on a local CRT display and may be optionally accompanied by an audible alert which is also generated by the system to coincide with the delivery of the informational maintenance message. Following step 1180, control is returned to step 1120 which continues logic process 1100.

[0204]  It will be recognized by those skilled in the art that the control logic depicted in FIG. 11 can be modified in any number of ways to suit the individual needs and preferences of various restaurant establishments. For example, the control logic may include steps to balance fryer utilization by allocating and scheduling the cooking cycles among various fryers at a specific restaurant location. The system would thus instruct the employees as to which fryers to use for which food products at any given period during the day. These instructions may be displayed on local CRT displays associated with the fryers. Balancing fryer utilization would help to further ensure that a maximum number of fryers are available to meet peak demand periods for food.

[0205]  With respect to the foregoing embodiments of the invention which have been described, it should be recognized that communications, whether between the individual appliances, base stations, control center, or any combination thereof, may be accomplished by any suitable wireless or wired means for the intended application and is a matter of design choice. Preferably, communications are effectuated through wireless communication platforms whose technology is well established and known to those skilled in the art. More preferably, the wireless communications are performed over the Internet using established nationwide wireless networks. However, the Internet links may also be conventional, wire-based connections such as through standard telecommunication lines, DSP lines, T1 service, etc.

[0206]  It will also be appreciated by those skilled in the art that individual appliances and base station local networks may be communicated with via any of the numerous mobile communication devices prevalent in today's electronic technology. These devices may include, but are not limited to, cellular and other wireless communicating devices which may be embodied in a phone-type platform, laptop or notebook computers, personal digital assistants (PDAs) or Pocket PCs, etc. Accordingly, for example, these devices may be used to upload or download data, control appliance and base station operations including food preparation and maintenance, monitor appliance status and sales, etc., all from a remote location. These communication devices may effectuate contact with the appliances or base stations via wireless Internet connections using established nationwide wireless networks.

[0207]  It should be noted that no system is perfect, and employees may always manage to find ways to cheat. Moreover, there is always some degree of human involvement in any automated process at some point, especially in operating a food service establishment. Accordingly, there is no system that can, with 100 percent certainty, "verify" full

US 2005/0251450 A1

18

Nov. 10, 2005

compliance is being actually achieved at all times The present invention, however, surpasses systems of the past because it is based more heavily on empirical data and actual measurement of objective parameters to verify that tasks are properly being completed

[0208]   It should further be recognized that the invention is not limited to the particular embodiments described above Accordingly, numerous modifications can be made without departing from the spirit of the invention and scope of the claims appended hereto For example, it will also be appreciated by those skilled in the art that the invention is not limited to restaurant applications, but may be employed in any commercial, institutional, or residential application wherein appliances are used Moreover, the invention is not limited to use with any particular type of food product or appliance, and will find broad applicability in the food preparation and service industry wherever the invention may be feasibly employed Thus, the invention may be used with ovens, ice machines, dishwashers, refrigerators, heating and air conditioning units, etc which may be provided with microprocessor-based controllers to provide a communication interface with the system and network of the invention Accordingly, these appliances may be "Web-enabled" to effectuate communications with the system via the Internet

1-47  (canceled)

48. A communication system for monitoring the operation and maintenance of at least one kitchen appliance, comprising:

a control center;

a database, operatively coupled to the control center, containing data related to said at least one kitchen appliance; and

a communication network interconnecting said at least one kitchen appliance with said control center,

wherein said system, responsive to data regarding the operation and maintenance of said at least one kitchen appliance, prepares at least one of accounting or billing reports for said at least one kitchen appliance, said communication system further comprising a point of sale system accessing said at least one of accounting or billing data from said database, said point of sale system directing the transfer of funds associated with the service of a specific one of said at least one kitchen appliance, from a user's financial institution to an agency's financial account performing the service

49 The communication system of claim 48, further comprising a repair vehicle, said repair vehicle in communication with said control center, said control center dispatching said repair vehicle in response to said data regarding maintenance of said at least one kitchen appliance

50 The communication system of claim 49, wherein a repair is effected as a result of dispatching said repair vehicle and said billing data is a bill for said repair

51 The communication system of claim 48, wherein data regarding the operation and maintenance of at least one kitchen appliance is the monitoring of the degradation of said at least one kitchen appliance

52 The communication system of claim 51, wherein said control center causes a message to be displayed at said at least one kitchen appliance if said degradation exceeds a predetermined level

53 The communication system of claim 51, wherein said control center disables said at least one kitchen appliance when said degradation exceeds a predetermined level

54 The communication system of claim 51, wherein said control center communicates with said at least one kitchen appliance to change an operational parameter of said kitchen appliance to compensate for said degradation

55 The system of claim 48, wherein said communication network is a wireless network

56 The communication system of claim 48, further comprising a handheld terminal, communicating with said control center and said kitchen appliance

57 The communication system of claim 56, wherein said control center prepares and transmits an invoice to said handheld terminal upon completion of maintenance for said at least one kitchen appliance

58 The communication system of claim 48, wherein said data includes a serial number associated with said kitchen appliance

59 A communication system for monitoring the operation and maintenance of at least one kitchen appliance, comprising:

a control center;

a database, operatively in communication with said control center, containing at least one of accounting and billing data for said at least one kitchen appliance; and

a communication network interconnecting said at least one kitchen appliance with said control center,

wherein said system, responsive to data regarding the operation and maintenance of said at least one kitchen appliance, prepares at least one of accounting and billing reports for said at least one kitchen appliance, said communication system further comprising a point of sale system charging a user's financial account for expenses associated with service of said at least one kitchen appliance

60 The communication system of claim 59, further comprising a repair vehicle, said repair vehicle in communication with said control center, said control center dispatching said repair vehicle in response to said data regarding maintenance of said at least one kitchen appliance

61 The communication system of claim 59, wherein a repair is effected as a result of dispatching said repair vehicle and said billing data is a bill for said repair

62 The communication system of claim 59, wherein data regarding the operation and maintenance of at least one kitchen appliance is the monitoring of the degradation of said at least one kitchen appliance

63 The communication system of claim 62, wherein said control center causes a message to be displayed at said at least one kitchen appliance if said degradation exceeds a predetermined level

64 The communication system of claim 62, wherein said control center disables said at least one kitchen appliance when said degradation exceeds a predetermined level

65 The communication system of claim 62, wherein said control center communicates with said at least one kitchen

19

appliance to change an operational parameter of said kitchen appliance to compensate for said degradation

66  The communication system of claim 59, wherein said communication network is a wireless network

67  The communication system of claim 59, further comprising a handheld terminal, communicating with said control center and said kitchen appliance

68  The communication system of claim 67, wherein said control center prepares and transmits an invoice to said handheld terminal upon completion of maintenance for said at least one kitchen appliance

69. The communication system of claim 59, wherein said data includes a serial number associated with said kitchen appliance

70  A method of processing at least one of billing, accounting and diagnostic information for kitchen appliances wherein a plurality of kitchen appliances each transmits and receives data associated with their operating conditions to a control center and a point of sale system, comprising the steps of:

  initiating service of a specific kitchen appliance upon the occurrence of a predetermined condition;

  retrieving from said control center information associated with said specific kitchen appliance so as to thereby generate a repair invoice;

  retrieving billing information from said control center for said specific kitchen appliance; and

  transmitting said billing information to said point of sale of system, said point of sale system electronically transferring funds for the repair of said specific kitchen appliance from a user's financial account to an agency's financial account performing the repair

71. The method of claim 70, further comprising the steps of providing a repair vehicle in communication with said control center, said control center dispatching said repair

vehicle in response to said data regarding maintenance of said at least one kitchen appliance

72. The method of claim 70, further comprising the step of effecting a repair as a result of dispatching said repair vehicle and said billing data is a bill for said repair

73  The method of claim 70, further comprising the steps of monitoring the degradation of said at least one kitchen appliance

74  The method of claim 73, wherein said control center causes a message to be displayed at said at least one kitchen appliance if said degradation exceeds a predetermined level

75. The method of claim 73, wherein said control center disables said at least one kitchen appliance when said degradation exceeds a predetermined level.

76. The method of claim 73, wherein said control center communicates with said at least one kitchen appliance to change an operational parameter of said kitchen appliance to compensate for said degradation

77  The method of claim 70, wherein said communication network is a wireless network

78  The method of claim 70, further comprising the step of communicating with said control center and said kitchen appliance from a handheld terminal

79  The method of claim 70, further comprising the step of updating at least one of the accounting, billing and maintenance in response to said service performed

80  The method of claim 76, further comprising the step of said control center sending software to said handheld terminal to effect one of maintenance and repair to said kitchen appliance

81  The method of claim 76, further comprising the step of storing at least one of payment history, maintenance history, appliance part inventory, customer data, repair history, malfunction history, and warranty records for said at least one kitchen appliance in said database

* * * * *

# EXHIBIT H

US 20050193898A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2005/0193898 A1

Sus et al. (43) **Pub. Date:** **Sep. 8, 2005**

(54) **AUTOMATED FOOD PROCESSING SYSTEM AND METHOD**

(76) Inventors: Gerald A. Sus, Frankfort, IL (US); Ron Dursten, Oak Park, IL (US); Henry T. Ewald, Roselle, IL (US); Jenny Hong, Palatine, IL (US); Glenn Schackmuth, Montgomery, IL (US); Christopher Juneau, Hayward, CA (US); Steven Konold, Hayward, CA (US); Richard Montuñi, Daly City, CA (US); Benny Nunley, Half Moon Bay, CA (US); Charles E. Rose, Hayward, CA (US); David Bone, Nashville, TN (US); Tiffany Curry, Fayetteville, TN (US); Eddie Mann, Flintville, TN (US); Mario G. Ceste, Wallingford, CT (US); Curtis Clarence Pinnow, Libertyville, IL (US); Ly Nguyen, Plano, TX (US); Mitchell Strew, Richardson, TX (US); Andrew Courier, Mansfield, MA (US); Kevin Keough, Canton, MA (US); Richard Terrazzano, Salem, NH (US); Douglas Christian Greening, Calgary (CA); John Meisner, New Richmond, WI (US); John A.J. Wedel, Stillwater, MN (US); John M. Corliss, Lynn, MA (US); Joseph Gerstmann, Framingham, MA (US); James Lozouski, Malborough, MA (US); William Day, New Port Richey, FL (US); Doug Jones, New Port Richey, FL (US); Roberto Nevarez, Hudson, FL (US); Keith Stanger, New Port Richey, FL (US); Jerry Sank, Palm Harbor, FL (US)

Correspondence Address:
PATENT & TRADEMARK DOCKET CLERK
RYNDAK & SURI
30 NORTH LASALLE STREET
SUITE 2630
CHICAGO, IL 60602 (US)

(21) Appl. No.: 11/054,097

(22) Filed: Feb. 9, 2005

Related U.S. Application Data

(63) Continuation of application No. 10/127,390, filed on Apr. 22, 2002

Publication Classification

(51) Int. Cl.7 ............................................. A47J 37/12
(52) U.S. Cl. ..................................................... 99/407

(57) **ABSTRACT**

An automated food processing system and method is provided that allows food to be dispensed, fried and packaged in a suitable container, which may be an individual portion-sized container. In one embodiment, the system includes separate automated modules for dispensing, frying and packaging the food

In one embodiment, an automated dispensing device dispenser a predetermined portion of food from a bulk storage container or food dispensing magazine. Food is dispensed from the automated dispensing device to an automated fry device that can include at least one circular fry wheel having a plurality of food containing compartments. After the food is fried it is dispensed from the fry device to an automated packaging device. The automated packaging device dispenses food to a container that may be an individual portion-sized container that is retrieved, erected and held into position for filling by an automated container handling system. After a food container is filled, a conveyor system transports the filled container to a suitable pick-up location



Patent Application Publication    Sep. 8, 2005    Sheet 1 of 42    US 2005/0193898 A1

# FIG. 1



Patent Application Publication    Sep. 8, 2005    Sheet 2 of 42    US 2005/0193898A1

## FIG. 2



FIG. 3



## FIG. 4



## FIG. 4A

Patent Application Publication    Sep. 8, 2005   Sheet 5 of 42        US 2005/0193898 A1

## FIG. 5



## FIG. 6



Patent Application Publication     Sep. 8, 2005    Sheet 7 of 42        US 2005/0193898A1



FIG. 7

FIG. 8



FIG. 9

FIG. 10

## FIG. 11



## FIG. 12



Patent Application Publication    Sep. 8, 2005    Sheet 10 of 42    US 2005/0193898 A1



FIG. 13

Case 1:06-cv-00515-JJF    Document 47-7    Filed 02/21/2007    Page 13 of 37

## FIG. 14



## FIG. 15

## FIG. 16





FIG. 17

FIG. 18

FIG. 19

Patent Application Publication   Sep. 8, 2005   Sheet 13 of 42      US 2005/0193898 A1



FIG. 20

FIG. 21

FIG. 22



FIG. 23

FIG. 24

Patent Application Publication    Sep. 8, 2005    Sheet 15 of 42    US 2005/0193898 A1

## FIG. 25



## FIG. 26



Patent Application Publication    Sep. 8, 2005    Sheet 17 of 42    US 2005/0193898 A1

## FIG. 27



Patent Application Publication    Sep. 8, 2005    Sheet 18 of 42    US 2005/0193898 A1



FIG. 28

Patent Application Publication    Sep. 8, 2005    Sheet 19 of 42    US 2005/0193898 A1

FIG. 29



Patent Application Publication    Sep. 8, 2005    Sheet 20 of 42    US 2005/0193898 A1

**FIG. 30**



VACUUM SOURCE

**FIG. 31**



Patent Application Publication    Sep. 8, 2005    Sheet 21 of 42    US 2005/0193898A1



FIG. 32

FIG. 33

Patent Application Publication    Sep. 8, 2005   Sheet 22 of 42      US 2005/0193898 A1



FIG. 34

FIG. 35

Patent Application Publication    Sep. 8, 2005   Sheet 23 of 42      US 2005/0193898 A1



Case 1:06-cv-00515-JJF    Document 47-7    Filed 02/21/2007    Page 26 of 37



FIG. 38



FIG. 39

## FIG. 40



## FIG. 41



## FIG. 42





FIG. 43

FIG. 44

Patent Application Publication   Sep. 8, 2005   Sheet 28 of 42   US 2005/0193898 A1

# FIG. 45





FIG. 46

FIG. 47

FIG. 48

FIG. 49

FIG. 50

Patent Application Publication    Sep. 8, 2005    Sheet 30 of 42    US 2005/0193898 A1



FIG. 51

FIG. 52

FIG. 53

FIG. 54

FIG. 55

FIG. 56

Patent Application Publication    Sep. 8, 2005    Sheet 31 of 42    US 2005/0193898 A1



FIG. 57

55

1016

1014

1012

FIG. 58

1036

55

FIG. 59

1016

1026
1032
1028
1030
1022
1018b
1014b

1024
1018a
1012
1028
1018
1030
1034
1020
1014a

1014

FIG. 60

1016

1014

1012





FIG. 64

FIG. 65



Patent Application Publication    Sep. 8, 2005    Sheet 35 of 42    US 2005/0193898 A1



FIG. 66

## FIG. 67



Patent Application Publication   Sep. 8, 2005   Sheet 37 of 42      US 2005/0193898 A1

# FIG. 68



Patent Application Publication    Sep. 8, 2005    Sheet 38 of 42    US 2005/0193898 A1

# FIG. 69



Case 1:06-cv-00515-JJF    Document 47-8    Filed 02/21/2007    Page 4 of 37

# FIG. 70



## FIG. 71



# FIG. 72



Patent Application Publication    Sep. 8, 2005   Sheet 42 of 42       US 2005/0193898 A1

# FIG. 73



1

## AUTOMATED FOOD PROCESSING SYSTEM AND METHOD

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of U.S. application Ser. No. 10/127,390, filed Apr. 22, 2002, the disclosure of which is hereby incorporated by reference.

### FIELD OF THE INVENTION

[0002] The invention relates to automated food processing. More particularly, the invention relates to automated food dispensing, frying and packaging into individual portion-sized containers such as at a quick-service type restaurant.

### BACKGROUND OF THE INVENTION

[0003] In restaurants, especially quick service (fast food) restaurants, fast, consistent, efficient and safe food preparation is essential for a successful operation. The quality of the prepared food depends in large part on the consistency of food preparation. The food must be cooked under correct conditions for the proper time.

[0004] Consistency in food preparation can vary as a result of many factors. For example, people engaged in food preparation often must perform multiple tasks at frequencies that vary with time because of constantly varying customer demand throughout the day. For example, lunchtime and dinnertime may be extremely busy while other periods may be relatively slow. The product mix can vary from hour to hour and day to day. As a result, the consistency and quality of food may vary. Difficulties in proper scheduling of food production during peak and non-peak periods can cause customer delays and/or stale, wasted or unusable food.

[0005] Food preparation can be labor intensive, and thus, the labor cost can be a large portion of the total cost of the prepared food. An additional problem is that in sparsely populated and other areas where quick service restaurants are located, such as along interstate highways, for example, recruiting sufficient numbers of suitable employees is difficult.

[0006] Quick service restaurants must be able to effectively meet a variable customer demand that is time dependent and not subject to precise prediction. As a result, stores relying totally on human operators will at times be over-staffed and at other times be under-staffed. Also, problems and potential problems can exist in restaurants where people directly prepare food. Health and safety concerns can also be present where food is prepared directly by people. By reducing or minimizing human contact with food and food cooking equipment, health and safety concerns can also be reduced or minimized. For example, in the frying of foods, some type of hot fluid, such as cooking oil or shortening must be utilized. The cooking temperatures required can present a concern for health and safety.

[0007] Although quick service restaurants have existed for many years and now number in the tens of thousands, such establishments utilize manual labor to prepare and process food. While there have been various improvements in commercial equipment used for cooking food in quick service restaurants, such restaurants are believed to be substantially all manually operated and relatively labor intensive.

[0008] Accordingly, a need exists for an automated, commercially suitable food dispensing, cooking and packaging device, system and method for fried foods that can be operated with a minimum of human intervention, control and maintenance. More particularly, a need exists for an automated device, system and method that is capable of, without human labor, frying various food products in desired quantities, such as French fries, seasoning the cooked food and packaging the cooked food in individual portion-sized containers.

### SUMMARY OF THE INVENTION

[0009] In accordance with the present invention, an automated food processing system and method is provided. The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator.

[0010] In accordance with one aspect of the present invention, an automated module system for dispensing, frying and packaging food into individual portion-sized containers is provided. In one embodiment, any suitable automated dispensing device can be used. In another embodiment, the system includes an automated dispensing module capable of dispensing a desired quantity of food to be fried, an automated fry module adjacent the dispensing module to receive and fry the quantity of food dispensed from the dispensing module and to produce and dispense a quantity of fried food and an automated packaging module adjacent the fry module to receive and package the fried food from the fry module into an individual portion-sized container.

[0011] Advantageously, in one embodiment, the three modules are independent from each other and can be operated independently. Plus, in one embodiment, any one of the modules can be deactivated and a human operator can manually perform the function of the deactivated module with manually operated equipment.

[0012] In accordance with another aspect of the invention, optionally an automated seasoning device is present to apply seasoning to the food.

[0013] Typically, the automated dispensing module in accordance with the invention in one embodiment is capable of dispensing one or more of uncooked or unheated French fries, chicken nuggets, hash browns, chicken patties and fish filets or similar types of food items to be cooked and/or heated.

[0014] In accordance with another aspect of the invention, the automated dispensing module includes a freezer, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, with the structure for dispensing and the secondary or dump container being located in the freezer, and structure for dispensing the quantity of food from the secondary or dump container to a location outside of the freezer.

[0015] In accordance with another aspect of the present invention, the fry module of the automated modular system

includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter in a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel, which radial axis is disposed above the normal operating level of the frying oil or the cooking oil in the fry vat  A drive mechanism is provided for rotating the fry wheel  In one aspect of the invention, any suitable type of automated fry device can be utilized

[0016]   In accordance with another aspect of the present invention, a control system is provided for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation (such as about 2-10°, for example) to simulate shaking of a fry basket  Such control can be accomplished electronically by devices known to those skilled in the art

[0017]   In another embodiment, food is delivered from the fry module to a cooked food holding device, which can comprise a heated holding bin or bins

[0018]   In accordance with still another aspect of the present invention, the automated packaging module includes a rotatable food dispensing member having an inlet location to receive a quantity of cooked food at a discharge location to discharge cooked food, the packaging module also including a food dispensing chute position to receive cooked food from the discharge location of the rotatable food dispenser, the food dispensing chute having a discharge location

[0019]   In accordance with another embodiment of the invention, the automated modular system further includes a carton holding device for holding the individual portion-sized carton or container in position to receive food from the discharge location of the dispensing chute  The packaging module may further include a rotatable food collecting member disposed to collect food from the discharge location of a dispensing chute that is not deposited into the individual portion-sized food container  The so collected food may be subsequently deposited into the food dispensing chute for delivery to a container or alternatively to the rotatable food dispensing member or to a waste receptacle or chute

[0020]   In accordance with another aspect of the invention, the automated packaging device includes a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled food container holding area, for subsequent pick-up by a human operator, for example  In one embodiment, any suitable automated packaging device can be utilized

[0021]   In accordance with another aspect of the present invention, an automated food carton-retrieving device is provided for retrieving and grasping individual portion-sized food containers  The automated retrieving device comprises a moveable member for selectively grasping and releasing the food container  In one embodiment, the retrieving device is capable of grasping and releasing an unerected food container on one side and the device further includes a second device for selectively grasping the unerected food container on the other side with structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container to erect or partially erect the container

[0022]   In another embodiment, an automated urging structure is provided for urging the container bottom upwardly relative to the sides of the container when the sides of the container are moved relatively apart

[0023]   In accordance with another aspect of the invention, the automated modular system includes an electronic control system that receives current customer order information and the electronic control system causes the selection of a container from a plurality of different container sizes and further causes filling of food with the size of food container in response to a customer order  In one aspect, the electronic control system can receive customer order information and controls the dispensing rate of food dispensed from the food dispensing module to the fry module which dispensing automatically determines the amount of food being fried without further intervention by the electronic control  In one aspect, the control system can include a separate control system for each of the dispensing, fry and packaging systems or modules, each of which interface with a central control system, which in turn optionally interfaces with a POS (point-of-sale) system

[0024]   In accordance with another aspect of the invention, the automated modular system is suitable for dispensing, frying and packaging French fries into individual portion-sized containers

[0025]   In accordance with another aspect of the present invention, an automated method of dispensing, frying and packaging food into individual portion-sized containers is provided that includes dispensing a desired quantity portion of food to be fried from an automated dispensing module to an automated fry module and thereafter frying the portion of food dispensed from the dispensing module in the automated fry module adjacent the dispensing module to produce a quantity of fried food  Thereafter, the quantity of fried food is dispensed from the fry module to a packaging module where the fried food dispensed from the fry module is packaged into individual portion-sized containers with an automated packaging module

[0026]   In another aspect of the invention, the automated method further comprises seasoning the quantity of fried food with a seasoning device

[0027]   In accordance with another aspect of the invention, the dispensing includes dispensing a predetermined quantity of food from the storage container into a secondary container located in a freezer and dispensing the quantity of food from the secondary container to a location outside of the freezer

[0028]   In accordance with another aspect of the method of the present invention, the frying comprises a rotating fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the food being contained in at least one of the compartments during the frying, the fry wheel being mounted for rotational movement relative to the radial axis of the fry wheel in a fry vat with the radial axis being disposed above a normal operating level of the cooking oil in the fry vat  In accordance with this aspect of the invention, the automated method further includes containing a drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation to simulate shaking of a fry basket during frying

[0029]   In accordance with another aspect of the invention, the packaging includes rotating a rotatable food dispensing

member having an inlet location to receive a quantity of cooked food in a discharge location to discharge cooked food, the food dispensing member being rotated to dispense food into a food dispensing chute position to receive cooked food from the discharge location of the rotatable food dispenser and thereafter dispensing said food from the dispensing chute to a container to be filled

[0030]   In accordance with another aspect of the invention, the method further includes holding an individual portion-sized carton or container positioned to receive food from the dispensing chute with an automated carton holding device

[0031]   In accordance with still another aspect of the invention, the method further includes collecting food dispensed from the discharge location of the dispensing chute that is not deposited into the individual portion-sized food container with a rotatable food collecting member disposed to collect such not deposited food

[0032]   In accordance with another aspect of the method, the method includes electronically coordinating the operation of the three modules or devices within an electronic control system   In one embodiment, the method further includes electronically receiving current customer order information by the electronic control system which causes selection of a container from a plurality of different sized containers and filling the container with food of the ordered size of food container in response to a customer order by the packaging module   In accordance with another aspect of the method, customer order information is electronically received and the dispensing rate of food dispensed from the food dispensing module to the fry module is controlled, which dispensing automatically determines the amount food being fried without further intervention by the electronic control system

[0033]   In accordance with another aspect of the present invention, an automated dispensing device for dispensing a quantity of food to be subsequently cooked is provided   In one embodiment, the automated dispensing device includes a freezer or refrigerated compartment, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, the structure for dispensing the predetermined quantity of food being located in the freezer, and structure is provided for dispensing the quantity of food from the secondary or dump container in the freezer to a location outside of the freezer

[0034]   In one embodiment, the structure for dispensing a predetermined quantity of food includes a vibratory conveyor typically located in the freezer below the storage container. The structure for dispensing may further include a device for determining or sensing the quantity of food that has been deposited in the secondary container and structure is provided for terminating the operation of the structure for dispensing when a predetermined quantity of food is sensed in the secondary container

[0035]   In accordance with another aspect of the present invention, the automated dispensing device includes structure for dispensing a predetermined quantity of food that comprises a food magazine capable of dispensing individual pieces of food on a piece by piece basis   In accordance with a more specific aspect of this embodiment, the magazine

comprises dual rotatable spiral flights with the spiral flights having a spacing therebetween to allow placement of a food item, such as a chicken patty, for example, to be supported by both spiral flights

[0036]   In accordance with another aspect of the invention, the magazine dispenser is suspended from a slide mechanism permitting removal of the magazine from the freezer or refrigerated compartment. A plurality of the magazines can be located on a single slide mechanism   An array of the magazines may be located in the freezer, such as a 3×5 array or a 3×4 array, for example

[0037]   In one embodiment, a separate drive motor is associated with each food dispensing magazine for selectively rotating spiral flights of a magazine dispenser for dispensing a desired number of the food items   The drive motor may also be located in the freezer

[0038]   In accordance with another aspect of the invention, an automated method of dispensing a quantity of food to be cooked is provided   The method includes storing food items in a storage container located in the freezer, dispensing food items from the storage container to a conveyor, conveying the food items on the conveyor to a secondary or dump container located in the freezer, monitoring the amount of food items delivered to the secondary container, terminating delivery of the food items to the secondary container when a desired amount of food items are determined to be present in the secondary container as determined by the monitoring, and dispensing the food items from the secondary container and out of the freezer by at least partially inverting the secondary container   In accordance with another aspect of this embodiment, a freezer or refrigerated compartment is not utilized

[0039]   In accordance with another aspect of the present invention, a device for the automated frying of foods is provided   The device in one embodiment includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments with each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel which radial axis is disposed above the normal operating level of the frying oil in the fry vat   A drive mechanism is provided for rotating the fry wheel and a control system is included for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of rotation (such as about 2-10°, for example) to simulate shaking of a fry basket   Such control can be accomplished electronically by devices known to those skilled in the art

[0040]   In accordance with another aspect of the present invention, the small amount of rotation is in the range of from about 20 to about 200   The back and forth rotation in one direction may be of a larger angle or amount of rotation than of the rotation in the other direction

[0041]   In one embodiment, a control system is provided that causes periodic incremental rotation of the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the compartments out of the cooking oil for subsequent discharge of the food from the compartment   In one embodi-

4

ment, the periodic incremental rotation is based on 360° divided by the number of compartments in the fry wheel

[0042] In accordance with another aspect of the present invention, a control system is provided for operating the drive mechanism to rotate the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment, wherein the control system adjusts the speed of rotation based on the level of cooking oil in the fry vat In one embodiment, the control system causes incremental periodic rotation of the fry wheel and the control system adjusts the period of time between incremental rotations based on the level of cooking oil sensed in the fry vat The period of time between incremental rotations can also be based on the temperature of the cooking oil in the fry vat

[0043] In accordance with another aspect of the invention, a curved baffle is provided that is disposed in the fry vat adjacent the axial periphery of the portion of the fry wheel that is disposed in the cooking oil for preventing food contained in one or more of the fry wheel compartments from falling out of the compartments

[0044] In accordance with another aspect of the present invention, an automated method of frying food in a fry vat having a heated cooking oil contained therein is provided The method includes placing food in a fry wheel compartment, each of the compartments having an opening towards the perimeter of the fry wheel, rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil and periodically rotating the fry wheel back and forth in a relatively small amount of rotation to simulate shaking of the fry basket while the food is submerged in the cooking oil In accordance with another aspect of the method of the present invention, the method comprises rotating the fry wheel in one direction to cause the food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the food out of the cooking oil for subsequent discharge of the food from the compartment, wherein the speed of said rotating is related to the level of cooking oil in the fry vat In accordance with this aspect of the present invention, the rotating may comprise incremental periodic rotation with the period of time between incremental periodic rotations being based on the level of cooking oil sensed in the fry vat The period of time between incremental periodic rotations may also be based on the temperature of the cooking oil in the fry vat

[0045] In accordance with another aspect of the present invention, an automated method of packaging cooked food, which may be food such as French fries, chicken nuggets and other types of food, in an individual portion-sized container is provided The method includes delivering a quantity of a cooked food to a rotatable dispensing member, rotating the dispensing member to cause the food items to fall from one or more compartments of the dispensing member into a food dispensing chute and thereafter dispensing the food from the chute and depositing the food into the individual portion-sized food container

[0046] In accordance with one aspect, the method may further include weighing the food in the chute before dispensing the food to the container

[0047] In accordance with another aspect of the invention, the method includes applying seasoning to the food and may further include applying the seasoning by using gravity to cause the seasoning to travel through a nozzle and onto the food

[0048] In accordance with another aspect of the invention, the method further includes shaking the individual portion-sized food container after the dispensing The shaking may be automated and can include back and forth movement of the container through an arc as desired, and may be in a generally vertical axis The arc may be a generally circular arc and the rotating back and forth may encompass an arc in the range of from about 3° to about 20° In addition, the container may be raised and lowered before, during or after the rotating to further simulate shaking or in connection with further container handling

[0049] In accordance with another aspect of the invention, when dispensing food from the chute to the individual portion-sized container, some of the dispensed food is not deposited into the individual portion-sized container and the method further includes collecting the not deposited food Typically, the not deposited food will be collected in a collection device that returns the not deposited food to the chute for subsequent dispensing In one embodiment, the collection member is rotatable and can be rotated to deposit the collected food into the chute This helps to ensure that the not deposited food is subsequently deposited into a container on a first-in, first-out or a generally first-in, first-out basis

[0050] In accordance with another aspect of the present invention, an automated method of packaging food, including food such as French fries, in an individual portion-sized container is provided that includes delivering a quantity of food to a food dispensing chute, selecting and holding with an automated device an individual portion-sized container of a desired size from a plurality of different sizes of individual portion-sized containers that can be selected and held by the automated device. The selected individual portion-sized container is moved by the automated device to a location for receiving food from the dispensing chute and food is dispensed from the chute and into the container The method may further include depositing the filled food container onto a conveyor by operation of the automated device and transporting the deposited container by the conveyor to a human operator food pickup location

[0051] In accordance with another aspect of the foregoing method, the individual portion-sized food container is unerected and the method further includes after the selecting, erecting the selected individual portion-sized food container by the automated device In one embodiment, the automated device includes a partial vacuum suction device for holding the individual portion-sized food container and the holding includes applying a partial vacuum through a suction device to the food container The food container can be released by reducing or eliminating the vacuum applied by the suction device to the food container sufficiently to cause the food container to be disengaged from the automated device

[0052] In accordance with another embodiment of the method, the filled food container is placed in an upright position on a transportable member or container-receiving receptacle which in one embodiment contains a single food container and is maintained in an upright position on the

transportable member by cooperation of the recessed volume of the transportable member and the food container

[0053]  In accordance with another aspect of the invention, the transporting is performed by a magnetic conveyor

[0054]  In accordance with still another aspect of the invention, an automated device for packaging cooked food into a desired container, which may be an individual portion-sized food container is provided  The device includes a rotatable food dispensing member having an inlet location to receive a quantity of the cooked food and a discharge location to discharge the cooked food  A food dispensing chute is positioned to receive the cooked food from the discharge location of the rotatable food dispenser and the dispensing chute has a discharge location  In one embodiment, the dispensing chute has a food holding area for holding a quantity of the cooked food deposited therein  A suitable weighing device can be associated with the dispensing chute to weigh the food that is contained in the chute or in the holding area of the chute  In one embodiment, the weighing device is a load cell

[0055]  In accordance with another aspect of the invention, the automated device includes a food carton or container holding device for holding the food carton in position to receive food from the discharge location of the dispensing chute  The carton holding device can include an axially rotatable generally vertically extending elongated first member and a second member that extends from the elongated member, the second member having a gripping member for gripping a food container, which may be an individual portion-sized food container  In one embodiment, the gripping member comprises a suction cup  A vacuum source may be supplied to the suction cup to create at least a partial vacuum, allowing the container to be held  In one embodiment, the carton holding device is capable of moving the food container through an arc of about or of at least about 180° and in which the carton holding device is capable of moving the food container up and down

[0056]  In accordance with another aspect of the present invention, the automated device comprises a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled container holding area  The conveyor system may comprise in one embodiment a continuous loop raceway and a plurality of discrete moveable food container receptacles that are moveable along the raceway  The conveyor system may include a continuous moveable loop having at least one magnetic element capable of magnetically attracting one of the moveable receptacles at a time for causing movement of the receptacle corresponding to movement of the magnetic element  A plurality of the magnetic elements may be spaced apart along the moveable loop

[0057]  In one embodiment, structure is provided for preventing movement of the discrete receptacles when the structure for moving the discrete receptacles along the raceway is activated  The structure for preventing movement can be a barrier that is disposed across the raceway  In one embodiment, the barrier is selectively moveable and in another embodiment the barrier is fixed  In one embodiment, the barrier prevents movement of the receptacles only for a receptacle that has a food carton or container disposed thereon  In this embodiment, the barrier may be located at a height that is above the top of the receptacles located on the conveyor system adjacent the barrier

[0058]  In accordance with another aspect of the invention, an automated device is provided to retrieve and grasp a food container, which may be an individual portion-sized food or French fry container or carton  The automated retrieving device includes a member for selectively grasping and releasing the food container and for moving the moveable member horizontally and linearly

[0059]  In accordance with another aspect of the invention, a magazine is provided for holding a plurality of food containers in an unerected state

[0060]  In accordance with another aspect of the invention, the automated device includes a retrieving device that is capable of grasping and releasing an unerected food container on one side and further includes a second device for selectively grasping the unerected food container on the other side. A structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container is provided  The automated device may further include an automated urging means for urging the container bottom upwardly relative to the sides of the container when the retrieving device and the second device are moved relatively apart when grasping the container

[0061]  In accordance with another aspect of the invention, the food dispensing member is a rotatable wheel having an open central area and an outer at least generally circular rim  The rotatable wheel has a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and open interiorly of the circular rim  A baffle may be provided to prevent food contained in the one or more of the open compartments from falling out of the compartments when the wheel is rotated until the compartment is in position over the food dispensing chute  The baffle may be curved to follow the curvature of the inner part of the wheel and may also be perforated  The automated device may further include a rotatable food collecting member that is disposed to collect food dispensed from the discharge location of the dispensing chute which food is not deposited into a container held in position at the discharge location  Typically, the collection member will have a discharge location to discharge the collected food  In one embodiment, the discharge location is the food dispensing chute  The collecting member may be a rotatable food collecting wheel having an open central area and an outer circular rim having a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and that are open towards the rim interior  The rotatable food dispensing member and the rotatable food collecting member can be rotatable in one direction to discharge food at a discharge location and into a food dispensing chute and can be rotatable in an opposite direction to discharge the food at a second discharge location which may be to a waste chute  The discharge to the waste chute feature can be activated, for example, when the food is held in the dispensing device for too long a period of time

[0062]  The packaging device may also include an automated seasoning device for depositing a predetermined quantity of seasoning to food contained in the packaging device

[0063]  In accordance with another aspect of the invention, the device for applying seasoning includes a seasoning delivery tube having an inlet and a discharge location  A seasoning delivery head is positioned to deliver seasoning to

US 2005/0193898 A1

6

Sep. 8, 2005

the food to be seasoned with the head in communication with the outlet of the delivery tube and located below the inlet of the delivery tube Structure is provided for depositing a predetermined quantity of seasoning into the inlet of the delivery tube so that the quantity of seasoning falls by gravity through the delivery tube and into and through the seasoning head and onto the food to be seasoned Typically, the structure for depositing the predetermined quantity of seasoning will receive seasoning from a bulk hopper by gravity feed The quantity of seasoning to be dispensed can be determined volumetrically, for example

## BRIEF DESCRIPTION OF THE DRAWINGS

[0064]  FIG. 1 is a perspective view of an automated food processing system in accordance with the invention;

[0065]  FIG. 2 is a perspective view of an alternate embodiment of a food processing system in accordance with the present invention;

[0066]  FIG. 3 is a schematic view, partly in section, of the food processing system of FIG. 1;

[0067]  FIG. 4 is a side elevation view of a portion of a bulk food dispensing device in accordance with the present invention;

[0068]  FIG. 4A is a side elevation view, partly in section, of an alternative embodiment for a portion of the dispensing device illustrated in FIG. 4;

[0069]  FIG. 5 is a top plan view of a portion of the bulk food dispensing device in accordance with the present invention;

[0070]  FIG. 6 is a side elevation view, partly in section, of a bulk food dispensing device in accordance with the present invention and also illustrating a portion of a device for frying food in accordance with the present invention;

[0071]  FIG. 7 is a perspective view of a magazine-type dispenser that can form part of the food dispensing device of the present invention;

[0072]  FIG. 8 is a partial side elevation view of the magazine dispenser of FIG. 7;

[0073]  FIG. 9 is a perspective view of a magazine-type dispenser array that can be utilized in the dispenser of the present invention;

[0074]  FIG. 10 is a fragmentary view of the device of FIG. 9;

[0075]  FIG. 11 is a top plan view of a food frying device in accordance with the present invention;

[0076]  FIG. 12 is a front elevation view of the food frying device of FIG. 11;

[0077]  FIG. 13 is a partial fragment sectional view along line 13-13 of FIG. 11;

[0078]  FIG. 14 is a fragmentary sectional view of a portion of the food frying device of FIG. 11;

[0079]  FIG. 15 is a sectional view along line 15-15 of FIG. 14;

[0080]  FIG. 16 is a perspective view of a drive mechanism for the food frying device of FIG. 11;

[0081]  FIG. 17 is a fry basket for use in the frying device of FIG. 11;

[0082]  FIG. 18 is a fragmentary sectional view along line 18-18 of FIG. 17;

[0083]  FIG. 19 is an enlarged, fragmentary elevation sectional view of a portion of FIG. 13;

[0084]  FIG. 20 is an alternate view along line 13-13 of FIG. 11;

[0085]  FIG. 21 is a sectional view along line 21-21 of FIG. 20;

[0086]  FIG. 22 is an enlarged fragmentary view of a portion of FIG. 21;

[0087]  FIG. 23 is an alternate embodiment of a fry wheel in accordance with the present invention;

[0088]  FIG. 24 is another alternate embodiment fry wheel in accordance with the present invention;

[0089]  FIG. 25 is a front perspective view of a packaging device in accordance with the invention;

[0090]  FIG. 26 is a rear perspective view of the device of FIG. 25;

[0091]  FIG. 27 is a top plan view of the device of FIG. 25;

[0092]  FIG. 28 is a side elevation view, partially in section and partially broken away of the packaging device of FIG. 25;

[0093]  FIG. 29 is a front elevation view of the device of FIG. 25;

[0094]  FIG. 30 is a front perspective view of a portion of an automated container handling system in accordance with the invention;

[0095]  FIG. 31 is a top plan view of the container handling system of FIG. 30;

[0096]  FIG. 32 is a side elevation view, partially broken away of the automated container handling system of FIG. 30;

[0097]  FIG. 33 is a rear elevation view of the container handling system of FIG. 30;

[0098]  FIG. 34 is a front perspective view of the container handling system of FIG. 30 shown in another operative position;

[0099]  FIG. 35 is a top plan view of the container handling system of FIG. 34;

[0100]  FIG. 36 is a side elevation view, partially broken away of the container handling system of FIG. 34;

[0101]  FIG. 37 is a rear elevation view of the container handling system of FIG. 34;

[0102]  FIG. 38 is a front elevation view of a portion of a container handling apparatus in accordance with the invention;

[0103]  FIG. 39 is a front elevation view of another portion of the container handling apparatus of FIG. 34;

[0104]  FIGS. 40-42 illustrate a front diagrammatic elevation view illustrating a portion of the container handling apparatus in accordance with the invention;

[0105]  FIGS. 43-44 illustrate a side elevation view, partly in section, of a portion of the food packaging apparatus in accordance with the invention;

[0106]  FIG. 45 is a top plan view of a food packaging device in accordance with the present invention;

[0107]  FIG. 46 is a perspective view of a container-receiving receptacle in accordance with the present invention;

[0108]  FIG. 47 is a top plan view of the device of FIG. 47;

[0109]  FIG. 48 is a sectional view along line 48-48 of FIG. 47;

[0110]  FIG. 49 is a cross-sectional view along line 49-49 of FIG. 47 and further including a portion of a conveyor system in accordance with the present invention;

[0111]  FIG. 50 is a sectional view along line 50-50 of FIG. 49;

[0112]  FIG. 51 is a front elevation view of a carton useful in accordance with the present invention;

[0113]  FIG. 52 is a rear elevation view of a carton useful in accordance with the present invention;

[0114]  FIG. 53 is a sectional view along line 53-53 of FIG. 52;

[0115]  FIG. 54 is a bottom plan view of the container of FIG. 51;

[0116]  FIG. 55 is a sectional view along line 55-55 of FIG. 57;

[0117]  FIG. 56 is a perspective view showing use of the food container of FIG. 51;

[0118]  FIG. 57 is a perspective view of a food container useful in accordance with the present invention;

[0119]  FIG. 58 is an alternate embodiment perspective view of a container useful in accordance with the invention;

[0120]  FIG. 59 is a development view of the carton of FIG. 51;

[0121]  FIG. 60 is a side elevation view of the carton of FIG. 51;

[0122]  FIG. 61 is a sectional view of a portion of the food packaging device of FIG. 25;

[0123]  FIG. 62 is a sectional view of a portion of a food storage device in accordance with the present invention;

[0124]  FIG. 63 is a sectional view of the food storage device of FIG. 62;

[0125]  FIG. 64 is a side elevation view, partly in section, a hood system in accordance with the present invention;

[0126]  FIG. 65 is a perspective view of an automated seasoning device in accordance with one aspect of the invention;

[0127]  FIG. 66 is a side elevation view of the seasoning device of FIG. 65;

[0128]  FIG. 67 is a front elevation view of the seasoning device of FIG. 65;

[0129]  FIG. 68 is a top plan view of the seasoning device of FIG. 65;

[0130]  FIG. 69 is a diagrammatic view of a control system in accordance with the present invention;

[0131]  FIG. 70 is a diagrammatic view of a control system in accordance with the present invention;

[0132]  FIG. 71 is a diagrammatic view of a frying cycle in accordance with the present invention;

[0133]  FIG. 72 is a schematic illustration of a sample touch screen monitor useful in accordance with the invention; and

[0134]  FIG. 73 depicts another touch screen layout in accordance with the present invention

## DETAILED DESCRIPTION OF THE INVENTION

[0135]  General

[0136]  In accordance with the present invention, an automated food processing system and method is provided  The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator

[0137]  Referring to the Figures generally and in particular to FIGS. 1 and 3, there is illustrated an automated food processing system 100 in accordance with the invention. Automated food processing system 100 includes a food dispensing device 200, a fry device 400 and a food packaging device 600  In accordance with one embodiment of the present invention, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be constructed and are sometimes illustrated in "modular" construction or form  By "modular" construction or form it is meant that dispensing, fry and packaging devices 200, 400 and 600, respectively, can exist and be contained in separate cabinets, for example, and also operate independently of the other devices  Thus, if one of dispensing, fry and packaging devices 200, 400 and 600, respectively, are inoperative or are otherwise deactivated, the function of the deactivated or inoperative device can be performed manually  For example, food to be fried could be manually dispensed in place of dispensing device 200  Alternatively, food to be fried could be fried in a conventional fry vat after being dispensed from dispensing device 200 in place of using fry device 400 and food that is dispensed and fried in dispensing and fry devices 200 and 400, respectively, could, in turn, be packaged manually, for example

[0138]  To facilitate such modular construction and use, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be contained in a separate wheeled cabinet, 202, 402 and 602, respectively, as illustrated in FIG. 1  Alternatively, dispensing, fry and packaging devices 200, 400 and 600, respectively, could be mounted as a single unit or in a single cabinet or in "non-modular form," as desired, or more than one of such devices 200, 400 and 600 could be so mounted or combined

[0139]  A suitable control system for the dispensing, fry and packaging devices is also provided  As will be described

more completely hereafter, in one embodiment, the control system includes a central control system 110 that can interface with a point-of-sale system 112 The central control system will communicate with separate subcontrol systems 114, 116 and 118, one for each of the dispensing, fry and packaging devices 200, 400 and 600, respectively Alternatively, a single central control system (not shown) could be utilized in place of individual control systems for each of devices 200, 400 and 600 Similarly, as another alternative, a single central control system could be utilized to control the overall operation of automated food processing system 100 as well as controlling the individual functions and aspects of dispensing, fry and packaging devices 200, 400 and 600

[0140]  The basic operations of dispensing device 200, fry device 400 and food packaging device 600 will now be briefly discussed and discussed in detail hereafter

[0141]  Briefly, dispensing device 200 functions to dispense a quantity of food to be fried to fry device 400 In one aspect of the invention, any suitable food dispensing device can be utilized Dispensing device 200 can include a cabinet 202 to house the components of dispensing device 200 In one embodiment, cabinet 202 will be refrigerated, preferably below 32° F so that the food contents therein will remain frozen This allows the food stored in dispensing device 200 to remain therein for a long period of time, much longer than if the contents were merely refrigerated (above freezing) or merely at room temperature

[0142]  In the illustrated embodiment, dispensing device 200 includes an uncooked bulk food dispensing container 204 Uncooked bulk food dispensing container 204 may be utilized for food such as French fries or chicken nuggets, for example Other types of food may also be contained in a dispenser such as uncooked bulk food dispensing container 204 Typically, those types of food would be in the form of relatively small food pieces compared to relatively large food pieces such as chicken patties, for example

[0143]  For relatively large food pieces, a large food dispensing container is utilized In one embodiment, the large food dispensing container is in the form of a magazine food dispenser 206

[0144]  Food dispensed from a dispenser of dispensing device 200 is deposited on a conveyor 208 that, in turn, directs the deposited food to a secondary or dump container 210 for subsequent discharge from dispensing device 200

[0145]  In the illustrated embodiment, uncooked bulk food dispensing container 204, magazine food dispenser 206, conveyor 208 and secondary container 210 are contained in cabinet 202, which is a refrigerated environment, preferably maintained below freezing (32° F or lower)

[0146]  While any suitable conveyor can be utilized in one aspect, conveyor 208 is preferably a vibratory conveyor, vibrated by a suitable vibratory mechanism that vibrates a conveyor body 214 Conveyor body 214 may take the form of a suitably shaped tray, for example

[0147]  By containing the foregoing components in a refrigerated and preferably frozen environment, consistency in food preparation and dispensing is achieved, thereby contributing to the overall efficient, effective and uniform performance of automated food processing system 100

[0148]  Secondary container 210 can be of a form as desired and includes suitable weighing mechanism 216 to permit a determination of the quantity of food contained in secondary container 210 Weighing mechanism 216 can be any suitable device to weigh the contents or otherwise determine the amount of food in secondary container 210 Weighing mechanism 216 may comprise a load cell or a mechanism for determining the volume of food deposited into secondary container 210, for example In this manner, the amount of food that is charged to fry device 400 at a particular time can be determined In addition, weighing mechanism 216 can be operated during operation of conveyor 208 and the operation of conveyor 208 continued until a desired amount of food is deposited in secondary container 210 In this manner, a precise amount of food can be delivered to secondary container 210 thereby permitting consistency and uniformity in the portion of food that is delivered to fry device 400 This is also important to ensure that a sufficient quantity of food is being cooked by automated food processing system 100

[0149]  Prior to activation of dumping mechanism 218, discharge door 220 of cabinet 202 is opened by operation of a door opening device which can be any suitable device as desired and in the illustrated embodiment is a cylinder 222 attached to discharge door 220 and moveable up and down in the direction of arrow B  Cabinet 202 is preferably insulated with a suitable insulating material 224 that is also provided in discharge door 220  The provision of a suitable insulating material is important, particularly since dispensing device 200 will typically be located proximate or adjacent fry device 400 that operates at a substantially elevated temperature, thereby typically generating substantial heat

[0150]  In the illustrated embodiment, dispensing device 200 includes four dispensing lanes from which food is discharged from dispensing device 200 and to a suitable location such as fry device 400  After dispensing through discharge door 220, cylinder 222 is activated to close discharge door 220  Similarly, dumping mechanism 218 of secondary container 210 is activated to return secondary container 210 to its upright position to receive more food

[0151]  Fry device 400 includes a fry wheel 404, a fry vat 406 for containing and heating a suitable cooking oil and a drive mechanism 408 for suitably rotating fry wheel 404  It is to be understood that in accordance with one aspect of the invention any suitable frying device can be utilized

[0152]  In the illustrated embodiment of FIGS. 3 and 11-16, fry device 400 includes a plurality, in this case four, of separate fry wheels 404, 410, 412 and 414, as well as four separate fry vats 416, 406, 420 and 418 and a separate drive mechanism 408 for each fry wheel, each dedicated to a particular one of fry wheels 404, 410, 412 and 414

[0153]  In one embodiment, a separate drive mechanism is provided for each of fry wheels 404, 410, 412 and 414 and can be suitably located in cabinet 402, preferably in a location that is above the level of cooking oil present in the associated one of fry vats 416, 406, 420 and 418, respectively

[0154]  The suitable rotation of each of fry wheels 404, 410, 412 and 414 can be as desired to direct food articles loaded therein down and through the fry vat until reaching the other side of the fry vat whereupon the food articles are

US 2005/0193898 A1

9

Sep. 8, 2005

discharged The rotation can be either continuous or a periodic incremental rotation For example, a suitable drive mechanism can be provided to periodically rotate fry wheel 410 in a desired rotational increment, which may be based on the number of compartments contained in fry wheel 410 In the illustrated embodiment of FIG. 13, for example, fry wheel 410 comprises eight food compartments 422, 424, 426, 428, 430, 432, 434, and 436 Each of food compartments 422-436 is a perimeter food compartment and open to the perimeter or exterior of fry wheel 410 Each of fry wheels 404, 412 and 414 can be similarly configured

[0155]   As described in more detail hereafter, each of compartments 422-436 is formed from a perforated curved compartment forming member 510

[0156]   In the rotation of fry wheel 410, a periodic incremental rotation can be based upon 360° divided by the number of compartments. Thus, for example, in the illustrated embodiment of FIG. 13, each periodic rotation would consist of a rotation of 360° divided by eight compartments or a periodic rotation increment of 45° Thus, as illustrated in FIG. 13, the food contained, in this case French fries, in compartments 424-430 would remain in cooking oil 454 contained in fry vat 406 for all or part of four incremental rotations, after which the food would be discharged from fry wheel 410 in the next incremental rotation thereof For example, as illustrated in FIG. 13, compartment 422 is ready to receive a charge of food to be fried, compartment 424 has a charge of food that has been just immersed in cooking oil 454 Cooking oil 454 is at a level H as illustrated in FIG. 13, which is dependent upon the amount of food contained in compartments 422-436 that are submerged in cooking oil 454.

[0157]   Similarly, compartment 426 has food contained therein that has gone through two incremental 45° rotations of fry wheel 410, compartment 428 has food contained therein that has undergone three incremental rotations and food compartment 430 has food contained therein that has undergone four incremental rotations of fry wheel 410 and compartment 432, which is now empty, has discharged the food contained therein upon the last incremental rotation of fry wheel 410 Thus, upon the next incremental rotation of fry wheel 410, which is in the clockwise direction as shown by arrow B of FIG. 13, the food contained in food compartment 430, which in this case is a quantity of French fries 455, will be discharged from compartment 430 to the food packaging device which is hereafter briefly described

[0158]   Upon discharge of food, which in this case is a quantity of French fries from one of compartments 422-436 of a fry wheel, such as fry wheel 410 as illustrated in FIG. 3, the food is deposited onto an inlet chute 604 of food packaging device 600

[0159]   From inlet chute 604, the food from inlet chute 604 received from fry wheel 410 is deposited into rotatable food dispensing member 606 Typically, rotatable food dispensing member 606 will be compartmented into a plurality of compartments that are arrayed along the periphery of rotatable food dispensing member 606

[0160]   Rotatable food dispensing member 606 has a discharge location to discharge the food deposited therein The discharge location is generally located towards an upper portion of rotatable food dispensing member 606 A food

dispensing chute mechanism 608 is positioned to receive cooked food from the discharge location of rotatable food dispensing member 606 In a preferred embodiment, food dispensing chute mechanism 608 incorporates a device for weighing or otherwise determining the quantity of food that has been deposited into food dispensing chute mechanism 608 This ensures that when food is dispensed from food dispensing chute mechanism 608 a minimum quantity of food will be dispensed, thereby ensuring that a container 611 or other package that is to receive the food from mechanism 608 will receive a desired charge

[0161]   Food packaging device 600 preferably also includes a suitable automated container handling system 610. Automated container handling system 610 is capable of, in a preferred embodiment, selecting container 611 of a desired size, retrieving and grasping container 611, erecting unerected container 611 into an erected form and holding the erected container 611 in position to receive food dispensed from food dispensing chute mechanism 608

[0162]   After food container 611 receives food from food dispensing chute mechanism 608, automated container handling system 610 is capable of moving container 611 having food deposited therein to a container receiving receptacle 612 which receptacle 612 can be transported via a conveyor system 614 to a desired location for subsequent pickup of container 611 having food contained therein by a human operator, for example

[0163]   Preferably, a food overflow collection member is provided to collect any food dispensed by food dispensing chute mechanism 608 that is not deposited into container 611 In one embodiment, the overflow food collection device is a rotatable food collection member 613 Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in container 611 and to recycle food collected by overflow food collection member 613 into food dispensing chute mechanism 608 for subsequent dispensing to a container in a first-in, first-out manner so that overflow food is promptly recycled to dispensing chute 608 for dispensing to a container

[0164]   Preferably, food packaging device 600 is configured to include a provision by which food contained in dispensing device 600 is routed to waste where it is not desired to dispense such food into a food container Such a condition could arise, for example, if food is held for too long a period in food packaging device 600 This function may be accomplished, for example, by providing a waste discharge location which can be in the form of a waste chute 615 to which food from rotatable food dispensing member 606 and overflow food collection member 613 can be directed In one embodiment, chute mechanism 608 is lowered and member 606 is rotated to dispense food to chute mechanism 608, which in turn dispenses into member 613 Member 613 is rotated counterclockwise to deliver food to waste chute 615 This process can be continued until all of the food in device 600 is so emptied, if desired

[0165]   Preferably, a suitable structure for applying a desired quantity of seasoning to food contained in food packaging device 600 is provided In the embodiment illustrated in FIG. 3, a food seasoning device 616 is provided Food seasoning device 616 can be any suitable seasoning device as desired In one embodiment, food seasoning

10

device 616 dispenses a desired quantity of seasoning from a bulk storage container through a delivery tube and onto food located in rotatable food dispensing member 606

[0166]  Preferably, and in the embodiment illustrated in FIG. 3, a food seasoning device 616 is provided that directs a desired quantity of seasoning onto food that is contained in a bottom portion of rotatable food dispensing member 606 and inlet chute 604 via a seasoning dispensing head 618

[0167]  Preferably, conveyor system 614 is composed of a raceway 620 that is an endless loop around the periphery of the top surface of cabinet 602 of food packaging device 600, which in one embodiment can be a modular, wheeled cabinet  Conveyor system 614 causes container receiving receptacle 612 to travel around raceway 620 to a food container pickup location 622 where a human operator can pickup food containers having food therein  Preferably, conveyor system 614 includes structure for stopping movement of a container/receiving receptacle 612 at a predetermined location when carrying a food container, such as at food container pickup location 622  Such structure in one embodiment may comprise a gate structure 928 or 928' of FIG. 45 and FIGS. 25-27, respectively, that extends across at least a portion of raceway 620 in the vicinity of the predetermined location  Any suitable type of barrier structure can be utilized to prevent the desired movement  Most preferably, gate structure 928 or 928' will be located at a height that is above the top of the receptacle when located on conveyor system 614 so that movement of container/receiving receptacle 612 is prevented or stopped only for a receptacle 612 that has a food container 611 disposed thereon  Note that the pickup location can be configured as desired and slightly different configurations 622 and 622' are shown in FIG. 45 and FIGS. 25-27, respectively

[0168]  Referring to FIG. 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention  Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing device 200, previously briefly described, where like reference numerals represent like elements  Food dispensing device 201 includes fewer uncooked bulk food dispensing containers 204 and additional magazine food dispensers that are similar to magazine food dispenser 206, previously referred to  Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

[0169]  Automated food processing system 101 also includes fry device 400, which has been described

[0170]  One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600  In place of food packaging device 600, a food storage device 635 is provided  Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual processing  As configured in FIG. 2, food storage device 635 includes separate heated product receiving receptacles 637, 639, 641 and 643  Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively  In addition, each receptacle 637-643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

[0171]  As illustrated in FIG. 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641  Food item F can be stored therein for a period of time until it is ready for subsequent processing

[0172]  Food Dispensing Device

[0173]  Referring to the Figures generally and in particular to FIGS. 1-10, there is illustrated various embodiments of food dispensing devices and portions thereof in accordance with the invention

[0174]  In one embodiment, food dispensing device 200 is illustrated or partially illustrated in FIGS. 1 and 3-8  Food dispensing device 200 includes a cabinet 202, bulk uncooked food dispensing containers 204, 205 and 207, magazine food dispenser 206, 209, 211 and 213, and a suitable conveyor system for each lane 234, 236, 238 and 240 of food dispensing device 200  Any suitable number of magazine dispensers can be used for a particular lane, such as one, two, three, four, five or more, and the illustrated embodiment of four is merely an example  As configured in FIG. 1, for example, lane 234 receives material from bulk hopper 204, lane 236 receives food material from bulk hopper 205, lane 238 receives food material from bulk hopper 207 and lane 240 receives dispensed food from magazine food dispensers 206, 209, 211 and 213 as will be described hereinafter in greater detail, particularly with respect to food dispensing device 201 of FIG. 2, for example

[0175]  Each lane 234, 236, 238 and 240 dispenses food that is subsequently directed to fry wheels 410, 412, 414 and 404, respectively

[0176]  The components of lane 238 will now be described in detail and it is to be understood that the components of lanes 234 and 236 are similar  Lane 238 includes uncooked bulk food dispensing container 207 and a food handling system 242 which in this embodiment is identical for each lane 234, 236, 238 and 240 as well as for each lane of food dispensing device 201  It should be noted that food handling system 242, as for example, illustrated in FIGS. 3-6 is depicted with respect to lane 240 and that food handling system 242 is the same for each lane 234, 236, 238 and 240

[0177]  Food handling system 242 includes conveyor system 208, secondary container 210, weighing mechanism 216 and dumping mechanism 218  Conveyor system 208 includes vibratory mechanism 212 and conveyor body 214

[0178]  Uncooked bulk food dispensing container 204 can be of a shape and dimension generally as desired  Preferably, uncooked bulk food dispensing container 204 has an upper opening to permit a supply of food to be placed in uncooked bulk food dispensing container 204  Upper opening 244 as illustrated is located in an upper rear portion of uncooked bulk food dispensing container 204 and can be conveniently accessed via a rear door 246 of cabinet 202  Rear door 246 preferably is insulated with suitable insulation material 247

[0179]  Uncooked bulk food dispensing container 204 is composed of a pair of opposed upper sidewalls 248, a pair of generally opposed lower sidewalls 250 and front and rear walls 252 and 254, respectively, which connect together upper sidewalls 248 and 250 to provide uncooked bulk food dispensing container 204  Front sidewall 252 includes a

lower portion 252' that extends inwardly from top to bottom to further facilitate discharge of food contained in uncooked bulk food dispensing container 204 Preferably, lower generally opposed sidewalls 250 are slightly indented from top to bottom to facilitate the discharge of food that may be contained therein

[0180]  Uncooked bulk food dispensing container 204 includes a bottom opening 256 that permits the discharge of food contained therein Bottom opening 256 can be configured as desired and in the illustrated embodiment the entire bottom of uncooked bulk food dispensing container 204 is open In the illustrated embodiment, uncooked bulk food dispensing container 204 is particularly suited for use with food such as French fries and chicken nuggets as well as other types of food of relatively small size

[0181]  Uncooked bulk food dispensing container 204 is suitably mounted within cabinet 202 While a suitable mounting structure can be utilized, it is preferred to utilize a structure that will minimize heat transfer from the exterior and through cabinet 202 to uncooked bulk food dispensing container 204, particularly where cabinet 202 is refrigerated, especially where temperatures below freezing are utilized In that regard, front mounting bracket 258 and rear mounting bracket 260 each are configured to minimize heat transfer from cabinet 202 to uncooked bulk food dispensing container 204 In that regard, front mounting bracket 258 and rear mounting bracket 260 include openings, 258' and 260', respectively, to minimize such heat transfer and to maximize airflow around the containers 204, 205, 207 and dispensers 206, 209, 211 and 213 Similarly, materials of low thermal conductivity can also be utilized, if desired, for brackets 258 and 260 Generally, to minimize heat transfer and to maximize airflow, the surface area contact and cross-sectional area of mounting brackets 258 and 260 should be minimized to reduce heat transfer and "hot spots" on uncooked bulk food dispensing container 204

[0182]  As illustrated in FIGS. 3 and 4, for example, food contained in uncooked bulk food dispensing container 204 passes through bottom opening 256 and onto conveyor body 214 which in the illustrated embodiment is a suitably dimensioned pan Conveyor body 214 is suitably mounted to vibratory mechanism 212 to effect vibration of conveyor body 214 as well as food contained therein and food contained in uncooked bulk food dispensing container 204, and in particular the lower portion of container 204 This vibration facilitates the discharge of food from uncooked bulk food dispensing container 204 and causes food contained in conveyor body 214 to travel in the direction of arrow G Any suitable conveyor system can be used in accordance with one aspect of the invention

[0183]  A preferred type of vibratory mechanism is available from FMC Technologies, Inc of Chicago, Ill marketed under the model F-010-B and DF-010-B Vibratory mechanism 212 is preferably an electromagnetic vibrating mechanism Vibratory mechanism 212 in one embodiment produces a vibrating stroke at the surface of conveyor body 214 The stroke results from the action of an electromagnet that pulls conveyor body 214 sharply down and backward and then allows it to spring up and forward Typical vibratory mechanisms of this type run at about 3,600 vibrations/minute at 60 Hz power The power of the vibrating stroke can be controlled by a suitable drive module as is known in

the art In one embodiment, vibratory mechanism 212 can be operated at about 85% of full power during filling of secondary container 210 with food For the first part of a fill cycle of secondary container 210, vibratory mechanism 212 can be run continuously, then pulsed by turning its power on and off periodically so that vibratory mechanism 212 operates about 50% of the time to finish filling secondary container 210 with a desired quantity of food, thereby providing better control on the last part of the food charged to secondary container 210

[0184]  Food dispensing device 200 preferably includes a suitable mechanism to determine the weight or volume of a charge of food delivered by conveyor system 208 to secondary container 210 The amount may be determined either by weight or volume, for example In the illustrated embodiment, weighing mechanism 216 is operatively interfaced with secondary container 210 to provide an indication of the weight of food contained in secondary container 210 The weight sensed in secondary container 210 by weighing mechanism 216 is communicated with control system 114 of food dispensing device 200 Control system 114 monitors and controls the operative functions of food dispensing device 200 as hereinafter described in greater detail

[0185]  Optionally, a level sensor can be employed in uncooked bulk food dispensing container 204 to provide an indication of the amount of food stored therein that is available for dispensing Any suitable level indicator known in the art can be utilized in accordance with the invention such as photoelectric, weight, turning fork and others, for example

[0186]  Secondary container 210 can be considered as a dump container and as associated therewith, dumping mechanism 218 for rotating secondary container 210 through an arc as indicated by arrow B sufficiently to dump the contents of secondary container 210 Any suitable dumping mechanism can be utilized Illustrated dumping mechanism 218 includes a dump cylinder 264 that is secured to a base 266 Dump cylinder 264 can selectively rotate a drive gear or wheel 268 that, in turn, is operatively associated with a follower gear or wheel 270 to cause rotation of follower gear or wheel 270 Secondary container 210 is rigidly secured to follower gear or wheel 270 so that when follower gear or wheel 270 is rotated by drive gear or wheel 268 secondary container 210 is rotated through an arc that causes secondary container 210 to rotate forward to a dumping position as illustrated in phantom lines in FIG. 3 indicated by reference numeral 210' Such movement is caused by extension of dump cylinder 264 Similarly, retraction of dump cylinder 264 moves secondary container 210 from the dump position indicated by reference numeral 210' to the upright position indicated by reference numeral 210 in FIG. 3 where secondary container 210 is ready to receive a charge of food from conveyor system 208, which in the illustrated embodiment the food is French fries FF

[0187]  An alternative embodiment for secondary container 210 is illustrated in FIG. 4A Secondary container 210' is composed of a pair of opposed spaced apart sidewalls 211 (only one sidewall 211 is illustrated and is depicted in a half-moon configuration) and a pair of sidewalls 213a and 213b, oriented in a V-shaped relationship when container 210' is configured to receive food from conveyor body 214 Sidewall 213a is mounted for pivotal movement about apex

215 of sidewalls 213$a$ and 213$b$ Such movement is accomplished by a drive mechanism similar to cylinder 264, drive gear 268 and driven gear 270, which in this embodiment are cylinder 264', drive gear 268' and driven gear 270', which gear 270' is attached to sidewall 213$a$ When cylinder 264' is extended, sidewall 213$a$ is caused to pivot downwardly as indicated by arrow AA to the position of sidewall 213$a$ shown in phantom, thereby, causing the contents (French fries FF) of container 210' to be dumped Sidewalls 211 act as sidewall guides for sidewalls 213$a$ and 213$b$ when sidewall 213$a$ is in a lowered position, in which case sidewalls 213$a$ and 213$b$ act as a chute or slide

[0188] Control system 262 coordinates the operation of the various functions of food dispensing device 200 For example, when food dispensing device 200 is ready to dump a charge of food from secondary container 210 out of food dispensing device 200, control system 262 activates cylinder 222 to open discharge door 220 thereby permitting the food charge in secondary container 210 to be dumped by dumping mechanism 218 through open discharge door 220 After dumping of the food charge is completed, control system 114 causes dump cylinder 264 to be retracted thereby returning secondary container 210 to a position ready to accept a further charge of food from conveyor system 208 Cylinder 222 has one end rigidly secured to cabinet 202 or some other suitable location and the other end of cylinder 222 is attached to discharge door 220 Typically, discharge door 220 will have a suitable guide mechanism, which may be tracks, slots or other suitable apparatus to guide discharge door 220 to its open and closed positions Cylinder 222 is operable to move door 220 up and down as indicated by arrow B in FIG. 6 to thereby open and close discharge door 220 as desired In the illustrated embodiment, discharge door 220 extends across all four dispensing lanes 226, 228, 230 and 232 If desired, a separate discharge door could be provided for each of dispensing lanes 226, 228, 230 and 232 In addition, control system 262 causes activation of cylinder 222 to close discharge door 220 to prevent heat from entering into cavity 272 of food dispensing device 200 in which the food and various dispensing mechanisms are contained as illustrated in FIGS. 3 and 6, for example

[0189] Food dispensing device 200 can contain suitable refrigeration components 274 such as within a lower portion of cabinet 202 as shown schematically in FIG. 1 In accordance with the preferred embodiment of food dispensing device 200, refrigeration components 274 provide sufficient cooling to provide a below freezing temperature environment in cavity 272 Alternatively, suitable refrigeration components can be provided exteriorly of cabinet 202 and even at a remote location as desired In addition, a storage compartment 276 and a storage compartment door 278 may also be provided in cabinet 202 An upper side access door may also be provided to permit operator access to the interior of cavity 272 where uncooked bulk food dispensing containers 204 and/or magazine food dispensers 206 and/or 209, 211 and 213 are located

[0190] Referring to FIGS. 2 and 7-10, there is illustrated another embodiment of food dispensing device 201 in accordance with the present invention

[0191] Food dispensing device 201 has many similarities to food dispensing device 200 previously described where like reference numerals represent like elements Thus, food

dispensing device 201 includes cabinet 202, four product dispensing lanes 226, 228, 230 and 232 with each such lane incorporating conveyor system 208, secondary container 210, vibratory mechanism 212, conveyor body 214, weighing mechanism 216, dumping mechanism 218, discharge door 220, cylinder 222, insulating material 224, food handling system 242, upper opening 244, rear door 246, uncooked bulk food dispensing container 204 which is associated with product dispensing lane 234, a dump cylinder 264 for each product dispensing lane, cavity 272, refrigeration components 274, storage compartment 276 and a storage compartment door 278 Product dispensing lanes 228, 230 and 232 each have associated therewith a plurality of magazine food dispensers 280-308 arrayed to provide in the embodiment illustrated in FIG. 9 five magazine food dispensers per product dispensing lane in which there are three product dispensing lanes serviced by the foregoing magazine food dispensers Consequently, magazine food dispensers are configured in a three-by-five array and are suspended from a magazine food dispenser support 310 as shown in FIG. 9 Each row of three magazine food dispensers depends from magazine food dispenser support 310 via a slide assembly 312 Slide assembly 312 is similar to a drawer slide including a pair of first and second elongated telescoping left and right slides 314 and 316, respectively Suitable upper rollers 318 are mounted to magazine food dispenser support 310 and lower rollers 320 depend from magazine food dispensers 280-308 for traversing left and right elongated telescoping slides 314 and 316

[0192] Suitable mounting brackets 322 are provided which depend upwardly from magazine food dispenser support 310 for mounting to cabinet 202

[0193] In addition, suitable mounting brackets 324 are provided which depend downwardly from magazine food dispenser support 310 for mounting slide assembly 312 thereto allowing magazine food dispensers 280-308 to depend therefrom

[0194] Magazine food dispenser support 310 has a series of holes 326 and 328 therein Holes 326 can be provided to allow increased airflow and cooling Holes 328 can also be provided to provide increased airflow and cooling for magazine food dispensers 280-308

[0195] Each of magazine food dispensers 280-308 and 206, 209, 211 and 213 briefly discussed with respect to food dispensing device 200 are similar in construction Magazine food dispenser 206 will be discussed with respect to FIGS. 7 and 8 and it is to be understood that the other magazine food dispensers are of similar construction

[0196] Magazine food dispenser 206 includes a body or housing 330 that includes sidewalls 332 and 334, front walls 336 and 338 and corresponding rear walls (not shown) and can be attached in a removable manner if desired, including in a snap-on arrangement to facilitate cleaning Magazine food dispenser 206 also includes a top member or cover 340 having mounted thereover a drive mechanism 342. Drive mechanism 342 includes a drive gear or wheel 344 and a driven wheel or gear 346 Depending from each of drive wheel or gear 344 and driven wheel or gear 346 is a spiral flight that is vertically or generally vertically oriented relative to the longitudinal axis of spiral flights 348 and 350 If desired, a single spiral flight dispenser (not shown) could also be utilized

US 2005/0193898 A1

13

Sep. 8, 2005

[0197] Body 330 of magazine food dispenser 206 can include substantial open portions such as front open portion 352 and a corresponding rear open portion (not shown) Such open portions may have a cover or access door thereover (not shown) Such open portions can be desirable to permit airflow through magazine food dispenser 206 since generally such dispenser will be contained in a refrigerated environment and such openings help ensure that food contained therein remains frozen or chilled as desired A vertical divider (not shown) can be provided between spiral flights 348 and 350 if desired

[0198] A plurality of generally vertically disposed and spaced apart rods 354, 356 and 358 may be provided at the front of magazine food dispenser 206 adjacent spiral flights 348 and 350 and similar rods can be provided at the back of magazine food dispenser 206 Rods 354, 356 and 358 prevent food pieces from falling out of spiral flights 348 and 350 and to maintain spiral flights 348 and 350 in a vertical orientation

[0199] Magazine food dispenser 206 has an open bottom 360 through which food pieces can be dispensed during operation

[0200] During operation, drive wheel 344 can be driven by a suitable electric motor, such as an electric motor 362, 364 and 366 shown with respect to magazine food dispensers 280, 282 and 284 in FIG. 9 Alternatively, other drive devices could be used, including, for example, a rotary air or hydraulic cylinder Rotation of drive wheel 344 in a clockwise direction causes driven wheel 346 to rotate in a counterclockwise direction by virtue of the intermeshing or contact between drive wheel or gear 344 and driven wheel or gear 346 Such rotation causes corresponding rotation of spiral flights 348 and 350, respectively Food contained by spiral flights 348 and/or 350 is moved downwardly by virtue of such rotation When such food reaches the bottom of spiral flights 348 and/or 350, respectively, such food is discharged from magazine food dispenser 206 through open bottom 360 and onto conveyor system 208 for handling as previously described A single motor could be used to drive a plurality of dispensers 280, 282 and 284, etc through a suitable drive mechanism (not shown)

[0201] As shown in FIG. 8, pieces of food can be contained by magazine food dispenser 206 in two different ways For example, individual pieces of food may each be contained by a single elongated spiral flight 348 or 350 as shown with respect to food pieces F1 or F2, respectively. Food pieces F1 and F2 can be any type of desired food and may be a food item such as a hash brown, an individual portion pie, rectangular food patty, or other type of food as desired Chicken nuggets and other food can also be dispensed with the bulk dispenser previously described Larger items of food can span across portions of both elongated spiral flights 348 and 350 as illustrated with respect to food item F3, which may be a larger food item, such as a chicken patty, or other type of food article as desired Spiral flights 348 and 350 can be of a desired radial diameter so that the food piece or pieces that are to be contained and dispensed in magazine food dispenser 206 can be accommodated as illustrated in FIG. 8 Each spiral can contain a food piece so that as illustrated in FIG. 7, the illustrated spirals of spiral flights 348 and 350 could each accommodate twelve food pieces such as food pieces F1 or F2 for a total of twenty-four

food pieces or twelve food pieces such as food piece F3 of FIG. 8 As will be appreciated, spiral flights having a greater or lesser number of flights can be used if desired to hold a greater or lesser number of food pieces, respectively

[0202] A suitable home position sensor 362' can be utilized to indicate a home or start position of each of spiral flights 348 and 350 As illustrated in FIG. 7, a pair of position indicating sensors 362' and 364' are utilized and mounted on drive wheel 344 180° apart for more precise locating of the position of spiral flights 348 and 350. Sensors 362' and 364' can be proximity sensors that align with corresponding sensor pickups on the respective drive gear or motor for magazine food dispenser 206 (not shown)

[0203] Preferably, spiral flights 348 and 350 are offset by one rotation so that a single food item such as food item F1 or F2 in FIG. 8 will be dispensed from one of either spiral flight 348 or 350 for each one-half rotation of spiral flights 348 and 350

[0204] Preferably, food dispensing device 200 and food dispensing device 201 are constructed in modular form, an example of which is illustrated in FIGS. 1 and 2, respectively Wheels 368 are provided to permit cabinets 202, 402 and 602 to be suitably transported across a relatively flat surface, such as a restaurant work area floor

[0205] Food Frying Device

[0206] Referring to the Figures generally, and in particular to FIGS. 1-2 and 11-24, there is illustrated fry device 400 and various components and alternative components thereof in accordance with the invention

[0207] In one embodiment, fry device 400 includes cabinet 402, four fry wheels 404, 410, 412 and 414, four fry vats 406, 416, 418 and 420, four drive mechanisms 408, one for each of fry wheels 404, 410, 412 and 414 Each fry vat 406, 416, 418 and 420 is dimensioned to contain a desired volume of a suitable cooking oil Each fry vat 406, 416, 418 and 420 is dedicated to one of fry wheels 404, 410, 412 and 414, respectively

[0208] In operation in the preferred embodiment, fry device 400 is positioned to receive the food dispensed from a food dispensing device, such as food dispensing device 200 and food dispensing device 201 Consequently, it is advantageous to position fry device 400 adjacent food dispensing device 200 or 201 as illustrated in FIGS. 1 and 2, respectively A suitable control panel 456 can be provided and located in a suitable location, such as on the side of cabinet 402 In the illustrated embodiment, control panel 456 contains a separate display for each of fry wheels 404, 410, 412 and 414 referred to by reference numerals 456a-d, respectively Control panels and displays 456a-d can include information such as set cycle time, oil temperature, oil level as well as controls to adjust cycle time and oil temperature, for example

[0209] Referring to FIG. 13, there is illustrated fry wheel 410 Fry wheel 410 includes two opposed circular spaced apart circular disks 458a and 458b Disks 458a and 458b can include a plurality of apertures 460 as desired to reduce wheel weight and to provide circulation of cooking oil and to permit passage of water vapor therethrough, such as during frying food products, for example A fry wheel axle 462 is provided to which disks 458a and 458b are mounted

US 2005/0193898 A1

14

Sep. 8, 2005

Axle 462 is suitably mounted, typically and preferably for rotation with respect to fry vat 406 at a location above the normal level of cooking oil or range of levels of cooking oil that will be encountered in fry vat 406 during operation

[0210]   In one embodiment, outer peripheral edge 464 of each of disks 458a and 458b include a plurality of teeth 466

[0211]   Teeth 466 can be utilized to drive fry wheel 410 in a manner as hereinafter described Referring to FIGS. 14-16, there is illustrated in sectional view of disk 458a of fry wheel 410, a portion of which is located within fry vat 406 A drive wheel 468 is associated in operative position relative to teeth 466 located on outer peripheral edge 464 of disk 458a Drive wheel 468 can be formed from a disk of material of a suitable thickness having a circumferential groove 470 therein Circumferential groove 470 is typically at least or slightly greater than the thickness of disk 458a in the area where drive wheel 468 and disk 458a are juxtaposed as illustrated in FIGS. 14 and 15 A series of spaced apart pins 472 extend across circumferential groove 470 and are radially arrayed and spaced from the center of drive wheel 468 Drive wheel 468 includes a central aperture 474 through which a drive axle 476 can be mounted In operation, drive wheel 468 is rotated by drive axle 476 with drive wheel 468 being positioned a fixed distance from disk 458a so that pins 472 mesh with teeth 466 when rotated as illustrated in FIG. 14 thereby causing rotation of disk 458a and consequently fry wheel 410 in a direction of rotation opposite to the rotation of drive wheel 468, as indicated by arrows K and L of FIG. 14

[0212]   It is to be understood that any suitable drive wheel and drive arrangement can be utilized For example, in place of drive wheel 468 with pins 472, a drive arrangement could be utilized in which a drive gear is utilized to mesh with a corresponding gear located around the periphery of disk 458a and/or 458b, for example Alternatively, a friction drive system could be utilized in which a friction drive wheel would contact the edge of one or both of circular disks 458 which could be of a design having no teeth therealong, such as illustrated in alternative embodiment wheels 479 and 481 described hereafter Since the wheel will have cooking oil thereon, the coefficient of friction between the drive wheel and fry wheel will be decreased. Care should be taken to assure that when using a friction drive, sufficient pressure is maintained between the driving wheel and the fry wheel

[0213]   Referring to FIG. 16, there is illustrated a drive mechanism for driving drive wheel 468 The drive mechanism includes an electric motor 478, a gear reduction drive 480, an output shaft 482, a drive pulley wheel 484, a driven pulley wheel 486 and a drive belt 488 extending around drive pulley wheel 484 and driven pulley wheel 486 to drive axle 476 which thereby drives drive wheel 468 since the end 476a of axle 476 is fixed in aperture 474 with respect to drive wheel 468 A shear pin 490 can be located in a shear pin aperture 492 of drive wheel 468 to retain axle 476 in a fixed position relative to drive wheel 468 Axle 476 is suitably contained within an axle journal 494 which, in turn, is mounted to frame 496 to permit movement of axle 476 relative to axle journal 494 and frame 496 Similarly, motor 478 and gear reduction drive 480 are suitably mounted to frame 496 If desired, motor 478 may be a stepper motor

[0214]   Typically, it is important that the fry wheel is rotated in periodic increments for a compartment to be

aligned with a respective discharge slide 498 of fry device 400 or other slide, ramp or discharge location after a periodic rotation Typically, the leading edge 500 of a compartment bottom, such as compartment bottom 432' of compartment 432 as shown in FIG. 13 is aligned with the upper edge of fry vat 406 or the top edge of discharge chute 498 associated therewith to allow the contents of compartment 432 to be discharged therefrom. As illustrated in FIG. 13, the contents of compartment 432 have already been discharged from fry wheel 410 This is particularly important where incremental rotation of fry wheel 410 is utilized as opposed to a continuously moving fry wheel. Thus, for incremental rotation it is desirable for bottom edge 500 of compartment 432 to be aligned with discharge 498 or the upper edge 406' of fry vat 406 In order to accomplish this, a stepper motor can be utilized to drive fry wheel 410 Alternatively, or in addition, the position of the baskets can be sensed and their position adjusted accordingly to assure that all baskets are in the correct position for loading and discharge during operation Also, utilizing location sensors allows use of a simple DC or AC motor, as opposed to a stepper or servo motor Any suitable sensor can be utilized in conjunction with a control system to control operation of the fry wheel drive motor. Suitable sensors include proximity, magnetic reed, Hall Effect, photoelectric and capacitive sensors Such sensors are well known in the art and consequently a detailed description of those sensors is not included herein

[0215]   In accordance with another aspect of the invention, it should be understood that the height of cooking oil in one of fry vats 406, 416, 418 and 420, such as the level of cooking oil indicated by reference letter H in FIG. 13 in fry vat 406 will increase or decrease depending upon the amount of food that is submerged underneath the surface of cooking oil contained in fry vat 406 Thus, as illustrated in FIG. 13, compartments 424, 426, 428 and 430 each have a charge of food, in this case French fries 455 contained therein Each compartment contains approximately one pound of French fries 455 Consequently, there are about four pounds of French fries that are beneath the surface level H of cooking oil contained in fry vat 406 This quantity of submerged food raises the level H of cooking oil in fry vat 406 This increase in the level of cooking oil can cause the food to be submerged and therefore cooked for a longer of period of time in the cooking oil For example, contrast the level of cooking oil depicted in FIG. 13 with the level of cooking oil depicted in FIG. 20 in which a charge of French fries 455 is contained only within compartment 426 This results in a substantially reduced level of cooking oil H' as indicated in FIG. 20 Thus, the control system for fry device 400 can be adjusted to take into account for different levels of cooking oil which can be sensed by a suitable sensor as is known by those skilled in the art (not shown) Where rotation of fry wheel 410 is done incrementally after a period of time elapses, the period between incremental rotations can be increased or decreased as desired based on the level of cooking oil present in fry vat 406 For example, in the situation illustrated in FIG. 13, the duration between incremental rotation of fry wheel 410 could be decreased compared to the situation depicted in FIG. 20 where the level H' of cooking oil is significantly lower than the level H of cooking oil in FIG. 13. This assumes that the temperature of cooking oil in each of the situations depicted in FIGS. 13 and 20 is substantially the same Similarly, if a constant rotation fry wheel operation is utilized, such as where fry

wheel **410** would rotate constantly, the rotational speed could be increased to handle the situation depicted in FIG. **13** compared to the speed of the wheel that would be utilized for the situation in FIG. **20**, where the level H' of cooking oil in FIG. **20** is significantly less than the level H of cooking oil in FIG. **13**

[0216]  Referring to FIGS. **13** and **20**, frying device **400** can also include a fry wheel follower "or fry wheel liner"**502** which is supported by a fry wheel follower support **504** Fry wheel follower **502** is a curved perforated circular segment having a width approximately equal to the width of fry wheel **410** Fry wheel follower **502** is supported by a pair of fry wheel follower supports **504** that are spaced apart and connected by lateral supports **506** Fry wheel follower **502** prevents food pieces that are larger than the perforations in fry wheel follower **502** from falling from fry wheel compartments **422-436** during operation Preferably, the perforations in fry wheel follower **502** are composed of circular holes having a diameter of about 0.187 inches that are in staggered rows having a center-to-center hole distance of about 0.312 inches Fry vat **406** includes a suitable heating element **505**, illustrated in FIGS. **13, 20** and **21**

[0217]  Referring to FIGS. **17-19** there is illustrated a curved compartment forming member **438** which is composed of two opposed sidewalls **508***a* and **508***b* that are interconnected by a curved J-shaped member **510** that forms compartment bottom **510***a* and compartment top **510***b* Preferably, a wiper **512** is suitably mounted to compartment member **510**

[0218]  A plurality of compartment forming members **438** are mounted together in fry wheel **410** to provide a plurality of adjacent peripheral food compartments **422-436** as illustrated in FIG. **13** As illustrated in FIG. **13**, the top of one J-shaped member **510** abuts the bottom of adjacent J-shaped member **510** Thus, advantageously, a fastening member **514**, which can be a rivet, for example, that secures wiper **512** to compartment bottom **510***a* of one curved J-shaped member **510** will also pass throughout the compartment top **510***b* of the adjacent curved J-shaped member **510** Preferably, wiper **512** has a plurality of transversely extending grooves **516***a-f* that permit drainage of cooking oil therethrough as wiper **512** exits the cooking oil in fry vat **406**, for example

[0219]  Referring to FIG. **17**, opposed sidewalls **508***a,b* and curved J-shaped member **510** are perforated to permit the flow of cooking oil therethrough thereby promoting good heat transfer between the cooking oil contained in fry vat **406** and food contained in one of compartments **422-436** when immersed in cooking oil A suitable hole size is about 0.156 inches spaced center-to-center about 0.250 inches. Wiper **512** also ensures that close contact is maintained between the interface of fry wheel follower **502** and the top and bottom ends of each food compartment **422-436** which in each case will be bounded by one of wipers **512** Any suitable material can be used for wiper **512** such as rubber or Teflon, for example

[0220]  As an alternative construction, compartments **422-436** could be constructed from curved J-shaped members **510** without opposed sidewalls **508***a* and **508***b*, in which case the compartment sidewalls could be formed from opposed circular disks **458***a* and **458***b* In addition, it should be appreciated by one skilled in the art that any desired

compartment shape can be utilized in accordance with the invention as long as the food can be loaded into the compartment, kept within the compartment during immersion in the cooking oil and which compartment shape discharges the food from the fry wheel

[0221]  Referring to FIGS. **21** and **22**, there are illustrated further aspects of fry device **400**. FIG. **21** is a sectional view along line **21-21** of FIG. **20** FIG. **21** illustrates the elements previously described and in addition shows the interface of adjacent fry vats **406** and **420** and in enlarged form in FIG. **22** Disposed between fry vats **406** and **420** is a banking strip **518** that bridges the gap between fry vats **406** and **420** Banking strip **518** can be in a shape as desired and in the illustrated embodiment is a generally inverted V-shaped strip that spans the gap between fry vats **406** and **420**. Banking strip **518** prevents any material that is discharged between fry wheels **410** and **412** from falling between fry vats **406** and **420** and causing such material to fall into one of fry vats **406** and **420**

[0222]  Referring to FIGS. **23** and **24**, there are illustrated alternate embodiments of a fry wheel for use in accordance with the invention It is to be understood that the fry wheel is capable of numerous changes and rearrangements, and the fry wheel, as well as other components and embodiments of the present invention, is not intended to be limited to the specific embodiments described herein

[0223]  Referring to FIGS. **23** and **24**, there are illustrated wire form wheels **479** and **481** Each of wheels **479** and **481** has a rim **520** and **522**, respectively, constructed of tubing, which can be smooth tubing. Such a wheel could be driven by a friction wheel, if desired In each of wheels **479** and **481** a plurality of individual tubular spokes **524** extend from each rim to a corresponding hub assembly **526** An axle **528** connects hubs **526** together in each of wheels **479** and **481** Wheel **479** includes a slotted member **530** that bridges each pair of spokes **524** Each slotted member **530** includes a centrally disposed slot **532** and a pair of tabs **534** on either side of slot **532** A plurality of fry baskets **536**, one for each slotted member **530** or pair of spokes **524** is mounted in a snap-lock relationship to each slotted member **530** Fry baskets **536** have perforated sides and a perforated bottom and top and can be of a similar configuration as previously described with respect to fry wheel **410** Each basket **536** can have a spring tab member **538** that interlocks with slotted member **530** to secure fry basket **536** to fry wheel **479** resulting in a finished fry wheel **481** as shown in FIG. **24** It is to be understood that the embodiment illustrated in FIGS. **23** and **24** is not limited to snap-in baskets and that other baskets can be used with the wheel arrangement depicted in FIG. **23** with or without slotted members **530**. For example, baskets could be welded or otherwise affixed to rim **520** and spokes **524** Each of fry baskets **536** includes perforations **540** on the sides, top and bottom thereof, such as previously described with respect to compartment forming member **438**

[0224]  Referring to FIG. **24**, there is illustrated an alternative drive mechanism **535** to rotate fry wheel **481** Drive mechanism **535** includes a motor **537**, a shaft **539** and drive rollers **541** and structure for supplying a force in the direction of arrow FW Drive rollers **541** are mounted on shaft **539** which can be rotated by motor **537** to cause rollers **541**, each aligned with one of rims **522**, to rotate, thereby rotating

fry wheel 481. A force FW is supplied in the direction of arrow FW to ensure that rollers 541 impart a sufficient tractive force to cause rotation of fry wheel 481. Force FW can be supplied by any suitable structure, including a spring, a weight or an electromagnet, for example. For example, motor 537, shaft 539 and rollers 541 could be mounted on a platform (not shown) that is moveable in the direction of arrow FW and a force could be applied to urge platform in the direction of arrow FW to ensure proper traction of rollers 541. Rollers 541 may be constructed of any suitable material, including rubber, for example. Motor 537 can be controlled by fry control 116, for example.

[0225] Fry wheel 410 can be rotated as desired so that food deposited in one of compartments 422-436 travels through and out of the cooking oil 454 until that compartment reaches a discharge location. Thus, in the embodiment illustrated in FIGS. 13 and 20, the rotation is in a clockwise direction as indicated by arrow K in FIG. 13 and arrow K in FIG. 20. The rotation of fry wheel 410 can be either continuous or periodic. In a periodic rotation, the rotation will typically be incremental, that is, the wheel is rotated to some degree and then stops. Thereafter, after a set period of time, the wheel undergoes another periodic rotation. This process continues as each fry basket is rotated through and out of the cooking oil vat and to the discharge location. Preferably, each periodic rotation consists of a rotation of 360° divided by the number of compartments present in the fry wheel or some fraction of that periodic rotation increment so that the position of the wheel can be known without the use of sensors. However, the use of a sensor or sensors to be able to monitor wheel position can also be used either as the primary way of controlling wheel position or as a backup. Also, use of a sensor to determine wheel position allows use of a standard AC or DC motor. Suitable control of wheel 410 can be accomplished by fry control 116, for example.

[0226] In accordance with the present invention, a basket shaking simulation can be achieved. Basket shaking simulation can be performed by a relatively slight back and forth rotation of the fry wheel, such as fry wheel 410. Thus, the drive mechanism is activated to rotate the fry wheel clockwise and counterclockwise through a relatively small degree of angular rotation to simulate shaking of a fry basket during frying. The back and forth rotation can occur relatively rapidly and typically the degree of angular rotation will be in the range of from about 2 to about 20 degrees. In addition, the periodic rotation in one direction may be of a larger angle of rotation than the rotation in the other direction.

[0227] Preferably, the degree of rotation during simulated basket shaking will be monitored, particularly where the rotation in one direction is greater than the rotation in the other direction so that the position of each basket relative to the discharge location can be monitored by the control system to ensure proper discharge of food from food compartments.

[0228] Referring to FIG. 64, there is illustrated in partially schematic view fry device 400 along with portions of food dispensing device 200 and food packaging device 600. As illustrated in FIG. 64 a hood system 546 is provided. Hood system 538 includes a hood structure 548, a filter 542 and a drip pan 544.

[0229] A suitable air blower (not shown) can be provided to cause air flow to move within hood system 538 generally

in the direction of arrows A1, A2 and A3. Filter 542 thus filters particulate matter in air flow A1 that passes through filter 542. Drip pan 544 catches any matter that drips from filter 542 that is located above drip pan 544. Preferably, hood system 538 substantially completely encloses the area above fry device 400 to reduce waste discharge into the operating environment of automated food processing system 100.

[0230]   Food Packaging Device

[0231]   Referring to the Figures generally, and in particular to FIGS. 1 and 25-50, there is illustrated various embodiments of food packaging devices and elements thereof in accordance with the invention.

[0232]   In one embodiment, food packaging device 600 is illustrated or partially illustrated and elements useful in connection with food packaging device 600 are illustrated in FIGS. 1 and 25-50. Food packaging device 600 includes a cabinet 602 having a countertop surface 636. Food packaging device 600 can be advantageously constructed in modular form so that it can be operated together with previously described food dispensing device 200 and fry device 400 and alternatively operated separately from both or either of those devices.

[0233]   Food packaging device 600 in the illustrated embodiment includes a food inlet chute 604, rotatable food dispensing member 606, food dispensing chute mechanism 608, automated container handling system 610, container-receiving receptacle 612, overflow food collection member 613, conveyor system 614, waste chute 615, food seasoning system 616 and raceway 620.

[0234]   In the illustrated embodiment, food packaging device 600 includes a container storage device for containing cartons or containers of various sizes. During operation of packaging device 600, the device selects a container of a desired size from container storage magazine 638, erects the container into an erected form that is unerected while contained in storage magazine 638 and then positions the erected container to receive food dispensed from food dispensing chute mechanism 608. After receiving food from food dispensing chute mechanism 608, automated container handling device 610 is capable of moving the filled or partially filled container to container receiving receptacle 612 which is transported via conveyor system 614 to a desired location for subsequent pickup of the container by a human operator, for example.

[0235]   In the embodiment illustrated in FIGS. 25-29, food packaging device 600 includes food overflow collection member 613 to collect food dispensed by food dispensing chute mechanism 608 that is not deposited into a container. In the illustrated embodiment, overflow food collection device 613 is a rotatable wheel as hereinafter described in detail. Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in a container and to recycle that food into food dispensing chute mechanism 608 for subsequent dispensing to a container. This permits food dispensed by food dispensing chute mechanism 608 but not deposited in a container to be promptly recycled to the dispensing chute in a first-in, first-out manner, so that overflow food is promptly recycled and dispensed to a container.

[0236]   Referring to FIGS. 26-28, there is illustrated food packaging device 600 in which inlet chute 604 is positioned

17

to receive food, in this case French fries, from food dispensing lanes 234, 236 and 238 of dispensing device 200, which food has been subsequently fried after dispensing in fry wheels 410, 412 and 414 of fry device 400 After frying in any of wheels 410, 412 and 414 of fry device 400, food dispensed therefrom enters inlet chute 604, as illustrated in FIGS. 3 and 28, for example In inlet chute 604 the food travels downwardly along chute 604 and into rotatable food dispensing member 606 in the direction of arrow M of FIG. 28 and arrow E of FIG. 3 Inlet chute 604 can be configured as desired and may be configured to accept the product from any one or all of fry wheels 404, 410, 412 and 414 In FIGS. 25-27, a holding area 607 receives product from fry wheel 404 for manual packaging A manual or automated diverter bar 605 can optionally be provided as shown in FIG. 27 to divert French fries from device 600 to permit filling unsalted fry orders Bar 605 can be moved between open and closed positions as indicated by arrow Z, such as by a cylinder (not shown)

[0237]  Rotatable food dispensing member 606 in the illustrated embodiment is a dispensing wheel that is mounted for rotation in dispensing device 600 Dispensing member 606 has a plurality of food containing compartments 640 that are arrayed around the periphery of rotatable food dispensing member 606 Each of compartments 640 is divided from another compartment by a compartment wall 642 Preferably, each compartment wall 642 is not normal to peripheral edge 644 of rotatable food dispensing member 606 but at a slight angle such as, for example, as illustrated in FIG. 29 and FIG. 61

[0238]  Wheel 606 includes a pair of opposed rim portions 646a and 646b and a circular ring portion 648 that interconnects opposed rims 646a and 646b Circular ring 648 is disposed close to the peripheral edges of rims 646a and 646b and defines peripheral edge 644 Preferably, circular ring 648 is constructed of a perforated metal material so that circular rims 646a and 646b have perforations 650 therethrough as illustrated in FIG. 28, for example

[0239]  In accordance with the illustrated embodiment, rotatable dispensing member 606 is configured as a rotatable wheel although other embodiments are within the scope of the invention For example, a rotatable dispensing member in accordance with the invention could be a portion of a wheel, such as a semicircular or other configuration

[0240]  In the illustrated embodiment, rotatable food dispensing member 606 is rotated by a drive mechanism 652 Drive mechanism 652 consists of a motor 654 that drives a drive wheel 656 Drive mechanism 652 is controlled by a suitable control mechanism to cause rotation of drive wheel 656 and hence rotatable food dispensing member 606 in a desired direction and at a desired rate of speed Drive wheel 656 can be a pressure roller or alternatively can be a drive wheel like or similar to drive wheel 468 previously described with respect to FIG. 14 Rotatable food dispensing member 606 can be driven via one or both of opposed rims 646a and 646b Alternatively, and as illustrated in FIG. 28, rotatable food dispensing member 606 is driven through a drive rim 658 Each of rotatable food dispensing members 606 and overflow food collection member 613 rest on spaced apart rollers 660 and 662 Each of rollers 660 and 662 are constructed to bear the weight of rotatable food dispensing member 606 and overflow food collection member 613

and have a length that spans both Alternatively, separate rollers or some other supporting structure could be used to support rotatable food dispensing member 606 and overflow food collection member 613 An inner curved fender or baffle member 664 as illustrated in FIG. 29 is provided to ensure that food contained in compartment 640 of rotatable food dispensing member 606 does not prematurely discharge Preferably, fender 664 follows the inner curvature of rotatable food dispensing member 606 and has perforations 666, which can be similar to perforations 650 of circular ring 648 Fender 664 is suitably mounted so that it is stationary relative to rotatable food dispensing member 606 A similar fender could also be provided for overflow food collection member 613, if desired (not shown)

[0241]  Referring to FIG. 61, there is illustrated an elevation view of a portion of rotatable food dispensing member 606 which is typically rotated in the direction of arrow Y when viewed from the front of food packaging device 600 Fender 664 prevents food, in this case French fries FF, from falling from compartments 640 prematurely

[0242]  Overflow food collection member 613 is configured to collect food deposited from food dispensing chute mechanism 608 that is intended to be received into container 611 when held in position to receive food from food dispensing chute mechanism 608 which food does not stay in container 611 This can occur since oftentimes it is desirable to overfill container 611 so that food is mounded up above the top surface of container 611 Also, for food such as French fries, such food material fills container 611 somewhat randomly and it is typical for French fries to dangle over the sides of container 611 In the illustrated embodiment, overflow food collection member 613 is configured in a manner similar to rotatable food dispensing member 606 previously described Thus, food collection member 613 includes opposed rims 668a and 668b and circular ring 670 having perforations 672 Circular ring 670 connects opposed rims 668a and 668b in a manner as previously described with respect to member 606 In addition, food collection member 613 has a plurality of inner compartments that are similar in construction to compartment 640 previously described with respect to member 606 Member 613 also has a drive rim 674 and is driven by a drive mechanism 676 that is similar to drive mechanism 652 previously described including a drive wheel 676' and a motor 678 Drive mechanism 676 is configured to rotate food collection member 613 in either a clockwise or counterclockwise direction as hereinafter described in more detail

[0243]  Food collection member 613 also includes a plurality of compartment walls 680 that are similar to compartment walls 642 previously described with respect to rotatable food dispensing member 606, providing a plurality of food containing compartments 682

[0244]  Each of food dispensing member 606 and food collection member 613 has bottom portions that are disposed through an opening 684 in countertop surface 636 of cabinet 602 The construction of the illustrated embodiment permits food dispensing member 606 and overflow food collection member 613 to be readily removed from food packaging device 600 such as for cleaning and/or repair

[0245]  A heating system as described can be incorporated into food packaging device 600 to supply heat to food contained therein For example, a heating system 681 can be

provided, which is illustrated in FIG. 29 Heating system 681 includes a heating device 683 having a heating element 685, located above dispenser 606 as desired Heating devices 687 and 689 may also be included within dispenser 606 and/or 613 as desired The heating devices may comprise radiant heaters and can be ceramic heaters, for example Any suitable type of heating device or system can be used in accordance with the invention Heating system 681 can be controlled by packaging control 118, for example In addition, a heating device can be provided to direct heat to food container pick up location 622, if desired to keep food contained thereat warm

[0246] Referring to FIGS. 1, 3, 25-26, 28-29 and 43-44, various aspects of the configuration and operation of food dispensing chute mechanism 608 are illustrated and will be described Food dispensing chute mechanism 608 includes an upper chute 686, a lower chute 688, a chute support member 690, a connecting link 692, a stop member 694, a rotatable link 696 connecting stop member 694 to chute support member 690, a rotatable link 698 connecting upper chute 686 to support member 690, a cylinder 700 for operating food dispensing chute mechanism 608, a load cell 702 for weighing the contents of food contained in food dispensing chute mechanism 608 and a rotatable link 704 connecting cylinder rod 706 to upper chute 686

[0247] Upper chute 686 preferably and as illustrated in the referenced figures, forms part of food dispensing chute mechanism 608, and has an inlet location 708 for receiving food dispensed from rotatable food dispensing member 606 and a discharge location 710 for dispensing food contained in food dispensing chute mechanism 608 and into a container, such as container 611 as illustrated in FIG. 43, for example

[0248] Upper chute 686 of food dispensing chute mechanism 608 is positioned to receive pieces of food from a discharge location 712 of rotatable food dispensing member 606. Upper chute 686 has a food holding area 714 for holding food received from rotatable food dispensing member 606 A weighing device is associated with food dispensing chute mechanism 608 so that the amount of food contained therein, such as in food holding area 714, can be determined Any suitable device can be utilized to determine the amount of food contained in food dispensing chute mechanism 608 In the illustrated embodiment, a load cell 702 is provided to determine the weight of food contained in food dispensing chute mechanism 608 and is illustrated schematically in FIGS. 43 and 44, for example

[0249] FIG. 44 illustrates food dispensing chute mechanism 608 in the upper position ready to receive food from rotatable food dispensing member 606 In that configuration, cylinder 700 is retracted and upper chute 686 is generally horizontal This configuration allows a quantity of food to be dispensed into upper chute 686 and into food holding area 714 without being dispensed therefrom When a sufficient quantity of food is deposited in upper chute 686, such as French fries FF, as determined by load cell 702 which communicates with the control system of food packaging device 600, the food contained therein is ready to be dispensed Typically, the amount of food contained in chute 686 will be sufficient to adequately fill container 611 Since container 611 is of a known size, rotatable food dispensing

member 606 can be operated to supply food to chute 686 until a desired quantity is contained therein for dispensing to container 611

[0250] To dispense food from food dispensing chute mechanism 608, cylinder 700 is activated to extend cylinder rod 706 upwardly thereby causing upper chute 686 to drop Since lower chute 688 is connected to upper chute 686 via connecting link 692, lower chute 688 also drops to the discharge position as illustrated in FIG. 43 which movement is indicated by arrow S Stop 694 which is connected to lower chute 688 and pivotally mounted via rotatable link 696 to chute support member 690, engages chute support member 690 as illustrated in FIG. 43 and prevents further downward movement of upper chute 686 and lower chute 688 In addition, stop member 694 engaging chute support member 690 defines the lowermost position of upper chute 686 and lower chute 688 which is also the dispensing position of food dispensing chute mechanism 608, as illustrated in FIG. 43 This position also provides discharge location 710 of dispensing chute mechanism 608

[0251] Referring to FIGS. 25-28, there is illustrated container storage magazine 638, which can form part of food packaging device 600 Container storage magazine 638 is configured to store a plurality of different sized containers in an unerected form Typically, container storage magazine 638 will be configured to hold a variety of different sized containers. In the illustrated embodiment, container storage magazine 638 can contain four different sizes of French fry containers or cartons Container storage magazine 638 includes a base 716 that is suitably mounted with mounting structure 718 to cabinet 602 Preferably, mounting structure 718 permits container storage magazine 638 to be readily removed to permit access to rotatable food dispensing member 606 and overflow food collection member 613

[0252] Base 716 typically can be in the form of a base plate and includes four apertures 720, 722, 724 and 726, each of said apertures corresponding to the profile of a different size collapsed carton. Apertures 720, 722, 724 and 726 are dimensioned to be able to retain a stack of cartons in a collapsed or unerected condition as illustrated in FIG. 25 in which a plurality of unerected cartons 728 are stacked therein.

[0253] Each aperture 720, 722, 724 and 726 and base 716 has associated therewith a plurality of guide members 730-760 In the illustrated embodiment, guides 730-760 are in the form of post or tubular-type members Each set of four guide members is associated with a specific one of apertures 720, 722, 724 and 726 to define and permit stacking of a plurality of unerected French fry cartons or containers that generally correspond in size to the size of apertures 720, 722, 724 and 726, respectively It is to be understood that other arrangements to define a container stack can be utilized in accordance with the invention For example, in place of guides 730-760 other structure could be utilized, such as upstanding walls or partial walls or other types of guides

[0254] Container storage magazine 638 may also include a suitable removable cover (not shown) to enclose base 716 and the volume defined over apertures 720-726 by guides 730-760

[0255] Container storage magazine 638 is preferably positioned to permit ready access to the bottom of each container

stack through the bottom of each of apertures **720-726** by automated container handling system **610**, which is hereinafter described in detail

[0256]  Food packaging device **600** includes automated container handling system **610**. Automated container handling system **610** is capable of retrieving an unerected container through any of apertures **720, 722, 724** and **726** of unerected container storage magazine **638**, erecting the unerected carton, holding the erected carton in position at discharge location **710** of food dispensing chute mechanism **608** and depositing the filled container onto conveyor system **614**, which conveyor system **614** subsequently transports the filled container to a desired location

[0257]  Referring to **FIGS. 1, 25, 27-28** and **30-44**, there is illustrated automated container handling system **610** and elements and features thereof. Automated container handling system **610** includes a container retrieving and grasping device **762**, a container grasping device **764** and a container bottom urging device **766**

[0258]  Automated container handling system **610** is controlled by a suitable control system for food packaging device **600**

[0259]  Container retrieving and grasping device **762** and portions thereof are best illustrated in **FIGS. 30-39**. Container retrieving and grasping device **762** includes a mast **768**, which is mounted to a carriage system **770**, a moveable rack member **772**, a pinion **774**, a frame **776**, a container grasping member **778** and a linkage assembly **780**

[0260]  Mast **768** is carried by carriage system **770** which carriage system **770** allows for lateral translation of mast **768** and the components associated therewith, including moveable rack member **772**, pinion **774**, frame **776**, container grasping member **778** and linkage assembly **780** Carriage system **770** includes a guide member **782**, a worm gear **784**, a drive mechanism **786** and a carriage follower **788** Carriage follower **788** supports a vertical translation mechanism **790** that, in turn, carries mast **768**

[0261]  Carriage guide **782** is an elongated guide that defines the lateral translation movement direction of carriage follower **788** and is secured within cabinet **602** Worm gear **784** is disposed parallel to carriage guide **782** and when rotated moves carriage follower **788** along carriage guide **782**

[0262]  Worm gear **784** is driven by drive mechanism **786** which can include a drive motor **792**, a drive gear or pulley **794** and a driven gear or pulley **796** Where drive and driven pulleys are used, typically a belt **798** will impart rotation from one pulley to another

[0263]  Drive motor **792** causes worm gear **784** which is mounted for rotation and which is rotated by rotation of driven pulley or gear **796** in either direction. Drive motor **792** can be an AC or DC motor or a stepper or servo motor as desired. Suitable sensors can be employed (not shown) to determine the position of carriage follower **788** which determines the lateral position of container grasping member **778**

[0264]  Carriage follower **788** is composed of a frame **800** having a guide aperture or slot **802** in which carriage guide **782** is disposed and a threaded aperture or slot **804** in which elongated worm gear **784** is disposed to impart lateral

motion to carriage follower **788** by rotation of worm gear **784** Thus, carriage system **770** provides lateral movement in the direction of arrows Q as shown in **FIG. 39**. In this manner, carriage follower and thus mast **768** can be laterally translated as desired

[0265]  A suitable opening **806** is located in countertop surface **636** of cabinet **602** to permit mast **768** to extend therethrough

[0266]  Mast **768** can be raised and lowered in a vertical direction as indicated by arrow V in **FIG. 39**

[0267]  Mast **768** can be vertically raised and lowered in the directions indicated by arrow V in **FIG. 39** by operation of a drive mechanism **810** that forms part of vertical translation mechanism **790**. Vertical translation mechanism **790** is a vertically extending carriage system similar to that described with respect to carriage system **770** and includes a drive mechanism **810** which is composed of a motor **812** which is carried by carriage follower **788**, a vertically disposed carriage guide **814**, a vertically disposed worm gear **816** which is driven in a suitable manner by motor **812** such as previously described with respect to drive mechanism **786** of carriage system **770**, which can be controlled in a similar manner. Vertical translation mechanism **790** also includes a vertical carriage follower **818** having a threaded aperture or slot and a guide aperture or slot (not shown) which vertical carriage follower **818** is secured to mast **768**

[0268]  Mast **768** has mounted thereto frame **776**, typically at an upper end thereof. Linkage assembly **780** is secured to frame **776** as well as pinion **774** and moveable rack member **772**

[0269]  Moveable rack member **772** includes a frame **820** having a guide slot **822** vertically disposed therein and a rack **824** which meshes with pinion **774** Moveable rack member **772** may also include extra mass in the form of a weight block **826** to help urge moveable rack member downwardly when not restrained

[0270]  A pair of guides **828** and **830** are rigidly secured to frame **776** and are disposed within slot **822** of moveable rack **772** A spring **832** can be connected between an upper end of moveable rack member **772** and guide **828** or **830** to urge moveable rack member **772** to a lower position as illustrated in **FIG. 30** compared with the upper position as illustrated in **FIGS. 34-37**

[0271]  In a preferred embodiment, moveable rack member **772** includes a stop **834** which stop can be vertically adjustable. While stop **834** is located at the bottom of moveable rack member **772** it is to be understood that a stop could be provided at another location provided that a suitable engaging surface at a proper location is provided

[0272]  Mounted to frame **776** is an axle **836** that is mounted for rotation relative to frame **776** Axle **836** has pinion gear **774** rigidly secured thereto as well as one end **838** of linkage **780** The other end **840'** of linkage **780** is securely mounted to frame **776** as illustrated in **FIGS. 30-37**, for example

[0273]  Linkage **780** which carries container grasping member **778** is composed of a plurality of links so that container grasping member **778** is moveable from a horizontal position as illustrated in **FIGS. 30-32** to a vertical position as illustrated in **FIGS. 34-37** When container

US 2005/0193898 A1

20

Sep. 8, 2005

grasping member 778 is in the horizontal position it is utilized to grasp and retrieve a desired size of container from one of the apertures 720, 722, 724 and 726 from container storage magazine 638 For this purpose, container grasping member 778 includes a suction cup device 840 which includes at least one suction cup 842 and in the illustrated embodiment two suction cups 842 and 844 arrayed in substantially the same plane for grasping a container having a surface to be grasped by both suction cups 842 and 844 in the same plane Suction cup device 840 also includes a vacuum source 846, a release valve 848 and a suitable vacuum line 850 which connects suction cups 842 and 844 to vacuum source 846, as illustrated in FIG. 30, for example In operation, when suction cups 842 and/or 844 engage a container or other member to be grasped, vacuum source 846 is activated to supply vacuum to suction cups 842 and 844, such as to grasp and retain a container from one of apertures 720, 722, 724 and 726 of container storage magazine 638

[0274]    Linkage assembly 780 includes, in the illustrated embodiment, a first link 852, a second link 854 and third link 856

[0275]    First link 852 is rigidly secure to axle 836 and pinion 774 First link 852 is configured in an L-shape with the end of first link 852 opposite the portion connected to axle 836 pivotally connected to second link 854 having one end being pivotally connected to first link 852 via pivot connection 858

[0276]    Second link 854 is connected to third link 856 via a universal joint connection 860 a location spaced apart from pivot connection 858 as illustrated in, for example, FIGS. 30-37 Section cups 842 and 844 are mounted to second link 854 An offset member 862 which depends from second link 854 provides a desired offset for universal joint connection 860 which connects second link 854 to third link 856

[0277]    Third link 856 is, in turn, connected to frame 776 via a universal joint connection 864 which is at a distance removed from universal joint connection 860 which connects third link 856 to second link 854 An offset member assembly 866 is rigidly secured to frame 776 and includes an angled block 868 and an offset extension 870 to provide the desired angled and clearance for universal joint 864 and third link 856

[0278]    In operation, when moveable rack member 772 is moved relative to mast 768, such as when stop 834 contacts a surface, such as in the illustrated embodiment, countertop surface 636 as illustrated in FIG. 36, continued downward vertical movement of mast 768 causes rack member 772 to move upwardly relative to mast 768 This causes rotation of pinion 774 which meshes with rack 824 mounted to rack member 772. Rotation of pinion 774 in a counter-clockwise direction in FIG. 30 causes rotation of first link 852 Such rotation causes downward movement of that portion of first link 852 that is pivotally connected to second link 854 via pivot connection 858 Such movement, in turn, causes second link 854 to pivot upwardly about pivot connection 858 in a clockwise direction as viewed in FIG. 30 to cause suction cups 842 and 844 to move to a vertically oriented position as depicted in FIGS. 34-37 from the horizontally oriented position depicted in FIGS. 30-33 In addition, such movement of first link 852 causes movement in rotation of third link 856 and universal joint connection 860 and 864 to

the position indicated in FIGS. 34-37 When container grasping member 778 is in the position indicated in FIGS. 34-37, an unerected container held by suction cups 842 and/or 844 will be vertically oriented when suction cups 842 and/or 844 are attached to the container sidewall, as illustrated in FIG. 40, for example

[0279]    In a typical operation, container retrieving and grasping device 762 will be operated to position suction cups 842 and 844 below a container to be selected from container storage magazine 638 Mast 768 will be raised by operation of vertical translation mechanism 790 to a desired height so that suction cups 842 and 844 engage a container contained at the bottom of container storage magazine 638 Vacuum source 846 is activated and mast 768 can be lowered to remove a container from a desired one of apertures 720, 722, 724 and 726 of container storage magazine 638. Carriage system 770 can be activated to move container retrieving and grasping device 762 laterally to a desired location Such lateral movement can be controlled by properly positioned sensors 872, 874, 876, 878 and 880, for example For example, sensor 872 can define the position to retrieve a container from aperture 720, sensor 876 to retrieve a container from aperture 722, sensor 878 to retrieve a container from aperture 724 and sensor 880 to retrieve from aperture 726 Sensor 874 can be positioned to define the proper location of container grasping member 778 to erect the container that has been retrieved from one of apertures 720, 722, 724 or 726 of container storage magazine 638, as hereafter described After erecting the container, the vacuum applied to suction cups 842 and 844 is released by operation of release valve 848 which permits suction cups 842 and 844 to disengage and release the container that had been grasped Mast 768 can then be raised causing stop 834 to be removed from countertop surface 636 and by action of weight 826 and operationally spring 832, causing rack member 772 to move downwardly relative to mast 768 thereby rotating pinion gear 774 clockwise relative to the position shown in FIG. 34, thereby moving linkage assembly 780 to cause movement of container grasping member 778 from the position illustrated in FIGS. 34-37 to the position indicated in FIGS. 30-33, where container grasping member 778 is in position to retrieve a desired carton from container storage magazine 638 in a manner previously described, which includes lateral translation of container grasping member 778 by carriage system 770

[0280]    It is to be understood that any suitable automated device or system for retrieving, grasping and moving a container to a desired location as desired herein can be utilized in accordance with various aspects of the present invention Thus, various aspects of the present invention are not limited by the particular embodiment of container retrieving and grasping device 762 and components thereof described herein For example, an automated or robotic arm could be utilized to select, grasp and retrieve erected or unerected containers from a source as desired and then erect the carton or container in a suitable manner, followed by holding the erected container at dispensing location 710 and after filling placing the filled container, such as container 611 on to a suitable conveyor to move the filled container to a desired location

[0281]    Container grasping device 764 of container retrieving and grasping device 762 will now be described, and in particular with reference to FIGS. 38 and 40-44

21

[0282]  Container grasping device 764 includes a rotatable and vertically translatable mast 884  Mast 884 can be rotated as illustrated by arrow P in FIG. 38 and vertically translated up and down as indicated by arrow 0 also in FIG. 38  Mast 884 is connected to a shaft 886 via a slot and key arrangement between mast 884 and shaft 886 permitting mast 884 to be rotated by shaft 886 which, in turn, can be rotated by a step or motor 890 or other suitable motor or device to rotate shaft 886 a desired degree  Motor 890 drives a drive pulley or gear 892 which, in turn, drives a driven pulley or gear 894  In the case where pulleys are utilized, a belt 896 is used to transmit rotation from pulley 892 to pulley 894  Motor 890 can be a stepper router or a servo motor as desired  Alternatively, an AC or DC motor can be utilized provided that a suitable control is provided so that the orientation of mast 884 can be determined  A carriage system 898 is utilized to provide the desired vertical movement of mast 884 in up and down directions  Carriage system 898 is similar to carriage system 770 previously described and includes a carriage guide 900, a worm gear 902, a carriage follower 904, a drive mechanism 906 which includes a motor 908 (which can be a servo motor or an AC or DC motor) suitably controlled to drive or gear 902  Carriage follower 904 includes a threaded aperture or slot 910 which communicates with worm gear 902 and a threaded aperture or slot 912 in which guide 900 is disposed  A carriage follower interface 914 connects carriage follower 904 to mast 884 and permits shaft 886 to rotate with respect to carriage follower interface 914  Thus, in operation, rotation of motor 908 rotates worm gear 902 thereby translating carriage follower 904 up or down depending on the direction of rotation  A suitable sensor (not shown) can be employed to determine the height of mast 884 for control by control system 118 for packaging device 600

[0283]  Suitable mounting structure 916 is provided to mount container grasping device 764 to a desired location, such as within cabinet 602  A slot and key arrangement between shaft 886 and mast 884 permits 884 mast to be vertically translated either up or down while shaft 886 is rotated

[0284]  Mounted on the upper end of mast 884 is a suction device 918 which includes a suction cup 920, a source of vacuum (not shown) for suction cup 920 and a release valve (not shown) for releasing the vacuum to suction cup 920  Vacuum can be supplied from within mast 884 to suction cup 920 by a suitable connection as is known in the art

[0285]  Container bottom urging device 766 consists of a mast 922 that is vertically translatable up and down by suitable apparatus (not shown)  Such apparatus can be similar to vertical translation mechanism 790 previously described with respect to container retrieving and grasping device 762  Preferably, mast 922 has a blunt end 924

[0286]  In operation, container retrieving and grasping device 762 selects an appropriately sized container from container storage magazine 638 as directed by the control system for food packaging device 600  After retrieving the container, which in this case is container 611, container retrieving and grasping device 762 moves container 611 to a position as indicated in FIG. 40 against suction cup 920 so that opposed sidewalls of container 611 are grasped by suction cups 840 and 842 of container grasping member 778

[0287]  Next, as shown in FIG. 41, container grasping member 778 is moved laterally away from suction cup 920 while maintaining suction on suction cups 840, 842 and 920  Container 611 is partially erected as shown in FIG. 41 with bottom 611b depending downwardly slightly  Container bottom urging device 766 is then activated as illustrated in FIG. 42 to urge bottom 611b of container 611 upwardly into the fully erected position  Container grasping member 778 is released and retracted from container 611 and returned to a horizontal up position to select another unerected container for erection

[0288]  Next, mast 884 is rotated approximately 90° by motor 890 to place container 611 in discharge position 710 of food dispensing chute mechanism 608  Food dispensing chute mechanism 608 is then lowered to discharge French fries FF therefrom and into container 611  Any French fries that are not received into container 611 are collected by overflow food collection member 613 which is then rotated clockwise in the direction of arrow X as shown in FIG. 41 to recycle such French fries to upper chute 686 for subsequent delivery to another container  After the French fries are dispensed from food dispensing chute mechanism 608, cylinder 700 is retracted placing food dispensing chute mechanism 608 in the upper position as shown in FIG. 44  Mast 884 can then be rotated back and forth slightly (e g , such as 20 to 200, for example) to simulate shaking to dislodge any loose French fries or dangling French fries in container 611 and any dislodged French fries will then fall into overflow food collection member 613 for subsequent recycling  Mast 884 can also be raised and lowered slightly and relatively quickly either before, during or after the angular rotation to further simulate shaking  Thereafter, mast 884 is rotated approximately 180° until container 611 is directly over container-receiving receptacle 612 as indicated by T in FIG. 44  Mast 884 is then lowered by operation of carriage system 898 until the bottom of container 611 rests in container-receiving receptacle 612  Then, the vacuum supplied to suction cup 920 is released and suction cup 920 releases from container 611  Mast 884 can then be rotated 90° so that it is in position to receive another container to be erected

[0289]  Container-receiving receptacle 612 is then transported via conveyor system 614 which will now be described in detail

[0290]  Conveyor system 614 and portions or elements thereof are illustrated in various figures including FIGS 1, 25-29 and 45-50

[0291]  Conveyor 614 includes, in the illustrated embodiment, raceway 620 which can be formed along the surface of countertop 636 or on some other surface as desired  Raceway 620 is preferably in the form of a continuous loop raceway and is defined by spaced apart guides 620a and 620b mounted to countertop 636 to guide receptacles 612  Conveyor system 614 includes one or more and typically a plurality of container-receiving receptacles 612 which are illustrated in detail in FIGS. 46-50  Gate structure 634 of conveyor system 614 includes a first gate 926 and second gate 928  First gate 926 is moveable and typically second gate 928 can be stationary as hereinafter described

[0292]  Conveyor system 614 also includes structure for causing movement of container-receiving receptacle 612  In the illustrated embodiment, container-receiving receptacles 612 are moved via an endless loop 930 that can be located beneath countertop 636  Endless loop 930 carries a plurality

of magnets 932 as illustrated in **FIGS. 45 and 49**, for example. Magnets 932 are spaced along endless loop 930 Endless loop 930 may comprise a chain or other suitable structure that can be driven by a drive system that includes sprockets 934, 936, 938 and 940 One of sprockets 934, 936, 938 and 940 can be a driven sprocket

[0293]  Any suitable endless loop 930 can be utilized such as a belt or a chain Pulleys could be used in place of sprockets 934-940. The route of endless loop 930 follows the route of raceway 620

[0294]  Container-receiving receptacle 612 typically includes a base 942 and a container-receiving well 944 located over base 942 Base 942 includes an enclosed compartment 946 which can be conveniently accessed by a base plate 948 located along the bottom of base 942 that is fastened to base 942 by suitable fasteners 950. Contained within enclosed compartment 946 is a magnet 952

[0295]  Container-receiving receptacle 612 follows the movement of magnet 932 due to magnetic attraction between magnets 932 and 952 thereby causing movement of container-receiving receptacle 612 along raceway 620

[0296]  Enclosed compartment 946 is dimensioned to permit magnet 952 to be free to rotate therein allowing container-receiving receptacle 612 to be readily guided by rails 954 and 956 that are raised above countertop 636.

[0297]  Movable gate 926 prevents movement of container-receiving receptacle 612 located thereat as illustrated in FIG. 45 This ensures that container-receiving receptacle 612 is in position to receive a loaded container of French fries, such as container 611 from container grasping device 764 After a filled container is placed on container-receiving receptacle 612 adjacent moveable gate 926, gate 926 is automatically removed by a suitable mechanism (not shown) to permit container-receiving receptacle 612 thereat to be moved by conveyor system 614 until French fry container 611 contained therein contacts gate 928 or receptacle 612 contacts another receptacle that is located at pick up area 622 as shown in FIG. 45 Once container 611 is moved from receptacle 612b, receptacle 612b is then free to move along raceway 620 and passes underneath second gate 928, which can be a stationary gate Alternatively, second gate 928 could be a moveable gate and could be located at a level that directly prevents movement of receptacle 612b After receptacle 612b passes underneath second gate 928, receptacle 612a is moved into the position formerly occupied by receptacle 612b provided that receptacle 612a has a French fry container thereon which would then cause receptacle 612a to be stopped at gate 928 Similarly, when that container is removed from receptacle 612a, receptacle 612a would then be free to pass underneath gate 928 and around that portion of raceway 620 until encountering gate 926 or another receptacle that is stopped by gate 926

[0298]  Referring to FIGS. 51-60, there is illustrated various views of French fry cartons that are useful in accordance with the present invention The French fry cartons depicted in FIGS. 51-60 are particularly suitable for use in conjunction with the present invention since the cartons readily stand upright without assistance and can be erected by automated container handling system 610, previously described

[0299]  FIG. 51 illustrates a front elevation view of a carton 1012 that is particularly suitable for containing

French fries, for example Carton 1012 is illustrated in FIG. 51 in an erected or opened position and includes a pair of opposed curved sidewalls 1014 and 1016 and a bottom panel 1018

[0300]  Carton 1012 can be stacked in a collapsed configuration and stored in a suitable magazine, such as container storage magazine 638 as previously described When in a collapsed position, carton 1012 is particularly suited to being opened or erected by pulling sidewalls 1014 and 1016 apart and urging bottom panel 1018 upwardly, as described with respect to the erection or opening of container 611 by automated container handling system 610. Container or carton 611 is of a design that is similar to carton 1012

[0301]  Carton 1012 also includes two supporting legs 1020, 1022 that extend downwardly from the lower portions of the overlapping edge portions of sidewall 1014 indicated by reference numerals 1014a and 1014b in FIG. 59 and FIG. 53

[0302]  Carton 1012 is capable of standing on its own because of legs 1020 and 1022 that extend below bottom panel 1018 when carton 1012 is open or erected

[0303]  Carton 1012 can be constructed from a single blank of paperboard which is illustrated in FIG. 59. When constructed, sidewall edge portions 1014a and 1014b form flaps that are glued to the edges of sidewall 1016 as indicated in FIG. 54, for example

[0304]  Bottom panel 1018 is specially configured to facilitate opening or erection of carton 1012 by an automated carton handling device such as automated container handling system 610, previously described in detail. Bottom panel 1018 includes intersecting lines 1024 and 1026 Intersecting lines 1024 and 1026 intersect at a generally central location of bottom panel 1014, which panel is generally oval even though it may incorporate straight edges 1028 and 1030, for example. Intersecting lines 1024 and 1026 may be fold lines, lines of weakening, score lines or even perforations. All such structures are referred to herein with respect to intersecting lines 1024 and 1026 of bottom panel 1018 only as "fold lines" Typically, the intersection of fold lines 1024 and 1026 form an angle in the range of from about 60° and about 120° In one embodiment, the intersecting bottom panel fold lines are oriented such that one of said lines (fold line 1024 in FIG. 59) is normal or at least generally normal to curved sidewalls 1014 and 1016 In such embodiment, the other of the intersecting fold lines (in this case fold line 1026) is at least generally parallel to curved sidewalls 1014 and 1016

[0305]  Preferably, fold line 1024 extends from sidewall 1014 to sidewall 1016

[0306]  As previously mentioned, carton 1012 is foldable to a collapsed position with sidewalls 1014 and 1016 being planar and in contacting overlying relation to each other with bottom panel 1018 being divided into two overlying panels 1018a and 1018b by intersecting fold line 1026

[0307]  Preferably, bottom panel 1018 includes two additional fold lines 1032 and 1034 on either side of fold line 1024 that extends from one carton sidewall to the other, in this case from sidewall 1014 to sidewall 1016 Secondary fold lines 1032 and 1034 further facilitate the opening or

US 2005/0193898 A1

23

Sep. 8, 2005

erection of container 1012 with an automated device such as automated container handling system 610

[0308]   FIG. 58 illustrates a carton 1036 that is similar in construction to carton 1012 previously described except that carton 1036 is of a different size. Preferably, carton 1012 is configured such that the width of the base is relatively narrow and the sidewalls 1014 and 1016 flare outwardly so that container 1012 is substantially wider at the top (from about 1.6 to 2 or more times the base width). This allows relatively large and tall containers to be placed in an automobile cup holder CH as depicted in FIG. 56

[0309]   Referring to FIG. 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention. Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing 200, previously briefly described, where like reference numerals represent like elements. Food dispensing device 201 includes fewer uncooked bulk food dispensing containers 204 and additional magazine food dispensers that are similar to magazine food dispenser 206, previously referred to. Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

[0310]   Automated food processing system 101 also includes fry device 400 which has been described

[0311]   One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600. In place of food packaging device 600, a food storage device 635 is provided. Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual processing. As configured in FIG. 2, food storage device 635 includes separate product receiving receptacles 637, 639, 641 and 643. Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively. In addition, each receptacle 637-643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

[0312]   As illustrated in FIG. 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641. Food item F can be stored therein for a period of time until it is ready for subsequent processing

[0313]   Referring to FIGS. 62 and 63, there is illustrated heated receptacle 643 in a cross-sectional view and FIG. 63 is a cross-sectional view taken along line 63-63 of FIG. 62 showing the entire width of receptacle 643

[0314]   As illustrated in FIGS. 62 and 63, heated receptacle 643 is a heated well having a heating element that heats sidewalls 962, 964, 966 and 968 as well as bottom 970 of heated receptacle 643. Heating element 960 is in close proximity to walls 962, 964, 966 and 968 as well as bottom 970. Heating element 960 may be composed of a single heating element or multiple heating elements as desired. Suitable controls may be provided to adjust the temperature of walls 962-968 as well as bottom 970 of heated receptacle 643. In addition, suitable insulation 972 can be contained within the cavity that is defined by cabinet 974 of food storage device 635, which is partially shown in FIGS. 62 and 63

[0315]   Preferably, handled trays 645-651, such as handled tray 651 depicted in FIGS. 62 and 63 are dimensioned such that they are in close proximity to walls 962-968 and bottom 970 when placed in heated receptacle 643

[0316]   Food packaging device 600 may optionally include food seasoning device 616, which is illustrated in detail in FIGS. 65-68. Food seasoning device 616 includes a hopper 972, a metering wheel 974, a wheel drive system 976, a dispensing tube 978 and a dispersion head 618

[0317]   Hopper 972 is configured to hold a desired bulk quantity of a seasoning material, such as salt S. Bulk hopper 972 includes a lid 982 that can be removed to replenish the supply of salt S contained therein. Hopper 972 can have a bottom with inwardly extending sidewalls 984 to facilitate the dispensing of material from bottom 986 of hopper 972 which may include a dispensing tube 988

[0318]   Metering wheel 974 is located beneath bottom 986 and dispensing tube 988 to receive a charge of salt or other seasoning therefrom. Metering wheel 974 includes a cavity 990 for receiving a charge of salt from dispensing tube 988

[0319]   Metering wheel 974 is rotatably mounted in a housing 992 and can be rotated about the longitudinal axis of metering wheel 974 to cause cavity 990 to be directed downwardly which thereby causes the seasoning or salt contained in cavity 990 to fall by gravity therefrom

[0320]   Metering wheel 974 is suitably rotated by wheel drive system 976. Wheel drive system 976 can be controlled by a suitable electronic control system that can form part of the food packaging device 600. Typically, in operation, when French fries FF are dispensed from one or more of fry wheels 404, 410, 412 and 414 onto chute 604, a suitable sensing device (not shown) senses the presence of French fries and activates wheel drive system 976 of automated food seasoning device 616 to discharge a predetermined quantity of seasoning, such as salt, onto the French fries that traverse chute 604.

[0321]   Dispensing head 618 can be located in a desired position to apply seasoning to the food traversing chute 604. As illustrated in FIG. 3, for example, dispensing head 618 can be located towards a bottom portion of inlet chute 604 and may extend over a portion of rotatable food dispensing member 606

[0322]   Wheel drive system 976 as illustrated in FIGS. 65-68 includes a solenoid plunger 994 for driving a linkage 996 that is connected to metering wheel 974 to impart rotation to metering wheel 974. Linkage 996 includes a crank arm 998, one end of which is connected to a central portion of metering wheel 974 and the other end is connected to a lever arm 1000 which, in turn, is connected to solenoid plunger 994. Lever arm 1000 can be driven by solenoid plunger 994 which, in turn, causes crank arm 998 to be driven, thereby rotating metering wheel 974 sufficiently to cause cavity 990 to be directed downwardly, thereby permitting any seasoning or salt contained therein to be dispensed therefrom

[0323]   A collection funnel 1002 is disposed at the discharge end of housing 992 and connects to dispensing tube 978. Dispensing tube 978 is, in turn, connected to dispensing head 618

[0324] Dispensing head 618 can include a plurality of vanes 1004 for facilitating dispersion of seasoning dispensed therefrom As illustrated, there are four vanes 1004 spaced 900 from each other

[0325] Dispensing tube 978 has a lower end portion 1006 that terminates some distance above dispensing cone 1008 of dispensing head 618 In one embodiment, lower end portion 1006 of dispensing tube 978 may terminate approximately 0.25 inches from the tip of dispersion cone 1008

[0326] Dispersion cone 1008 includes a plurality of holes 1010 that are arrayed through dispersion cone 1008 to facilitate the distribution of seasoning or salt In operation, as salt or seasoning is dispensed through lower end portion 1006 of dispensing tube 978, the seasoning strikes the top portion of dispersion cone 1008 and is directed into four quadrants via vanes 1004 As the seasoning traverses the surface of dispersion cone 1008, some of the seasoning falls through holes 1010 in dispersion cone 1008 Note that not all of holes 1010 are labeled, for purposes of clarity in the Figures Other salt or seasoning particles do not fall through holes 1010 but fall off the lower end of dispersion cone 1008 Still other seasoning particles bounce or are otherwise deflected off the top surface of dispersion cone 1008 and fall a lateral distance removed from dispersion cone 1008 In this manner, a good distribution of seasoning is achieved over a relatively large area

[0327] The Control System and Method

[0328] In one embodiment, the System Master Controller of a Server (PC), a router/hub, and a touch-screen monitor (user interface) The Master can utilize existing technology to integrate, to manage, to control, and to coordinate information flow of and through the various subsystems for overall system operation The network technology is fully compliant with the latest version of the industry's NAFEM Protocol

[0329] Control System Features

[0330] Referring to FIGS. 69-73, the primary functions of the Control System are to receive order information from the POS and to connect and coordinate all operating subsystem controllers with the Master Controller so that operational commands and functional information can be communicated and displayed The result is that all the dispensing, fry and packaging modules function as one integrated fried foods production system

[0331] In one embodiment, the Control System is event and demand driven. That is, nothing happens unless a functional component or subsystem receives a command signal to initiate the action In a normal operation mode, the POS will provide virtually all of the system order demands These can take the form of a string of two-bit characters Typically this will be a quantity and an item (for example, 2 each regular size fries) The product description can consist of both the food item and its portion size, treated as one bit of information

[0332] The Control System information can be categorized into Order Events, Inbound Events, and Outbound Events The Order Events come from primarily the POS system, the historical kitchen management system (KMS) data, or the touch-screen Monitor if a manager wants to override the automatic ordering KMS is a database of

information of, for example, the sales rate of various products versus day and time The Order Events dictate and demand the operation and performance of the automation control system for production The Inbound Events information includes messages generated by subsystem controllers other than the POS or KMS The Outbound Events include typical command messages issued by the Master Controller specifying functions to be performed by individual subsystem controllers

[0333] In one embodiment, the Master Controller is configured to monitor periodically or continuously the network for events to occur Once an event takes place and a signal is sent on the network, the Master Controller identifies the source of the signal, then compares it to the programmed schedule of events within its memory, and reacts appropriately, either sending out a new command, showing a display, storing information in memory, or all of the above

[0334] An important source of data for the Control System can be the Kitchen Management System (KMS) The KMS is a historical database of operational information This information can be used to set the workstation configuration, process settings, inventory levels, and set a level of production in advance of actual customer demand orders This interface can be a two-way connection, so that all operational data from the Fried Foods Workstation can be received and stored in the KMS and/or the Control System, or evaluated, adjusted, and re-entered to "fine-tune" the process on a continuing basis

[0335] Generally, the Control System can comprise two loops, shown in FIG. 70 The primary loop is the "Order-to-Package" loop, whereby the Master Control takes an Order Event input from the POS and directs the appropriate Packaging Module subsystem to package and deliver an appropriate portion of product A secondary loop is the "Buffer Replacement" loop, where the Master Controller receives an Inbound Event signal from the Packaging Module that its buffer inventory of ready-to-package fried product is low and additional product must be dispensed and fried As currently specified, all products other than salted French fries typically can have a default buffer inventory of zero, meaning that an order for that (other) product will immediately initiate a full dispense-fry-package (if packaged by the System) production routine

[0336] In accordance with one aspect of this embodiment of the Control System, the Fryer Module vat operation is not directly controlled by the production demand cycle Each fry vat of the fry module will operate continuously and on a pre-set uniform operating cycle Frozen product is dropped into the fry module when additional inventory is called for The product is fried according to the pre-set cooking cycle and then is dumped into the Packaging (or Protein) Module receiving apron None of the cooking cycle is affected by order demands, or inventory conditions. In one embodiment, the Control System can vary the time between incremental rotation and speed of rotation of fry wheel 410 to accommodate for varying conditions, such as the level of cooking oil in the fry vat. The level of cooking oil can vary as a result of the amount of product that is being fried in a particular fry vat, since product present in the fry vat displaces cooking oil, thereby raising the level of cooking oil in the fry vat particularly since the product is held below the cooking oil surface during a cooking cycle Preferably, to ensure the

US 2005/0193898 A1

25

Sep. 8, 2005

workstation reliability and system uptime, extensive control redundancy can be provided As a result, the control subsystems for each Fryer Module vat and each Dispensing Module chute are designed and constructed as individual units that operate even if one or more subsystem fails

[0337] Additionally, the control of the Dispensing Module freezer environment and operation can be an independent subsystem

[0338] Preferably, the Control System includes the capability to operate all modules individually This allows the operator to disconnect and remove a module from the network and operate the remaining modules in a semiautomatic method, manually performing some of the operations Preferably, there are controls on each module that permit an operator to operate that module's functions locally

[0339] Orders for product are preferably processed sequentially as they are received, although the specific products within a customer order may be arranged in a logical manner as desired The Monitor will display all products being processed by the workstation from the time the order is received until it is removed from the workstation. The status of each product that is ordered can be tracked in its various stages including, for example, on order, packaged and ready to pick up, ready to manually package, and held too long

[0340] Preferably, products in the process of being fried can also be tracked, and cooking times for each basket in each wheel will count down to when product is ready to package

[0341] Master Controller

[0342] In one embodiment, the Master Controller **110** hardware may suitably comprise, or equivalent:

[0343] Intel Pentium III (or higher) with 1 0 GHz (or higher) CPU

[0344] Ethernet network interface and hub

[0345] 256 MB (or more) system RAM

[0346] 20 GB (or more) hard disk drive

[0347] Touch-Screen Monitor Interface

[0348] Plug and Play Touch-Screen Monitor

[0349] SCK Gateway (Ethernet)

[0350] Interconnect cabling (as needed)

[0351] Optional Keyboard and pointing device (mouse) for installation and maintenance purposes

[0352] Typical operating system software requirements are:

[0353] Windows 2000 professional (or server) SP4 or higher

[0354] A suitable Database Server, such as Fast SCK Version 3 0 (or higher) from Fast, Inc of Stratford, Conn

[0355] Fast SCK Version 3 0 (or higher) Utility Applications (SCK Editor, SCK Engine, SCK Events, and SCK Site Editor) from Fast, Inc

[0356] The Subsystem Interface Modules provide the functionality to communicate specific control events (information) conditions, and/or commands to and from the Master Controller These modules typically can be incorporated into the circuitry of controller boards In cases where the network needs to interface with a control subsystem (such as PLCs, for example), appropriate imbedded memory interface (input-output) circuit cards known in the art can be utilized All of the foregoing hardware and software or equivalent is readily available or can be produced by those skilled in the art

[0357] Fryer Controller

[0358] The frying of the frozen product is controlled by a combination of cooking oil temperature and the time the frozen product is immersed in the cooking oil. Frying is accomplished by moving the frozen product through the heated cooking oil by a rotating fry wheel As previously described, a programmable stepper or other motor can provide the desired precisely controlled movement of the fry wheel

[0359] The following Table I lists typical control parameters and several optional parameters that can be used, if desired

TABLE I

| Fryer Module Control Signals (One set for each of 4 Product Lanes) | | | |
|---|---|---|---|
| Description | Input | Output | Op Adj |
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| 'Ready' Band Width | | X | |
| Temperature Offset | X | | |
| C or F. | X | | X |
| Probe #1 | X | | |
| Heater Relay #1 | | X | |
| Total Cook Time | X | | X |
| Jog Speed | X | | |
| Jiggle Time | X | | |
| Cleaner Level | | X | |
| Oil Fill | | X | |
| Cleaner Fill | | X | |
| Probe #2 | X | | |
| Heater Relay #2 | | X | |
| Flex Time | X | | |

[0360] FIG. 71 depicts a typical motor/fry wheel/basket cycle Virtually every parameter can be fixed or adjustable as desired For example, during one typical cycle, which may be for a preset period of time that is one-quarter of the cooking time for food contained in a compartment, fry wheel **410** is rotated clockwise **450** in the direction of arrow K of FIG. 13 After some period of time after the 45° incremental rotation, a basket shaking simulation of back and forth rotation occurs over a period of about two seconds After a 0 to 10 second delay, another basket simulation shaking occurs. Thereafter, a period of time ("Basket Load Window") is available for loading another compartment, such as compartment **436** with a charge of French fries or other food to be fried Thereafter, a "no load zone" or relatively short period of time towards the end of the cycle is set aside just prior to another 45° fry wheel **410** rotation in the direction of arrow K, which commences another cycle During each cycle, three "home routines" can be employed, one after

US 2005/0193898 A1

Sep. 8, 2005

26

each rotation of fry wheel **410** to accurately locate fry wheel **410** so that it is properly positioned with the upper end of compartment bottom **508** of one of fry wheel **410** compartments adjacent discharge **498** and another of the compartments properly aligned to receive a charge of French fries or other food to be fried, such as from food dispensing device **200**

[0361]    To ensure proper operation of the basket/fry wheel, including positioning the unit precisely for smooth loading and complete unloading, the basket/fry wheel position must be constantly synchronized  To do this, a "homing" sensor circuit can be utilized that resets the home position after every move of the wheel  This sensor preferably is electromagnetic and is impervious to dirt and grease build up and has no moving parts although any suitable sensor can be used

[0362]    Dispensing Controller

[0363]    The Dispensing Module control system **114** separates functions by the product delivery lane they support  In one embodiment, where there are four delivery lanes, there are four control subsystems  Each subsystem controls a vibrating product conveyor, a portioning load cell, and a dump actuator  Additionally, there are optional module configurations that affect the controls design  If lanes **1**, **2**, and/or **3** are configured with bulk food hoppers, a product level sensor can be provided to alert operators to reload frozen product before the hopper is empty  If each of lanes **2**, **3** and/or **4** are configured with an array of coil magazines for food items, the controls must sequentially switch power to each of the motors in the lane to maintain a constant flow of frozen product

[0364]    Table II lists defined control signal parameters for each of the Dispensing Module Lane controllers:

TABLE II

| Dispensing Control Signals (One set for each of 4 Product Lanes) | | |
|---|---|---|
| Description | Input | Output |
| Load - Small Qty | X | |
| Load - Large Qty | X | |
| Load Coil A | X | |
| Load Coil B | X | |
| Load Coil C | X | |
| Load Coil D | X | |
| Load Coil E | X | |
| Ready to Dump | | X |
| Vibrator Frequency | X | |
| Bulk Fill Level | | X |
| Time Out | | X |
| Overweight | | X |
| Clean Out | X | |

[0365]    Freezer Controller

[0366]    In addition to properly dispensing products into the Fryer Module, the dispensing device **200** control **114** must also maintain a proper frozen environment for all products  To accomplish this, another controller subsystem can be provided  Table III lists the applicable control signal parameters for the freezer subsystem  A safety circuit interrupts all dispensing activity when the aisle door is opened

TABLE III

| Freezer Control Signals | | | |
|---|---|---|---|
| Description | Input | Output | Op. Adj |
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| Aisle Door Open | | X | |

[0367]    The separation of the Dispensing Module controls into these five subsystems when there are five makes for a convenient mechanical arrangement in the base of the module, and allows for the required flexibility given the configuration options

[0368]    In one embodiment, for manual operation, four "dispense" buttons are provided, one for each lane  One button would cause the release of a pre-set portion of the frozen product for that lane  The controls preferably should be located so the operator could by visual observation determine the appropriate Fryer basket to make sure the product dispenses into the proper basket

[0369]    Packaging Controller

[0370]    Packaging Controller **118** for the Packaging Module incorporates several event signal generators for the control system to sense or read  The main Packaging Module or device **600** elements are depicted in FIGS. 25-29  In one embodiment, the Packaging Module or device control system includes two subsystems within the Packaging Module, the packaging subsystem and the heated food storage device **635** that can be used in place of packaging device **600**

[0371]    The Packaging Subsystem

[0372]    The packaging control subsystem initially interfaces with the Packaging Module PLC and sends packaging device **600** a signal to start the sequential operation of packaging one of an appropriately-sized portion of French fries  The actions and reactions of all the electromechanical devices (e g , container handling system **610**, dispensing member **606**, overflow member **613**, load cell **702** and chute mechanism **608**) can be, if desired, sequenced and controlled by the local on-board controller (i e , PLC) and not Master Controller **110**

[0373]    Once the automated arm **764** sets the filled package of fries on conveyor **614** and the receptacle load gate **926** opens to allow receptacle **612** to move to the pick up area, a signal will be sent back to Master Controller **110** indicating that the particular order of fries is ready for pick up  Until that receptacle **612** moves to the return gate **928** (located at the operator right front of the Packaging Module) and the gate permits receptacle **612** to move therepast after receptacle **612** is empty, Master Controller **110** will believe (and display) that the order of fries is waiting to be picked up  Preferably, the crew member will pick up fries from right to left to ensure that the order sequence is followed and that the oldest fries are served first

[0374]    Because the number of receptacles **612** that can fit between gate **926** and return gate **928** typically is limited, Master Controller **110** intelligence preferably keeps track of how many orders of fries are in the pick up cue  This allows audible/visual alerts to be triggered on the Monitor to

remind the crew that orders have been waiting. Also, even if orders are picked out of sequence, the Master Controller will remember what was on an empty receptacle 612 and clear it when it passes return gate 928.

[0375] Preferably, the Master Controller is configured to remember the hold time of each packaged fry order. If the order has not been picked up in time, the Monitor will alert the operator by audible/visual signal to "waste" that order.

[0376] The Secondary Loop

[0377] The remainder of the Packaging Module or device 600 control 118 functions address the secondary loop, "buffer inventory replacement." Preferably, there are two typical system requirements for the buffer inventory: (1) there must be a minimum amount of fries in member 606 or chute mechanism 608 to completely fill the next packaging order (that is, one portion of a given size); and (2) the buffer inventory is low and needs to be replenished.

[0378] For the first requirement, if there is insufficient buffer inventory to fill the package, chute mechanism 608 is disabled and an error message alarm is sent. This condition should not happen, but the control intelligence prevents packaging device 600 from under filling an order.

[0379] During normal operations, the level of fries in the buffer inventory will drop to a level where an inventory replenishment order will be initiated. In that event, Master Controller 110 can signal dispensing device 200 to start its fill sequence. This process should typically start soon enough that the replacement product can be fried, salted, and added to the dispensing member 606 before the "out-of-product" condition is reached. The KMS data can be integrated into the Master Control intelligence to help insure that there is replacement product in process before the actual need arises. This capability minimizes order delivery delays while also preventing the dispensing member 606 inventory growing beyond actual need.

[0380] The dispensing member 606 inventory can be managed in a number of ways, as desired. For example, any of the following can be utilized and implemented by one of ordinary skill in the art: (a) direct sensors; (b) a load cell that constantly weighs the buffer inventory; and (c) a dynamic empirical calculation.

[0381] The dynamic empirical calculation embodiment uses the Master Controller to constantly calculate how much product has been added to dispensing member 606, and subtract out the portion packaged, any bonus amount, waste, and a safety factor. This empirical total will then be compared to pre-set "reload" levels. The formula may also include how much product is in process. In all cases, the buffer inventory level can be adjusted during the day to reflect actual sales levels.

[0382] The controls system design for all other (i.e., non-salted French fries) products is that the same control process would be used, but that the "buffer inventory" for those products would be defaulted to zero. That is, an order for hash browns would immediately signal an "out-of-inventory" condition and launch an "inventory replacement" command to the dispensing device 200. Later, if the need arises, controller intelligence would allow the operator to utilize some buffer inventory for these products.

[0383] Optionally, a provision can be made for unsalted French fries. Unsalted French fries would be handled like the non-French fries products. When an order for unsalted French fries is received, Master Controller 110 will signal the Packaging Module to move diverter bar 605. The next load of French fries coming from the Fryer Module will then be diverted to a portion of chute 604 of packaging device 600 for manual packaging. The extra unsalted fries can be manually returned to chute 604.

[0384] An important feature of the automated system is to maintain product integrity. One facet of that is to dispose of product that has exceeded its authorized holding time. Master Controller 110 will remember when each load of French fries came out of fry device 400. The mechanical design of packaging device 600 assures a substantially "first in-first out" product movement. How long the "oldest" fries have been in dispensing member 606 is tracked by Master Controller 110 or packaging device controller 118, as desired. Whenever the allowable holding time has been reached, Master Controller 110 will signal the Packaging Module subsystem Controller 118 to start the buffer waste cycle (or the packaging device Controller 118 can directly control this function). It is possible that some French fries in the buffer will not have reached their limit, but through control parameter refinement, this can be minimized. Table IV lists the control signals for one embodiment of the packaging control subsystem:

TABLE IV

| | Packaging Control Signals | | |
| --- | --- | --- | --- |
| Description | Input | Output | Op Adj |
| Package #1 | X | | |
| Package #2 | X | | |
| Package #3 | X | | |
| Package #4 | X | | |
| Divert Fries | X | | |
| Produce #5 | X | | |
| Produce #6 | X | | |
| Produce #7 | X | | |
| Produce #8 | X | | |
| Produce #9 | X | | |
| Dump Buffer | X | | |
| Buffer Low | | X | |
| Buffer Full | | X | |
| Receptacle Loaded | | X | |
| Receptacle Empty | | X | |
| Time out - System 610 | | X | |
| Product #5 - 9 Picked | | X | |

[0385] Holding Controller

[0386] The other control subsystem is that dedicated to holding product at proper temperatures. Generally, a standard temperature controller with timer channels to manage all holding functions can be utilized, as is known in the art.

28

[0387]   Table V lists the various control parameters for the holding control subsystem for food holding device **635**:

TABLE V

| Holding Control Signals | | | |
|---|---|---|---|
| Description | Input | Output | Op Adj |
| Buffer Temp Set | X | | X |
| Buffer Temp Act | | X | |
| Pick Up Temp Set | X | | X |
| Pick Up Temp Act | | X | |
| Apron Temp Set | X | | X |
| Apron Temp Act | | X | |
| Holding Temp Set | X | | X |
| Holding Temp Act | | X | |
| Holding Time #1 Start | X | | |
| Holding Time #1 End | X | | |
| Holding Time #2 Start | X | | |
| Holding Time #1 End | X | | |

[0388]   Touch-Screen Monitor

[0389]   The Touch-Screen Monitor is the primary system user interface and can be considered part of the Master Controller configuration  The Monitor has four main functions: (1) display the status of fried foods orders; (2) allow the operator to manually control the system; (3) alert the operator to any needed manual intervention; and (4) allow the operator to reconfigure the workstation and/or change the individual operating parameters

[0390]   The Monitor display can be configured as desired  Preferably, the main display menu is simple, uncluttered and only presents the basic information needed to track ongoing order status  A sample Monitor display layout is shown in FIG. 72

[0391]   In the illustrated embodiment, products on order would appear as horizontal rows of the appropriate product (type and portion size) icon, reading from the left edge of the screen  All products from a single POS customer order would appear on a single line  As additional POS orders are entered, the screen would refresh, moving the older orders down a line  Products on order, and not yet ready for pick up would appear as gold icons

[0392]   Across the bottom of the screen would appear the same number of locations as there are packaging device **600** receptacles **612** in the pick up zone  As packages of fries are placed on receptacles **612** and the receptacles **612** travel within the pick up zone, the appropriate icon will disappear from the "on order" line and reappear as a green icon in the spot where its receptacle is  When a package is removed from a receptacle and that receptacle passes return gate **928**, the display icon will disappear from the screen

[0393]   In one embodiment, should the "hold timer" for a packaged product expire before it is picked up, its green icon will change color (i.e., to red) and/or flash  In another embodiment, an audible alarm can be provided as well, indicating clearly that this product should be wasted

[0394]   Across the top of the screen is a line of control "buttons." There can be one for each product (again, type and portion size)  The system is programmed so that touching the button on the screen will enter an order for one each of that product  There is also a screen button at the upper

right corner of the screen that enables the operator to change the screen display to the "Settings" screen

[0395]   The "Settings" screen layout is depicted in FIG. 73  From this screen, the operator may now configure all the operating settings for the product to be run in each product lane  The individual settings may include dispensing load size(s), fry vat temperature, cooking cycle time, buffer inventory level, packaging device Module heater setting, and other settings as desired  In this embodiment, all settings for a particular product are linked to that product  The operator can merely scroll in each product lane and signify the product that will be run in it  Master Controller **110** will then set all operating parameters for that product  If it is necessary to check or adjust an individual control setting (such as cook time), the operator can scroll through the items in the "settings" box for that lane and product  Then, using the "up" and "down" keys, readjust the setting and press the "enter" key to reset

[0396]   If required, a secure "manager only screen" can be configured to allow someone to adjust and/or reset selected operating parameters  Access to this screen and these settings would require some type of password to prevent any non-authorized store employee from changing basic system parameters

[0397]   Operator alert messages or alarms (e g , bulk product low—refill now: "bridging/time out"—clear lane **2**; etc ) will appear as an "error message box" in the center of the screen, along with some type of audible alarm

[0398]   While the invention has been described with respect to certain preferred embodiments, as will be appreciated by those skilled in the art, it is to be understood that the invention is capable of numerous changes, modifications and rearrangements and such changes, modifications and rearrangements are intended to be covered by the following claims

   1  An automated modular system for dispensing, frying and packaging food into individual portion-sized containers comprising:

   an automated dispensing module contained in a first housing, capable of dispensing a desired quantity of food to be fried;

   an automated fry module contained in a second housing, separate from the first housing and located adjacent the dispensing module to receive and fry the quantity of food dispensed from the dispensing module, and to produce and dispense a quantity of fried food; and

   an automated packaging module contained in a third housing, separate from the first and second housings and located adjacent the fry module to receive and package the fried food from the fry module into an individual portion-sized container

   2  The automated modular system of claim 1 wherein the three modules are independent from each other and can be operated independently

   3  The automated modular system of claim 2 wherein any one of the modules can be deactivated and a human operator can manually perform the function of the deactivated module with manually operated equipment

4. The automated modular system of claim 1 further comprising an automated seasoning device to put seasoning on the food

5. The automated modular system of claim 1 wherein said dispensing module is capable of dispensing one or more of French fries, chicken nuggets, hash browns, chicken patties and fish filets

6. The automated modular system of claim 1 wherein said automated dispensing module comprises:

a freezer;

a storage container located in the freezer for containing food to be dispensed;

means for dispensing a predetermined quantity of food from the storage container into a secondary container, said means for dispensing and said secondary container located in the freezer; and

means for dispensing the quantity of food from the secondary container to a location outside of the freezer

7. The automated modular system of claim 1 wherein said fry module comprises:

(a) a fry vat for containing and heating cooking oil;

(b) at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel, which radial axis is disposed above the normal operating level of the frying oil in the fry vat; and

(c) a drive mechanism for rotating the fry wheel

8. The automated modular system of claim 7 further comprising a control system programmed to cause the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation to simulate shaking of a fry basket

9. An automated system for dispensing, frying and packaging French fries into individual portion-sized containers comprising:

an automated dispensing device contained in a first housing, capable of dispensing a desired quantity portion of French fries to be fried;

an automated fry device contained in a second housing, separate from the first housing and located proximate the dispensing device to receive and fry the portion of French fries dispensed from the dispensing device, and to produce and dispense a quantity of fried French fries; and

an automated packaging device contained in a third housing, separate from the first and second housings and located proximate the fry device to receive and package the fried French fries from the fry device into an individual portion-sized French fry container

10. The automated system of claim 9 wherein the three devices are independent from each other and can be operated independently

11. The automated system of claim 10 wherein any one of the devices can be deactivated and a human operator can manually perform the function of the deactivated device with manually operated equipment

12. The automated system of claim 9 further comprising a seasoning device to put seasoning on the French fries

13. The automated system of claim 9 wherein said automated dispensing device comprises:

a freezer;

a storage container located in the freezer for containing frozen French fries to be dispensed;

a device for dispensing a predetermined quantity of French fries from the storage container into a secondary container, said device for dispensing and said secondary container located in the freezer; and

means for dispensing the quantity of food from the secondary container to a location outside of the freezer

14. An automated system for dispensing, frying and storing cooked food comprising:

an automated dispensing device contained in a first housing, capable of dispensing a desired quantity portion of food to be cooked;

an automated fry device contained in a second housing, separate from the first housing and located proximate the dispensing device to directly receive and fry the portion of food dispensed from the dispensing device, and to produce and dispense a quantity of fried French fries; and

a food receiving device contained in a third housing, separate form the first and second housings and located proximate the fry device to directly receive and store the cooked food received from the fry device

15. The automated system of claim 14 wherein said automated dispensing device comprises:

a freezer;

a storage container located in the freezer for containing frozen food to be dispensed;

a device for dispensing a predetermined quantity of French fries from the storage container into a secondary container, said device for dispensing and said secondary container located in the freezer; and

means for dispensing the quantity of food from the secondary container to a location outside of the freezer

16. The automated system of claim 14 wherein said fry device comprises:

(a) a fry vat for containing and heating cooking oil;

(b) at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments each suitable for containing a plurality of French fries, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel, which radial axis is disposed above the normal operating level of the frying oil in the fry vat; and

(c) a drive mechanism for rotating the fry wheel

17. The automated system of claim 16 further comprising a control system for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation to simulate shaking of a French fry basket

**18**. The automated device of claim 14 wherein said food receiving device is heated.

**19**. The automated device of claim 18 wherein said food receiving device comprises a heated holding bin positioned to receive food from an outlet slide located between the fry module and the food receiving device.

**20**. The automated system of claim 19 wherein said holding bin comprises four heated sides and a heated bottom.

* * * * *

# EXHIBIT I

US 20050061160A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2005/0061160 A1**

Day et al. (43) **Pub. Date:** **Mar. 24, 2005**

(54) **AUTOMATED FOOD FRYING DEVICE AND METHOD**

(76) Inventors: **William Day**, New Port Richey, FL (US); **Doug Jones**, New Port Richey, FL (US); **Roberto Nevarez**, Hudson, FL (US); **Jerry Sank**, Palm Harbor, FL (US); **Keith Stanger**, New Port Richey, FL (US); **Mario G. Ceste**, Wallingford, CT (US); **Curtis Clarence Pinnow**, Libertyville, IL (US); **Gerald A. Sus**, Frankfort, IL (US); **Ron Dorsten**, Oak Park, IL (US); **Henry T. Ewald**, Roselle, IL (US); **Jenny Hong**, Palatine, IL (US); **Glenn Schackmuth**, Montgomery, IL (US); **John M. Corliss**, Lynn, MA (US); **Joseph Gerstmann**, Framingham, MA (US); **James Lozouski**, Marlborough, MA (US)

Correspondence Address:
Ryndak & Suri
Suite 2630
30 N. LaSalle Street
Chicago, IL 60602 (US)

(21) Appl. No.: 10/924,071

(22) Filed: Aug. 23, 2004

Related U.S. Application Data

(62) Division of application No. 10/127,203, filed on Apr. 22, 2002.

Publication Classification

(51) Int. Cl.[7] .................................. A47J 37/12
(52) U.S. Cl. ....................................... 99/404

(57) **ABSTRACT**

An automated food processing system is provided that allows food to be dispensed, fried and packaged in a container, for example, an individual portion-sized container. The system includes separate automated modules for dispensing, frying and packaging food. An automated dispensing device dispenses a predetermined portion of food from a bulk storage container or food dispensing magazine. Food is dispensed from the automated dispensing device to an automated fry device that can include at least one circular fry wheel having a plurality of food containing compartments. After the food is fried, it is dispensed from the fry device to an automated packaging device. The automated packaging device dispenses food to a container, for example, an individual portion-sized container that is retrieved, erected and held in position for filling by an automated container handling system. After a food container is filled, a conveyor system transports the container to a pick-up location.



## FIG. 1



Patent Application Publication   Mar. 24, 2005   Sheet 2 of 64      US 2005/0061160 A1

# FIG. 2





FIG. 3



FIG. 4

FIG. 4A

Patent Application Publication  Mar. 24, 2005  Sheet 5 of 64      US 2005/0061160 A1

# FIG. 5



## FIG. 6



REFRIGERATION
UNIT

# FIG. 7



FIG. 8



FIG. 9

FIG. 10

Patent Application Publication    Mar. 24, 2005    Sheet 9 of 64    US 2005/0061160 A1



FIG. 11

FIG. 12

Patent Application Publication   Mar. 24, 2005   Sheet 10 of 64   US 2005/0061160A1



FIG. 13



FIG. 14

FIG. 15



FIG. 16



FIG. 17

FIG. 18

FIG. 19

Patent Application Publication  Mar. 24, 2005  Sheet 13 of 64    US 2005/0061160 A1



FIG. 20

FIG. 21

FIG. 22



FIG. 23

FIG. 24

Patent Application Publication  Mar. 24, 2005  Sheet 15 of 64  US 2005/0061160 A1

# FIG. 25



Patent Application Publication   Mar. 24, 2005   Sheet 16 of 64    US 2005/0061160 A1

## FIG. 26



Patent Application Publication  Mar. 24, 2005  Sheet 17 of 64    US 2005/0061160 A1

# FIG. 27



Patent Application Publication    Mar. 24, 2005    Sheet 18 of 64    US 2005/0061160 A1



FIG. 28



FIG. 29

Patent Application Publication    Mar. 24, 2005    Sheet 20 of 64    US 2005/0061160A1

FIG. 30



VACUUM
SOURCE

FIG. 31



Patent Application Publication  Mar. 24, 2005  Sheet 21 of 64    US 2005/0061160A1



FIG. 32

FIG. 33





Patent Application Publication   Mar. 24, 2005   Sheet 24 of 64     US 2005/0061160 A1



FIG. 38



FIG. 39

## FIG. 40



## FIG. 41



## FIG. 42





FIG. 43

FIG. 44

# FIG. 45





**FIG. 46**

**FIG. 47**

**FIG. 48**

**FIG. 49**

**FIG. 50**

Patent Application Publication    Mar. 24, 2005    Sheet 30 of 64    US 2005/0061160 A1



FIG. 51

FIG. 52

FIG. 53

FIG. 54

FIG. 55

FIG. 56



FIG. 57

FIG. 58

FIG. 59

FIG. 60

Patent Application Publication  Mar. 24, 2005  Sheet 32 of 64    US 2005/0061160 A1



Patent Application Publication  Mar. 24, 2005  Sheet 33 of 64    US 2005/0061160 A1



FIG. 64

## FIG. 65





FIG. 66

# FIG. 67



## FIG. 68



# FIG. 69



## FIG. 70



Patent Application Publication  Mar. 24, 2005  Sheet 40 of 64    US 2005/0061160 A1

# FIG. 71



## FIG. 72



# FIG. 73



Patent Application Publication  Mar. 24, 2005  Sheet 43 of 64    US 2005/0061160 A1

## FIG. 74



## FIG. 75





# FIG. 77



## FIG. 77A



## FIG. 77B



Patent Application Publication  Mar. 24, 2005  Sheet 49 of 64    US 2005/0061160 A1



FIG. 77C

Patent Application Publication    Mar. 24, 2005  Sheet 50 of 64    US 2005/0061160 A1

## FIG. 77D



## FIG. 78





## FIG. 85





FIG. 86

FIG. 87



FIG. 88



FIG. 89A

FIG. 89B

FIG. 89C

Patent Application Publication    Mar. 24, 2005    Sheet 57 of 64    US 2005/0061160 A1



FIG. 89D

FIG. 89F

FIG. 89E

FIG. 89I

FIG. 89G

FIG. 89H

Case 1:06-cv-00515-JJF    Document 47-10    Filed 02/21/2007    Page 16 of 51



**FIG. 90A**

# FIG. 90B



Patent Application Publication  Mar. 24, 2005  Sheet 60 of 64    US 2005/0061160 A1

# FIG. 90C



Patent Application Publication  Mar. 24, 2005  Sheet 61 of 64    US 2005/0061160 A1

# FIG. 90D



## FIG. 90E



Patent Application Publication  Mar. 24, 2005  Sheet 63 of 64    US 2005/0061160 A1



**FIG. 90F**

Patent Application Publication  Mar. 24, 2005  Sheet 64 of 64    US 2005/0061160 A1

# FIG. 91



US 2005/0061160 A1

Mar. 24, 2005

1

## AUTOMATED FOOD FRYING DEVICE AND METHOD

### FIELD OF THE INVENTION

[0001]  The invention relates to automated food processing. More particularly, the invention relates to automated food dispensing, frying and packaging into individual portion-sized containers such as at a quick-service type restaurant.

### BACKGROUND OF THE INVENTION

[0002]  In restaurants, especially quick service (fast food) restaurants, fast, consistent, efficient and safe food preparation is essential for a successful operation. The quality of the prepared food depends in large part on the consistency of food preparation. The food must be cooked under correct conditions for the proper time.

[0003]  Consistency in food preparation can vary as a result of many factors. For example, people engaged in food preparation often must perform multiple tasks at frequencies that vary with time because of constantly varying customer demand throughout the day. For example, lunchtime and dinnertime may be extremely busy while other periods may be relatively slow. The product mix can vary from hour to hour and day to day. As a result, the consistency and quality of food may vary. Difficulties in proper scheduling of food production during peak and non-peak periods can cause customer delays and/or stale, wasted or unusable food.

[0004]  Food preparation can be labor intensive, and thus, the labor cost can be a large portion of the total cost of the prepared food. An additional problem is that in sparsely populated and other areas where quick service restaurants are located, such as along interstate highways, for example, recruiting sufficient numbers of suitable employees is difficult.

[0005]  Quick service restaurants must be able to effectively meet a variable customer demand that is time dependent and not subject to precise prediction. As a result, stores relying totally on human operators will at times be over-staffed and at other times be under-staffed. Also, problems and potential problems can exist in restaurants where people directly prepare food. Health and safety concerns can also be present where food is prepared directly by people. By reducing or minimizing human contact with food and food cooking equipment, health and safety concerns can also be reduced or minimized. For example, in the frying of foods, some type of hot fluid, such as cooking oil or shortening must be utilized. The cooking temperatures required can present a concern for health and safety.

[0006]  Although quick service restaurants have existed for many years and now number in the tens of thousands, such establishments utilize manual labor to prepare and process food. While there have been various improvements in commercial equipment used for cooking food in quick service restaurants, such restaurants are believed to be substantially all manually operated and relatively labor intensive.

[0007]  Accordingly, a need exists for an automated, commercially suitable food dispensing, cooking and packaging device, system and method for fried foods that can be operated with a minimum of human intervention, control and maintenance. More particularly, a need exists for an automated device, system and method that is capable of, without human labor, frying various food products in desired quantities, such as French fries, seasoning the cooked food and packaging the cooked food in individual portion-sized containers.

### SUMMARY OF THE INVENTION

[0008]  In accordance with the present invention, an automated food processing system and method is provided. The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator.

[0009]  In accordance with one aspect of the present invention, an automated module system for dispensing, frying and packaging food into individual portion-sized containers is provided. In one embodiment, any suitable automated dispensing device can be used. In another embodiment, the system includes an automated dispensing module capable of dispensing a desired quantity of food to be fried, an automated fry module adjacent the dispensing module to receive and fry the quantity of food dispensed from the dispensing module and to produce and dispense a quantity of fried food and an automated packaging module adjacent the fry module to receive and package the fried food from the fry module into an individual portion-sized container.

[0010]  Advantageously, in one embodiment, the three modules are independent from each other and can be operated independently. Plus, in one embodiment, any one of the modules can be deactivated and a human operator can manually perform the function of the deactivated module with manually operated equipment.

[0011]  In accordance with another aspect of the invention, optionally an automated seasoning device is present to apply seasoning to the food.

[0012]  Typically, the automated dispensing module in accordance with the invention in one embodiment is capable of dispensing one or more of uncooked or unheated French fries, chicken nuggets, hash browns, chicken patties and fish filets or similar types of food items to be cooked and/or heated.

[0013]  In accordance with another aspect of the invention, the automated dispensing module includes a freezer, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, with the structure for dispensing and the secondary or dump container being located in the freezer, and structure for dispensing the quantity of food from the secondary or dump container to a location outside of the freezer.

[0014]  In accordance with another aspect of the present invention, the fry module of the automated modular system includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter in a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel, which radial axis is disposed above the normal operating level of the frying oil or the

2

cooking oil in the fry vat. A drive mechanism is provided for rotating the fry wheel. In one aspect of the invention, any suitable type of automated fry device can be utilized

[0015]  In accordance with another aspect of the present invention, a control system is provided for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation (such as about 2-10°, for example) to simulate shaking of a fry basket. Such control can be accomplished electronically by devices known to those skilled in the art

[0016]  In another embodiment, food is delivered from the fry module to a cooked food holding device, which can comprise a heated holding bin or bins

[0017]  In accordance with still another aspect of the present invention, the automated packaging module includes a rotatable food dispensing member having an inlet location to receive a quantity of cooked food at a discharge location to discharge cooked food, the packaging module also including a food dispensing chute position to receive cooked food from the discharge location of the rotatable food dispenser, the food dispensing chute having a discharge location

[0018]  In accordance with another embodiment of the invention, the automated modular system further includes a carton holding device for holding the individual portion-sized carton or container in position to receive food from the discharge location of the dispensing chute. The packaging module may further include a rotatable food collecting member disposed to collect food from the discharge location of a dispensing chute that is not deposited into the individual portion-sized food container. The so collected food may be subsequently deposited into the food dispensing chute for delivery to a container or alternatively to the rotatable food dispensing member or to a waste receptacle or chute

[0019]  In accordance with another aspect of the invention, the automated packaging device includes a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled food container holding area, for subsequent pick-up by a human operator, for example. In one embodiment, any suitable automated packaging device can be utilized

[0020]  In accordance with another aspect of the present invention, an automated food carton-retrieving device is provided for retrieving and grasping individual portion-sized food containers. The automated retrieving device comprises a moveable member for selectively grasping and releasing the food container. In one embodiment, the retrieving device is capable of grasping and releasing an unerected food container on one side and the device further includes a second device for selectively grasping and releasing food container on the other side with structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container to erect or partially erect the container

[0021]  In another embodiment, an automated urging structure is provided for urging the container bottom upwardly relative to the sides of the container when the sides of the container are moved relatively apart

[0022]  In accordance with another aspect of the invention, the automated modular system includes an electronic control system that receives current customer order information and

the electronic control system causes the selection of a container from a plurality of different container sizes and further causes filling of food with the size of food container in response to a customer order. In one aspect, the electronic control system can receive customer order information and controls the dispensing rate of food dispensed from the food dispensing module to the fry module which dispensing automatically determines the amount of food being fried without further intervention by the electronic control. In one aspect, the control system can include a separate control system for each of the dispensing, fry and packaging systems or modules, each of which interface with a central control system, which in turn optionally interfaces with a POS (point-of-sale) system

[0023]  In accordance with another aspect of the invention, the automated modular system is suitable for dispensing, frying and packaging French fries into individual portion-sized containers

[0024]  In accordance with another aspect of the present invention, an automated method of dispensing, frying and packaging food into individual portion-sized containers is provided that includes dispensing a desired quantity portion of food to be fried from an automated dispensing module to an automated fry module and thereafter frying the portion of food dispensed from the dispensing module in the automated fry module adjacent the dispensing module to produce a quantity of fried food. Thereafter, the quantity of fried food is dispensed from the fry module to a packaging module where the fried food dispensed from the fry module is packaged into individual portion-sized containers with an automated packaging module

[0025]  In another aspect of the invention, the automated method further comprises seasoning the quantity of fried food with a seasoning device

[0026]  In accordance with another aspect of the invention, the dispensing includes dispensing a predetermined quantity of food from the storage container into a secondary container located in a freezer and dispensing the quantity of food from the secondary container to a location outside of the freezer

[0027]  In accordance with another aspect of the method of the present invention, the frying comprises a rotating fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the food being contained in at least one of the compartments during the frying, the fry wheel being mounted for rotational movement relative to the radial axis of the fry wheel in a fry vat with the radial axis being disposed above a normal operating level of the cooking oil in the fry vat. In accordance with this aspect of the invention, the automated method further includes containing a drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of angular rotation to simulate shaking of a fry basket during frying

[0028]  In accordance with another aspect of the invention, the packaging includes rotating a rotatable food dispensing member having an inlet location to receive a quantity of cooked food in a discharge location to discharge cooked food, the food dispensing member being rotated to dispense food into a food dispensing chute position to receive cooked food from the discharge location of the rotatable food

3

dispenser and thereafter dispensing said food from the dispensing chute to a container to be filled

[0029]  In accordance with another aspect of the invention, the method further includes holding an individual portion-sized carton or container positioned to receive food from the dispensing chute with an automated carton holding device

[0030]  In accordance with still another aspect of the invention, the method further includes collecting food dispensed from the discharge location of the dispensing chute that is not deposited into the individual portion-sized food container with a rotatable food collecting member disposed to collect such not deposited food

[0031]  In accordance with another aspect of the method, the method includes electronically coordinating the operation of the three modules or devices within an electronic control system  In one embodiment, the method further includes electronically receiving current customer order information by the electronic control system which causes selection of a container from a plurality of different sized containers and filling the container with food of the ordered size of food container in response to a customer order by the packaging module  In accordance with another aspect of the method, customer order information is electronically received and the dispensing rate of food dispensed from the food dispensing module to the fry module is controlled, which dispensing automatically determines the amount food being fried without further intervention by the electronic control system

[0032]  In accordance with another aspect of the present invention, an automated dispensing device for dispensing a quantity of food to be subsequently cooked is provided  In one embodiment, the automated dispensing device includes a freezer or refrigerated compartment, a storage container located in the freezer for containing food to be dispensed, structure for dispensing a predetermined quantity of food from the storage container into a secondary or dump container, the structure for dispensing the predetermined quantity of food being located in the freezer, and structure is provided for dispensing the quantity of food from the secondary or dump container in the freezer to a location outside of the freezer

[0033]  In one embodiment, the structure for dispensing a predetermined quantity of food includes a vibratory conveyor typically located in the freezer below the storage container  The structure for dispensing may further include a device for determining or sensing the quantity of food that has been deposited in the secondary container and structure is provided for terminating the operation of the structure for dispensing when a predetermined quantity of food is sensed in the secondary container

[0034]  In accordance with another aspect of the present invention, the automated dispensing device includes structure for dispensing a predetermined quantity of food that comprises a food magazine capable of dispensing individual pieces of food on a piece by piece basis  In accordance with a more specific aspect of this embodiment, the magazine comprises dual rotatable spiral flights with the spiral flights having a spacing therebetween to allow placement of a food item, such as a chicken patty, for example, to be supported by both spiral flights

[0035]  In accordance with another aspect of the invention, the magazine dispenser is suspended from a slide mecha-

nism permitting removal of the magazine from the freezer or refrigerated compartment  A plurality of the magazines can be located on a single slide mechanism  An array of the magazines may be located in the freezer, such as a 3x5 array or a 3x4 array, for example

[0036]  In one embodiment, a separate drive motor is associated with each food dispensing magazine for selectively rotating spiral flights of a magazine dispenser for dispensing a desired number of the food items  The drive motor may also be located in the freezer

[0037]  In accordance with another aspect of the invention, an automated method of dispensing a quantity of food to be cooked is provided  The method includes storing food items in a storage container located in the freezer, dispensing food items from the storage container to a conveyor, conveying the food items on the conveyor to a secondary or dump container located in the freezer, monitoring the amount of food items delivered to the secondary container, terminating delivery of the food items to the secondary container when a desired amount of food items are determined to be present in the secondary container as determined by the monitoring, and dispensing the food items from the secondary container and out of the freezer by at least partially inverting the secondary container  In accordance with another aspect of this embodiment, a freezer or refrigerated compartment is not utilized

[0038]  In accordance with another aspect of the present invention, a device for the automated frying of foods is provided  The device in one embodiment includes a fry vat for containing and heating cooking oil, at least one circular fry wheel having at least a generally circular perimeter and a plurality of compartments with each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the fry wheel which radial axis is disposed above the normal operating level of the frying oil in the fry vat  A drive mechanism is provided for rotating the fry wheel and a control system is included for causing the drive mechanism to periodically rotate the fry wheel back and forth through a relatively small amount of rotation (such as about 2-10°, for example) to simulate shaking of a fry basket  Such control can be accomplished electronically by devices known to those skilled in the art

[0039]  In accordance with another aspect of the present invention, the small amount of rotation is in the range of from about 2° to about 20°  The back and forth rotation in one direction may be of a larger angle or amount of rotation than of the rotation in the other direction

[0040]  In one embodiment, a control system is provided that causes periodic incremental rotation of the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the compartments out of the cooking oil for subsequent discharge of the food from the compartment  In one embodiment, the periodic incremental rotation is based on 360° divided by the number of compartments in the fry wheel

[0041]  In accordance with another aspect of the present invention, a control system is provided for operating the drive mechanism to rotate the fry wheel in one direction to cause food deposited into one of the compartments to travel

4

through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment, wherein the control system adjusts the speed of rotation based on the level of cooking oil in the fry vat. In one embodiment, the control system causes incremental periodic rotation of the fry wheel and the control system adjusts the period of time between incremental rotations based on the level of cooking oil sensed in the fry vat. The period of time between incremental rotations can also be based on the temperature of the cooking oil in the fry vat.

[0042]   In accordance with another aspect of the invention, a curved baffle is provided that is disposed in the fry vat adjacent the axial periphery of the portion of the fry wheel that is disposed in the cooking oil for preventing food contained in one or more of the fry wheel compartments from falling out of the compartments.

[0043]   In accordance with another aspect of the present invention, an automated method of frying food in a fry vat having a heated cooking oil contained therein is provided. The method includes placing food in a fry wheel compartment, each of the compartments having an opening towards the perimeter of the fry wheel, rotating the fry wheel so that the compartment containing the food travels submerged in the heated cooking oil and periodically rotating the fry wheel back and forth in a relatively small amount of rotation to simulate shaking of the fry basket while the food is submerged in the cooking oil. In accordance with another aspect of the method of the present invention, the method comprises rotating the fry wheel in one direction to cause the food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the food out of the cooking oil for subsequent discharge of the food from the compartment, wherein the speed of said rotating is related to the level of cooking oil in the fry vat. In accordance with this aspect of the present invention, the rotating may comprise incremental periodic rotation with the period of time between incremental periodic rotations being based on the level of cooking oil sensed in the fry vat. The period of time between incremental periodic rotations may also be based on the temperature of the cooking oil in the fry vat.

[0044]   In accordance with another aspect of the present invention, an automated method of packaging cooked food, which may be food such as French fries, chicken nuggets and other types of food, in an individual portion-sized container is provided. The method includes delivering a quantity of a cooked food to a rotatable dispensing member, rotating the dispensing member to cause the food items to fall from one or more compartments of the dispensing member into a food dispensing chute and thereafter dispensing the food from the chute and depositing the food into the individual portion-sized food container.

[0045]   In accordance with one aspect, the method may further include weighing the food in the chute before dispensing the food to the container.

[0046]   In accordance with another aspect of the invention, the method includes applying seasoning to the food and may further include applying the seasoning by using gravity to cause the seasoning to travel through a nozzle and onto the food.

[0047]   In accordance with another aspect of the invention, the method further includes shaking the individual portion-

sized food container after the dispensing. The shaking may be automated and can include back and forth movement of the container through an arc as desired, and may be in a generally vertical axis. The arc may be a generally circular arc and the rotating back and forth may encompass an arc in the range of from about 3° to about 20°. In addition, the container may be raised and lowered before, during or after the rotating to further simulate shaking or in connection with further container handling.

[0048]   In accordance with another aspect of the invention, when dispensing food from the chute to the individual portion-sized container, some of the dispensed food is not deposited into the individual portion-sized container and the method further includes collecting the not deposited food. Typically, the not deposited food will be collected in a collection device that returns the not deposited food to the chute for subsequent dispensing. In one embodiment, the collection member is rotatable and can be rotated to deposit the collected food to the chute. This helps to ensure that the not deposited food is subsequently deposited into a container on a first-in, first-out or a generally first-in, first-out basis.

[0049]   In accordance with another aspect of the present invention, an automated method of packaging food, including food such as French fries, in an individual portion-sized container is provided that includes delivering a quantity of food to a food dispensing chute, selecting and holding with an automated device an individual portion-sized container of a desired size from a plurality of different sizes of individual portion-sized containers that can be selected and held by the automated device. The selected individual portion-sized container is moved by the automated device to a location for receiving food from the dispensing chute and food is dispensed from the chute and into the container. The method may further include depositing the filled food container onto a conveyor by operation of the automated device and transporting the deposited container by the conveyor to a human operator food pickup location.

[0050]   In accordance with another aspect of the foregoing method, the individual portion-sized food container is unerected and the method further includes after the selecting, erecting the selected individual portion-sized food container by the automated device. In one embodiment, the automated device includes a partial vacuum suction device for holding the individual portion-sized food container and the holding includes applying a partial vacuum through a suction device to the food container. The food container can be released by reducing or eliminating the vacuum applied by the suction device to the food container sufficiently to cause the food container to be disengaged from the automated device.

[0051]   In accordance with another embodiment of the method, the filled food container is placed in an upright position on a transportable member or container-receiving receptacle which in one embodiment contains a single food container and is maintained in an upright position on the transportable member by cooperation of the recessed volume of the transportable member and the food container.

[0052]   In accordance with another aspect of the invention, the transporting is performed by a magnetic conveyor.

[0053]   In accordance with still another aspect of the invention, an automated device for packaging cooked food

into a desired container, which may be an individual portion-sized food container is provided. The device includes a rotatable food dispensing member having an inlet location to receive a quantity of the cooked food and a discharge location to discharge the cooked food. A food dispensing chute is positioned to receive the cooked food from the discharge location of the rotatable food dispenser and the dispensing chute has a discharge location. In one embodiment, the dispensing chute has a food holding area for holding a quantity of the cooked food deposited therein. A suitable weighing device can be associated with the dispensing chute to weigh the food that is contained in the chute or in the holding area of the chute. In one embodiment, the weighing device is a load cell.

[0054]   In accordance with another aspect of the invention, the automated device includes a food carton or container holding device for holding the food carton in position to receive food from the discharge location of the dispensing chute. The carton holding device can include an axially rotatable generally vertically extending elongated first member and a second member that extends from the elongated member, the second member having a gripping member for gripping a food container, which may be an individual portion-sized food container. In one embodiment, the gripping member comprises a suction cup. A vacuum source may be supplied to the suction cup to create at least a partial vacuum, allowing the container to be held. In one embodiment, the carton holding device is capable of moving the food container through an arc of about or of at least about 180° and in which the carton holding device is capable of moving the food container up and down.

[0055]   In accordance with another aspect of the present invention, the automated device comprises a conveyor system for transporting filled individual portion-sized food containers from adjacent the filling location to a filled container holding area. The conveyor system may comprise in one embodiment a continuous loop raceway and a plurality of discrete moveable food container receptacles that are moveable along the raceway. The conveyor system may include a continuous moveable loop having at least one magnetic element capable of magnetically attracting one of the moveable receptacles at a time for causing movement of the receptacle corresponding to movement of the magnetic element. A plurality of the magnetic elements may be spaced apart along the moveable loop.

[0056]   In one embodiment, structure is provided for preventing movement of the discrete receptacles when the structure for moving the discrete receptacles along the raceway is activated. The structure for preventing movement can be a barrier that is disposed across the raceway. In one embodiment, the barrier is selectively moveable and in another embodiment the barrier is fixed. In one embodiment, the barrier prevents movement of the receptacles only for a receptacle that has a food carton or container disposed thereon. In this embodiment, the barrier may be located at a height that is above the top of the receptacles located on the conveyor system adjacent the barrier.

[0057]   In accordance with another aspect of the invention, an automated device is provided to retrieve and grasp a food container, which may be an individual portion-sized food or French fry container or carton. The automated retrieving device includes a member for selectively grasping and

releasing the food container and for moving the moveable member horizontally and linearly.

[0058]   In accordance with another aspect of the invention, a magazine is provided for holding a plurality of food containers in an unerected state.

[0059]   In accordance with another aspect of the invention, the automated device includes a retrieving device that is capable of grasping and releasing an unerected food container on one side and further includes a second device for selectively grasping the unerected food container on the other side. A structure for moving the retrieving device and the second device relatively apart when grasping the sides of the container is provided. The automated device may further include an automated urging means for urging the container bottom upwardly relative to the sides of the container when the retrieving device and the second device are moved relatively apart when grasping the container.

[0060]   In accordance with another aspect of the invention, the food dispensing member is a rotatable wheel having an open central area and an outer at least generally circular rim. The rotatable wheel has a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and open interiorly of the circular rim. A baffle may be provided to prevent food contained in the one or more of the open compartments from falling out of the compartments when the wheel is rotated until the compartment is in position over the food dispensing chute. The baffle may be curved to follow the curvature of the inner part of the wheel and may also be perforated. The automated device may further include a rotatable food collecting member that is disposed to collect food dispensed from the discharge location of the dispensing chute which food is not deposited into a container held in position at the discharge location. Typically, the collection member will have a discharge location to discharge collected food. In one embodiment, the discharge location is the food dispensing chute. The collecting member may be a rotatable food collecting wheel having an open central area and an outer circular rim having a plurality of open compartments spaced apart about the circular rim that extend inwardly from the circular rim and that are open towards the rim interior. The rotatable food dispensing member and the rotatable food collecting member can be rotatable in one direction to discharge food at a discharge location and into a food dispensing chute and can be rotatable in an opposite direction to discharge the food at a second discharge location which may be to a waste chute. The discharge to the waste chute feature can be activated, for example, when the food is held in the dispensing device for too long a period of time.

[0061]   The packaging device may also include an automated seasoning device for depositing a predetermined quantity of seasoning to food contained in the packaging device.

[0062]   In accordance with another aspect of the invention, the device for applying seasoning includes a seasoning delivery tube having an inlet and a discharge location. A seasoning delivery head is positioned to deliver seasoning to the food to be seasoned with the head in communication with the outlet of the delivery tube and located below the inlet of the delivery tube. Structure is provided for depositing a predetermined quantity of seasoning into the inlet of the delivery tube so that the quantity of seasoning falls by

US 2005/0061160 A1

Mar. 24, 2005

gravity through the delivery tube and into and through the seasoning head and onto the food to be seasoned Typically, the structure for depositing the predetermined quantity of seasoning will receive seasoning from a bulk hopper by gravity feed The quantity of seasoning to be dispensed can be determined volumetrically, for example

## BRIEF DESCRIPTION OF THE DRAWINGS

[0063]   FIG. 1 is a perspective view of an automated food processing system in accordance with the invention;

[0064]   FIG. 2 is a perspective view of an alternate embodiment of a food processing system in accordance with the present invention;

[0065]   FIG. 3 is a schematic view, partly in section, of the food processing system of FIG. 1;

[0066]   FIG. 4 is a side elevation view of a portion of a bulk food dispensing device in accordance with the present invention;

[0067]   FIG. 4A is a side elevation view, partly in section, of an alternative embodiment for a portion of the dispensing device illustrated in FIG. 4;

[0068]   FIG. 5 is a top plan view of a portion of the bulk food dispensing device in accordance with the present invention;

[0069]   FIG. 6 is a side elevation view, partly in section, of a bulk food dispensing device in accordance with the present invention and also illustrating a portion of a device for frying food in accordance with the present invention;

[0070]   FIG. 7 is a perspective view of a magazine-type dispenser that can form part of the food dispensing device of the present invention;

[0071]   FIG. 8 is a partial side elevation view of the magazine dispenser of FIG. 7;

[0072]   FIG. 9 is a perspective view of a magazine-type dispenser array that can be utilized in the dispenser of the present invention;

[0073]   FIG. 10 is a fragmentary view of the device of FIG. 9;

[0074]   FIG. 11 is a top plan view of a food frying device in accordance with the present invention;

[0075]   FIG. 12 is a front elevation view of the food frying device of FIG. 11;

[0076]   FIG. 13 is a partial fragment sectional view along line 13-13 of FIG. 11;

[0077]   FIG. 14 is a fragmentary sectional view of a portion of the food frying device of FIG. 11;

[0078]   FIG. 15 is a sectional view along line 15-15 of FIG. 14;

[0079]   FIG. 16 is a perspective view of a drive mechanism for the food frying device of FIG. 11;

[0080]   FIG. 17 is a fry basket for use in the frying device of FIG. 11;

[0081]   FIG. 18 is a fragmentary sectional view along line 18-18 of FIG. 17;

[0082]   FIG. 19 is an enlarged, fragmentary elevation sectional view of a portion of FIG. 13;

[0083]   FIG. 20 is an alternate view along line 13-13 of FIG. 11;

[0084]   FIG. 21 is a sectional view along line 21-21 of FIG. 20;

[0085]   FIG. 22 is an enlarged fragmentary view of a portion of FIG. 21;

[0086]   FIG. 23 is an alternate embodiment of a fry wheel in accordance with the present invention;

[0087]   FIG. 24 is another alternate embodiment fry wheel in accordance with the present invention;

[0088]   FIG. 25 is a front perspective view of a packaging device in accordance with the invention;

[0089]   FIG. 26 is a rear perspective view of the device of FIG. 25;

[0090]   FIG. 27 is a top plan view of the device of FIG. 25;

[0091]   FIG. 28 is a side elevation view, partially in section and partially broken away of the packaging device of FIG. 25;

[0092]   FIG. 29 is a front elevation view of the device of FIG. 25;

[0093]   FIG. 30 is a front perspective view of a portion of an automated container handling system in accordance with the invention;

[0094]   FIG. 31 is a top plan view of the container handling system of FIG. 30;

[0095]   FIG. 32 is a side elevation view, partially broken away of the automated container handling system of FIG. 30;

[0096]   FIG. 33 is a rear elevation view of the container handling system of FIG. 30;

[0097]   FIG. 34 is a front perspective view of the container handling system of FIG. 30 shown in another operative position;

[0098]   FIG. 35 is a top plan view of the container handling system of FIG. 34;

[0099]   FIG. 36 is a side elevation view, partially broken away of the container handling system of FIG. 34;

[0100]   FIG. 37 is a rear elevation view of the container handling system of FIG. 34;

[0101]   FIG. 38 is a front elevation view of a portion of a container handling apparatus in accordance with the invention;

[0102]   FIG. 39 is a front elevation view of another portion of the container handling apparatus of FIG. 34;

[0103]   FIGS. 40-42 illustrate a front diagrammatic elevation view illustrating a portion of the container handling apparatus in accordance with the invention;

[0104]   FIGS. 43-44 illustrate a side elevation view, partly in section, of a portion of the food packaging apparatus in accordance with the invention;

7

[0105]  FIG. 45 is a top plan view of a food packaging device in accordance with the present invention;

[0106]  FIG. 46 is a perspective view of a container-receiving receptacle in accordance with the present invention;

[0107]  FIG. 47 is a top plan view of the device of FIG. 47;

[0108]  FIG. 48 is a sectional view along line 48-48 of FIG. 47;

[0109]  FIG. 49 is a cross-sectional view along line 49-49 of FIG. 47 and further including a portion of a conveyor system in accordance with the present invention;

[0110]  FIG. 50 is a sectional view along line 50-50 of FIG. 49;

[0111]  FIG. 51 is a front elevation view of a carton useful in accordance with the present invention;

[0112]  FIG. 52 is a rear elevation view of a carton useful in accordance with the present invention;

[0113]  FIG. 53 is a sectional view along line 53-53 of FIG. 52;

[0114]  FIG. 54 is a bottom plan view of the container of FIG. 51;

[0115]  FIG. 55 is a sectional view along line 55-55 of FIG. 57;

[0116]  FIG. 56 is a perspective view showing use of the food container of FIG. 51;

[0117]  FIG. 57 is a perspective view of a food container useful in accordance with the present invention;

[0118]  FIG. 58 is an alternate embodiment perspective view of a container useful in accordance with the invention;

[0119]  FIG. 59 is a development view of the carton of FIG. 51;

[0120]  FIG. 60 is a side elevation view of the carton of FIG. 51;

[0121]  FIG. 61 is a sectional view of a portion of the food packaging device of FIG. 25;

[0122]  FIG. 62 is a sectional view of a portion of a food storage device in accordance with the present invention;

[0123]  FIG. 63 is a sectional view of the food storage device of FIG. 62;

[0124]  FIG. 64 is a side elevation view, partly in section, a hood system in accordance with the present invention;

[0125]  FIG. 65 is a perspective view of an automated seasoning device in accordance with one aspect of the invention;

[0126]  FIG. 66 is a side elevation view of the seasoning device of FIG. 65;

[0127]  FIG. 67 is a front elevation view of the seasoning device of FIG. 65;

[0128]  FIG. 68 is a top plan view of the seasoning device of FIG. 65;

[0129]  FIG. 69 is a diagrammatic view of a control system in accordance with the present invention;

[0130]  FIG. 70 is a diagrammatic view of a control system in accordance with the present invention;

[0131]  FIG. 71 is a diagrammatic view of a frying cycle in accordance with the present invention;

[0132]  FIG. 72 is a schematic illustration of a sample touch screen monitor useful in accordance with the invention; and

[0133]  FIG. 73 depicts another touch screen layout in accordance with the present invention

## DETAILED DESCRIPTION OF THE INVENTION

[0134]  General

[0135]  In accordance with the present invention, an automated food processing system and method is provided. The automated food processing system and method in accordance with the invention allows food to be dispensed, fried and packaged in a suitable container or alternatively dispensed to a food holding area for subsequent processing by a human operator

[0136]  Referring to the Figures generally and in particular to FIGS. 1 and 3, there is illustrated an automated food processing system 100 in accordance with the invention. Automated food processing system 100 includes a food dispensing device 200, a fry device 400 and a food packaging device 600 In accordance with one embodiment of the present invention, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be constructed and are sometimes illustrated in "modular" construction or form By "modular" construction or form it is meant that dispensing, fry and packaging devices 200, 400 and 600, respectively, can exist and may be contained in separate cabinets, for example, and also operate independently of the other devices Thus, if one of dispensing, fry and packaging devices 200, 400 and 600, respectively, are inoperative or are otherwise deactivated, the function of the deactivated or inoperative device can be performed manually For example, food to be fried could be manually dispensed in place of dispensing device 200 Alternatively, food to be fried could be fried in a conventional fry vat after being dispensed from dispensing device 200 in place of using fry device 400 and food that is dispensed and fried in dispensing and fry devices 200 and 400, respectively, could, in turn, be packaged manually, for example

[0137]  To facilitate such modular construction and use, each of dispensing, fry and packaging devices 200, 400 and 600, respectively, can be contained in a separate wheeled cabinet, 202, 402 and 602, respectively, as illustrated in FIG. 1 Alternatively, dispensing, fry and packaging devices 200, 400 and 600, respectively, could be mounted as a single unit or in a single cabinet or in "non-modular form," as desired, or more than one of such devices 200, 400 and 600 could be so mounted or combined

[0138]  A suitable control system for the dispensing, fry and packaging devices is also provided As will be described more completely hereafter, in one embodiment, the control system includes a central control system 110 that can interface with a point-of-sale system 112 The central control system will communicate with separate subcontrol systems 114, 116 and 118, one for each of the dispensing, fry and

packaging devices **200**, **400** and **600**, respectively. Alternatively, a single central control system (not shown) could be utilized in place of individual control systems for each of devices **200**, **400** and **600**. Similarly, as another alternative, a single central control system could be utilized to control the overall operation of automated food processing system **100** as well as controlling the individual functions and aspects of dispensing, fry and packaging devices **200**, **400** and **600**.

[0139]  The basic operations of dispensing device **200**, fry device **400** and food packaging device **600** will now be briefly discussed and discussed in detail hereafter.

[0140]  Briefly, dispensing device **200** functions to dispense a quantity of food to be fried to fry device **400**. In one aspect of the invention, any suitable food dispensing device can be utilized. Dispensing device **200** can include a cabinet **202** to house the components of dispensing device **200**. In one embodiment, cabinet **202** will be refrigerated, preferably below 32° F so that the food contents therein will remain frozen. This allows the food stored in dispensing device **200** to remain therein for a long period of time, much longer than if the contents were merely refrigerated (above freezing) or merely at room temperature.

[0141]  In the illustrated embodiment, dispensing device **200** includes an uncooked bulk food dispensing container **204**. Uncooked bulk food dispensing container **204** may be utilized for food such as French fries or chicken nuggets, for example. Other types of food may also be contained in a dispenser such as uncooked bulk food dispensing container **204**. Typically, those types of food would be in the form of relatively small pieces compared to relatively large food pieces such as chicken patties, for example.

[0142]  For relatively large food pieces, a large food dispensing container is utilized. In one embodiment, the large food dispensing container is in the form of a magazine food dispenser **206**.

[0143]  Food dispensed from a dispenser of dispensing device **200** is deposited on a conveyor **208** that, in turn, directs the deposited food to a secondary or dump container **210** for subsequent discharge from dispensing device **200**.

[0144]  In the illustrated embodiment, uncooked bulk food dispensing container **204**, magazine food dispenser **206**, conveyor **208** and secondary container **210** are contained in cabinet **202**, which is a refrigerated environment, preferably maintained below freezing (32° F or lower).

[0145]  While any suitable conveyor can be utilized in one aspect, conveyor **208** is preferably a vibratory conveyor, vibrated by a suitable vibratory mechanism that vibrates a conveyor body **214**. Conveyor body **214** may take the form of a suitably shaped tray, for example.

[0146]  By containing the foregoing components in a refrigerated and preferably frozen environment, consistency in food preparation and dispensing is achieved, thereby contributing to the overall efficient, effective and uniform performance of automated food processing system **100**.

[0147]  Secondary container **210** can be of a form as desired and includes suitable weighing mechanism **216** to permit a determination of the quantity of food contained in secondary container **210**. Weighing mechanism **216** can be any suitable device to weigh the contents or otherwise

determine the amount of food in secondary container **210**. Weighing mechanism **216** may comprise a load cell or a mechanism for determining the volume of food deposited into secondary container **210**, for example. In this manner, the amount of food that is charged to fry device **400** at a particular time can be determined. In addition, weighing mechanism **216** can be operated during operation of conveyor **208** and the operation of conveyor **208** continued until a desired amount of food is deposited in secondary container **210**. In this manner, a precise amount of food can be delivered to secondary container **210** thereby permitting consistency and uniformity in the portion of food that is delivered to fry device **400**. This is also important to ensure that a sufficient quantity of food is being cooked by automated food processing system **100**.

[0148]  Prior to activation of dumping mechanism **218**, discharge door **220** of cabinet **202** is opened by operation of a door opening device which can be any suitable device as desired and in the illustrated embodiment is a cylinder **222** attached to discharge door **220** and moveable up and down in the direction of arrow B. Cabinet **202** is preferably insulated with a suitable insulating material **224** that is also provided in discharge door **220**. The provision of a suitable insulating material is important, particularly since dispensing device **200** will typically be located proximate or adjacent fry device **400** that operates at a substantially elevated temperature, thereby typically generating substantial heat.

[0149]  In the illustrated embodiment, dispensing device **200** includes four dispensing lanes from which food is discharged from dispensing device **200** and to a suitable location such as fry device **400**. After dispensing through discharge door **220**, cylinder **222** is activated to close discharge door **220**. Similarly, dumping mechanism **218** of secondary container **210** is activated to return secondary container **210** to its upright position to receive more food.

[0150]  Fry device **400** includes a fry wheel **404**, a fry vat **406** for containing and heating a suitable cooking oil and a drive mechanism **408** for suitably rotating fry wheel **404**. It is to be understood that in accordance with one aspect of the invention any suitable frying device can be utilized.

[0151]  In the illustrated embodiment of **FIGS. 3 and 11-16**, fry device **400** includes a plurality, in this case four, of separate fry wheels **404**, **410**, **412** and **414**, as well as four separate fry vats **416**, **406**, **420** and **418** and a separate drive mechanism **408** for each fry wheel, each dedicated to a particular one of fry wheels **404**, **410**, **412** and **414**.

[0152]  In one embodiment, a separate drive mechanism is provided for each of fry wheels **404**, **410**, **412** and **414** and can be suitably located in cabinet **402**, preferably in a location that is above the level of cooking oil present in the associated one of fry vats **416**, **406**, **420** and **418**, respectively.

[0153]  The suitable rotation of each of fry wheels **404**, **410**, **412** and **414** can be as desired to direct food articles loaded therein down and through the fry vat until reaching the other side of the fry vat whereupon the food articles are discharged. The rotation can be either continuous or a periodic incremental rotation. For example, a suitable drive mechanism can be provided to periodically rotate fry wheel **410** in a desired rotational increment, which may be based on the number of compartments contained in fry wheel **410**.

9

In the illustrated embodiment of FIG. 13, for example, fry wheel 410 comprises eight food compartments 422, 424, 426, 428, 430, 432, 434, and 436 Each of food compartments 422-436 is a perimeter food compartment and open to the perimeter or exterior of fry wheel 410 Each of fry wheels 404, 412 and 414 can be similarly configured

[0154] As described in more detail hereafter, each of compartments 422-436 is formed from a perforated curved compartment forming member 510

[0155] In the rotation of fry wheel 410, a periodic incremental rotation can be based upon 360° divided by the number of compartments. Thus, for example, in the illustrated embodiment of FIG. 13, each periodic rotation would consist of a rotation of 360° divided by eight compartments or a periodic rotation increment of 45° Thus, as illustrated in FIG. 13, the food contained, in this case French fries, in compartments 424-430 would remain in cooking oil 454 contained in fry vat 406 for all or part of four incremental rotations, after which the food would be discharged from fry wheel 410 in the next incremental rotation thereof For example, as illustrated in FIG. 13, compartment 422 is ready to receive a charge of food to be fried, compartment 424 has a charge of food that has been just immersed in cooking oil 454 Cooking oil 454 is at a level H as illustrated in FIG. 13, which is dependent upon the amount of food contained in compartments 422-436 that are submerged in cooking oil 454.

[0156] Similarly, compartment 426 has food contained therein that has gone through two incremental 45° rotations of fry wheel 410, compartment 428 has food contained therein that has undergone three incremental rotations and food compartment 430 has food contained therein that has undergone four incremental rotations of fry wheel 410 and compartment 432, which is now empty, has discharged the food contained therein upon the last incremental rotation of fry wheel 410 Thus, upon the next incremental rotation of fry wheel 410, which is in the clockwise direction as shown by arrow B of FIG. 13, the food contained in food compartment 430, which in this case is a quantity of French fries 455, will be discharged from compartment 430 to the food packaging device which is hereafter briefly described

[0157] Upon discharge of food, which in this case is a quantity of French fries from one of compartments 422-436 of a fry wheel, such as fry wheel 410 as illustrated in FIG. 3, the food is deposited onto an inlet chute 604 of food packaging device 600

[0158] From inlet chute 604, the food from inlet chute 604 received from fry wheel 410 is deposited into rotatable food dispensing member 606 Typically, rotatable food dispensing member 606 will be compartmented into a plurality of compartments that are arrayed along the periphery of rotatable food dispensing member 606

[0159] Rotatable food dispensing member 606 has a discharge location to discharge the food deposited therein The discharge location is generally located towards an upper portion of rotatable food dispensing member 606 A food dispensing chute mechanism 608 is positioned to receive cooked food from the discharge location of rotatable food dispensing member 606 In a preferred embodiment, food dispensing chute mechanism 608 incorporates a device for weighing or otherwise determining the quantity of food that

has been deposited into food dispensing chute mechanism 608 This ensures that when food is dispensed from food dispensing chute mechanism 608 a minimum quantity of food will be dispensed, thereby ensuring that a container 611 or other package that is to receive the food from mechanism 608 will receive a desired charge

[0160] Food packaging device 600 preferably also includes a suitable automated container handling system 610 Automated container handling system 610 is capable of, in a preferred embodiment, selecting container 611 of a desired size, retrieving and grasping container 611, erecting unerected container 611 into an erected form and holding the erected container 611 in position to receive food dispensed from food dispensing chute mechanism 608

[0161] After food container 611 receives food from food dispensing chute mechanism 608, automated container handling system 610 is capable of moving container 611 having food deposited therein to a container receiving receptacle 612 which receptacle 612 can be transported via a conveyor system 614 to a desired location for subsequent pickup of container 611 having food contained therein by a human operator, for example

[0162] Preferably, a food overflow collection member is provided to collect any food dispensed by food dispensing chute mechanism 608 that is not deposited into container 611 In one embodiment, the overflow food collection device is a rotatable food collection member 613 Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in container 611 and to recycle food collected by overflow food collection member 613 into food dispensing chute mechanism 608 for subsequent dispensing to a container in a first-in, first-out manner so that overflow food is promptly recycled to dispensing chute 608 for dispensing to a container

[0163] Preferably, food packaging device 600 is configured to include a provision by which food contained in dispensing device 600 is routed to waste where it is not desired to dispense such food into a food container Such a condition could arise, for example, if food is held for too long a period in food packaging device 600 This function may be accomplished, for example, by providing a waste discharge location which can be in the form of a waste chute 615 to which food from rotatable food dispensing member 606 and overflow food collection member 613 can be directed In one embodiment, chute mechanism 608 is lowered and member 606 is rotated to dispense food to chute mechanism 608, which in turn dispenses into member 613 Member 613 is rotated counterclockwise to deliver food to waste chute 615 This process can be continued until all of the food in device 600 is so emptied, if desired

[0164] Preferably, a suitable structure for applying a desired quantity of seasoning to food contained in food packaging device 600 is provided In the embodiment illustrated in FIG. 3, a food seasoning device 616 is provided Food seasoning device 616 can be any suitable seasoning device as desired In one embodiment, food seasoning device 616 dispenses a desired quantity of seasoning from a bulk storage container through a delivery tube and onto food located in rotatable food dispensing member 606

[0165] Preferably, and in the embodiment illustrated in FIG. 3, a food seasoning device 616 is provided that directs

10

a desired quantity of seasoning onto food that is contained in a bottom portion of rotatable food dispensing member 606 and inlet chute 604 via a seasoning dispensing head 618

[0166]    Preferably, conveyor system 614 is composed of a raceway 620 that is an endless loop around the periphery of the top surface of cabinet 602 of food packaging device 600, which in one embodiment can be a modular, wheeled cabinet  Conveyor system 614 causes container receiving receptacle 612 to travel around raceway 620 to a food container pickup location 622 where a human operator can pickup food containers having food therein  Preferably, conveyor system 614 includes structure for stopping movement of a container/receiving receptacle 612 at a predetermined location when carrying a food container, such as at food container pickup location 622  Such structure in one embodiment may comprise a gate structure 928 or 928' of FIG. 45 and FIGS. 25-27, respectively, that extends across at least a portion of raceway 620 in the vicinity of the predetermined location  Any suitable type of barrier structure can be utilized to prevent the desired movement  Most preferably, gate structure 928 or 928' will be located at a height that is above the top of the receptacle when located on conveyor system 614 so that movement of container/receiving receptacle 612 is prevented or stopped only for a receptacle 612 that has a food container 611 disposed thereon  Note that the pickup location can be configured as desired and slightly different configurations 622 and 622' are shown in FIG. 45 and FIGS. 25-27, respectively

[0167]    Referring to FIG. 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention  Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing device 200, previously briefly described, where like reference numerals represent like elements  Food dispensing device 201 includes fewer uncooked bulk food dispensing containers 204 and additional magazine food dispensers that are similar to magazine food dispenser 206, previously referred to  Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

[0168]    Automated food processing system 101 also includes fry device 400, which has been described

[0169]    One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600  In place of food packaging device 600, a food storage device 635 is provided  Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual processing  As configured in FIG. 2, food storage device 635 includes separate heated product receiving receptacles 637, 639, 641 and 643  Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively  In addition, each receptacle 637-643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

[0170]    As illustrated in FIG. 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641  Food item F can be stored therein for a period of time until it is ready for subsequent processing

[0171]    Food Dispensing Device

[0172]    Referring to the Figures generally and in particular to FIGS. 1-10, there is illustrated various embodiments of food dispensing devices and portions thereof in accordance with the invention

[0173]    In one embodiment, food dispensing device 200 is illustrated or partially illustrated in FIGS. 1 and 3-8  Food dispensing device 200 includes a cabinet 202, bulk uncooked food dispensing containers 204, 205 and 207, magazine food dispenser 206, 209, 211 and 213, and a suitable conveyor system for each lane 234, 236, 238 and 240 of food dispensing device 200  Any suitable number of magazine dispensers can be used for a particular lane, such as one, two, three, four, five or more, and the illustrated embodiment of four is merely an example  As configured in FIG. 1, for example, lane 234 receives material from bulk hopper 204, lane 236 receives food material from bulk hopper 205, lane 238 receives food material from bulk hopper 207 and lane 240 receives dispensed food from magazine food dispensers 206, 209, 211 and 213 as will be described hereinafter in greater detail, particularly with respect to food dispensing device 201 of FIG. 2, for example

[0174]    Each lane 234, 236, 238 and 240 dispenses food that is subsequently directed to fry wheels 410, 412, 414 and 404, respectively

[0175]    The components of lane 238 will now be described in detail and it is to be understood that the components of lanes 234 and 236 are similar  Lane 238 includes uncooked bulk food dispensing container 207 and a food handling system 242 which in this embodiment is identical for each lane 234, 236, 238 and 240 as well as for each lane of food dispensing device 201  It should be noted that food handling system 242, as for example, illustrated in FIGS. 3-6 is depicted with respect to lane 240 and that food handling system 242 is the same for each lane 234, 236, 238 and 240

[0176]    Food handling system 242 includes conveyor system 208, secondary container 210, weighing mechanism 216 and dumping mechanism 218  Conveyor system 208 includes vibratory mechanism 212 and conveyor body 214

[0177]    Uncooked bulk food dispensing container 204 can be of a shape and dimension generally as desired  Preferably, uncooked bulk food dispensing container 204 has an upper opening to permit a supply of food to be placed in uncooked bulk food dispensing container 204  Upper opening 244 as illustrated is located in an upper rear portion of uncooked bulk food dispensing container 204 and can be conveniently accessed via a rear door 246 of cabinet 202  Rear door 246 preferably is insulated with suitable insulation material 224

[0178]    Uncooked bulk food dispensing container 204 is composed of a pair of generally opposed upper sidewalls 248, a pair of generally opposed lower sidewalls 250 and front and rear walls 252 and 254, respectively, which connect together upper sidewalls 248 and 250 to provide uncooked bulk food dispensing container 204  Front sidewall 252 includes a lower portion 252' that extends inwardly from top to bottom to further facilitate discharge of food contained in uncooked bulk food dispensing container 204  Preferably, lower generally opposed sidewalls 250 are slightly indented from top to bottom to facilitate the discharge of food that may be contained therein

[0179] Uncooked bulk food dispensing container 204 includes a bottom opening 256 that permits the discharge of food contained therein Bottom opening 256 can be configured as desired and in the illustrated embodiment the entire bottom of uncooked bulk food dispensing container 204 is open In the illustrated embodiment, uncooked bulk food dispensing container 204 is particularly suited for use with food such as French fries and chicken nuggets as well as other types of food of relatively small size

[0180] Uncooked bulk food dispensing container 204 is suitably mounted within cabinet 202 While a suitable mounting structure can be utilized, it is preferred to utilize a structure that will minimize heat transfer from the exterior and through cabinet 202 to uncooked bulk food dispensing container 204, particularly where cabinet 202 is refrigerated, especially where temperatures below freezing are utilized In that regard, front mounting bracket 258 and rear mounting bracket 260 each are configured to minimize heat transfer from cabinet 202 to uncooked bulk food dispensing container 204 In that regard, front mounting bracket 258 and rear mounting bracket 260 include openings, 258' and 260', respectively, to minimize such heat transfer and to maximize airflow around the containers 204, 205, 207 and dispensers 206, 209, 211 and 213 Similarly, materials of low thermal conductivity can also be utilized, if desired, for brackets 258 and 260 Generally, to minimize heat transfer and to maximize airflow, the surface area contact and cross-sectional area of mounting brackets 258 and 260 should be minimized to reduce heat transfer and "hot spots" on uncooked bulk food dispensing container 204

[0181] As illustrated in FIGS. 3 and 4, for example, food contained in uncooked bulk food dispensing container 204 passes through bottom opening 256 and onto conveyor body 214 which in the illustrated embodiment is a suitably dimensioned pan Conveyor body 214 is suitably mounted to vibratory mechanism 212 to effect vibration of conveyor body 214 as well as food contained therein and food contained in uncooked bulk food dispensing container 204, and in particular the lower portion of container 204 This vibration facilitates the discharge of food from uncooked bulk food dispensing container 204 and causes food contained in conveyor body 214 to travel in the direction of arrow G Any suitable conveyor system can be used in accordance with one aspect of the invention

[0182] A preferred type of vibratory mechanism is available from FMC Technologies, Inc of Chicago, Ill marketed under the model F-010-B and DF-010-B Vibratory mechanism 212 is preferably an electromagnetic vibrating mechanism Vibratory mechanism 212 in one embodiment produces a vibrating stroke at the surface of conveyor body 214 The stroke results from the action of an electromagnet that pulls conveyor body 214 sharply down and backward and then allows it to spring up and forward Typical vibratory mechanisms of this type run at about 3,600 vibrations/minute at 60 Hz power The power of the vibrating stroke can be controlled by a suitable drive module as is known in the art In one embodiment, vibratory mechanism 212 can be operated at about 85% of full power during filling of secondary container 210 with food For the first part of a fill cycle of secondary container 210, vibratory mechanism 212 can be run continuously, then pulsed by turning its power on and off periodically so that vibratory mechanism 212 operates about 50% of the time to finish filling secondary

container 210 with a desired quantity of food, thereby providing better control on the last part of the food charged to secondary container 210

[0183] Food dispensing device 200 preferably includes a suitable mechanism to determine the weight or volume of a charge of food delivered by conveyor system 208 to secondary container 210 The amount may be determined either by weight or volume, for example In the illustrated embodiment, weighing mechanism 216 is operatively interfaced with secondary container 210 to provide an indication of the weight of food contained in secondary container 210 The weight sensed in secondary container 210 by weighing mechanism 216 is communicated with control system 114 of food dispensing device 200 Control system 114 monitors and controls the operative functions of food dispensing device 200 as hereinafter described in greater detail

[0184] Optionally, a level sensor can be employed in uncooked bulk food dispensing container 204 to provide an indication of the amount of food stored therein that is available for dispensing Any suitable level indicator known in the art can be utilized in accordance with the invention such as photoelectric, weight, turning fork and others, for example

[0185] Secondary container 210 can be considered as a dump container and as associated therewith, dumping mechanism 218 for rotating secondary container 210 through an arc as indicated by arrow B sufficiently to dump the contents of secondary container 210 Any suitable dumping mechanism can be utilized Illustrated dumping mechanism 218 includes a dump cylinder 264 that is secured to a base 266 Dump cylinder 264 can selectively rotate a drive gear or wheel 268 that, in turn, is operatively associated with a follower gear or wheel 270 to cause rotation of follower gear or wheel 270 Secondary container 210 is rigidly secured to follower gear or wheel 270 so that when follower gear or wheel 270 is rotated by drive gear or wheel 268 secondary container 210 is rotated through an arc that causes secondary container 210 to rotate forward to a dumping position as illustrated in phantom lines in FIG. 3 indicated by reference numeral 210' Such movement is caused by extension of dump cylinder 264 Similarly, retraction of dump cylinder 264 moves secondary container 210 from the dump position indicated by reference numeral 210' to the upright position indicated by reference numeral 210 in FIG. 3 where secondary container 210 is ready to receive a charge of food from conveyor system 208, which in the illustrated embodiment the food is French fries FF

[0186] An alternative embodiment for secondary container 210 is illustrated in FIG. 4A Secondary container 210' is composed of a pair of opposed spaced apart sidewalls 211 (only one sidewall 211 is illustrated and is depicted in a half-moon configuration) and a pair of sidewalls 213a and 213b, oriented in a V-shaped relationship when container 210' is configured to receive food from conveyor body 214 Sidewall 213a is mounted for pivotal movement about apex 215 of sidewalls 213a and 213b Such movement is accomplished by a drive mechanism similar to cylinder 264, drive gear 268 and driven gear 270, which in this embodiment are cylinder 264', drive gear 268' and driven gear 270', which gear 270' is attached to sidewall 213a When cylinder 264' is extended, sidewall 213a is caused to pivot downwardly as indicated by arrow AA to the position of sidewall 213a

12

shown in phantom, thereby causing the contents (French fries FF) of container 210 to be dumped Sidewalls 211 act as sidewall guides for sidewalls 213a and 213b when sidewall 213a is in a lowered position, in which case sidewalls 213a and 213b act as a chute or slide

[0187]  Control system 262 coordinates the operation of the various functions of food dispensing device 200 For example, when food dispensing device 200 is ready to dump a charge of food from secondary container 210 out of food dispensing device 200, control system 262 activates cylinder 222 to open discharge door 220 thereby permitting the food charge in secondary container 210 to be dumped by dumping mechanism 218 through open discharge door 220 After dumping of the food charge is completed, control system 114 causes dump cylinder 264 to be retracted thereby returning secondary container 210 to a position ready to accept a further charge of food from conveyor system 208 Cylinder 222 has one end rigidly secured to cabinet 202 or some other suitable location and the other end of cylinder 222 is attached to discharge door 220 Typically, discharge door 220 will have a suitable guide mechanism, which may be tracks, slots or other suitable apparatus to guide discharge door 220 to its open and closed positions Cylinder 222 is operable to move door 220 up and down as indicated by arrow B in FIG. 6 to thereby open and close discharge door 220 as desired In the illustrated embodiment, discharge door 220 extends across all four dispensing lanes 226, 228, 230 and 232 If desired, a separate discharge door could be provided for each of dispensing lanes 226, 228, 230 and 232 In addition, control system 262 causes activation of cylinder 222 to close discharge door 220 to prevent heat from entering into cavity 272 of food dispensing device 200 in which the food and various dispensing mechanisms are contained as illustrated in FIGS. 3 and 6, for example

[0188]  Food dispensing device 200 can contain suitable refrigeration components 274 such as within a lower portion of cabinet 202 as shown schematically in FIG. 1 In accordance with the preferred embodiment of food dispensing device 200, refrigeration components 274 provide sufficient cooling to provide a below freezing temperature environment in cavity 272 Alternatively, suitable refrigeration components can be provided exteriorly of cabinet 202 and even at a remote location as desired In addition, a storage compartment 276 and a storage compartment door 278 may also be provided in cabinet 202 An upper side access-door may also be provided to permit operator access to the interior of cavity 272 where uncooked bulk food dispensing containers 204 and/or magazine food dispensers 206 and/or 209, 211 and 213 are located

[0189]  Referring to FIGS. 2 and 7-10, there is illustrated another embodiment of food dispensing device 201 in accordance with the present invention

[0190]  Food dispensing device 201 has many similarities to food dispensing device 200 previously described where like reference numerals represent like elements. Thus, food dispensing device 201 includes cabinet 202, four product dispensing lanes 226, 228, 230 and 232 with each such lane incorporating conveyor system 208, secondary container 210, vibratory mechanism 212, conveyor body 214, weighing mechanism 216, dumping mechanism 218, discharge door 220, cylinder 222, insulating material 224, food handling system 242, upper opening 244, rear door 246,

uncooked bulk food dispensing container 204 which is associated with product dispensing lane 234, a dump cylinder 264 for each product dispensing lane, cavity 272, refrigeration components 274, storage compartment 276 and a storage compartment door 278 Product dispensing lanes 228, 230 and 232 each have associated therewith a plurality of magazine food dispensers 280-308 arrayed to provide in the embodiment illustrated in FIG. 9 five magazine food dispensers per product dispensing lane in which there are three product dispensing lanes serviced by the foregoing magazine food dispensers. Consequently, magazine food dispensers are configured in a three-by-five array and are suspended from a magazine food dispenser support 310 as shown in FIG. 9 Each row of three magazine food dispensers depends from magazine food dispenser support 310 via a slide assembly 312 Slide assembly 312 is similar to a drawer slide including a pair of first and second elongated telescoping left and right slides 314 and 316, respectively Suitable upper rollers 318 are mounted to magazine food dispenser support 310 and lower rollers 320 depend from magazine food dispensers 280-308 for traversing left and right elongated telescoping slides 314 and 316

[0191]  Suitable mounting brackets 322 are provided which depend upwardly from magazine food dispenser support 310 for mounting to cabinet 202

[0192]  In addition, suitable mounting brackets 324 are provided which depend downwardly from magazine food dispenser support 310 for mounting slide assembly 312 thereto allowing magazine food dispensers 280-308 to depend therefrom

[0193]  Magazine food dispenser support 310 has a series of holes 326 and 328 therein Holes 326 can be provided to allow increased airflow and cooling Holes 328 can also be provided to provide increased airflow and cooling for magazine food dispensers 280-308

[0194]  Each of magazine food dispensers 280-308 and 206, 209, 211 and 213 briefly discussed with respect to food dispensing device 200 are similar in construction Magazine food dispenser 206 will be discussed with respect to FIGS. 7 and 8 and it is to be understood that the other magazine food dispensers are of similar construction

[0195]  Magazine food dispenser 206 includes a body or housing 330 that includes sidewalls 332 and 334, front walls 336 and 338 and corresponding rear walls (not shown) and can be attached in a removable manner if desired, including in a snap-on arrangement to facilitate cleaning Magazine food dispenser 206 also includes a top member or cover 340 having mounted thereover a drive mechanism 342 Drive mechanism 342 includes a drive gear or wheel 344 and a driven wheel or gear 346 Depending from each of drive wheel or gear 344 and driven wheel or gear 346 is a spiral flight that is vertically or generally vertically oriented relative to the longitudinal axis of spiral flights 348 and 350 If desired, a single spiral flight dispenser (not shown) could also be utilized

[0196]  Body 330 of magazine food dispenser 206 can include substantial open portions such as front open portion 352 and a corresponding rear open portion (not shown) Such open portions may have a cover or access door thereover (not shown) Such open portions can be desirable to permit airflow through magazine food dispenser 206 since

13

generally such dispenser will be contained in a refrigerated environment and such openings help ensure that food contained therein remains frozen or chilled as desired A vertical divider (not shown) can be provided between spiral flights 348 and 350 if desired

[0197] A plurality of generally vertically disposed and spaced apart rods 354, 356 and 358 may be provided at the front of magazine food dispenser 206 adjacent spiral flights 348 and 350 and similar rods can be provided at the back of magazine food dispenser 206 Rods 354, 356 and 358 prevent food pieces from falling out of spiral flights 348 and 350 and to maintain spiral flights 348 and 350 in a vertical orientation

[0198] Magazine food dispenser 206 has an open bottom 360 through which food pieces can be dispensed during operation

[0199] During operation, drive wheel 344 can be driven by a suitable electric motor, such as an electric motor 362, 364 and 366 shown with respect to magazine food dispensers 280, 282 and 284 in FIG. 9 Alternatively, other drive devices could be used, including, for example, a rotary air or hydraulic cylinder Rotation of drive wheel 344 in a clockwise direction causes driven wheel 346 to rotate in a counterclockwise direction by virtue of the intermeshing or contact between drive wheel or gear 344 and driven wheel or gear 346 Such rotation causes corresponding rotation of spiral flights 348 and 350, respectively Food contained by spiral flights 348 and/or 350 is moved downwardly by virtue of such rotation When such food reaches the bottom of spiral flights 348 and/or 350, respectively, such food is discharged from magazine food dispenser 206 through open bottom 360 and onto conveyor system 208 for handling as previously described A single motor could be used to drive a plurality of dispensers 280, 282 and 284, etc through a suitable drive mechanism (not shown)

[0200] As shown in FIG. 8, pieces of food can be contained by magazine food dispenser 206 in two different ways For example, individual pieces of food may each be contained by a single elongated spiral flight 348 or 350 as shown with respect to food pieces F1 and F2, respectively. Food pieces F1 and F2 can be any type of desired food and may be a food item such as a hash brown, an individual portion pie, rectangular food patty, or other type of food as desired Chicken nuggets and other food can also be dispensed with the bulk dispenser previously described Larger items of food can span across portions of both elongated spiral flights 348 and 350 as illustrated with respect to food item F3, which may be a larger food item, such as a chicken patty, or other type of food article as desired Spiral flights 348 and 350 can be of a desired radial diameter so that the food piece or pieces that are to be contained and dispensed in magazine food dispenser 206 can be accommodated as illustrated in FIG. 8 Each spiral can contain a food piece so that as illustrated in FIG. 7, the illustrated spirals of spiral flights 348 and 350 could each accommodate twelve food pieces such as food pieces F1 or F2 for a total of twenty-four food pieces or twelve food pieces such as food piece F3 of FIG. 8 As will be appreciated, spiral flights having a greater or lesser number of flights can be used if desired to hold a greater or lesser number of food pieces, respectively

[0201] A suitable home position sensor 362' can be utilized to indicate a home or start position of each of spiral flights 348 and 350 As illustrated in FIG. 7, a pair of position indicating sensors 362' and 364' are utilized and mounted on drive wheel 344 180° apart for more precise locating of the position of spiral flights 348 and 350. Sensors 362' and 364' can be proximity sensors that align with corresponding sensor pickups on the respective drive gear or motor for magazine food dispenser 206 (not shown)

[0202] Preferably, spiral flights 348 and 350 are offset by one rotation so that a single food item such as food item F1 or F2 in FIG. 8 will be dispensed from one of either spiral flight 348 or 350 for each one-half rotation of spiral flights 348 and 350

[0203] Preferably, food dispensing device 200 and food dispensing device 201 are constructed in modular form, an example of which is illustrated in FIGS. 1 and 2, respectively Wheels 368 are provided to permit cabinets 202, 402 and 602 to be suitably transported across a relatively flat surface, such as a restaurant work area floor

[0204] Food Frying Device

[0205] Referring to the Figures generally, and in particular to FIGS. 1-2 and 11-24, there is illustrated fry device 400 and various components and alternative components thereof in accordance with the invention

[0206] In one embodiment, fry device 400 includes cabinet 402, four fry wheels 404, 410, 412 and 414, four fry vats 406, 416, 418 and 420, four fry mechanisms 408, one for each of fry wheels 404, 410, 412 and 414 Each fry vat 406, 416, 418 and 420 is dimensioned to contain a desired volume of a suitable cooking oil Each fry vat 406, 416, 418 and 420 is dedicated to one of fry wheels 404, 410, 412 and 414, respectively

[0207] In operation in the preferred embodiment, fry device 400 is positioned to receive the food dispensed from a food dispensing device, such as food dispensing device 200 and food dispensing device 201 Consequently, it is advantageous to position fry device 400 adjacent food dispensing device 200 or 201 as illustrated in FIGS. 1 and 2, respectively A suitable control panel 456 can be provided and located in a suitable location, such as on the side of cabinet 402 In the illustrated embodiment, control panel 456 contains a separate display for each of fry wheels 404, 410, 412 and 414 referred to by reference numerals 456a-d, respectively Control panels and displays 456a-d can include information such as set cycle time, oil temperature, oil level as well as controls to adjust cycle time and oil temperature, for example

[0208] Referring to FIG. 13, there is illustrated fry wheel 410 Fry wheel 410 includes two opposed circular spaced apart circular disks 458a and 458b. Disks 458a and 458b can include a plurality of apertures 460 as desired to reduce wheel weight and to provide circulation of cooking oil and to permit passage of water vapor therethrough, such as during frying food products, for example. A fry wheel axle 462 is provided to which disks 458a and 458b are mounted Axle 462 is suitably mounted, typically and preferably for rotation with respect to fry vat 406 at a location above the normal level of cooking oil or range of levels of cooking oil that will be encountered in fry vat 406 during operation

[0209] In one embodiment, outer peripheral edge 464 of each of disks 458a and 458b include a plurality of teeth 466

14

[0210] Teeth 466 can be utilized to drive fry wheel 410 in a manner as hereinafter described Referring to FIGS. 14-16, there is illustrated in sectional view of disk 458a of fry wheel 410, a portion of which is located within fry vat 406 A drive wheel 468 is associated in operative position relative to teeth 466 located on outer peripheral edge 464 of disk 458a Drive wheel 468 can be formed from a disk of material of a suitable thickness having a circumferential groove 470 therein Circumferential groove 470 is typically at least or slightly greater than the thickness of disk 458a in the area where drive wheel 468 and disk 458a are juxtaposed as illustrated in FIGS. 14 and 15 A series of spaced apart pins 472 extend across circumferential groove 470 and are radially arrayed and spaced from the center of drive wheel 468 Drive wheel 468 includes a central aperture 474 through which a drive axle 476 can be mounted In operation, drive wheel 468 is rotated by drive axle 476 with drive wheel 468 being positioned a fixed distance from disk 458a so that pins 472 mesh with teeth 466 when rotated as illustrated in FIG. 14 thereby causing rotation of disk 458a and consequently fry wheel 410 in a direction of rotation opposite to the rotation of drive wheel 468, as indicated by arrows K and L of FIG. 14

[0211] It is to be understood that any suitable drive wheel and drive arrangement can be utilized For example, in place of drive wheel 468 with pins 472, a drive arrangement could be utilized in which a drive gear is utilized to mesh with a corresponding gear located around the periphery of disk 458a and/or 458b, for example. Alternatively, a friction drive system could be utilized in which a friction drive wheel would contact the edge of one or both of circular disks 458 which could be of a design having no teeth therealong, such as illustrated in alternative embodiment wheels 479 and 481 described hereafter Since the wheel will have cooking oil thereon, the coefficient of friction between the drive wheel and fry wheel will be decreased Care should be taken to assure that when using a friction drive, sufficient pressure is maintained between the driving wheel and the fry wheel

[0212] Referring to FIG. 16, there is illustrated a drive mechanism for driving fry wheel 468 The drive mechanism includes an electric motor 478, a gear reduction drive 480, an output shaft 482, a drive pulley wheel 484, a driven pulley wheel 486 and a drive belt 488 extending around drive pulley wheel 484 and driven pulley wheel 486 to drive axle 476 which thereby drives drive wheel 468 since the end 476a of axle 476 is fixed in aperture 474 with respect to drive wheel 468 A shear pin 490 can be located in a shear pin aperture 492 of drive wheel 468 to retain axle 476 in a fixed position relative to drive wheel 468 Axle 476 is suitably contained within an axle journal 494 which, in turn, is mounted to frame 496 to permit movement of axle 476 relative to axle journal 494 and frame 496 Similarly, motor 478 and gear reduction drive 480 are suitably mounted to frame 496 If desired, motor 478 may be a stepper motor

[0213] Typically, it is important that the fry wheel is rotated in periodic increments for a compartment to be aligned with a respective discharge slide 498 of fry device 400 or other slide, ramp or discharge location after a periodic rotation Typically, the leading edge 500 of a compartment bottom, such as compartment bottom 432' of compartment 432 as shown in FIG. 13 is aligned with the upper edge of fry vat 406 or the top edge of discharge chute 498 associated therewith to allow the contents of compartment 432 to be

discharged therefrom As illustrated in FIG. 13, the contents of compartment 432 have already been discharged from fry wheel 410 This is particularly important where incremental rotation of fry wheel 410 is utilized as opposed to a continuously moving fry wheel Thus, for incremental rotation it is desirable for bottom edge 500 of compartment 432 to be aligned with discharge 498 or the upper edge 406' of fry vat 406 In order to accomplish this, a stepper motor can be utilized to drive fry wheel 410 Alternatively, or in addition, the position of the baskets can be sensed and their position adjusted accordingly to assure that all baskets are in the correct position for loading and discharge during operation Also, utilizing location sensors allows use of a simple DC or AC motor, as opposed to a stepper or servo motor Any suitable sensor can be utilized in conjunction with a control system to control operation of the fry wheel drive motor Suitable sensors include proximity, magnetic reed, Hall Effect, photoelectric and capacitive sensors Such sensors are well known in the art and consequently a detailed description of those sensors is not included herein

[0214] In accordance with another aspect of the invention, it should be understood that the height of cooking oil in one of fry vats 406, 416, 418 and 420, such as the level of cooking oil indicated by reference letter H in FIG. 13 in fry vat 406 will increase or decrease depending upon the amount of food that is submerged underneath the surface of cooking oil contained in fry vat 406 Thus, as illustrated in FIG. 13, compartments 424, 426, 428 and 430 each have a charge of food, in this case French fries 455 contained therein Each compartment contains approximately one pound of French fries 455 Consequently, there are about four pounds of French fries that are beneath the surface level H of cooking oil contained in fry vat 406 This quantity of submerged food raises the level H of cooking oil in fry vat 406 This increase in the level of cooking oil can cause the food to be submerged and therefore cooked for a longer of period of time in the cooking oil For example, contrast the level of cooking oil depicted in FIG. 13 with the level of cooking oil depicted in FIG. 20 in which a charge of French fries 455 is contained only within compartment 426 This results in a substantially reduced level of cooking oil H' as indicated in FIG. 20 Thus, the control system for fry device 400 can be adjusted to take into account for different levels of cooking oil which can be sensed by a suitable sensor as is known by those skilled in the art (not shown) Where rotation of fry wheel 410 is done incrementally after a period of time elapses, the period between incremental rotations can be increased or decreased as desired based on the level of cooking oil present in fry vat 406 For example, in the situation illustrated in FIG. 13, the duration between incremental rotation of fry wheel 410 could be decreased compared to the situation depicted in FIG. 20 where the level H' of cooking oil is significantly lower than the level H of cooking oil in FIG. 13 This assumes that the temperature of cooking oil in each of the situations depicted in FIGS. 13 and 20 is substantially the same. Similarly, if a constant rotation fry wheel operation is utilized, such as where fry wheel 410 would rotate constantly, the rotational speed could be increased to handle the situation depicted in FIG. 13 compared to the speed of the wheel that would be utilized for the situation in FIG. 20, where the level H' of cooking oil in FIG. 20 is significantly less than the level H of cooking oil in FIG. 13

15

[0215] Referring to FIGS. 13 and 20, frying device 400 can also include a fry wheel follower "or fry wheel liner"502 which is supported by a fry wheel follower support 504 Fry wheel follower 502 is a curved perforated circular segment having a width approximately equal to the width of fry wheel 410 Fry wheel follower 502 is supported by a pair of fry wheel follower supports 504 that are spaced apart and connected by lateral supports 506 Fry wheel follower 502 prevents food pieces that are larger than the perforations in fry wheel follower 502 from falling from fry wheel compartments 422-436 during operation Preferably, the perforations in fry wheel follower 502 are composed of circular holes having a diameter of about 0 187 inches that are in staggered rows having a center-to-center hole distance of about 0 312 inches Fry vat 406 includes a suitable heating element 505, illustrated in FIGS. 13, 20 and 21

[0216] Referring to FIGS. 17-19 there is illustrated a curved compartment forming member 438 which is composed of two opposed sidewalls 508a and 508b that are interconnected by a curved J-shaped member 510 that forms compartment bottom 510a and compartment top 510b. Preferably, a wiper 512 is suitably mounted to compartment member 510

[0217] A plurality of compartment forming members 438 are mounted together in fry wheel 410 to provide a plurality of adjacent peripheral food compartments 422-436 as illustrated in FIG. 13 As illustrated in FIG. 13, the top of one J-shaped member 510 abuts the bottom of adjacent J-shaped member 510 Thus, advantageously, a fastening member 514, which can be a rivet, for example, that secures wiper 512 to compartment bottom 510a of one curved J-shaped member 510 will also pass through the compartment top 510b of the adjacent curved J-shaped member 510 Preferably, wiper 512 has a plurality of transversely extending grooves 516a-f that permit drainage of cooking oil therethrough as wiper 512 exits the cooking oil in fry vat 406, for example

[0218] Referring to FIG. 17, opposed sidewalls 508a,b and curved J-shaped member 510 are perforated to permit the flow of cooking oil therethrough thereby promoting good heat transfer between the cooking oil contained in fry vat 406 and food contained in one of compartments 422-436 when immersed in cooking oil A suitable hole size is about 0 156 inches spaced center-to-center about 0 250 inches. Wiper 512 also ensures that close contact is maintained between the interface of fry wheel follower 502 and the top and bottom ends of each food compartment 422-436 which in each case will be bounded by one of wipers 512 Any suitable material can be used for wiper 512 such as rubber or Teflon, for example

[0219] As an alternative construction, compartments 422-436 could be constructed from curved J-shaped members 510 without opposed sidewalls 508a and 508b, in which case the compartment sidewalls could be formed from opposed circular disks 458a and 458b In addition, it should be appreciated by one skilled in the art that any desired compartment shape can be utilized in accordance with the invention as long as the food can be loaded into the compartment, kept within the compartment during immersion in the cooking oil and which compartment shape discharges the food from the fry wheel

[0220] Referring to FIGS. 21 and 22, there are illustrated further aspects of fry device 400 FIG. 21 is a sectional view

along line 21-21 of FIG. 20 FIG. 21 illustrates the elements previously described and in addition shows the interface of adjacent fry vats 406 and 420 and in enlarged form in FIG. 22 Disposed between fry vats 406 and 420 is a banking strip 518 that bridges the gap between fry vats 406 and 420 Banking strip 518 can be in a shape as desired and in the illustrated embodiment is a generally inverted V-shaped strip that spans the gap between fry vats 406 and 420. Banking strip 518 prevents any material that is discharged between fry wheels 410 and 412 from falling between fry vats 406 and 420 and causing such material to fall into one of fry vats 406 and 420

[0221] Referring to FIGS. 23 and 24, there are illustrated alternate embodiments of a fry wheel for use in accordance with the invention It is to be understood that the fry wheel is capable of numerous changes and rearrangements, and the fry wheel, as well as other components and embodiments of the present invention, is not intended to be limited to the specific embodiments described herein

[0222] Referring to FIGS. 23 and 24, there are illustrated wire form wheels 479 and 481 Each of wheels 479 and 481 has a rim 520 and 522, respectively, constructed of tubing, which can be smooth tubing Such a wheel could be driven by a friction wheel, if desired In each of wheels 479 and 481 a plurality of individual tubular spokes 524 extend from each rim to a corresponding hub assembly 526 An axle 528 connects hubs 526 together in each of wheels 479 and 481 Wheel 479 includes a slotted member 530 that bridges each pair of spokes 524 Each slotted member 530 includes a centrally disposed slot 532 and a pair of tabs 534 on either side of slot 532 A plurality of fry baskets 536, one for each slotted member 530 or pair of spokes 524 is mounted in a snap-lock relationship to each slotted member 530 Fry baskets 536 have perforated sides and a perforated bottom and top and can be of a similar configuration as previously described with respect to fry wheel 410 Each basket 536 can have a spring tab member 538 that interlocks with slotted member 530 to secure fry basket 536 to fry wheel 479 resulting in a finished fry wheel 481 as shown in FIG. 24 It is to be understood that the embodiment illustrated in FIGS. 23 and 24 is not limited to snap-in baskets and that other baskets can be used with the wheel arrangement depicted in FIG. 23 with or without slotted members 530 For example, baskets could be welded or otherwise affixed to rim 520 and spokes 524 Each of fry baskets 536 includes perforations 540 on the sides, top and bottom thereof, such as previously described with respect to compartment forming member 438

[0223] Referring to FIG. 24, there is illustrated an alternative drive mechanism 535 to rotate fry wheel 481 Drive mechanism 535 includes a motor 537, a shaft 539 and drive rollers 541 and structure for supplying a force in the direction of arrow FW Drive rollers 541 are mounted on shaft 539 which can be rotated by motor 537 to cause rollers 541, each aligned with one of rims 522, to rotate, thereby rotating fry wheel 481 A force FW is supplied in the direction of arrow FW to ensure that rollers 541 impart a sufficient tractive force to cause rotation of fry wheel 481 Force FW can be supplied by any suitable structure, including a spring, a weight or an electromagnet, for example For example, motor 537, shaft 539 and rollers 541 could be mounted on a platform (not shown) that is moveable in the direction of arrow FW and a force could be applied to urge platform in

16

the direction of arrow FW to ensure proper traction of rollers 541 Rollers 541 may be constructed of any suitable material, including rubber, for example Motor 537 can be controlled by fry control 116, for example

[0224] Fry wheel 410 can be rotated as desired so that food deposited in one of compartments 422-436 travels through and out of the cooking oil 454 until that compartment reaches a discharge location Thus, in the embodiment illustrated in FIGS. 13 and 20, the rotation is in a clockwise direction as indicated by arrow K in FIG. 13 and arrow K in FIG. 20 The rotation of fry wheel 410 can be either continuous or periodic In a periodic rotation, the rotation will typically be incremental, that is, the wheel is rotated to some degree and then stops Thereafter, after a set period of time, the wheel undergoes another periodic rotation This process continues as each fry basket is rotated through and out of the cooking oil vat and to the discharge location. Preferably, each periodic rotation consists of a rotation of 360° divided by the number of compartments present in the fry wheel or some fraction of that periodic rotation increment so that the position of the wheel can be known without the use of sensors However, the use of a sensor or sensors to be able to monitor wheel position can also be used either as the primary way of controlling wheel position or as a backup Also, use of a sensor to determine wheel position allows use of a standard AC or DC motor Suitable control of wheel 410 can be accomplished by fry control 116, for example

[0225] In accordance with the present invention, a basket shaking simulation can be achieved Basket shaking simulation can be performed by a relatively slight back and forth rotation of the fry wheel, such as fry wheel 410 Thus, the drive mechanism is activated to rotate the fry wheel clockwise and counterclockwise through a relatively small degree of angular rotation to simulate shaking of a fry basket during frying The back and forth rotation can occur relatively rapidly and typically the degree of angular rotation will be in the range of from about 2 to about 20 degrees In addition, the periodic rotation in one direction may be of a larger angle of rotation than the rotation in the other direction

[0226] Preferably, the degree of rotation during simulated basket shaking will be monitored, particularly where the rotation in one direction is greater than the rotation in the other direction so that the position of each basket relative to the discharge location can be monitored by the control system to ensure proper discharge of food from food compartments

[0227] Referring to FIG. 64, there is illustrated in partially schematic view fry device 400 along with portions of food dispensing device 200 and food packaging device 600 As illustrated in FIG. 64 a hood system 546 is provided. Hood system 538 includes a hood structure 548, a filter 542 and a drip pan 544.

[0228] A suitable air blower (not shown) can be provided to cause air flow to move within hood system 538 generally in the direction of arrows A1, A2 and A3 Filter 542 thus filters particulate matter in air flow A1 that passes through filter 542 Drip pan 544 catches any matter that drips from filter 542 that is located above drip pan 544 Preferably, hood system 538 substantially completely encloses the area above fry device 400 to reduce waste discharge into the operating environment of automated food processing system 100

[0229] Food Packaging Device

[0230] Referring to the Figures generally, and in particular to FIGS. 1 and 25-50, there is illustrated various embodiments of food packaging devices and elements thereof in accordance with the invention

[0231] In one embodiment, food packaging device 600 is illustrated or partially illustrated and elements useful in connection with food packaging device 600 are illustrated in FIGS. 1 and 25-50 Food packaging device 600 includes a cabinet 602 having a countertop surface 636 Food packaging device 600 can be advantageously constructed in modular form so that it can be operated together with previously described food dispensing device 200 and fry device 400 and alternatively operated separately from both or either of those devices

[0232] Food packaging device 600 in the illustrated embodiment includes a food inlet chute 604, rotatable food dispensing member 606, food dispensing chute mechanism 608, automated container handling system 610, container-receiving receptacle 612, overflow food collection member 613, conveyor system 614, waste chute 615, food seasoning system 616 and raceway 620

[0233] In the illustrated embodiment, food packaging device 600 includes a container storage device for containing cartons or containers of various sizes During operation of packaging device 600, the device selects a container of a desired size from container storage magazine 638, erects the container into an erected form that is unerected while contained in storage magazine 638 and then positions the erected container to receive food dispensed from food dispensing chute mechanism 608 After receiving food from food dispensing chute mechanism 608, automated container handling device 610 is capable of moving the filled or partially filled container to container receiving receptacle 612 which is transported via conveyor system 614 to a desired location for subsequent pickup of the container by a human operator, for example

[0234] In the embodiment illustrated in FIGS. 25-29, food packaging device 600 includes food overflow collection member 613 to collect food dispensed by food dispensing chute mechanism 608 that is not deposited into a container In the illustrated embodiment, overflow food collection device 613 is a rotatable wheel as hereinafter described in detail Overflow food collection member 613 functions to collect food dispensed by food dispensing chute mechanism 608 that is not received in a container and to recycle that food into food dispensing chute mechanism 608 for subsequent dispensing to a container This permits food dispensed by food dispensing chute mechanism 608 but not deposited in a container to be promptly recycled to the dispensing chute in a first-in, first-out manner, so that overflow food is promptly recycled and dispensed to a container

[0235] Referring to FIGS. 26-28, there is illustrated food packaging device 600 in which inlet chute 604 is positioned to receive food, in this case French fries, from food dispensing lanes 234, 236 and 238 of dispensing device 200, which food has been subsequently fried after dispensing in fry wheels 410, 412 and 414 of fry device 400 After frying in any of wheels 410, 412 and 414 of fry device 400, food dispensed therefrom enters inlet chute 604, as illustrated in FIGS. 3 and 28, for example In inlet chute 604 the food

17

travels downwardly along chute 604 and into rotatable food dispensing member 606 in the direction of arrow M of FIG. 28 and arrow E of FIG. 3 Inlet chute 604 can be configured as desired and may be configured to accept the product from any one or all of fry wheels 404, 410, 412 and 414 In FIGS. 25-27, a holding area-607 receives product from fry wheel 404 for manual packaging A manual or automated diverter bar 605 can optionally be provided as shown in FIG. 27 to divert French fries from device 600 to permit filling unsalted fry orders Bar 605 can be moved between open and closed positions as indicated by arrow Z, such as by a cylinder (not shown)

[0236]  Rotatable food dispensing member 606 in the illustrated embodiment is a dispensing wheel that is mounted for rotation in dispensing device 600 Dispensing member 606 has a plurality of food containing compartments 640 that are arrayed around the periphery of rotatable food dispensing member 606 Each of compartments 640 is divided from another compartment by a compartment wall 642 Preferably, each compartment wall 642 is not normal to peripheral edge 644 of rotatable food dispensing member 606 but at a slight angle such as, for example, as illustrated in FIG. 29 and FIG. 61

[0237]  Wheel 606 includes a pair of-opposed rim portions 646a and 646b and a circular ring portion 648 that interconnects opposed rims 646a and 646b Circular ring 648 is disposed close to the peripheral edges of rims 646a and 646b and defines peripheral edge 644 Preferably, circular ring 648 is constructed of a perforated metal material so that circular rims 646a and 646b have perforations 650 therethrough as illustrated in FIG. 28, for example

[0238]  In accordance with the illustrated embodiment, rotatable dispensing member 606 is configured as a rotatable wheel although other embodiments are within the scope of the invention For example, a rotatable dispensing member in accordance with the invention could be a portion of a wheel, such as a semicircular or other configuration

[0239]  In the illustrated embodiment, rotatable food dispensing member 606 is rotated by a drive mechanism 652 Drive mechanism 652 consists of a motor 654 that drives a drive wheel 656 Drive mechanism 652 is controlled by a suitable control mechanism to cause rotation of drive wheel 656 and hence rotatable food dispensing member 606 in a desired direction and at a desired rate of speed Drive wheel 656 can be a pressure roller or alternatively can be a drive wheel like or similar to drive wheel 468 previously described with respect to FIG. 14 Rotatable food dispensing member 606 can be driven via one or both of opposed rims 646a and 646b Alternatively, and as illustrated in FIG. 28, rotatable food dispensing member 606 is driven through a drive rim 658. Each of rotatable food dispensing members 606 and overflow food collection member 613 rest on spaced apart rollers 660 and 662. Each of rollers 660 and 662 are constructed to bear the weight of rotatable food dispensing member 606 and overflow food collection member 613 and have a length that spans both Alternatively, separate rollers or some other supporting structure could be used to support rotatable food dispensing member 606 and overflow food collection member 613 An inner curved fender or baffle member 664 as illustrated in FIG. 29 is provided to ensure that food contained in compartment 640 of rotatable food dispensing member 606 does not prematurely dis-

charge Preferably, fender 664 follows the inner curvature of rotatable food dispensing member 606 and has perforations 666, which can be similar to perforations 650 of circular ring 648 Fender 664 is suitably mounted so-that it is stationary relative to rotatable food dispensing member 606 A similar fender could also be provided for overflow food collection member 613, if desired (not shown)

[0240]  Referring to FIG. 61, there is illustrated an elevation view of a portion of rotatable food dispensing member 606 which is typically rotated in the direction of arrow Y when viewed from the front of food packaging device 600 Fender 664 prevents food, in this case French fries FF, from falling from compartments 640 prematurely

[0241]  Overflow food collection member 613 is configured to collect food deposited from food dispensing chute mechanism 608 that is intended to be received into container 611 when held in position to receive food from food dispensing chute mechanism 608 which food does not stay in container 611 This can occur since oftentimes it is desirable to overfill container 611 so that food is mounded up above the top surface of container 611 Also, for food such as French fries, such food material fills container 611 somewhat randomly and it is typical for French fries to dangle over the sides of container 611 In the illustrated embodiment, overflow food collection member 613 is configured in a manner similar to rotatable food dispensing member 606 previously described Thus, food collection member 613 includes opposed rims 668a and 668b and circular ring 670 having perforations 672 Circular ring 670 connects opposed rims 668a and 668b in a manner as previously-described with respect to member 606 In addition, food collection member 613 has a plurality of inner compartments that are similar in construction to compartment 640 previously described with respect to member 606 Member 613 also has a drive rim 674 and is driven by a drive mechanism 676 that is similar to drive mechanism 652 previously described including a drive wheel 676' and a motor 678 Drive mechanism 676 is configured to rotate food collection member 613 in either a clockwise or counterclockwise direction as hereinafter described in more detail

[0242]  Food collection member 613 also includes a plurality of compartment walls 680 that are similar to compartment walls 642 previously described with respect to rotatable food dispensing member 606, providing a plurality of food containing compartments 682

[0243]  Each of food dispensing member 606 and food collection member 613 has bottom portions that are disposed through an opening 684 in countertop surface 636 of cabinet 602 The construction of the illustrated embodiment permits food dispensing member 606 and overflow food collection member 613 to be readily removed from food packaging device 600 such as for cleaning and/or repair

[0244]  A heating system as described can be incorporated into food packaging device 600 to supply heat to food contained therein For example, a heating system 681 can be provided, which is illustrated in FIG. 29 Heating system 681 includes a heating device 683 having a heating element 685, located above dispenser 606 as desired Heating devices 687 and 689 may also be included within dispenser 606 and/or 613 as desired The heating devices may comprise radiant heaters and can be ceramic heaters, for example Any suitable type of heating device or system can

18

be used in accordance with the invention. Heating system 681 can be controlled by packaging control 118, for example. In addition, a heating device can be provided to direct heat to food container pick up location 622, if desired to keep food contained thereat warm.

[0245]   Referring to FIGS. 1, 3, 25-26, 28-29 and 43-44, various aspects of the configuration and operation of food dispensing chute mechanism 608 are illustrated and will be described. Food dispensing chute mechanism 608 includes an upper chute 686, a lower chute 688, a chute support member 690, a connecting link 692, a stop member 694, a rotatable link 696 connecting stop member 694 to chute support member 690, a rotatable link 698 connecting upper chute 686 to support member 690, a cylinder 700 for operating food dispensing chute mechanism 608, a load cell 702 for weighing the contents of food contained in food dispensing chute mechanism 608 and a rotatable link 704 connecting cylinder rod 706 to upper chute 686.

[0246]   Upper chute 686 preferably and as illustrated in the referenced figures, forms part of food dispensing chute mechanism 608, and has an inlet location 708 for receiving food dispensed from rotatable food dispensing member 606 and a discharge location 710 for dispensing food contained in food dispensing chute mechanism 608 and into a container, such as container 611 as illustrated in FIG. 43, for example.

[0247]   Upper chute 686 of food dispensing chute mechanism 608 is positioned to receive pieces of food from a discharge location 712 of rotatable food dispensing member 606. Upper chute 686 has a food holding area 714 for holding food received from rotatable food dispensing member 606. A weighing device is associated with food dispensing chute mechanism 608 so that the amount of food contained therein, such as in food holding area 714, can be determined. Any suitable device can be utilized to determine the amount of food contained in food dispensing chute mechanism 608. In the illustrated embodiment, a load cell 702 is provided to determine the weight of food contained in food dispensing chute mechanism 608 and is illustrated schematically in FIGS. 43 and 44, for example.

[0248]   FIG. 44 illustrates food dispensing chute mechanism 608 in the upper position ready to receive food from rotatable food dispensing member 606. In that configuration, cylinder 700 is retracted and upper chute 686 is generally horizontal. This configuration allows a quantity of food to be dispensed into upper chute 686 and into food holding area 714 without being dispensed therefrom. When a sufficient quantity of food is deposited in upper chute 686, such as French fries FF, as determined by load cell 702 which communicates with the control system of food packaging device 600, the food contained therein is ready to be dispensed. Typically, the amount of food contained in chute 686 will be sufficient to adequately fill container 611. Since container 611 is of a known size, rotatable food dispensing member 606 can be operated to supply food to chute 686 until a desired quantity is contained therein for dispensing to container 611.

[0249]   To dispense food from food dispensing chute mechanism 608, cylinder 700 is activated to extend cylinder rod 706 upwardly thereby causing upper chute 686 to drop. Since lower chute 688 is connected to upper chute 686 via connecting link 692, lower chute 688 also drops to the

discharge position as illustrated in FIG. 43 which movement is indicated by arrow S. Stop 694 which is connected to lower chute 688 and pivotally mounted via rotatable link 696 to chute support member 690, engages chute support member 690 as illustrated in FIG. 43 and prevents further downward movement of upper chute 686 and lower chute 688. In addition, stop member 694 engaging chute support member 690 defines the lowermost position of upper chute 686 and lower chute 688 which is also the dispensing position of food dispensing chute mechanism 608, as illustrated in FIG. 43. This position also provides discharge location 710 of dispensing chute mechanism 608.

[0250]   Referring to FIGS. 25-28, there is illustrated container storage magazine 638, which can form part of food packaging device 600. Container storage magazine 638 is configured to store a plurality of different sized food containers in an unerected form. Typically, container storage magazine 638 will be configured to hold a variety of different sized containers. In the illustrated embodiment, container storage magazine 638 can contain four different sizes of French fry containers or cartons. Container storage magazine 638 includes a base 716 that is suitably mounted with mounting structure 718 to cabinet 602. Preferably, mounting structure 718 permits container storage magazine 638 to be readily removed to permit access to rotatable food dispensing member 606 and overflow food collection member 613.

[0251]   Base 716 typically can be in the form of a base plate and includes four apertures 720, 722, 724 and 726, each of said apertures corresponding to the profile of a different size collapsed carton. Apertures 720, 722, 724 and 726 are dimensioned to be able to retain a stack of cartons in a collapsed or unerected condition as illustrated in FIG. 25 in which a plurality of unerected cartons 728 are stacked therein.

[0252]   Each aperture 720, 722, 724 and 726 and base 716 has associated therewith a plurality of guide members 730-760. In the illustrated embodiment, guides 730-760 are in the form of post or tubular-type members. Each set of four guide members is associated with a specific one of apertures 720, 722, 724 and 726 to define and permit stacking of a plurality of unerected French fry cartons or containers that generally correspond in size to the size of apertures 720, 722, 724 and 726, respectively. It is to be understood that other arrangements to define a container stack can be utilized in accordance with the invention. For example, in place of guides 730-760 other structure could be utilized, such as upstanding walls or partial walls or other types of guides.

[0253]   Container storage magazine 638 may also include a suitable removable cover (not shown) to enclose base 716 and the volume defined over apertures 720-726 by guides 730-760.

[0254]   Container storage magazine 638 is preferably positioned to permit ready access to the bottom of each container stack through the bottom of each of apertures 720-726 by automated container handling system 610, which is hereinafter described in detail.

[0255]   Food packaging device 600 includes automated container handling system 610. Automated container handling system 610 is capable of retrieving an unerected

container through any of apertures 720, 722, 724 and 726 of unerected container storage magazine 638, erecting the unerected carton, holding the erected carton in position at discharge location 710 of food dispensing chute mechanism 608 and depositing the filled container onto conveyor system 614, which conveyor system 614 subsequently transports the filled container to a desired location

[0256]  Referring to FIGS. 1,25, 27-28 and 30-44, there is illustrated automated container handling system 610 and elements and features thereof Automated container handling system 610 includes a container retrieving and grasping device 762, a container grasping device 764 and a container bottom urging device 766

[0257]  Automated container handling system 610 is controlled by a suitable control system for food packaging device 600

[0258]  Container retrieving and grasping device 762 and portions thereof are best illustrated in FIGS. 30-39 Container retrieving and grasping device 762 includes a mast 768, which is mounted to a carriage system 770, a moveable rack member 772, a pinion 774, a frame 776, a container grasping member 778 and a linkage assembly 780

[0259]  Mast 768 is carried by carriage system 770 which carriage system 770 allows for lateral translation of mast 768 and the components associated therewith, including moveable rack member 772, pinion 774, frame 776, container grasping member 778 and linkage assembly 780 Carriage system 770 includes a guide member 782, a worm gear 784, a drive mechanism 786 and a carriage follower 788 Carriage follower 788 supports a vertical translation mechanism 790 that, in turn, carries mast 768

[0260]  Carriage guide 782 is an elongated guide that defines the lateral translation movement direction of carriage follower 788 and is secured within cabinet 602 Worm gear 784 is disposed parallel to carriage guide 782 and when rotated moves carriage follower 788 along carriage guide 782

[0261]  Worm gear 784 is driven by drive mechanism 786 which can include a drive motor 792, a drive gear or pulley 794 and a driven gear or pulley 796. Where drive and driven pulleys are used, typically a belt 798 will impart rotation from one pulley to another

[0262]  Drive motor 792 causes worm gear 784 which is mounted for rotation and which is rotated by rotation of driven pulley or gear 796 in either direction Drive motor 792 can be an AC or DC motor or a stepper or servo motor as desired Suitable sensors can be employed (not shown) to determine the position of carriage follower 788 which determines the lateral position of container grasping member 778

[0263]  Carriage follower 788 is composed of a frame 800 having a guide aperture or slot 802 in which carriage guide 782 is disposed and a threaded aperture or slot 804 in which elongated worm gear 784 is disposed to impart lateral motion to carriage follower 788 by rotation of worm gear 784 Thus, carriage system 770 provides lateral movement in the direction of arrows Q as shown in FIG. 39. In this manner, carriage follower and thus mast 768 can be laterally translated as desired

[0264]  A suitable opening 806 is located in countertop surface 636 of cabinet 602 to permit mast 768 to extend therethrough

[0265]  Mast 768 can be raised and lowered in a vertical direction as indicated by arrow V in FIG. 39

[0266]  Mast 768 can be vertically raised and lowered in the directions indicated by arrow V in FIG. 39 by operation of a drive mechanism 810 that forms part of vertical translation mechanism 790 Vertical translation mechanism 790 is a vertically extending carriage system similar to that described with respect to carriage system 770 and includes a drive mechanism 810 which is composed of a motor 812 which is carried by carriage follower 788, a vertically disposed carriage guide 814, a vertically disposed worm gear 816 which is driven in a suitable manner by motor 812 such as previously described with respect to drive mechanism 786 of carriage system 770, which can be controlled in a similar manner Vertical translation mechanism 790 also includes a vertical carriage follower 818 having a threaded aperture or slot and a guide aperture or slot (not shown) which vertical carriage follower 818 is secured to mast 768

[0267]  Mast 768 has mounted thereto frame 776, typically at an upper end thereof Linkage assembly 780 is secured to frame 776 as well as pinion 774 and moveable rack member 772

[0268]  Moveable rack member 772 includes a frame 820 having a guide slot 822 vertically disposed therein and a rack 824 which meshes with pinion 774 Moveable rack member 772 may also include extra mass in the form of a weight block 826 to help urge moveable rack member downwardly when not restrained

[0269]  A pair of guides 828 and 830 are rigidly secured to frame 776 and are disposed within slot 822 of moveable rack 772 A spring 832 can be connected between an upper end of moveable rack member 772 and guide 828 or 830 to urge moveable rack member 772 to a lower position as illustrated in FIG. 30 compared with the upper position as illustrated in FIGS. 34-37

[0270]  In a preferred embodiment, moveable rack member 772 includes a stop 834 which stop can be vertically adjustable While stop 834 is located at the bottom of moveable rack member 772 it is to be understood that a stop could be provided at another location provided that a suitable engaging surface at a proper location is provided

[0271]  Mounted to frame 776 is an axle 836 that is mounted for rotation relative to frame 776 Axle 836 has pinion gear 774 rigidly secured thereto as well as one end 838 of linkage 780 The other end 840' of linkage 780 is securely mounted to frame 776 as illustrated in FIGS. 30-37, for example

[0272]  Linkage 780 which carries container grasping member 778 is composed of a plurality of links so that container grasping member 778 is moveable from a horizontal position as illustrated in FIGS. 30-32 to a vertical position as illustrated in FIGS. 34-37 When container grasping member 778 is in the horizontal position it is utilized to grasp and retrieve a desired size of container from one of the apertures 720, 722, 724 and 726 from container storage magazine 638 For this purpose, container grasping member 778 includes a suction cup device 840 which

includes at least one suction cup 842 and in the illustrated embodiment two suction cups 842 and 844 arrayed in substantially the same plane for grasping a container having a surface to be grasped by both suction cups 842 and 844 in the same plane. Suction cup device 840 also includes a vacuum source 846, a release valve 848 and a suitable vacuum line 850 which connects suction cups 842 and 844 to vacuum source 846, as illustrated in FIG. 30, for example. In operation, when suction cups 842 and/or 844 engage a container or other member to be grasped, vacuum source 846 is activated to supply vacuum to suction cups 842 and 844, such as to grasp and retain a container from one of apertures 720, 722, 724 and 726 of container storage magazine 638.

[0273]  Linkage assembly 780 includes, in the illustrated embodiment, a first link 852, a second link 854 and third link 856.

[0274]  First link 852 is rigidly secure to axle 836 and pinion 774. First link 852 is configured in an L-shape with the end of first link 852 opposite the portion connected to axle 836 pivotally connected to second link 854 having one end being pivotally connected to first link 852 via pivot connection 858.

[0275]  Second link 854 is connected to third link 856 via a universal joint connection 860 a location spaced apart from pivot connection 858 as illustrated in, for example, FIGS. 30-37. Section cups 842 and 844 are mounted to second link 854. An offset member 862 which depends from second link 854 provides a desired offset for universal joint connection 860 which connects second link 854 to third link 856.

[0276]  Third link 856 is, in turn, connected to frame 776 via a universal joint connection 864 which is at a distance removed from universal joint connection 860 which connects third link 856 to second link 854. An offset member assembly 866 is rigidly secured to frame 776 and includes an angled block 868 and an offset extension 870 to provide the desired angled and clearance for universal joint 864 and third link 856.

[0277]  In operation, when moveable rack member 772 is moved relative to mast 768, such as when stop 834 contacts a surface, such as in the illustrated embodiment, countertop surface 636 as illustrated in FIG. 36, continued downward vertical movement of mast 768 causes rack member 772 to move upwardly relative to mast 768. This causes rotation of pinion 774 which meshes with rack 824 mounted to rack member 772. Rotation of pinion 774 in a counter-clockwise direction in FIG. 30 causes rotation of first link 852. Such rotation causes downward movement of that portion of first link 852 that is pivotally connected to second link 854 via pivot connection 858. Such movement, in turn, causes second link 854 to pivot upwardly about pivot connection 858 in a clockwise direction as viewed in FIG. 30 to cause suction cups 842 and 844 to move to a vertically oriented position as depicted in FIGS. 34-37 from the horizontally oriented position depicted in FIGS. 30-33. In addition, such movement of first link 852 causes movement in rotation of third link 856 and universal joint connection 860 and 864 to the position indicated in FIGS. 34-37. When container grasping member 778 is in the position indicated in FIGS. 34-37, an unerected container held by suction cups 842 and/or 844 will be vertically oriented when suction cups 842 and/or 844 are attached to the container sidewall, as illustrated in FIG. 40, for example.

[0278]  In a typical operation, container retrieving and grasping device 762 will be operated to position suction cups 842 and 844 below a container to be selected from container storage magazine 638. Mast 768 will be raised by operation of vertical translation mechanism 790 to a desired height so that suction cups 842 and 844 engage a container contained at the bottom of container storage magazine 638. Vacuum source 846 is activated and mast 768 can be lowered to remove a container from a desired one of apertures 720, 722, 724 and 726 of container storage magazine 638. Carriage system 770 can be activated to move container retrieving and grasping device 762 laterally to a desired location. Such lateral movement can be controlled by properly positioned sensors 872, 874, 876, 878 and 880, for example. For example, sensor 872 can define the position to retrieve a container from aperture 720, sensor 876 to retrieve a container from aperture 722, sensor 878 to retrieve a container from aperture 724 and sensor 880 to retrieve from aperture 726. Sensor 874 can be positioned to define the proper location of container grasping member 778 to erect the container that has been retrieved from one of apertures 720, 722, 724 or 726 of container storage magazine 638, as hereafter described. After erecting the container, the vacuum applied to suction cups 842 and 844 is released by operation of release valve 848 which permits suction cups 842 and 844 to disengage and release the container that had been grasped. Mast 768 can then be raised causing stop 834 to be removed from countertop surface 636 and by action of weight 826 and operationally spring 832, causing rack member 772 to move downwardly relative to mast 768 thereby rotating pinion gear 774 clockwise relative to the position shown in FIG. 34, thereby moving linkage assembly 780 to cause movement of container grasping member 778 from the position illustrated in FIGS. 34-37 to the position indicated in FIGS. 30-33, where container grasping member 778 is in position to retrieve a desired carton from container storage magazine 638 in a manner previously described, which includes lateral translation of container grasping member 778 by carriage system 770.

[0279]  It is to be understood that any suitable automated device or system for retrieving, grasping and moving a container to a desired location as desired herein can be utilized in accordance with various aspects of the present invention. Thus, various aspects of the present invention are not limited by the particular embodiment of container retrieving and grasping device 762 and components thereof described herein. For example, an automated or robotic arm could be utilized to select, grasp and retrieve erected or unerected containers from a source as desired and then erect the carton or container in a suitable manner, followed by holding the erected container at dispensing location 710 and after filling placing the filled container, such as container 611 on to a suitable conveyor to move the filled container to a desired location.

[0280]  Container grasping device 764 of container retrieving and grasping device 762 will now be described, and in particular with reference to FIGS. 38 and 40-44.

[0281]  Container grasping device 764 includes a rotatable and vertically translatable mast 884. Mast 884 can be rotated as illustrated by arrow P in FIG. 38 and vertically translated up and down as indicated by arrow O also in FIG. 38. Mast 884 is connected to a shaft 886 via a slot and key arrangement between mast 884 and shaft 886 permitting mast 884

to be rotated by shaft **886** which, in turn, can be rotated by a step or motor **890** or other suitable motor or device to rotate shaft **886** a desired degree. Motor **890** drives a drive pulley or gear **892** which, in turn, drives a driven pulley or gear **894**. In the case where pulleys are utilized, a belt **896** is used to transmit rotation from pulley **892** to pulley **894**. Motor **890** can be a stepper router or a servo motor as desired. Alternatively, an AC or DC motor can be utilized provided that a suitable control is provided so that the orientation of mast **884** can be determined. A carriage system **898** is utilized to provide the desired vertical movement of mast **884** in up and down directions. Carriage system **898** is similar to carriage system **770** previously described and includes a carriage guide **900**, a worm gear **902**, a carriage follower **904**, a drive mechanism **906** which includes a motor **908** (which can be a servo motor or an AC or DC motor) suitably controlled to drive or rotate gear **902**. Carriage follower **904** includes a threaded aperture or slot **910** which communicates with worm gear **902** and a threaded aperture or slot **912** in which guide **900** is disposed. A carriage follower interface **914** connects carriage follower **904** to mast **884** and permits shaft **886** to rotate with respect to carriage follower interface **914**. Thus, in operation, rotation of motor **908** rotates worm gear **902** thereby translating carriage follower **904** up or down depending on the direction of rotation. A suitable sensor (not shown) can be employed to determine the height of mast **884** for control by control system **118** for packaging device **600**.

[0282] Suitable mounting structure **916** is provided to mount container grasping device **764** to a desired location, such as within cabinet **602**. A slot and key arrangement between shaft **886** and mast **884** permits **884** mast to be vertically translated either up or down while shaft **886** is rotated.

[0283] Mounted on the upper end of mast **884** is a suction device **918** which includes a suction cup **920**, a source of vacuum (not shown) for suction cup **920** and a release valve (not shown) for releasing the vacuum to suction cup **920**. Vacuum can be supplied from within mast **884** to suction cup **920** by a suitable connection as is known in the art.

[0284] Container bottom urging device **766** consists of a mast **922** that is vertically translatable up and down by suitable apparatus (not shown). Such apparatus can be similar to vertical translation mechanism **790** previously described with respect to container retrieving and grasping device **762**. Preferably, mast **922** has a blunt end **924**.

[0285] In operation, container retrieving and grasping device **762** selects an appropriately sized container from container storage magazine **638** as directed by the control system for food packaging device **600**. After retrieving the container, which in this case is container **611**, container retrieving and grasping device **762** moves container **611** to a position as indicated in FIG. 40 against suction cup **920** so that opposed sidewalls of container **611** are grasped by suction cups **840** and **842** of container grasping member **778**.

[0286] Next, as shown in FIG. 41, container grasping member **778** is moved laterally away from suction cup **920** while maintaining suction on suction cups **840**, **842** and **920**. Container **611** is partially erected as shown in FIG. 41 with bottom **611** b depending downwardly slightly. Container bottom urging device **766** is then activated as illustrated in FIG. 42 to urge bottom **611** b of container **611** upwardly into the fully erected position. Container grasping member **778** is released and retracted from container **611** and returned to a horizontal up position to select another unerected container. For erection.

[0287] Next, mast **884** is rotated approximately 90° by motor **890** to place container **611** in discharge position **710** of food dispensing chute mechanism **608**. Food dispensing chute mechanism **608** is then lowered to discharge French fries FF therefrom and into container **611**. Any French fries that are not received into container **611** are collected by overflow food collection member **613** which is then rotated clockwise in the direction of arrow X as shown in FIG. 41 to recycle such French fries to upper chute **686** for subsequent delivery to another container. After the French fries are dispensed from food dispensing chute mechanism **608**, cylinder **700** is retracted placing food dispensing chute mechanism **608** in the upper position as shown in FIG. 44. Mast **884** can then be rotated back and forth slightly (e.g., such as 2° to 20°, for example) to simulate shaking to dislodge any loose French fries or dangling French fries in container **611** and any dislodged French fries will then fall into overflow food collection member **613** for subsequent recycling. Mast **884** can also be raised and lowered slightly and relatively quickly either before, during or after the angular rotation to further simulate shaking. Thereafter, mast **884** is rotated approximately 180° until container **611** is directly over container-receiving receptacle **612** as indicated by T in FIG. 44. Mast **884** is then lowered by operation of carriage system **898** until the bottom of container **611** rests in container-receiving receptacle **612**. Then, the vacuum supplied to suction cup **920** is released and suction cup **920** releases from container **611**. Mast **884** can then be rotated **900** so that it is in position to receive another container to be erected.

[0288] Container-receiving receptacle **612** is then transported via conveyor system **614** which will now be described in detail.

[0289] Conveyor system **614** and portions or elements thereof are illustrated in various figures including FIGS. 1, 25-29 and 45-50.

[0290] Conveyor **614** includes, in the illustrated embodiment, raceway **620** which can be formed along the surface of countertop **636** or on some other surface as desired. Raceway **620** is preferably in the form of a continuous loop raceway and is defined by spaced apart guides **620**a and **620**b mounted to countertop **636** to guide receptacles **612**. Conveyor system **614** includes one or more and typically a plurality of container-receiving receptacles **612** which are illustrated in detail in FIGS. 46-50. Gate structure **634** of conveyor system **614** includes a first gate **926** and second gate **928**. First gate **926** is moveable and typically second gate **928** can be stationary as hereinafter described.

[0291] Conveyor system **614** also includes structure for causing movement of container-receiving receptacle **612**. In the illustrated embodiment, container-receiving receptacles **612** are moved via an endless loop **930** that can be located beneath countertop **636**. Endless loop **930** carries a plurality of magnets **932** as illustrated in FIGS. 45 and 49, for example. Magnets **932** are spaced along endless loop **930**. Endless loop **930** may comprise a chain or other suitable structure that can be driven by a drive system that includes sprockets **934**, **936**, **938** and **940**. One of sprockets **934**, **936**, **938** and **940** can be a driven sprocket.

[0292] Any suitable endless loop 930 can be utilized such as a belt or a chain. Pulleys could be used in place of sprockets 934-940. The route of endless loop 930 follows the route of raceway 620.

[0293] Container-receiving receptacle 612 typically includes a base 942 and a container-receiving well 944 located over base 942. Base 942 includes an enclosed compartment 946 which can be conveniently accessed by a base plate 948 located along the bottom of base 942 that is fastened to base 942 by suitable fasteners 950. Contained within enclosed compartment 946 is a magnet 952.

[0294] Container-receiving receptacle 612 follows the movement of magnet 932 due to magnetic attraction between magnets 932 and 952 thereby causing movement of container-receiving receptacle 612 along raceway 620.

[0295] Enclosed compartment 946 is dimensioned to permit magnet 952 to be free to rotate therein allowing container-receiving receptacle 612 to be readily guided by rails 954 and 956 that are raised above countertop 636.

[0296] Movable gate 926 prevents movement of container-receiving receptacle 612 located thereat as illustrated in FIG. 45. This ensures that container-receiving receptacle 612 is in position to receive a loaded container of French fries, such as container 611 from container grasping device 764. After a filled container is placed on container-receiving receptacle 612 adjacent moveable gate 926, gate 926 is automatically removed by a suitable mechanism (not shown) to permit container-receiving receptacle 612 thereat to be moved by conveyor system 614 until French fry container 611 contained therein contacts gate 928 or receptacle 612 contacts another receptacle that is located at pick up area 622 as shown in FIG. 45. Once container 611 is moved from receptacle 612b, receptacle 612b is then free to move along raceway 620 and passes underneath second gate 928, which can be a stationary gate. Alternatively, second gate 928 could be a moveable gate and could be located at a level that directly prevents movement of receptacle 612b. After receptacle 612b passes underneath second gate 928, receptacle 612a is moved into the position formerly occupied by receptacle 612b provided that receptacle 612a has a French fry container thereon which would then cause receptacle 612a to be stopped at gate 928. Similarly, when that container is removed from receptacle 612a, receptacle 612a would then be free to pass underneath gate 928 and around that portion of raceway 620 until encountering gate 926 or another receptacle that is stopped by gate 926.

[0297] Referring to FIGS. 51-60, there is illustrated various views of French fry cartons that are useful in accordance with the present invention. The French fry cartons depicted in FIGS. 51-60 are particularly suitable for use in conjunction with the present invention since the cartons readily stand upright without assistance and can be erected by automated container handling system 610, previously described.

[0298] FIG. 51 illustrates a front elevation view of a carton 1012 that is particularly suitable for containing French fries, for example. Carton 1012 is illustrated in FIG. 51 in an erected or opened position and includes a pair of opposed curved sidewalls 1014 and 1016 and a bottom panel 1018.

[0299] Carton 1012 can be stacked in a collapsed configuration and stored in a suitable magazine, such as container storage magazine 638 as previously described. When in a collapsed position, carton 1012 is particularly suited to being opened or erected by pulling sidewalls 1014 and 1016 apart and urging bottom panel 1018 upwardly, as described with respect to the erection or opening of container 611 by automated container handling system 610. Container or carton 611 is of a design that is similar to carton 1012.

[0300] Carton 1012 also includes two supporting legs 1020, 1022 that extend downwardly from the lower portions of the overlapping edge portions of sidewall 1014 indicated by reference numerals 1014a and 1014b in FIG. 59 and FIG. 53.

[0301] Carton 1012 is capable of standing on its own because of legs 1020 and 1022 that extend below bottom panel 1018 when carton 1012 is open or erected.

[0302] Carton 1012 can be constructed from a single blank of paperboard which is illustrated in FIG. 59. When constructed, sidewall edge portions 1014a and 1014b form flaps that are glued to the edges of sidewall 1016 as indicated in FIG. 54, for example.

[0303] Bottom panel 1018 is specially configured to facilitate opening or erection of carton 1012 by an automated carton handling device such as automated container handling system 610, previously described in detail. Bottom panel 1018 includes intersecting lines 1024 and 1026. Intersecting lines 1024 and 1026 intersect at a generally central location of bottom panel 1014, which panel is generally oval even though it may incorporate straight edges 1028 and 1030, for example. Intersecting lines 1024 and 1026 may be fold lines, lines of weakening, score lines or even perforations. All such structures are referred to herein with respect to intersecting lines 1024 and 1026 of bottom panel 1018 only as "fold lines." Typically, the intersection of fold lines 1024 and 1026 form an angle in the range of from about 60° and about 120°. In one embodiment, the intersecting bottom panel fold lines are oriented such that one of said lines (fold line 1024 in FIG. 59) is normal or at least generally normal to curved sidewalls 1014 and 1016. In such embodiment, the other of the intersecting fold lines (in this case fold line 1026) is at least generally parallel to curved sidewalls 1014 and 1016.

[0304] Preferably, fold line 1024 extends from sidewall 1014 to sidewall 1016.

[0305] As previously mentioned, carton 1012 is foldable to a collapsed position with sidewalls 1014 and 1016 being planar and in contacting overlying relation to each other with bottom panel 1018 being divided into two overlying panels 1018a and 1018b by intersecting fold line 1026.

[0306] Preferably, bottom panel 1018 includes two additional fold lines 1032 and 1034 on either side of fold line 1024 that extends from one carton sidewall to the other, in this case from sidewall 1014 to sidewall 1016. Secondary fold lines 1032 and 1034 further facilitate the opening or erection of container 1012 with an automated device such as automated container handling system 610.

[0307] FIG. 58 illustrates a carton 1036 that is similar in construction to carton 1012 previously described except that carton 1036 is of a different size. Preferably, carton 1012 is configured such that the width of the base is relatively narrow and the sidewalls 1014 and 1016 flare outwardly so

US 2005/0061160 A1

23

that container 1012 is substantially wider at the top (from about 1.6 to 2 or more times the base width) This allows relatively large and tall containers to be placed in an automobile cup holder CH as depicted in FIG. 56

[0308]   Referring to FIG. 2, there is illustrated an alternate embodiment of an automated food processing system 101 in accordance with the invention Automated food processing system 101 includes a food dispensing device 201 which is similar to food dispensing 200, previously briefly described, where like reference numerals represent like elements Food dispensing device 201 includes fewer uncooked bulk food dispensing containers 204 and additional magazine food dispensers that are similar to magazine food dispenser 206, previously referred to Otherwise, dispensing device 201 is similar to dispensing device 200 previously described

[0309]   Automated food processing system 101 also includes fry device 400 which has been described

[0310]   One primary distinction between automated food processing system 100 and automated food processing system 101 is that automated food processing system 101 does not include an automated packaging device such as automated packaging device 600. In place of food packaging device 600, a food storage device 635 is provided Food storage device 635 allows food cooked by food frying device 400 to be stored in a heated environment for subsequent manual processing As configured in FIG. 2, food storage device 635 includes separate product receiving receptacles 637, 639, 641 and 643 Each receptacle 637, 639, 641 and 643 is dedicated to receiving food from a respective one of fry wheels 410, 412, 414 and 404, respectively In addition, each receptacle 637-643 can have placed therein a suitable container to receive food, such as handled trays 645, 647, 649 and 651

[0311]   As illustrated in FIG. 2, a food item F is being discharged from fry wheel 414 down a chute 653 and into handled tray 649 contained within heated receptacle 641. Food item F can be stored therein for a period of time until it is ready for subsequent processing

[0312]   Referring to FIGS. 62 and 63, there is illustrated heated receptacle 643 in a cross-sectional view and FIG. 63 is a cross-sectional view taken along line 63-63 of FIG. 62 showing the entire width of receptacle 643

[0313]   As illustrated in FIGS. 62 and 63, heated receptacle 643 is a heated well having a heating element that heats sidewalls 962, 964, 966 and 968 as well as bottom 970 of heated receptacle 643 Heating element 960 is in close proximity to walls 962, 964, 966 and 968 as well as bottom 970. Heating element 960 may be composed of a single heating element or multiple heating elements as desired Suitable controls may be provided to adjust the temperature of walls 962-968 as well as bottom 970 of heated receptacle 643. In addition, suitable insulation 972 can be contained within the cavity that is defined by cabinet 974 of food storage device 635, which is partially shown in FIGS. 62 and 63.

[0314]   Preferably, handled trays 645-651, such as handled tray 651 depicted in FIGS. 62 and 63 are dimensioned such that they are in close proximity to walls 962-968 and bottom 970 when placed in heated receptacle 643

[0315]   Food packaging device 600 may optionally include food seasoning device 616, which is illustrated in detail in

FIGS. 65-68  Food seasoning device 616 includes a hopper 972, a metering wheel 974, a wheel drive system 976, a dispensing tube 978 and a dispersion head 618

[0316]   Hopper 972 is configured to hold a desired bulk quantity of a seasoning material, such as salt S  Bulk hopper 972 includes a lid 982 that can be removed to replenish the supply of salt S contained therein. Hopper 972 can have a bottom with inwardly extending sidewalls 984 to facilitate the dispensing of material from bottom 986 of hopper 972 which may include a dispensing tube 988

[0317]   Metering wheel 974 is located beneath bottom 986 and dispensing tube 988 to receive a charge of salt or other seasoning therefrom Metering wheel 974 includes a cavity 990 for receiving a charge of salt from dispensing tube 988. Metering wheel 974 is rotatably mounted in a housing 992 and can be rotated about the longitudinal axis of metering wheel 974 to cause cavity 990 to be directed downwardly which thereby causes the seasoning or salt contained in cavity 990 to fall by gravity therefrom

[0318]   Metering wheel 974 is suitably rotated by wheel drive system 976  Wheel drive system 976 can be controlled by a suitable electronic control system that can form part of the food packaging device 600  Typically, in operation, when French fries FF are dispensed from one or more of fry wheels 404, 410, 412 and 414 onto chute 604, a suitable sensing device (not shown) senses the presence of French fries and activates wheel drive system 976 of automated food seasoning device 616 to discharge a predetermined quantity of seasoning, such as salt, onto the French fries that traverse chute 604

[0319]   Dispensing head 618 can be located in a desired position to apply seasoning to the food traversing chute 604. As illustrated in FIG. 3, for example, dispensing head 618 can be located towards a bottom portion of inlet chute 604 and may extend over a portion of rotatable food dispensing member 606

[0320]   Wheel drive system 976 as illustrated in FIGS. 65-68 includes a solenoid plunger 994 for driving a linkage 996 that is connected to metering wheel 974 to impart rotation to metering wheel 974  Linkage 996 includes a crank arm 998, one end of which is connected to a central portion of metering wheel 974 and the other end is connected to a lever arm 1000 which, in turn, is connected to solenoid plunger 994  Lever arm 1000 can be driven by solenoid plunger 994 which, in turn, causes crank arm 998 to be driven, thereby rotating metering wheel 974 sufficiently to cause cavity 990 to be directed downwardly, thereby permitting any seasoning or salt contained therein to be dispensed therefrom

[0321]   A collection funnel 1002 is disposed at the discharge end of housing 992 and connects to dispensing tube 978  Dispensing tube 978 is, in turn, connected to dispensing head 618

[0322]   Dispensing head 618 can include a plurality of vanes 1004 for facilitating dispersion of seasoning dispensed therefrom  As illustrated, there are four vanes 1004 spaced 90° from each other

[0323]   Dispensing tube 978 has a lower end portion 1006 that terminates some distance above dispensing cone 1008 of dispensing head 618  In one embodiment, lower end

portion 1006 of dispensing tube 978 may terminate approximately 0 25 inches from the tip of dispersion cone 1008

[0324]   Dispersion cone 1008 includes a plurality of holes 1010 that are arrayed through dispersion cone 1008 to facilitate the distribution of seasoning or salt In operation, as salt or seasoning is dispensed through lower end portion 1006 of dispensing tube 978, the seasoning strikes the top portion of dispersion cone 1008 and is directed into four quadrants via vanes 1004 As the seasoning traverses the surface of dispersion cone 1008, some of the seasoning falls through holes 1010 in dispersion cone 1008 Note that not all of holes 1010 are labeled, for purposes of clarity in the Figures Other salt or seasoning particles do not fall through holes 1010 but fall off the lower end of dispersion cone 1008 Still other seasoning particles bounce or are otherwise deflected off the top surface of dispersion cone 1008 and fall a lateral distance removed from dispersion cone 1008 In this manner, a good distribution of seasoning is achieved over a relatively large area

[0325]   The Control System and Method

[0326]   In one embodiment, the System Master Controller of a Server (PC), a router/hub, and a touch-screen monitor (user interface) The Master can utilize existing technology to integrate, to manage, to control, and to coordinate information flow of and through the various subsystems for overall system operation The network technology is fully compliant with the latest version of the industry's NAFEM Protocol

[0327]   Control System Features

[0328]   Referring to FIGS. 69-73, the primary functions of the Control System are to receive order information from the POS and to connect and coordinate all operating subsystem controllers with the Master Controller so that operational commands and functional information can be communicated and displayed The result is that all the dispensing, fry and packaging modules function as one integrated fried foods production system

[0329]   In one embodiment, the Control System is event and demand driven That is, nothing happens unless a functional component or subsystem receives a command signal to initiate the action In a normal operation mode, the POS will provide virtually all of the system order demands These can take the form of a string of two-bit Order Events Typically this will be a quantity and an item (for example, 2 each regular size fries) The product description can consist of both the food item and its portion size, treated as one bit of information

[0330]   The Control System information can be categorized into Order Events, Inbound Events, and Outbound Events The Order Events come from primarily the POS system, the historical kitchen management system (KMS) data, or the touch-screen Monitor if a manager wants to override the automatic ordering KMS is a database of information of, for example, the sales rate of various products versus day and time The Order Events dictate and demand the operation and performance of the automation control system for production The Inbound Events information includes messages generated by subsystem controllers other than the POS or KMS The Outbound Events include typical command messages issued by the Master Controller specifying functions to be performed by individual subsystem controllers

[0331]   In one embodiment, the Master Controller is configured to monitor periodically or continuously the network for events to occur Once an event takes place and a signal is sent on the network, the Master Controller identifies the source of the signal, then compares it to the programmed schedule of events within its memory, and reacts appropriately, either sending out a new command, showing a display, storing information in memory, or all of the above

[0332]   An important source of data for the Control System can be the Kitchen Management System (KMS) The KMS is a historical database of operational information This information can be used to set the workstation configuration, process settings, inventory levels, and set a level of production in advance of actual customer demand orders This interface can be a two-way connection, so that all operational data from the Fried Foods Workstation can be received and stored in the KMS and/or the Control System, or evaluated, adjusted, and re-entered to "fine-tune" the process on a continuing basis

[0333]   Generally, the Control System can comprise two loops, shown in FIG. 70 The primary loop is the "Order-to-Package" loop, whereby the Master Control takes an Order Event input from the POS and directs the appropriate Packaging Module subsystem to package and deliver an appropriate portion of product A secondary loop is the "Buffer Replacement" loop, where the Master Controller receives an Inbound Event signal from the Packaging Module that its buffer inventory of ready-to-package fried product is low and additional product must be dispensed and fried As currently specified, all products other than salted French fries typically can have a default buffer inventory of zero, meaning that an order for that (other) product will immediately initiate a full dispense-fry-package (if packaged by the System) production routine

[0334]   In accordance with one aspect of this embodiment of the Control System, the Fryer Module vat operation is not directly controlled by the production demand cycle Each fry vat of the fry module will operate continuously and on a pre-set uniform operating cycle Frozen product is dropped into the fry module when additional inventory is called for The product is fried according to the pre-set cooking cycle and then is dumped into the Packaging (or Protein) Module receiving apron None of the cooking cycle is affected by order demands, or inventory conditions In one embodiment, the Control System can vary the time between incremental rotation and speed of rotation of fry wheel 410 to accommodate for varying conditions, such as the level of cooking oil in the fry vat The level of cooking oil can vary as a result of the amount of product that is being fried in a particular fry vat, since product present in the fry vat displaces cooking oil, thereby raising the level of cooking oil in the fry vat particularly since the product is held below the cooking oil surface during a cooking cycle Preferably, to ensure the workstation reliability and system uptime, extensive control redundancy can be provided As a result, the control subsystems for each Fryer Module vat and each Dispensing Module chute are designed and constructed as individual units that operate even if one or more subsystem fails

[0335]   Additionally, the control of the Dispensing Module freezer environment and operation can be an independent subsystem

[0336]   Preferably, the Control System includes the capability to operate all modules individually This allows the

US 2005/0061160 A1                                                                Mar. 24, 2005

25

operator to disconnect and remove a module from the network and operate the remaining modules in a semi-automatic method, manually performing some of the operations Preferably, there are controls on each module that permit an operator to operate that module's functions locally

[0337] Orders for product are preferably processed sequentially as they are received, although the specific products within a customer order may be arranged in a logical manner as desired The Monitor will display all products being processed by the workstation from the time the order is received until it is removed from the workstation. The status of each product that is ordered can be tracked in its various stages including, for example, on order, packaged and ready to pick up, ready to manually package, and held too long

[0338] Preferably, products in the process of being fried can also be tracked, and cooking times for each basket in each wheel will count down to when product is ready to package

[0339] Master Controller

[0340] In one embodiment, the Master Controller 110 hardware may suitably comprise, or equivalent:

[0341] Intel Pentium III (or higher) with 1 0 GHz (or higher) CPU

[0342] Ethernet network interface and hub

[0343] 256 MB (or more) system RAM

[0344] 20 GB (or more) hard disk drive

[0345] Touch-Screen Monitor Interface

[0346] Plug and Play Touch-Screen Monitor

[0347] SCK Gateway (Ethernet)

[0348] Interconnect cabling (as needed)

[0349] Optional Keyboard and pointing device (mouse) for installation and maintenance purposes

[0350] Typical operating system software requirements are:

[0351] Windows 2000 professional (or server) SP4 or higher

[0352] A suitable Database Server, such as Fast SCK Version 3 0 (or higher) from Fast, Inc of Stratford, Conn

[0353] Fast SCK Version 3 0 (or higher) Utility Applications (SCK Editor, SCK Engine, SCK Events, and SCK Site Editor) from Fast, Inc

[0354] The Subsystem Interface Modules provide the functionality to communicate specific control events (information) conditions, and/or commands to and from the Master Controller These modules typically can be incorporated into the circuitry of controller boards In cases where the network needs to interface with a control subsystem (such as PLCs, for example), appropriate imbedded memory interface (input-output) circuit cards known in the art can be utilized All of the foregoing hardware and software or equivalent is readily available or can be produced by those skilled in the art

[0355] Fryer Controller

[0356] The frying of the frozen product is controlled by a combination of cooking oil temperature and the time the frozen product is immersed in the cooking oil Frying is accomplished by moving the frozen product through the heated cooking oil by a rotating fry wheel As previously described, a programmable stepper or other motor can provide the desired precisely controlled movement of the fry wheel

[0357] The following Table 1 lists typical control parameters and several optional parameters that can be used, if desired

TABLE 1

| Fryer Module Control Signals (One set for each of 4 Product Lanes) | | | |
|---|---|---|---|
| Description | Input | Output | Op Adj |
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| "Ready" Band Width | | X | |
| Temperature Offset | X | | |
| C or F | X | | X |
| Probe #1 | X | | |
| Heater Relay #1 | | X | |
| Total Cook Time | X | | X |
| Jog Speed | X | | |
| Jiggle Time | X | | |
| Cleaner Level | | X | |
| Oil Fill | | X | |
| Cleaner Fill | | X | |
| Probe #2 | X | | |
| Heater Relay #2 | | X | |
| Flex Time | X | | |

[0358] FIG. 71 depicts a typical motor/fry wheel/basket cycle Virtually every parameter can be fixed or adjustable as desired For example, during one typical cycle, which may be for a preset period of time that is one-quarter of the cooking time for food contained in a compartment, fry wheel 410 is rotated clockwise 45° in the direction of arrow K of FIG. 13 After some period of time after the 45° incremental rotation, a basket shaking simulation of back and forth rotation occurs over a period of about two seconds After a 0 to 10 second delay, another basket simulation shaking occurs Thereafter, a period of time ("Basket Load Window") is available for loading another compartment, such as compartment 436 with a charge of French fries or other food to be fried Thereafter, a "no load zone" or relatively short period of time towards the end of the cycle is set aside just prior to another 45° fry wheel 410 rotation in the direction of arrow K, which commences another cycle. During each cycle, three "home routines" can be employed, one after each rotation of fry wheel 410 to accurately locate fry wheel 410 so that it is properly positioned with the upper end of compartment bottom 508 of one of fry wheel 410 compartments adjacent discharge 498 and another of the compartments properly aligned to receive a charge of French fries or other food to be fried, such as from food dispensing device 200

[0359] To ensure proper operation of the basket/fry wheel, including positioning the unit precisely for smooth loading and complete unloading, the basket/fry wheel position must be constantly synchronized To do this, a "homing" sensor

US 2005/0061160 A1
Mar. 24, 2005

26

circuit can be utilized that resets the home position after every move of the wheel. This sensor preferably is electromagnetic and is impervious to dirt and grease build up and has no moving parts although any suitable sensor can be used.

[0360]    Dispensing Controller

[0361]    The Dispensing Module control system 114 separates functions by the product delivery lane they support. In one embodiment, where there are four delivery lanes, there are four control subsystems. Each subsystem controls a vibrating product conveyor, a portioning load cell, and a dump actuator. Additionally, there are optional module configurations that affect the controls design. If lanes 1, 2, and/or 3 are configured with bulk food hoppers, a product level sensor can be provided to alert operators to reload frozen product before the hopper is empty. If each of lanes 2, 3 and/or 4 are configured with an array of coil magazines for food items, the controls must sequentially switch power to each of the motors in the lane to maintain a constant flow of frozen product.

[0362]    Table II lists defined control signal parameters for each of the Dispensing Module Lane controllers:

TABLE II

| Dispensing Control Signals (One set for each of 4 Product Lanes) | | |
|---|---|---|
| Description | Input | Output |
| Load - Small Qty | X | |
| Load - Large Qty | X | |
| Load Coil A | X | |
| Load Coil B | X | |
| Load Coil C | X | |
| Load Coil D | X | |
| Load Coil E | X | |
| Ready to Dump | | X |
| Vibrator Frequency | X | |
| Bulk Fill Level | | X |
| Time Out | | X |
| Overweight | | X |
| Clean Out | X | |

[0363]    Freezer Controller

[0364]    In addition to properly dispensing products into the Fryer Module, the dispensing device 200 control 114 must also maintain a proper frozen environment for all products. To accomplish this, another controller subsystem can be provided. Table III lists the applicable control signal parameters for the freezer subsystem. A safety circuit interrupts all dispensing activity when the aisle door is opened.

TABLE III

| Freezer Control Signals | | | |
|---|---|---|---|
| Description | Input | Output | Op Adj |
| Set Temperature | X | | X |
| Actual Temperature | | X | |
| Aisle Door Open | | X | |

[0365]    The separation of the Dispensing Module controls into these five subsystems when there are five makes for a

convenient mechanical arrangement in the base of the module, and allows for the required flexibility given the configuration options.

[0366]    In one embodiment, for manual operation, four "dispense" buttons are provided, one for each lane. One button would cause the release of a pre-set portion of the frozen product for that lane. The controls preferably should be located so the operator could by visual observation determine the appropriate Fryer basket to make sure the product dispenses into the proper basket.

[0367]    Packaging Controller

[0368]    Packaging Controller 118 for the Packaging Module incorporates several event signal generators for the control-system to sense or read. The main Packaging Module or device 600 elements are depicted in FIGS. 25-29. In one embodiment, the Packaging Module or device control system includes two subsystems within the Packaging Module, the packaging subsystem and the heated food storage device 635 that can be used in place of packaging device 600.

[0369]    The Packaging Subsystem

[0370]    The packaging control subsystem initially interfaces with the Packaging Module PLC and sends packaging device 600 a signal to start the sequential operation of packaging one of an appropriately-sized portion of French fries. The actions and reactions of all the electromechanical devices (e.g., container handling system 610, dispensing member 606, overflow member 613, load cell 702 and chute mechanism 608) can be, if desired, sequenced and controlled by the local on-board controller (i.e., PLC) and not Master Controller 110.

[0371]    Once the automated arm 764 sets the filled package of fries on conveyor 614 and the receptacle load gate 926 opens to allow receptacle 612 to move to the pick up area, a signal will be sent back to Master Controller 110 indicating that the particular order of fries is ready for pick up. Until that receptacle 612 moves to the return gate 928 (located at the operator right front of the Packaging Module) and the gate permits receptacle 612 to move therepast after receptacle 612 is empty, Master Controller 110 will believe (and display) that the order of fries is waiting to be picked up. Preferably, the crew member will pick up fries from right to left to ensure that the order sequence is followed and that the oldest fries are served first.

[0372]    Because the number of receptacles 612 that can fit between gate 926 and return gate 928 typically is limited, Master Controller 110 intelligence preferably keeps track of how many orders of fries are in the pick up cue. This allows audible/visual alerts to be triggered on the Monitor to remind the crew that orders have been waiting. Also, even if orders are picked out of sequence, the Master Controller will remember what was on an empty receptacle 612 and clear it when it passes return gate 928.

[0373]    Preferably, the Master Controller is configured to remember the hold time of each packaged fry order. If the order has not been picked up in time, the Monitor will alert the operator by audible/visual signal to "waste" that order.

[0374]    The Secondary Loop

[0375]    The remainder of the Packaging Module or device 600 control 118 functions address the secondary loop,

US 2005/0061160 A1

27

Mar. 24, 2005

"buffer inventory replacement." Preferably, there are two typical system requirements for the buffer inventory: (1) there must be a minimum amount of fries in member 606 or chute mechanism 608 to completely fill the next packaging order (that is, one portion of a given size); and (2) the buffer inventory is low and needs to be replenished

[0376] For the first requirement, if there is insufficient buffer inventory to fill the package, chute mechanism 608 is disabled and an error message alarm is sent  This condition should not happen, but the control intelligence prevents packaging device 600 from accepting an order

[0377] During normal operations, the level of fries in the buffer inventory will drop to a level where an inventory replenishment order will be initiated  In that event, Master Controller 110 can signal dispensing device 200 to start its fill sequence  This process should typically start soon enough that the replacement product can be fried, salted, and added to the dispensing member 606 before the "out-of-product" condition is reached  The KMS data can be integrated into the Master Control intelligence to help insure that there is replacement product in process before the actual need arises  This capability minimizes order delivery-delays while also preventing the dispensing member 606 inventory growing beyond actual need

[0378] The dispensing member 606 inventory can be managed in a number of ways, as desired  For example, any of the following can be utilized and implemented by one of ordinary skill in the art: (a) direct sensors; (b) a load cell that constantly weighs the buffer inventory; and (c) a dynamic empirical calculation

[0379] The dynamic empirical calculation embodiment uses the Master Controller to constantly calculate how much product has been added to dispensing member 606, and subtract out the portion packaged, any bonus amount, waste, and a safety factor  This empirical total will then be compared to pre-set "reload" levels  The formula may also include how much product is in process  In all cases, the buffer inventory level can be adjusted during the day to reflect actual sales level

[0380] The controls system design for all other (i e , non-salted French fries) products is that the same control process would be used, but that the "buffer inventory" for those products would be defaulted to zero  That is, an order for hash browns would immediately signal an "out-of-inventory" condition and launch an "inventory replacement" command to the dispensing device 200  Later, if the need arises, controller intelligence would allow the operator to utilize some buffer inventory for these products

[0381] Optionally, a provision can be made for unsalted French fries  Unsalted French fries would be handled like the non-French fries products  When an order for unsalted French fries is received, Master Controller 110 will signal the Packaging Module to move diverter bar 605  The next load of French fries coming from the Fryer Module will then be diverted to a portion of chute 604 of packaging device 600 for manual packaging  The extra unsalted fries can be manually returned to chute 604

[0382] An important feature of the automated system is to maintain product integrity  One facet of that is to dispose of product that has exceeded its authorized holding time  Master Controller 110 will remember when each load of

French fries came out of fry device 400  The mechanical design of packaging device 600 assures a substantially "first in-first out" product movement  How long the "oldest" fries have been in dispensing member 606 is tracked by Master Controller 110 or packaging device controller 118, as desired  Whenever the allowable holding time has been reached, Master Controller 110 will signal the Packaging Module subsystem Controller 118 to start the buffer waste cycle (or the packaging device Controller 118 can directly control this function)  It is possible that some French fries in the buffer will not have reached their limit, but through control parameter refinement, this can be minimized  Table IV lists the control signals for one embodiment of the packaging control subsystem:

TABLE IV

| | Packaging Control Signals | | |
|---|---|---|---|
| Description | Input | Output | Op  Adj |
| Package #1 | X | | |
| Package #2 | X | | |
| Package #3 | X | | |
| Package #4 | X | | |
| Divert Fries | X | | |
| Produce #5 | X | | |
| Produce #6 | X | | |
| Produce #7 | X | | |
| Produce #8 | X | | |
| Produce #9 | X | | |
| Dump Buffer | X | | |
| Buffer Low | | X | |
| Buffer Full | | X | |
| Receptacle Loaded | | X | |
| Receptacle Empty | | X | |
| Time out - System 610 | | X | |
| Product #5–9 Picked | | X | |

[0383] Holding Controller

[0384] The other control subsystem is that dedicated to holding product at proper temperatures  Generally, a standard temperature controller with timer channels to manage all holding functions can be utilized, as is known in the art

[0385] Table V lists the various control parameters for the holding control subsystem for food holding device 635:

TABLE V

| | Holding Control Signals | | |
|---|---|---|---|
| Description | Input | Output | Op  Adj |
| Buffer Temp Set | X | | X |
| Buffer Temp Act | | X | |
| Pick Up Temp Set | X | | X |
| Pick Up Temp Act | | X | |
| Apron Temp Set | X | | X |
| Apron Temp Act | | X | |
| Holding Temp Set | X | | X |
| Holding Temp Act | | X | |
| Holding Time #1 Start | X | | |
| Holding Time #1 End | X | | |
| Holding Time #2 Start | X | | |
| Holding Time #1 End | X | | |

[0386] Touch-Screen Monitor

[0387] The Touch-Screen Monitor is the primary system user interface and can be considered part of the Master

Controller configuration  The Monitor has four main functions: (1) display the status of fried foods orders; (2) allow the operator to manually control the system; (3) alert the operator to any needed manual intervention; and (4) allow the operator to reconfigure the workstation and/or change the individual operating parameters

[0388]  The Monitor display can be configured as desired. Preferably, the main display menu is simple, uncluttered and only presents the basic information needed to track ongoing order status  A sample Monitor display layout is shown in FIG. 72

[0389]  In the illustrated embodiment, products on order would appear as horizontal rows of the appropriate product (type and portion size) icon, reading from the left edge of the screen  All products from a single POS customer order would appear on a single line  As additional POS orders are entered, the screen would refresh, moving the older orders down a line  Products on order, and not yet ready for pick up would appear as gold icons.

[0390]  Across the bottom of the screen would appear the same number of locations as there are packaging device 600 receptacles 612 in the pick up zone  As packages of fries are placed on receptacles 612 and the receptacles 612 travel within the pick up zone, the appropriate icon will disappear from the "on order" line and reappear as a green icon in the spot where its receptacle is  When a package is removed from a receptacle and that receptacle passes return gate 928, the display icon will disappear from the screen

[0391]  In one embodiment, should the "hold timer" for a packaged product expire before it is picked up, its green icon will change color (i.e., to red) and/or flash  In another embodiment, an audible alarm can be provided as well, indicating clearly that this product should be wasted

[0392]  Across the top of the screen is a line of control "buttons." There can be one for each product (again, type and portion size)  The system is programmed so that touching the button on the screen will enter an order for one each of that product  There is also a screen button at the upper right corner of the screen that enables the operator to change the screen display to the "Settings" screen

[0393]  The "Settings" screen layout is depicted in FIG. 73  From this screen, the operator may now configure all the operating settings for the product to be run in each product lane. The individual settings may include dispensing load size(s)  fry vat temperature, cooking cycle time, buffer inventory level, packaging device Module heater setting, and other settings as desired  In this embodiment, all settings for a particular product are linked to that product  The operator can merely scroll in each product lane and signify the product that will be run in it  Master Controller 110 will then set all operating parameters for that product  If it is necessary to check or adjust an individual control setting (such as cook time), the operator can scroll through the items in the "settings" box for that lane and product  Then, using the "up" and "down" keys, readjust the setting and press the "enter" key to input

[0394]  If required, a secure "manager only screen" can be configured to allow someone to adjust and/or reset selected operating parameters  Access to this screen and these settings would require some type of password to prevent any non-authorized store employee from changing basic system parameters

[0395]  Operator alert messages or alarms (e g , bulk product low—refill now: "bridging/time out"—clear lane 2; etc ) will appear as an "error message box" in the center of the screen, along with some type of audible alarm

[0396]  While the invention has been described with respect to certain preferred embodiments, as will be appreciated by those skilled in the art, it is to be understood that the invention is capable of numerous changes, modifications and rearrangements and such changes, modifications and rearrangements are intended to be covered by the following claims

1. A device for the automated frying of foods comprising:

(a) a fry vat for containing and heating cooking oil;

(b) at least one fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the wheel, which radial axis is disposed above the normal operating level of the frying oil in the fry vat;

(c) a drive mechanism for rotating the fry wheel;

(d) a sensing device for sensing the level of cooking oil in the fry vat;

(e) a control system for operating the drive mechanism to rotate the fry wheel in one direction to cause food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and out of the cooking oil for subsequent discharge of the food from the compartment, wherein the control system adjusts the speed of rotation based on the level of cooking oil in the fry vat

2.  The device of claim 1 wherein the control system causes incremental rotation of the fry wheel and the control system adjusts the period of time between incremental rotation based on the level of cooking oil sensed in the fry vat

3.  The device of claim 2 wherein the control system adjusts the period of time between incremental rotation based on the temperature of the cooking oil in the fry vat

4  An automated method of frying food comprising:

(a) placing food in a fry wheel compartment of a fry wheel having at least a generally circular perimeter and a plurality of compartments, each compartment having an opening towards the perimeter, the fry wheel mounted for rotational movement relative to the radial axis of the wheel which radial axis is disposed above the normal operating level of the frying oil in a fry vat having heated cooking oil therein;

(b) sensing the level of cooking oil in the fry vat;

(c) rotating the fry wheel in one direction to cause the food deposited into one of the compartments to travel through the cooking oil in the fry vat over a period of time to fry the food and to move the food out of the cooking oil for subsequent discharge of the food from the compartment, wherein the speed of said rotating is related to the level of cooking oil in the fry vat

5  The method of claim 4 wherein said rotating comprises incremental periodic rotating of the fry wheel and adjusting

the period of time between incremental periodic rotating based on the level of cooking oil sensed in the fry vat

6. The method of claim 5 further comprising adjusting the period of time between incremental periodic rotation based on the temperature of the cooking oil in the fry vat

7. The method of claim 6 wherein the wheel comprises a rim and said rotating comprises urging a rotating drive wheel against the rim to cause said rotating the fry wheel

8. The method of claim 4 further comprising moving air having small cooking oil particles upwardly from the vicinity of the fry wheel through a hood structure containing a filter and collecting cooking oil collected by said filter

9. The method of claim 1 wherein the periodic incremental rotation is based on 360 degrees divided by the number of compartments

10. The device of claim 1 wherein the drive mechanism comprises a rotatable drive member for imparting rotational movement to said fry wheel by rotational contact with the periphery of the fry wheel

11. The device of claim 10 further comprising an outlet slide disposed to receive food discharged from the fry wheel after frying in said vat

12. The device of claim 11 wherein said control system causes a compartment of said wheel having food therein to be aligned with said outlet slide to permit the slide to receive food discharged from said compartment

13. The device of claim 12 further comprising a flexible lip at a peripheral end of each of said fry wheel compartments for minimizing any gap between the outlet slide and each fry wheel compartment that is rotated into position adjacent the outlet slide for discharging food from that compartment and onto the outlet slide

14. The device of claim 1 further comprising small perforations in each compartment to permit cooking oil to flow therethrough

15. The device of claim 14 further comprising a curved baffle disposed in the fry vat which is disposed adjacent the axial periphery of the portion of the fry wheel that is disposed in the cooking oil for preventing food contained in one or more of the fry wheel compartments from falling out of the compartments, wherein said curved baffle is perforated to allow cooking oil to flow therethrough

16. The device of claim 1 wherein the fry wheel comprises a rim, the drive member comprises a roller, and the drive member comprises means for urging the roller against the rim

17. The device of claim 1 further comprising a hood structure located over said fry wheel

18. The device of claim 17 wherein said hood structure comprises an air filter located at an air exit of said hood structure and a drip pan to collect cooking oil from the filter, the drip pan located below the filter

19. The method of claim 5 wherein said incremental periodic rotating is based on 360 degrees divided by the number of compartments.

20. The method of claim 4 further comprising aligning a compartment of said fry wheel with an outlet slide to permit the outlet slide to receive food discharged from said compartment.

*   *   *   *   *