IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 06-515(JJF)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL DECLARATION OF MARIO G. CESTE IN SUPPORT OF TLC'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

I, Mario G. Ceste, hereby declare as follows:

1.　I am counsel for plaintiff Technology Licensing Corporation ("TLC") in the above captioned matter. My admission *pro hac vice* has been granted by the Court. I submit this supplemental declaration in support of TLC's motion for entry of a protective order. If called to testify, I could and would attest to the matters set forth herein from my own personal knowledge.

2.　I re-declare and reaffirm all facts stated in my prior declaration in support of TLC's motion for entry of a protective order, dated February 5, 2007.

3.　During my employment at Food Automation – Service Techniques, Inc. ("FAST"), from January 1979 to November 1988 and from May 1996 to November 2004, I held a variety of technical and managerial roles. From approximately 2002 until November 2004, I ran SCK, Inc. ("SCK"), which was a business unit of FAST and ultimately became an independent networking communications company.

4.　I have not been an employee of FAST, or of any related company, since November 2004. From then until April 2005, I had no professional relationship with FAST, or any related company, in any legal, business, or technical capacity.

ny-739457

5. I am a named inventor on several patents for work I did during my tenure as a FAST employee.

6. While I was a FAST employee, FAST contracted with McDonald's Corporation ("McDonald's") to supply control and application software expertise for a frying system that McDonald's was developing. Under the contract, McDonald's would retain any intellectual property stemming from products FAST developed for McDonald's during the contract term.

7. I am one of numerous named inventors on a patent, attached to the Declaration of Porter F. Fleming, Esq. in Support of Defendant Rational Cooking Systems, Inc.'s Answering Brief in Opposition to TLC's Motion for Entry of a Protective Order, dated February 21, 2007 (the "Fleming Declaration"), as exhibit F, relating to the work FAST did for McDonald's, along with approximately ten other vendors. The patent is assigned to Restaurant Technology, Inc., which is the patent holding company of McDonald's. The eight patent applications attached to the Fleming Declaration as exhibits H through O are all related applications to this issued patent.

8. I have had no involvement with the prosecution of these applications.

9. The inventions claimed in each of these applications relates to fryer technology, not ovens.

10. I am a co-inventor on a patent application, titled "Diagnostic Data Interchange," attached to the Fleming Declaration as exhibit G. This application is a continuation of a patent filed in May 1996 while I was still a FAST employee.

11. I have had no involvement with either the parent or the continuation application since I left FAST employment in 2004.

12. The invention claimed in these applications pertains to networking technology. The applications are directed to a data communication network and centralized software

applications for operating an appliance or the control of the appliance during the preparation of food.

13.   Since 2001, when I was admitted to the Connecticut bar, I have represented a variety of clients on a variety of issues, including patent prosecution, trademark, licensing, and litigation.  None of my clients, other than FAST and SCK, are in the food service industry.  For example, I have recently filed patent applications for a component of a motorcycle, a home-theater system, and the payload system for a commercial rocket.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 28th day of February, 2007 at Wallingford, Connecticut.

_____
Mario G. Ceste

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on February 28, 2007 upon the following in the manner indicated:

**BY HAND**

> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

**BY FEDERAL EXPRESS**

> Edgar H. Haug
> Porter F. Fleming
> Frommer Lawrence & Haug LLP
> 745 Fifth Avenue
> New York, NY   10151

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden
klouden@mnat.com