# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

March 14, 2007

The Honorable Joseph J. Farnan, Jr.  *VIA E-FILING*
United States District Court
　for the District of Delaware
844 North King Street
Wilmington, DE  19801

　　　　　Re:　　Technology Licensing Corporation v. Rational Cooking Systems, Inc.,
　　　　　　　　C.A. No. 06-515 (JJF)

Dear Judge Farnan:

　　　　　I write on behalf of plaintiff Technology Licensing Corporation ("TLC") in response to the March 13, 2007 letter to Your Honor from Rational Cooking Systems, Inc. ("Rational"). Rational's letter was premature because the parties were continuing discussions on the issues raised in TLC's motion for protective order, including the issue of appropriate limitations on the subpoenas Rational served on TLC's counsel of record. Nevertheless, this is to advise the Court that TLC agrees to the entry of the Protective Order submitted with Rational's letter.

　　　　　TLC had objected to Rational's proposed Protective Order because of what it perceived to be a logical flaw. The Court denied Mario Ceste any access whatsoever under the Protective Order, apparently on the basis of his minor stock interest would result in competitive decision-making. Yet, Rational's proposed draft would permit a representative of each party to have access to the lower tier materials designated as CONFIDENTIAL, regardless of his or her interest in that party. TLC believes it would be more appropriate either to permit Mr. Ceste access to the same lower tier information available to the party representatives, or to have a single tier protective order prohibiting party representatives from having access to all confidential materials. Rational does not dispute the logical flaw in the Protective Order it has proposed, but it has declined to modify it. Before it received Rational's letter to the Court, however, TLC had decided to agree to the Protective Order proposed by Rational.

　　　　　TLC will submit another proposed Order, which it provided to Rational's counsel yesterday, that further addresses the issue of appropriate limitations on the subpoenas served on

The Honorable Joseph J. Farnan, Jr.
March 14, 2007
Page 2

TLC's counsel, a subject also discussed at the March 2 conference. We are continuing discussions of this Order with Rational's counsel.

                                                          Respectfully,

                                                          Jack Blumenfeld (I.D. No. 1014)

JBB/dlb
cc:      Clerk of Court (Via Hand Delivery)
          Frederick L. Cottrell, III, Esquire (Via Hand Delivery)
          Edgar H. Haug, Esquire (Via E-Mail)
          Rory J. Radding, Esquire (Via E-Mail)