IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, ) | | |
| a Florida corporation, ) | | |
| ) | | |
| Plaintiff, ) | C.A. No. 06-515 (JJF) | |
| ) | | |
| v. ) | | |
| ) | | |
| RATIONAL COOKING SYSTEMS, INC., a ) | | |
| Delaware corporation, ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) Technology Licensing Corporation's Second Set of Interrogatories to Rational Cooking Systems, Inc.; (2) Technology Licensing Corporation's Second Set of Requests for Production of Documents; and (3) Technology Licensing Corporation's First Set of Requests for Admission to Rational Cooking Systems, Inc. were caused to be served on March 16, 2007 upon the counsel of record as indicated below:

**By UPS Overnight Delivery**
Frederick L. Cottrell, III
Gregory E. Stuhlman
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**By Hand**
Edgar H. Haug
Porter F. Fleming
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY  10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
  Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

March 16, 2007
766224.1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on March 16, 2007 upon the following in the manner indicated:

| **By Hand** | **By Mail** |
|---|---|
| Frederick L. Cottrell, III<br>Gregory E. Stuhlman<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | Edgar H. Haug<br>Porter F. Fleming<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, NY   10151 |

>*/s/ Karen Jacobs Louden (#2881)*
>Karen Jacobs Louden
>klouden@mnat.com