IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-515 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1.1 CERTIFICATE

Counsel for Technology Licensing Corporation hereby certifies pursuant to D. Del. L.R 7.1.1 that they discussed the discovery issues raised in Plaintiff's Motion To Compel Discovery And For Entry Of Protective Order with counsel for Rational Cooking Systems, Inc. and that the parties have not been able to reach agreement.

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                       /s/ *Karen Jacobs Louden*

                                       Jack B. Blumenfeld (#1014)
                                       Karen Jacobs Louden (#2881)
                                       klouden@mnat.com
                                       1201 N. Market Street
                                       P.O. Box 1347
                                       Wilmington, DE  19801
                                       (302) 658-9200
                                         Attorneys for plaintiff Technology
                                         Licensing Corporation

April 12, 2007

798057

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that April 12, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>Richards, Layton & Finger

I also certify that copies were caused to be served on April 12, 2007 upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell, III
>**Richards, Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Edgar H. Haug
>Porter F. Fleming
>**Frommer Lawrence & Haug LLP**
>745 Fifth Avenue
>New York, NY  10151

>*/s Karen Jacobs Louden*
>klouden@mnat.com