IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------
                                          :
TECHNOLOGY LICENSING                      :
CORPORATION,                              :
                                          :
        Plaintiff,                        :          C. A. No.: 06-515-JJF
                                          :
    v.                                    :
                                          :
RATIONAL COOKING SYSTEMS, INC.,           :
                                          :
        Defendant.                        :
                                          :
------------------------------------------------------------
```

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on April 16, 2007 Rational Cooking Systems, Inc.'s Responses to Technology Licensing Corporation's Second Set of Requests For Production of Documents, Rational Cooking Systems, Inc.'s Responses To Technology Licensing Corporation's Second Set of Interrogatories and Rational Cooking Systems, Inc.'s Responses To Technology Licensing Corporation's Requests For Admission were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

Of Counsel

Edgar H. Haug, Esq.
Porter F. Fleming, Esq.
FROMMER LAWRENCE & HAUG
LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Gregory E. Stuhlman (# 4756)
Stuhlman@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7509
Fax: (302) 651-7701

*Attorneys for Rational Cooking Systems, Inc.*

Dated: April 16, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I further certify that on April 16, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

_____
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com

RLF1-3067316-1