IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, <br> a Florida corporation, <br><br> Plaintiff, <br><br> RATIONAL COOKING SYSTEMS, INC., <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 06-515(JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF RORY J. RADDING IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

I, RORY J. RADDING, hereby declare as follows:

1. I am a member of the law firm of Morrison & Foerster LLP and lead trial counsel for plaintiff, Technology Licensing Corporation ("TLC"), in the above captioned matter. I have been admitted *pro hac vice* in this matter. I submit this supplemental declaration in support of TLC's Reply to Defendant's Opposition to Plaintiff's Motion to Compel. If called to testify, I could and would attest to the matters set forth herein from my own personal knowledge.

2. During the parties' planning conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure in December 2006, Defendant Rational Cooking Systems, Inc. ("Rational"), raised the possibility of a voluntary production from Rational AG.

3. During a later conference between the parties regarding a possible voluntary production from Rational AG, TLC agreed to table discussion of production of the SelfCooking Center's source code if Rational AG produced summaries of the SelfCooking Center's functional specifications.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2007, in New York, New York.

                                                                                      _____
                                                                                       Rory J. Radding

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on April 30, 2007 upon the following in the manner indicated:

### BY HAND

> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

### BY EMAIL

> Edgar H. Haug
> Porter F. Fleming
> Frommer Lawrence & Haug LLP
> 745 Fifth Avenue
> New York, NY  10151

*/s/ Karen Jacobs Louden*

klouden@mnat.com