UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 06-515-JJF<br><br>PUBLIC VERSION |

DECLARATION OF FREDRIK LUNDH IN SUPPORT OF DEFENDANT
RATIONAL COOKING SYSTEMS, INC.'S BRIEF IN OPPOSITION TO TLC'S
MOTION TO COMPEL DISCOVERY AND FOR A PROTECTIVE ORDER

I, Fredrik Lundh, declare pursuant to 28 U.S.C. § 1746 that:

1. I make the following declaration in support of RCSI's Answering Brief in opposition to Technology Licensing Corporation's ("TLC") motion to compel discovery and for a protective order.

2. I am presently the Operations Manager at Rational Cooking Systems, Inc. ("RCSI") located at 895 American Lane, Schaumburg, IL 60173.

3. I have held the position of Operations Manager and the associated responsibilities since October 2005.

**REDACTED**

**REDACTED**

8. RCSI is a wholly owned subsidiary of Rational AG.

**REDACTED**

11. Among other things, RCSI sells the SCC machine in the United States.

**REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2007

_____
Fredrik Lundh

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

I further certify that on April 25, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10101-0050

_____
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com

RLF1-3067316-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I further certify that on May 2, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

_____
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com