IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TECHNOLOGY LICENSING CORP.,

    Plaintiff,

v.

RATIONAL COOKING SYSTEMS, INC.,

    Defendant.

Civil Action No. 06-515-JJF

## ORDER

WHEREAS, Plaintiff has filed a Motion To Compel Discovery And For Entry Of Protective Order (D.I. 60) seeking to resolve various discovery disputes with Defendant;

WHEREAS, Defendant opposes the Motion and complains that Plaintiff has not fulfilled its obligations pursuant to Local Rule 7.1.1;

WHEREAS, the Court has considered the parties' arguments and concludes that the parties conduct going forward will be guided best by concise decisions to the issues presented;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendant shall produce Rational AG documents, including the requested source code, **within thirty (30) days of the date of this Order**;

2) The remainder of Plaintiff's Motion (D.I. 60) is **DENIED**, except that subpoenas to Plaintiff's trial counsel are limited as requested by Plaintiff and represented by Defendant (See D.I. 70, p. 12).

May 4, 2007

UNITED STATES DISTRICT JUDGE