IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, | ) | |
| a Florida corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-515 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| RATIONAL COOKING SYSTEMS, INC., a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of Technology Licensing Corporation's Third Sset Of Requests For Production Of Documents were caused to be served on May 11, 2007 upon the counsel of record as indicated below:

<table>
<tr><td><u>**By Hand**</u></td><td><u>**By Email**</u></td></tr>
<tr><td>Frederick L. Cottrell, III<br>Gregory E. Stuhlman<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899</td><td>Edgar H. Haug<br>Porter F. Fleming<br>**Frommer Lawrence & Haug LLP**<br>745 Fifth Avenue<br>New York, NY  10151</td></tr>
</table>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
 Attorneys for plaintiff

OF COUNSEL:

Rory J. Radding
Colette A. Reiner
MORRISON& FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Mario G. Ceste
The Law Offices Of Mario G. Ceste, LLC
P.O. Box 82
Wallingford, CT  06492
(203) 678-6418

May 11, 2007
766224.1

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that May 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on May 11, 2007 upon the following in the manner indicated:

### **BY HAND**

> Frederick L. Cottrell, III
> **Richards, Layton & Finger**
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

### **BY EMAIL**

> Edgar H. Haug
> Porter F. Fleming
> **Frommer Lawrence & Haug LLP**
> 745 Fifth Avenue
> New York, NY   10151

> */s  Julia Heaney*
> jheaney@mnat.com