IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, : | |
| Plaintiff, : | C. A. No. 06-515-JJF |
| v. : | |
| RATIONAL COOKING SYSTEMS, INC., : | |
| Defendant. : | |

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on June 11, 2007 Rational Cooking Systems, Inc.'s Responses to Technology Licensing Corporation's Third Set of Requests For Production of Documents were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**FEDERAL EXPRESS**

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

|  |  |
|---|---|
| Of Counsel | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (# 2555) |
|  | Cottrell@rlf.com |
| Edgar H. Haug, Esq. | Jameson A.L. Tweedie (# 4927) |
| Porter F. Fleming, Esq. | Tweedie@rlf.com |
| FROMMER LAWRENCE & HAUG LLP | RICHARDS, LAYTON & FINGER |
|  | One Rodney Square |
| 745 Fifth Avenue | P.O. Box 551 |
| New York, New York 10151 | Wilmington, DE 19899 |
| Tel: (212) 588-0800 | Tel: (302) 651-7509 |
| Fax: (212) 588-0500 | Fax: (302) 651-7701 |

*Attorneys for Rational Cooking Systems, Inc.*

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I further certify that on June 11, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3163385-1