IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Florida corporation,<br><br>             Plaintiff,<br><br>v.<br><br>RATIONAL COOKING SYSTEMS, INC., a Delaware corporation,<br><br>             Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 06-515 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), that all claims and counterclaims in this action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                    RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200

*Attorneys for plaintiff*
  *Technology Licensing Corporation*

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for defendant*
  *Rational Cooking Systems, Inc.*

*Of Counsel*:

Rory J. Radding
James E. Hough
Colette A. Reiner
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Mario G. Ceste
THE LAW OFFICES OF
  MARIO G. CESTE, LLC
P.O. Box 82
Wallingford, CT 06492
(203) 678-6418

*Of Counsel*:

Edgar H. Haug
Porter F. Fleming
Jonathan R. Wise
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800


SO ORDERED this 4 day of September, 2007.

_____
Joseph J. Farnan, Jr., J.